CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel:  628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly
and the North American Association of Visionary Churches

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, and NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; and, the UNITED STATES OF AMERICA,<br><br>  Defendants. | Case No.: 3:20-cv-03098<br><br>CERTIFICATE OF INTERESTED PARTIES |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than associational standing to assert the claims of similarly-aggrieved religious persons alleged by the non-profit corporate religious plaintiffs in the Complaint, there is no such interest to report.

Dated:  May 5, 2020            CHARLES CARREON, ESQ.
                               By: /s/Charles Carreon
                               CHARLES CARREON (127139)
                               Attorney for Plaintiffs
                               Arizona Yagé Assembly and
                               North American Association of Visionary Churches

---

CERTIFICATE OF INTERESTED ARTIES