CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly
and the North American Association of Visionary Churches

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, and NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; and, the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>PROOF OF SERVICE ON DEFENDANT THE UNITED STATES OF AMERICA AND ADMINISTRATIVE AGENCIES<br><br>CMC: August 11, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor |

Charles Carreon declares and affirms:

I am an attorney licensed to practice before all courts in the State of California and a member of the bar of this Court. I state the matters herein of personal knowledge. If called as a witness, I could and would so competently testify.

1. This is an action against the United States of America and certain of its administrative agencies. All named defendants are sued in their capacities as cabinet-level administrative agency directors (the "Government defendants"), except for Thomas Prevoznik, a Drug Enforcement Agency attorney who is sued in his personal capacity.

2. This declaration is submitted to certify that process has been served on the Government defendants in compliance with F.R.Civ.P. 4(i), and sets forth all actions taken by your Declarant to effect service pursuant to Rule 4(i), directly and through the agency of registered process servers in the Northern District of California and Washington D.C. Affidavits of service and attempted service, as well as postal receipts for certified mail deliveries to named defendants, are attached hereto as Exhibits 1 – 6, and described in full detail hereinbelow.

3. F.R.Civ.P. 4(i) provides in relevant part:

> Serving the United States and Its Agencies, Corporations, Officers, or Employees.
>
> (1) *United States.* To serve the United States, a party must:
>
> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
>
> (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.
>
> (3) *Officer or Employee Sued Individually.* To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party

must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

4. Regarding the service of Government defendants, the United States Department of Justice Civil Resource Manual (the "Justice Manual")[1] provides:

> Service upon an officer, sued in his/her official capacity, or upon an agency or corporation of the United States is accomplished by serving the United States, and by sending a copy of the summons and of the complaint by registered or certified mail to the officer, agency, or corporation. See Fed. R. Civ. P. 4(i)(2); 28 U.S.C. § 1391(e)(3). In addition, 28 U.S.C. § 1391(e)(3) permits service of an officer or agency by certified mail beyond the territorial limits of the jurisdiction in which the action is brought, notwithstanding Fed. R. Civ. P. 4(k), if the official is suable in the District of Columbia.[2]

5. To comply with the requirements of Rule 4(i), your declarant prepared hardcopies of all case-initiating documents, court rules and orders, and plaintiff's filings since the case was commenced, and combined the same into "Service Packets," each of which contained one of each of the following documents:

a. Summons in a Civil Action

b. Complaint

c. Civil Cover Sheet

d. Certificate and Notice of Interested Parties

e. Declination to Magistrate Judge Jurisdiction

f. Consent or Declination to Magistrate Judge Jurisdiction (blank)

g. Civil Standing Order from Magistrate Judge Thomas S. Hixson

h. Discovery Standing Order from Magistrate Judge Thomas S. Hixson

i. Notice of a Lawsuit and Request to Waive Service of a Summons

j. Waiver of Service of Summons

k. ECF Registration Information

l. Order Reassigning Case

---

[1] https://www.justice.gov/jm/justice-manual

[2] Section 44, Justice Manual, "Service on Government Officers in Official Capacity, Agencies." (Case citations omitted.) https://www.justice.gov/jm/civil-resource-manual-44-service

m. Notice of Eligibility for Video Recording

n. Case Management Conference Order

o. Order Setting Initial Case Management Conference and ADR Deadlines

p. Judge Orrick's Standing Order on Administrative Motions to File Under Seal

q. Judge Orrick's Standing Order for Civil Cases

6. Plaintiff personally served the U.S. Attorney for the Northern District of California in compliance with Rule 4(i)(1)(A)(i), as recorded in Exhibit 1 hereto, a true and correct copy of the proof of service executed by Gregory B. King, evidencing his delivery of a Service Packet to AUSA Wendy Garbers on May 22, 2020.

7. Plaintiffs served the United States of America by personally delivering a Service Packet to the Civil Process Clerk of the United States Attorney's Office, in compliance with Rule 4(i)(A)(ii), as evidenced by the affidavit of Henry Jessup, a true and correct copy of which is attached as Exhibit 2, and by mailing a copy of the Service Packet to the Attorney General, certified mail, in compliance with Rule 4(i)(B), as evidenced by the second page of Exhibit 2.

8. Plaintiffs served the United States Department of Justice by first attempting personal service of the Service Packet at Attorney General William Barr's regular place of business on May 21, 2020, which was rejected due to Covid-19 precautions, as averred in the affidavit of attempted service attached as page one of Exhibit 3. The Government directed the process server to serve the Service Packet via certified mail at 950 Pennsylvania Ave. NW, Washington, D.C. 20530. The Service Packet was posted on May 26, 2020, at your declarant's direction, by Same Day Process Service of Washington, D.C., as evidenced by the Supplemental Data recording the mailing on page one of Exhibit 3, and the certified mail receipt attached as the second page of Exhibit 3.

9. Plaintiffs served the Drug Enforcement Administration by first attempting personal service of the Service Packet on Acting Administrator Uttam Dhillon at his

regular place of business on May 21, 2020, which was rejected due to Covid-19 precautions, as averred in the affidavit of attempted service attached as page one of Exhibit 4. The Government directed the process server to serve the Service Packet via certified mail at 800 K Street NW, # 500, Washington, D.C. 20001. The Service Packet was posted to that address on May 26, 2020, at your declarant's direction, by Same Day Process Service of Washington, D.C., as evidenced by the Supplemental Data recording the mailing on page one of Exhibit 4, and the certified mail receipt attached as the second page of Exhibit 4.

10. Plaintiffs served the Department of Homeland Security by first attempting personal service of the Service Packet on Acting Secretary Chad F. Wolf at his regular place of business on May 21, 2020, which was rejected due to Covid-19 precautions, as averred in the affidavit of attempted service attached as page one of Exhibit 5. The Government directed the process server to serve the Service Packet via certified mail at Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20428-0485. The Service Packet was posted to that address on May 26, 2020, at your declarant's direction, by Same Day Process Service of Washington, D.C., as evidenced by the Supplemental Data recording the mailing on page one of Exhibit 5, and the certified mail receipt attached as the second page of Exhibit 5.

11. Plaintiffs served the Drug Enforcement Administration by first attempting personal service of the Service Packet on Acting Commissioner Mark A. Morgan at his regular place of business on May 21, 2020, which was rejected due to Covid-19 precautions, as averred in the affidavit of attempted service attached as page one of Exhibit 6. The Government directed the process server to serve the Service Packet via certified mail at 1300 Pennsylvania Ave. NW, Washington, D.C. 20229. The Service Packet was posted to that address on May 26, 2020, at your declarant's direction, by Same Day Process Service of Washington, D.C., as evidenced by the Supplemental Data

recording the mailing on page one of Exhibit 6, and the certified mail receipt attached as the second page of Exhibit 6.

12. Plaintiffs have not yet served defendant Thomas Prevoznik, a DEA employee named in his personal capacity. Plaintiffs will separately file a proof of service regarding the said defendant.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct under the law of the United States of America, and that this declaration was signed on June 3, 2020, at Tucson, Arizona.

/s/Charles Carreon
Charles Carreon, Declarant

.