# EXHIBIT 1

PROOF OF SERVICE ON THE UNITED STATES OF AMERICA

BY SERVICE ON U.S. ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.R.Civ.P. 4(i)(1)(A)(i)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03098-who

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney's Office
was received by me on *(date)* 05/22/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Wendy Garbers, Assistant US Attorney , who is
designated by law to accept service of process on behalf of *(name of organization)* US Attorney, 450 Golden Gate
Ave., 11th Fl, San Francisco, CA 94102 at 9:22 AM on *(date)* 05/22/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/22/2020

*Server's signature*

Gregory B. King, Reg. No. 1206, Co. of San Francisco
*Printed name and title*

Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHMENT TO PROOF

US District Court for the Northern District of CA Case No.: 3:20-cv-03098-WHO
*Arizona Yage Assembly, et al. v. William Barr, et al.*

Complete list of documents served:

- SUMMONS
- CIVIL COVER SHEET
- COMPLAINT
- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION (FILED BY PLAINTIFF)
- NOTICE OF ELECTRONIC FILING
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
- NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL
- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION (blank)
- CIVIL STANDING ORDER FROM MAGISTRATE JUDGE THOMAS S. HIXSON
- DISCOVERY STANDING ORDER FROM MAGISTRATE JUDGE THOMAS S. HIXSON
- NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS
- WAIVER OF THE SERVICE OF SUMMONS
- ECF REGISTRATION INFORMATION
- ORDER REASSIGNING CASE
- NOTICE OF ELIGIBILITY FOR VIDEO RECORDING
- CASE MANAGEMENT CONFERENCE ORDER
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- JUDGE ORRICK'S STANDING ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
- JUDGE ORRICK'S STANDING ORDER FOR CIVIL CASES