# EXHIBIT 2

PROOF OF SERVICE ON THE UNITED STATES OF AMERICA

BY PERSONAL DELIVERY TO U.S. ATTORNEY'S CIVIL PROCESS CLERK

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**Arizona Yage Assembly, et al**

       Plaintiff(s),

VS.

**William Barr, Attorney General of the United States, et al**

       Defendant(s).

Attorney: Charles Carreon

Charles Carreon
3241 East Blacklidge Dr.
Tucson AZ 85716



*254835*

**Case Number: 3:20-cv-03098-WHO**

Legal documents received by Same Day Process Service, Inc. on **05/19/2020** at **8:58 AM** to be served upon **United States of America, by serving Civil Process Clerk - U.S. Attorney's Office**, at **501 3rd St., NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **May 21, 2020** at **12:14 PM**, I did the following:

Served **United States of America, by serving Civil Process Clerk - U.S. Attorney's Office**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Complaint; Certificate of Interested Parties; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing; Standing Order for All Judges of the Northern District of California; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Civil Standing Order for Magistrate Judge Thomas S. Hixson; Discovery Standing Order for Magistrate Judge Thomas S. Hixson; Notice of a Lawsuit and Request to Waive Service of a Summons; Waiver of the Service of Summons; ECF Registration Information; Order Reassigning Case; Notice of Eligibility for Video Recording; Case Management Conference Order; Order Setting Initial Case Management Conference and ADR Deadlines; Attachments; Judge Orrick's Standing Order on Administrative Motions to File Under Seal; Judge Orrick's Standing Order for Civil Cases** to **James Paxton** as **Paralegal & Authorized Agent** at **501 3rd St., NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40's Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: 254835

District of Columbia: SS
Subscribed and Sworn to before me
this 22 day of MAY, 2.2.

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022