# EXHIBIT 3

PROOF OF SERVICE ON THE UNITED STATES DEPARTMENT OF JUSTICE

BY SERVICE ON WILLIAM BARR

IN HIS CAPACITY AS UNITED STATES ATTORNEY GENERAL

F.R.Civ.P. 4(i)(2)

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of California

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of May, 2020

**Arizona Yage Assembly, et al**

    Plaintiff(s),

VS.

**William Barr, Attorney General of the United States, et al**

    Defendant(s).

Attorney: Charles Carreon

Charles Carreon
3241 East Blacklidge Dr.
Tucson AZ 85716

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024



*254838*

Case Number: 3:20-cv-03098-WHO

Legal documents received by Same Day Process Service, Inc. on **05/19/2020** at **9:02 AM** to be served upon **William Barr, Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530**.

I, **Michael Molash**, swear and affirm that on **May 26, 2020** at **9:47 AM**, I did the following:

Served **William Barr, Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Certificate of Interested Parties; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing; Standing Order for All Judges of the Northern District of California; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Civil Standing Order for Magistrate Judge Thomas S. Hixson; Discovery Standing Order for Magistrate Judge Thomas S. Hixson; Notice of a Lawsuit and Request to Waive Service of a Summons; Waiver of the Service of Summons; ECF Registration Information; Order Reassigning Case; Notice of Eligibility for Video Recording; Case Management Conference Order; Order Setting Initial Case Management Conference and ADR Deadlines; Attachments; Judge Orrick's Standing Order on Administrative Motions to File Under Seal; Judge Orrick's Standing Order for Civil Cases** by Certified Mailing to : f William Barr, Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Ave., NW , Washington, DC 20530.

Supplemental Data Appropriate to this Service: On 05-26-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70200640000071200137 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/21/2020-12:30 PM | 950 Pennsylvania Ave., NW Washington, DC 20530 | I arrived at the address and proceeded to call for a representative to come and accept service and was informed by a representative that due to the COVID-19 outbreak they are not currently accepting service of process in person. I inquired if there was a date where I should return so that they could accept and I was not provided one as a date is not known at this time. I was informed by the representative to send the court documents, via certified mail, to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michael Molash**
Process Server

_____
**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St.. NW, 7th Floor

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

Certified Mail Fee  $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery  $_____

Postmark Here

MAY 26 2020

Postage  $3.25

Total Postage and Fees  $14.45

Sent To: William Barr, Attorney General of the United States, U.S. Department of Justice
Street and Apt. No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20530