# EXHIBIT 4

PROOF OF SERVICE ON UNITED STATES DRUG ENFORCEMENT AGENCY

BY SERVICE UPON UTTAM DHILLON

ACTING DIRECTOR OF THE UNITED STATES DRUG ENFORCEMENT AGENCY

F.R.Civ.P. 4(i)(2)

# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of California

**Arizona Yage Assembly, et al**

    Plaintiff(s),

VS.

**William Barr, Attorney General of the United States, et al**

    Defendant(s).

Attorney: Charles Carreon

Charles Carreon
3241 East Blacklidge Dr.
Tucson AZ 85716

*254833*

Case Number: 3:20-cv-03098-WHO

Legal documents received by Same Day Process Service, Inc. on **05/19/2020** at **8:50 AM** to be served upon **Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration at 800 K St., NW, #500, Washington, DC 20001**.

I, **Michael Molash**, swear and affirm that on **May 26, 2020** at **9:47 AM**, I did the following:

Served **Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Certificate of Interested Parties; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing; Standing Order for All Judges of the Northern District of California; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Civil Standing Order for Magistrate Judge Thomas S. Hixson; Discovery Standing Order for Magistrate Judge Thomas S. Hixson; Notice of a Lawsuit and Request to Waive Service of a Summons; Waiver of the Service of Summons; ECF Registration Information; Order Reassigning Case; Notice of Eligibility for Video Recording; Case Management Conference Order; Order Setting Initial Case Management Conference and ADR Deadlines; Attachments; Judge Orrick's Standing Order on Administrative Motions to File Under Seal; Judge Orrick's Standing Order for Civil Cases by Certified Mailing to    f Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration** at **800 K St., NW, #500 , Washington, DC 20001.**

**Supplemental Data Appropriate to this Service:** On 05-26-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70200640000071200106 to the address of: 800 K St., NW, #500, Washington, DC 20001.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/21/2020-11:58 AM | 800 K St., NW, #500 Washington, DC 20001 | I arrived at the address and was informed by security that the building is locked down due to COVID-19 outbreak and that service of process needs to be done via certified mail at this time. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

**Harvey Jessup**
Process Server

District of Columbia: SS
Subscribed          sworn to before me
this ___ day of _____, 2020

K. Ma___, ___ Public, D.C.
My commis___

#254833

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration
800 K St., NW, #500
Washington, DC 20001

||9590 9402 5733 0003 8472 79||

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  5/27/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

2. Article Number (Transfer from service label)

7020 0640 0000 7120 0106

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ estricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt