# EXHIBIT 5

PROOF OF SERVICE ON

THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY

BY SERVICE UPON CHAD F. WOLF IN HIS CAPACITY AS

ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

F.R.Civ.P. 4(i)(2)

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

| | | |
|---|---|---|
| **Arizona Yage Assembly, et al** | Attorney: Charles Carreon | District of Columbia: SS<br>Subscribed and Sworn to before me this ___ day of _May_, 2020 |
| Plaintiff(s), | Charles Carreon<br>3241 East Blacklidge Dr.<br>Tucson AZ 85716 | K. Mack, Notary Public, D.C.<br>My commission expires February 29, 2024 |
| VS. | | |
| **William Barr, Attorney General of the United States, et al** | <br>*254834* | |
| Defendant(s). | | |

**Case Number:** 3:20-cv-03098-WHO

Legal documents received by Same Day Process Service, Inc. on **05/19/2020** at **8:56 AM** to be served upon **Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security** at Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485

I, **Michael Molash**, swear and affirm that on **May 26, 2020** at **9:47 AM**, I did the following:

Served **Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Certificate of Interested Parties; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing; Standing Order for All Judges of the Northern District of California; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Civil Standing Order for Magistrate Judge Thomas S. Hixson; Discovery Standing Order for Magistrate Judge Thomas S. Hixson; Notice of a Lawsuit and Request to Waive Service of a Summons; Waiver of the Service of Summons; ECF Registration Information; Order Reassigning Case; Notice of Eligibility for Video Recording; Case Management Conference Order; Order Setting Initial Case Management Conference and ADR Deadlines; Attachments; Judge Orrick's Standing Order on Administrative Motions to File Under Seal; Judge Orrick's Standing Order for Civil Cases** by Certified Mailing to    f **Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security** at Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave., SE , Washington, DC 20528-0485.

**Supplemental Data Appropriate to this Service:** On 05-26-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70200640000071200120 to the address of: 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/21/2020-2:02 PM | Office of the General Counsel, 3801 Nebraska Ave., NW Washington, DC 20016 | I reached out to the agency first by telephone, as per the agency's policy, and spoke with attorney Andrew Szilagyi at 202-447-3546 and was informed that the agency is not currently accepting service of process in person. Mr. Szilagyi stated that service could be made via certified mail by sending the court documents to the following address: Office of the General Counsel, U.S. Department of Homeland Security, 2700 Martin Luther King Jr . Ave., SE, Washington, DC 20528-0485. Mr. Szilagyi and did not know when they would start accepting in person again. No additional information was provided. No further information was provided. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

| | |
|---|---|
| **Michael Molash**<br>Process Server | **Harvey Jessup**<br>Process Server |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

#254834

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20528   OFFICIAL USE

Certified Mail Fee   $3.55
02381 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postmark Here
MAY 26 2020

Postage   $8.25

Total Postage & Fees
Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security
Sent To: Office of the General Counsel
Street and U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave., SE
City, State, Washington, DC 20528-0485

PS Form   Instructions

7020 0640 0000 2172 0120