# EXHIBIT 6

PROOF OF SERVICE ON UNITED STATES CUSTOMS AND BORDER PROTECTION

BY SERVICE UPON MARK A. MORGAN IN HIS CAPACITY AS

ACTING COMMISSIONER OF UNITED STATES CUSTOMS AND BORDER PROTECTION

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**Arizona Yage Assembly, et al**

　　　　Plaintiff(s),

VS.

**William Barr, Attorney General of the United States, et al**

　　　　Defendant(s).

Attorney: Charles Carreon

Charles Carreon
3241 East Blacklidge Dr.
Tucson AZ 85716

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____, 20__

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

*254836*

Case Number: 3:20-cv-03098-WHO

Legal documents received by Same Day Process Service, Inc. on **05/19/2020** at **9:00 AM** to be served upon **Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection at 1300 Pennsylvania Ave., NW, Washington, DC 20229**

I, **Michael Molash**, swear and affirm that on **May 26, 2020** at **9:47 AM**, I did the following:

Served **Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Certificate of Interested Parties; Consent or Declination to Magistrate Judge Jurisdiction; Notice of Electronic Filing; Standing Order for All Judges of the Northern District of California; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent or Declination to Magistrate Judge Jurisdiction; Civil Standing Order for Magistrate Judge Thomas S. Hixson; Discovery Standing Order for Magistrate Judge Thomas S. Hixson; Notice of a Lawsuit and Request to Waive Service of a Summons; Waiver of the Service of Summons; ECF Registration Information; Order Reassigning Case; Notice of Eligibility for Video Recording; Case Management Conference Order; Order Setting Initial Case Management Conference and ADR Deadlines; Attachments; Judge Orrick's Standing Order on Administrative Motions to File Under Seal; Judge Orrick's Standing Order for Civil Cases** by Certified Mailing to    f Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection at **1300 Pennsylvania Ave., NW , Washington, DC 20229**.

**Supplemental Data Appropriate to this Service:** On 05-26-2020, a copy of the legal documents was certified mailed to the subject with receipt number: 70200640000071200144 to the address of: 1300 Pennsylvania Ave., NW, Washington, DC 20229.

| Date/Time | Address | Remarks |
|---|---|---|
| 05/21/2020-12:49 PM | 1300 Pennsylvania Ave., NW Washington, DC 20229 | I arrived at the address and was informed by the front desk personnel at the address that due to the COVID-19 outbreak service of process in person is not occurring at this time. I was not provided an estimated date to return to serve. I was informed by the front desk personnel that service could be sent, via certified mail, to the address. No additional information was provided. - Attempted by Harvey Jessup |

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Michael Molash**
Process Server

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

