| | |
|---|---|
| 1 | Evan F. Hiller (No. 294420) |
| | Hiller@SacksTierney.com |
| 2 | SACKS TIERNEY P.A. |
| | 4250 N. Drinkwater Blvd., 4th Floor |
| 3 | Scottsdale, AZ 85251-3693 |
| | Telephone: 480.425.2600 |
| 4 | |
| | *Attorney for Defendants Maricopa County* |
| 5 | *and Matthew Shay* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA, | Case No.  3:20-cv-03098-WHO |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Evan F. Hiller of Sacks Tierney P.A. enters his appearance as counsel for Defendants Maricopa County and Matthew Shay.  All further pleadings, notices and documents relating to this action should be directed to Mr. Hiller at

1  the following address, telephone number and E-mail:

2

3  Evan F. Hiller, Esq.
   SACKS TIERNEY P.A.
4  4250 N. Drinkwater Blvd, 4th floor
   Scottsdale, Arizona  85251
5  Telephone: (480) 425-2600
   E-mail:  Evan.Hiller@SacksTierney.com
6

7  Respectfully submitted this 14th day of July, 2020.

8  **SACKS TIERNEY, P.A.**

9
   */s/ Evan F. Hiller*
10 Evan F. Hiller

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:20-CV-03098                                    NOTICE OF APPEARANCE
2771884.v1

## **PROOF OF SERVICE**

On July 14, 2020, I served the following foregoing Notice of Appearance of Evan Hiller on the person or persons below, as follows:

    a.    via Northern District of California ECF

Charles Carreon
3241 E. Blacklidge Drive
Tucscon, Arizona 85716
*Counsel for Plaintiffs*

    b.    via U.S. Mail, postage prepaid

U.S. Attorney for the Northern District of California
c/o Wendy Garbers, Assistant U.S. Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
*Defendant*

United States of America
c/o U.S. Attorney's Office
501 3rd St., NW
Washington, DC 20530
*Defendant*

William Barr, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
*Defendant*

Uttam Dhillon
Acting Administrator of the U.S. Drug Enforcement Agency
800 K St., NW, #500
Washington, DC 20001
*Defendant*

Chad F. Wolf
Acting Secretary of the Dept. of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, DC 20528-0485
*Defendant*

Mark A. Morgan
Acting Commissioner of U.S. Customs and Border Protection
1300 Pennsylvania Ave, NW
Washington, DC 20229
*Defendant*

The State of Arizona
Mark Brnovich, Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
*Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

07/14/2020                     */s/ Michelle L. Curtsinger*
Date                                Michelle L. Curtsinger

CASE NO. 3:20-CV-03098                                    NOTICE OF APPEARANCE
2771884.v1