# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, et al. ) | |
| ) | Case No. 3:20-cv-3098-WHO |
| Plaintiffs, ) | |
| ) | Proposed Order Granting |
| ) | Defendant Prevoznik's Motion to Stay |
| ) | |
| ) | Date:  August 26, 2020 |
| ) | Time:  2:00 p.m. |
| ) | |
| v. ) | |
| ) | |
| ) | |
| WILLIAM BARR, Attorney General of ) | |
| the United States, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Defendant Prevoznik's Motion to Stay was scheduled for hearing on August 26, 2020, at 2:00 p.m., in Courtroom 2 of the United States District Court, Northern District of California, 17th Floor, 450 Golden Gate Avenue, San Francisco, 94102. Having considered the papers submitted by the parties, and the arguments of counsel, and good cause appearing therefor,

The Court grants Defendant Prevoznik's Motion to Stay.

IT IS SO ORDERED.

Date: _____          _____

                                                                    The Honorable William H. Orrick

```
Def. Prevoznik's Motion to Stay Proposed Order, 3:20-3098-WHO
```