ETHAN P. DAVIS
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and MATTHEW SHAY,<br><br>Defendants. | No. 3:20-cv-3098-WHO<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR THE FEDERAL AGENCY DEFENDANTS** |

1  PLEASE TAKE NOTICE that Kevin P. Hancock of the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record in this action for Defendants William Barr, Attorney General of the United States; Timothy Shea,[1] Acting Administrator of the U.S. Drug Enforcement Administration; Chad Wolf, Acting Secretary of the Department of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; and the United States of America (collectively, the "Federal Agency Defendants").

DATED: July 16, 2020                    Respectfully submitted,

                                        ETHAN P. DAVIS
                                        Acting Assistant Attorney General

                                        BRIGHAM J. BOWEN
                                        Assistant Branch Director

                                        /s/ Kevin P. Hancock
                                        KEVIN P. HANCOCK
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 20005
                                        (202) 514-3183 (phone)
                                        (202) 616-8470 (fax)
                                        kevin.p.hancock@usdoj.gov

                                        *Counsel for Defendants*

---

[1] Plaintiffs named the DEA's former Acting Administrator Uttam Dhillon in his official capacity as a defendant, *see* ECF No. 1, but Dhillon was succeeded by Timothy J. Shea on May 19, 2020. *See* https://www.dea.gov/press-releases/2020/05/19/attorney-general-barr-announces-timothy-j-shea-new-acting-administrator. Under Federal Rule of Civil Procedure 25(d), Shea in his official capacity is "automatically substituted as a party" for Dhillon.