ETHAN P. DAVIS
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>              Plaintiffs,<br><br>       v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>              Defendants. | No. 3:20-cv-3098-WHO<br><br><br><br>**DECLARATION OF SCOTT A. BRINKS** |

I, Scott A. Brinks, declare and say:

1. I am an employee of the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA). I entered on duty with DEA in 2001 as a GS-1801 Diversion Investigator and was initially assigned to DEA's Cleveland, Ohio Resident Office, where I received normal career-ladder promotions through GS-13. In September 2014, I was promoted to GS-14 and selected to serve as a Diversion Group Supervisor (GS) in DEA's Merrillville, Indiana Resident Office. In September 2017, I was reassigned to the Diversion Control Division in DEA Headquarters in Arlington, Virginia, where I served as a Staff Coordinator in the Policy Section, Import-Export Section , and Unit Chief in the Liaison Section. In July 2019, I was promoted to GS-15 and selected to serve as the Section Chief of the Regulatory Drafting & Policy Support Section (DPW) in the Office of Diversion Control Policy. In this capacity, I report to Deputy Assistant Administrator Thomas Prevoznik.

2. Under my supervision, DPW is responsible for, among other functions, drafting and interpreting DEA regulations and policy guidance and coordinating dissemination of that information within DEA and to the regulated community

3. I make the statements which follow on the basis of personal knowledge and information available to me in my capacity as DPW Section Chief. If called upon to do so, I could offer competent testimony as to these statements.

4. DEA is now in the process of revising and updating portions of its regulations implementing the Controlled Substances Act (CSA), as amended.

5. DEA is also actively engaged in updating and revising DEA's existing regulations to incorporate consideration of issues arising under the Religious Freedom Restoration Act (RFRA) and to lay out the procedures by which applications for religious exemptions are to be handled. Revised regulations, when implemented, would supersede the document entitled *Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act* (2009 Guidance), which can be found at https://www.deadiversion.usdoj.gov/GDP/(DEA-DC-5)%20Guidance%20Regarding%20Petitions%20for%20Religious%20Exemptions.pdf.

6. Once approved within DEA, draft regulations must be submitted to the DOJ Office of Legal Policy (OLP) and the Office of Management and Budget (OMB). The period for OMB Office of Information and Regulatory Affairs (OIRA) review of a draft regulation is limited under Executive Order 12866 to 90 days; this period is subject to extension under some circumstances.

7. Following DOJ and OMB review, DEA expects to publish a Notice of Proposed Rulemaking in the Federal Register to obtain the views of the regulated community and the public. By the NPRM, DEA will open a public comment period, likely of 60 days, in accordance with DEA's typical practice. DEA will consider any comments received, make any needed revisions, and then publish a Final Rule in the Federal Register.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my information and belief.

Sworn to and subscribed this 14th of July 2020
at  Bristow, VA          .

_____
Scott A. Brinks