## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARIZONA YAGÉ ASSEMBLY, *et al.*,

    Plaintiffs,

v.

WILLIAM BARR, *et al.*,

    Defendants.

No. 3:20-cv-3098-WHO

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

    The Court, having considered the Federal Agency Defendants' Motion to Stay or in the Alternative to Enlarge Time to Respond to the Complaint and any opposition thereto, hereby **ORDERS** as follows:

1) This case shall be stayed, and all proceedings held in abeyance, pending the United States Supreme Court's review of *Tanvir v. Tanzin*, 889 F.3d 72 (2d Cir. 2018), *cert. granted sub. nom*, *Tanzin v. Tanvir*, 140 S. Ct. 550 (Nov. 22, 2019) (*Tanvir*); and

2) Within two weeks of the Supreme Court's resolution of *Tanvir*, the Federal Agency Defendants shall file a status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

**IT IS SO ORDERED.**

Dated:

                                    William H. Orrick
                                    United States District Judge

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, *et al.*, | |
| Plaintiffs, | No. 3:20-cv-3098-WHO |
| v. | |
| WILLIAM BARR, *et al.*, | **[PROPOSED] ORDER GRANTING FEDERAL AGENCY DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT** |
| Defendants. | |

The Court, having considered the Federal Agency Defendants' Motion to Stay or in the Alternative to Enlarge Time to Respond to the Complaint and any opposition thereto, hereby **ORDERS** as follows:

1) The deadline for Defendants to respond to Plaintiffs' Complaint is extended until to 60 days after service of process upon Defendant Thomas Prevoznik, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; and

2) All current deadlines, including the July 16, 2020 deadline to meet and confer and file an ADR certificate, the July 30, 2020 deadline for the parties' Rule 26(f) report and initial disclosures, the August 4, 2020 deadline for the parties' case management statement, and the August 11, 2020 case management conference, *see* ECF No. 10, are vacated and shall be reset to be consistent with the Federal Defendants' new responsive pleading deadline.

**IT IS SO ORDERED.**

Dated: _____

William H. Orrick
United States District Judge

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ARIZONA YAGÉ ASSEMBLY, *et al.*,

    Plaintiffs,

v.

WILLIAM BARR, *et al.*,

    Defendants.

No. 3:20-cv-3098-WHO

**[PROPOSED] ORDER GRANTING FEDERAL AGENCY DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

The Court, having considered the Federal Agency Defendants' Motion to Stay or in the Alternative to Enlarge Time to Respond to the Complaint and any opposition thereto, and having granted Defendant Prevoznik's Motion to Stay Proceedings Pending the Supreme Court's Decision in *Tanvir v. Tanzin*, ECF No. 17, hereby **ORDERS** as follows:

1) The deadline for Defendants to respond to Plaintiffs' Complaint is extended to the later of September 30, 2020 or 60 days from the date of this ORDER; and

2) All current deadlines, including the July 16, 2020 deadline to meet and confer and file an ADR certificate, the July 30, 2020 deadline for the parties' Rule 26(f) report and initial disclosures, the August 4, 2020 deadline for the parties' case management statement, and the August 11, 2020 case management conference are vacated and shall be reset to be consistent with the Federal Defendants' new responsive pleading deadline.

**IT IS SO ORDERED.**

Dated:

    William H. Orrick
    United States District Judge