# Exhibit A

Evan F. Hiller (No. 294420)
Hiller@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  480.425.2600

*Attorney for Defendants Maricopa County and Matthew Shay*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>        Defendants. | Case No.  3:20-cv-03098-WHO<br><br>**DECLARATION OF EVAN HILLER** |

I, EVAN F. HILLER, hereby declare as follows:

1. I am over the age of eighteen years and am competent to state the facts recited herein. If called upon to testify, I would give testimony consistent with the facts stated herein.

2. I am an attorney with Sacks Tierney P.A., counsel of record for Defendants Maricopa County and Matthew Shay.

3. Unless otherwise indicated herein, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify completely and truthfully to such facts.

4. I make and submit this declaration in support of Defendants Maricopa County and Matthew Shay's Motion to Dismiss.

5. **<u>Exhibit B</u>** is a true and correct copy of the Arizona Yagé Association's Articles of Incorporation as available on the Arizona Corporation Commission's website, https://ecorp.azcc.gov/EntitySearch/Index.

6. **Exhibit C** is a true and correct copy of the Arizona Yagé Association's 2020 Annual Report as available on the Arizona Corporation Commission's website.

7. **Exhibit D** is a true and correct copy of the Arizona Yagé Association's Articles of Incorporation as available on the California Secretary of State's website, https://businesssearch.sos.ca.gov/.

8. **Exhibit E** is a true and correct copy of the Arizona Yagé Association's Statement of Information as available on the California Secretary of State's website.

9. **Exhibit F** is a true and correct copy of the North American Association of Visionary Churches's Articles of Incorporation as available on the California Secretary of State's website.

10. **Exhibit G** is a true and correct copy of the North American Association of Visionary Churches' Statement of Information as available on the California Secretary of State's website.

11. **Exhibit H** is a true and correct copy of the Vine of Light Church's 2020 Annual Report as available on the Arizona Corporation Commission's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2020.

Evan F. Hiller

CASE NO. 3:20-CV-03098               DECLARATION OF EVAN HILLER
2777498.v1