# Exhibit C

# 2020 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** ARIZONA YAGE ASSEMBLY
**ENTITY ID:** 20126067
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** RELIGIOUS
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** WINFIELD SCOTT STANLEY III
**PHYSICAL ADDRESS:** 130 N FIRST AVE , TUCSON, AZ 85719
**MAILING ADDRESS:** 130 N FIRST AVE , TUCSON, AZ 85719

## KNOWN PLACE OF BUSINESS

Att: Arizona Yagé Assembly, 130 N FIRST AVE , TUCSON, AZ 85719

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: WINFIELD SCOTT STANLEY III - 130 N FIRST AVE, TUCSON, AZ, 85719, USA - - Date of Taking Office: 06/15/2015

Officer: WINFIELD SCOTT STANLEY III - 130 N. FIRST AVE., TUCSON, AZ, 85719, USA - - Date of Taking Office: 06/15/2016

## SIGNATURE

Officer: Winfield Scott Stanley III - 06/22/2020