# Exhibit H

# 2020 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** VINE OF LIGHT CHURCH
**ENTITY ID:** 21924278
**ENTITY TYPE:** Domestic Nonprofit Corporation
**CHARACTER OF BUSINESS:** Other Services (except Public Administration)
**AUTHORIZED SHARES:**
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** JODHA KHALSA
**PHYSICAL ADDRESS:** 3200 N CENTRAL AVE #1150 , PHOENIX, AZ 85012
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

1134 W GLENROSA AVE , PHOENIX, AZ 85013

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: CLAY VILLANUEVA - 1134 W GLENROSA AVE, PHOENIX, AZ, 85013, USA - - Date of Taking Office: 06/05/2017
Officer: CLAY VILLANUEVA - 1134 W GLENROSA AVE, PHOENIX, AZ, 85013, USA - - Date of Taking Office:

## SIGNATURE

Officer: CLAY VILLANUEVA - 05/21/2020