CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>　　　　　Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>NOTICE OF ERRATA |

Plaintiff identifies the following errata in its First Amended and Supplemental Complaint (the "FASC," Docket # 12):

| Erratum | Page : Line | Should Read |
|---|---|---|
| "pa" | 1 : 26 | ")" |
| May 17, 2020 | 53 : 19 | May 19, 2020 |
| May 17, 2020 | 64 : 16 | May 19, 2020 |
| May 17, 2020 | 68 : 25 | May 19, 2020 |
| May 17, 2020 | 69 : 3 | May 19, 2020 |
| May 17, 2020 | 70 : 6 | May 19, 2020 |
| May 17, 2020 | 71 : 9 | May 19, 2020 |
| May 17, 2020 | 71 : 21 | May 19, 2020 |
| May 17, 2020 | 72 : 11 | May 19, 2020 |

Dated: July 22, 2020

CHARLES CARREON, ESQ.
By: /s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva