**CASE # 3:20-cv-03098-WHO**
**MOTION FOR PRELIMINARY INJUNCTION TO RESTORE *STATUS QUO ANTE***

# EXHIBIT 5

skip to main navigation

 Menu ≡

**What We Do**

**Law Enforcement**

**Operations**

High Intensity Drug Trafficking Areas

# High Intensity Drug Trafficking Areas (HIDTA)

The High Intensity Drug Trafficking Areas (HIDTA) program, created by Congress with the Anti-Drug Abuse Act of 1988, provides assistance to Federal, state, local, and tribal law enforcement agencies operating in areas determined to be critical drug-trafficking regions of the United States. This grant program is administered by the Office of National Drug Control Policy (ONDCP). There are currently 29 HIDTAs, which include approximately 19.6 percent of all counties in the United States and 67 percent of the U.S. population. HIDTA-designated counties are located in 50 states, as well as in Puerto Rico, the U.S. Virgin Islands, and the District of Columbia. The DEA plays a very active role and has nearly 600 authorized special agent positions dedicated to the program.  At the local level, the HIDTAs are directed and guided by Executive Boards composed of an equal number of regional Federal and non- Federal (state, local, and tribal) law enforcement leaders. The 2018 HIDTA annual budget is $280 million.

The purpose of the HIDTA program is to reduce drug trafficking and production In the United States by:

- Facilitating cooperation among Federal, state, local, and tribal law enforcement agencies to share Information and Implement coordinated enforcement activities;
- Enhancing law enforcement intelligence sharing among Federal, state, local, and tribal law enforcement agencies;
- Providing reliable law enforcement Intelligence to law enforcement agencies to facilitate the design of effective enforcement strategies and operations; and
- Supporting coordinated law enforcement strategies that make the most of available resources to reduce the supply of Illegal drugs in designated areas of the United States and in the nation as a whole.

**(Click the below map to view a larger size)**



To qualify for consideration as a HIDTA, an area must meet the following criteria:

- The area is a significant center of illegal drug production, manufacturing, importation, or distribution;
- State, local, and tribal law enforcement agencies have committed resources to respond to the drug trafficking problem in the area, thereby indicating a determination to respond aggressively to the problem;
- Drug-related activities in the area are having a significant harmful impact in the area and in other areas of the country; and
- A significant increase in allocation of Federal resources is necessary to respond adequately to drug related activities in the area.

  

Who We Are+

What We Do+

Resources+

Doing Business with the DEA+

Policies+

 **United States Drug Enforcement Administration**
DEA.gov is an official site of the U.S. Department of Justice



Subscribe →

**Contact the Webmaster**



(/)



Special Operations  /  HIDTA Task Force & International Drug Trafficking

# HIDTA Task Force & International Drug Trafficking

The landscape of illegal drug use changes over time. Some decades see a huge increase in the use and sales of marijuana; others in cocaine or methamphetamine or heroin.

The fluidity of drug use and sales means that law enforcement must be attentive to the changes not only in usage but in delivery systems, manufacturing methods as well as locations where narcotics are being made or sold.

One of the ways the Maricopa County Sheriff's Office fights the illegal narcotics trade is through a unit called **HIDTA**. The Sheriff's High Intensity Drug Trafficking Areas (HIDTA) initiative, established in 1997, is a federal program funded by a grant from the Office of National Drug Control Policy (ONDCP) which provides assistance to federal, state, local, and tribal law enforcement agencies operating in areas determined to be critical drug trafficking regions of the United States.

Maricopa County is definitely one of those areas.

Today our HIDTA initiative is known as the Maricopa County Drug Suppression Task Force (MCDST). It originally began as a collaborated law enforcement response to the clandestine methamphetamine laboratories which were a community epidemic during the late 1990's through the early 2000's. Our primary mission at that time was to identify, respond, safely dismantle, investigate and prosecute those responsible for the illegal and highly dangerous manufacturing of methamphetamine throughout Arizona.

Today, law enforcement agencies from across the entire Maricopa County area are a part of our Task Force, including prosecutors from the State Attorney General's Office and agents from the DEA.

While clandestine laboratories remain the priority of our Task Force, based on enacted legislation, we see that presently the manufacturing of methamphetamine locally has significantly declined and has now moved to Mexico.

Select Language  ▼  Po

Arizona has long been established as a source state for illegal narcotics smuggled from Mexico, and we are currently experiencing an increase in narcotics being smuggled in from Mexican cartels which use our state and county as a launching point for their sales and distribution throughout the United States.

Our Task Force today is multi-faceted to address the illegal drug trade on many fronts. Emphasis is now placed on investigations focusing on cartel-led drug transportation organizations (DTO's), and money laundering organizations (MLO's). Our focus is to identify, disrupt, degrade and dismantle these organizations by utilizing desert interdiction, highway interdiction, wiretap investigations, and undercover operations.

This unit has been and remains very successful in its goal of drug interdiction. From 2003 to 2016, for example, the MCDST has served over 605 warrants resulting in the seizures of:

- ✔ Over 1275 pounds of meth, 567 tons of marijuana, 3615 marijuana plants, 78 kilos of heroin and 250 kilos of cocaine. The street value of the seized drugs is estimated to be nearly $1,240,000.
- ✔ The Task Force also dismantled over 320 clandestine laboratories, including the latest epidemic of highly volatile butane hash oil labs, found at nearly all marijuana grow operations.
- ✔ And, most significantly, over 200 children have been rescued by deputies and officers working in the HIDTA unit from the hazardous environments of the labs.

Get in Touch (/Home/ContactUs)

## Contact Us

(/Home/ContactUs)

 **Address:** 550 West Jackson, Phoenix Arizona 85003, United States

 **Phone:** (602) 876-1000

## Follow Us

© Copyright 2018, All Rights Reserved. Maricopa County Sheriff's Office. -Build-1.61.21.138 (http://www.beyondsecurity.com/vulnerability-scanner-verification/www.mcso.org)

Select Language ▼ Po



# ARIZONA HIGH INTENSITY DRUG TRAFFICKING AREA (HIDTA)
### Excellence in Partnership, Leadership, and Innovation

**HOME**    **ABOUT HIDTA**    **INVESTIGATIVE SUPPORT**    **INITIATIVES**    **TRAINING**    **CONTACTS**

- Program Overview
- Participating Agencies
- Executive Board
- Executive Director

## PARTICIPATING AGENCIES

HIDTA helps improve the effectiveness and efficiency of drug control efforts by facilitating cooperation between drug control organizations through resource and information sharing, co-locating, and implementing joint Initiatives. HIDTA funds help Federal, state, and local law enforcement organizations invest in infrastructure and joint Initiatives to confront drug trafficking organizations. Funds are also used for demand reduction and drug treatment Initiatives.

**FEDERAL**

Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Indian Affairs
Bureau of Land Management
Drug Enforcement Administration
Federal Bureau of Investigation
Internal Revenue Service
United States Attorney's Office
United States Border Patrol
United States Customs and Border Protection
United States Fish and Wildlife Service
United States Forest Service
United States Immigration and Customs Enforcement - Homeland Security Investigations
United States Marshals Service
United States National Park Service

**STATE**

Arizona Attorney General's Office
Arizona Department of Corrections
Arizona Department of Public Safety
Arizona National Guard
University of Arizona Police Department

**TRIBAL**

Colorado River Indian Tribes Police Department
Salt River Tribal Police Department
Tohono O'odham Nation Police Department

**LOCAL**

Apache Junction Police Department
Buckeye Police Department
Bullhead City Police Department
Chandler Police Department
Cochise County Attorney's Office
Cochise County Sheriff's Office
Coolidge Police Department
Douglas Police Department
El Mirage Police Department
Eloy Police Department
Flagstaff Police Department
Florence Police Department
Gilbert Police Department
Glendale Police Department
Kingman Police Department
La Paz County Attorney's Office
La Paz County Sheriff's Office
Lake Havasu City Police Department
Marana Police Department
Maricopa County Attorney's Office
Maricopa County Probation Office
Maricopa County Sheriff's Office
Mesa Police Department
Mohave County Adult Probation
Mohave County Attorney's Office
Mohave County Sheriff's Office
Navajo County Sheriff's Office
Nogales Police Department
Oro Valley Police Department
Peoria Police Department
Phoenix Police Department
Pima County Attorney's Office
Pima County Probation Office
Pima County Sheriff's Department
Pinal County Sheriff's Office

Quartzsite Police Department
Santa Cruz County Attorney's Office
Santa Cruz County Sheriff's Office
Show Low Police Department
Sierra Vista Police Department
Snowflake-Taylor Police Department
Surprise Police Department
Tempe Police Department
Tucson Police Department
Winslow Police Department
Yuma County Adult Probation
Yuma County Attorney's Office
Yuma County Sheriff's Office
Yuma Police Department

© Arizona HIDTA 2020



**ARIZONA HIGH INTENSITY DRUG TRAFFICKING AREA (HIDTA)**
Excellence in Partnership, Leadership, and Innovation

HOME   ABOUT HIDTA   INVESTIGATIVE SUPPORT   INITIATIVES   TRAINING   CONTACTS

AZ HIDTA Initiatives

Domestic Highway Enforcement

Demand Reduction

Opioid Monitoring Initiative

Participant Only

**HIDTA INITIATIVES**

The Arizona HIDTA is organized into three primary Initiatives: Enforcement (interdiction, investigation, fugitive arrests, and prosecution); Intelligence (coordination, deconfliction, investigative case support, threat analysis, and intelligence gap identification); and Support (management and training).

Fully understanding the drug-related threat in Arizona and using an intelligence-driven enforcement strategy, the Arizona HIDTA Task Forces are having a significant impact on the drug trafficking and money laundering organizations operating in Arizona and throughout the United States.

The Arizona HIDTA also supports the Domestic Highway Enforcement program and demand reduction and education efforts.

The Initiatives are located throughout Arizona in the counties of Cochise, La Paz, Maricopa, Mohave, Navajo, Pima, Pinal, Santa Cruz, and Yuma.





# ARIZONA HIGH INTENSITY DRUG TRAFFICKING AREA (HIDTA)
### Excellence in Partnership, Leadership, and Innovation

HOME   ABOUT HIDTA   INVESTIGATIVE SUPPORT   INITIATIVES   TRAINING   CONTACTS



## INVESTIGATIVE SUPPORT CENTER (ISC)

The Arizona HIDTA Investigative Support Center (ISC) is a combined Federal, state, local, and tribal intelligence and information sharing Initiative. The ISC facilitates intelligence sharing among law enforcement agencies through the systematic collection, analysis, and dissemination of secure, accurate, and timely intelligence.

This cooperative model of sharing promotes interagency communication and coordination of activity regarding counter-drug efforts; enhances officer safety through deconfliction; eliminates duplication of effort; and is critical to combating the increasing threat of narcotics traffickers and criminal organizations.

The Arizona HIDTA ISC provides operational, tactical, and strategic support to investigations conducted by the HIDTA Initiatives. The ISC also supports the National HIDTA strategy and goals by developing intelligence related to regional, national, and international drug trafficking threats.

The dissemination of actionable intelligence, along with ongoing case support and drug trend/threat analysis, enables Arizona law enforcement entities to disrupt and dismantle drug trafficking organizations and other associated criminal groups at the highest level, substantially reducing the flow and distribution of illicit drugs and drug proceeds into and through Arizona.

The Arizona ISC consists of four units:

**Research, Leads and Targeting (RLT)**
The RLT unit researches and deconflicts information to the fullest extent using all available investigative and analytical tools. Using a systematic approach, phone numbers, names, addresses, seizure data, license plates and other identifying information are queried against Case Explorer, criminal databases, motor vehicle files, state systems, open source databases, federal proprietary databases, EPIC and phone deconfliction systems, such as DICE and DARTS, to fully identify investigative overlaps and provide intelligence products to law enforcement.

**Case Support**
The Case Support unit provides analytical case support to HIDTA Initiative investigations ranging from telephone toll analysis, pen register analysis, Title III analysis, and seizure analysis. The Case Support unit also identifies overt acts, stash house locations, sources of supply, organizational members and co-conspirators, trafficking routes and methods, relevant seizure information and key events, links to other investigations, and provides investigators with potential targets and relevant information to expand the investigation.

**Threat Analysis and Production**
The Threat Analysis and Production unit prepares and disseminates a range of strategic products pertaining to drug trends, drug availability, price changes,

**ISC CONTACTS:**

**Research, Leads and Targeting (RLT)**
Phoenix:  phoenixrlt@azhidta.org
Tucson:  tucsonrlt@azhidta.org

**Case Support**
Phoenix:  phoenixcs@azhidta.org
Tucson:  tucsoncs@azhidta.org

**Threat Analysis and Production**
threat@azhidta.org

**Interdiction Response Group**
irg@azhidta.org

**ISC Administrative Office**
602.845.8326 (Phoenix)
520.719.2002 (Tucson)
iscmanager@azhidta.org

Top

smuggling methods and changes, trafficking routes, emerging drug threats, officer safety issues, and drug trafficking organizations most impacting Arizona law enforcement.

**Interdiction Response Group (IRG)**
The IRG provides 24/7 real-time analytical support to interdictors and investigators.  IRG analysts exploit the most appropriate criminal systems and intelligence databases and provide a quick response to interdictors to help them obtain reasonable suspicion, or probable cause, to search a vehicle.  Pursuant to the seizure, the IRG provides first level analytical support using all available intelligence systems to enhance the initial investigation.

© Arizona HIDTA 2020

Top



# FINANCIAL INVESTIGATIONS

### JULY 30, 2020
**8 a.m. to 5 p.m.**

### Location:
**ARIZONA HIDTA TRAINING CENTER**
5350 North 48th Street, Suite 105, Chandler, AZ 85226

*AZ POST credit will be offered*

**Prerequisite:** Students must be full-time, commissioned peace officers, crime analyst.

**Course Description:** This course is designed to help investigators identify sources of income, location of accounts, and location of other assets. It will show you how to understand bank records and money laundering techniques. You will learn how to identify techniques and resources used to locate financial institutions used by drug trafficking and money laundering targets. Will cover FINCEN and TRACC and how they can be used to progress a case. You will understand the processing of bank documents and identify money laundering methods within a case.

**Who Should Attend:** Investigators, Detectives, Officers, Analysts.

**Continuing Education Hours:** This course has been determined to qualify for AZ POST continuing training credit.

**Dress Code:** Uniform or business casual.

**Lodging:** Students are responsible for their own hotel and per diem costs. Hotel information will be included with the confirmation email.

**Registration Limitations:** Substitutions for confirmed attendees are not permitted.

**Apply for Training:** To register, visit www.azhidta.org – Click Training – View Training Calendar – Locate the event and Apply for Training.

**Contact:**
Training Assistant, Francine Gonzales at fgonzales@azhidta.org or 602-845-1984, or
Training Coordinator, Phil Hawk at phawk@azhidta.org or 602-845-1983



# SEARCH & SEIZURE AND CONFESSIONS
*Presented by: Asst. U.S. Attorney Christina M. Cabanillas*

## APRIL 9, 2019
### ½ DAY TRAINING - 8:00am to 12:00pm

**LOCATION:**
**ARIZONA HIDTA TRAINING CENTER**
5350 North 48th Street, Suite 105, Chandler, AZ 85226

*AZ POST credit will be offered*

**Prerequisite:** Students must be full-time, commissioned peace officers.

**Course Description:** This training will discuss Federal and Arizona rules governing how law enforcement officers may lawfully obtain physical evidence under the Fourth Amendment and statements under the Fifth, Sixth and Fourteenth Amendments. The Search and Seizure portion will cover preliminary issues, arrest and search warrants, and the exceptions to the warrant requirement, including: expectation of privacy and standing, open fields v. curtilage, knock & talks, stops and detentions of people and vehicles, borders and checkpoints, arrests, frisks, plain view, vehicle searches, consent searches, searches incident to arrest, inventory searches, exigent circumstances, emergency aid, protective sweeps, hotel searches, and administrative searches. The Confessions portion will cover Miranda v. Arizona principles, custody, interrogation, admonishment and waiver, invocations and re-initiations, exceptions to the Miranda rule, voluntariness and Fourteenth Amendment due process issues, Sixth Amendment issues, and more. The class will include various scenarios and will stress the importance of accurate paperwork and reports.

**Who Should Attend:** Officers, Detectives, Investigators, Agents, Supervisors, Prosecutors

**Continuing Education Hours:** This course has been determined to qualify for AZ POST continuing training credit.

**Dress Code:** Uniform or business casual.

**Lodging:** Students are responsible for their own hotel and per diem costs. Hotel information will be included with the confirmation email.

**Registration Limitations:** Each agency is limited to **five** approved attendees. Substitutions for confirmed attendees are not permitted.

**Apply for Training:** To register, visit www.azhidta.org – Click Training – View Training Calendar – Locate the event and Apply for Training.

**Contact:**
Training Executive Assistant, Sara Ayres at sayres@azhidta.org or 602-845-1984, or
Training Coordinator, Phil Hawk at phawk@azhidta.org or 602-845-1983