**CASE # 3:20-cv-03098-WHO**
**MOTION FOR PRELIMINARY INJUNCTION TO RESTORE *STATUS QUO ANTE***

# EXHIBIT 6



**U.S. Department of Justice**
**FY 2019 Budget Request**

---

**DRUG ENFORCEMENT AND THE OPIOID CRISIS**

**+$295 Million in Program Enhancements and Transfers**

---

## FY 2019 Overview

The United States is in the midst of the deadliest drug epidemic in American history. According to the Centers for Disease Control and Prevention (CDC), more than 63,600 Americans died from drug overdoses in 2016, a 21% increase from the previous year.[1] Over 42,200, or approximately two-thirds, of these overdose deaths were caused by heroin, fentanyl, and prescription opioids. The President declared this scourge a National Public Health Emergency in October 2017, and the Department remains committed to doing its part to protect the American people from the impact of drugs and drug-related crime nationwide.

The FY 2019 budget requests $295 million in program enhancements and transfers to combat the opioid crisis and bolster drug enforcement efforts. These resources will enable the Department to target those drug trafficking organizations most responsible for the opioid epidemic and drug-related violence in our communities, as well as ensure the life and safety of first responders who are on the front lines protecting the American people.

## New Program Enhancements

**Combating the Opioid Crisis: +$40.5 million and 145 positions (106 Agents)**

**Heroin Enforcement Groups and Additional Enforcement Personnel: +$31.2 million and 140 positions (106 Agents)**
Funds eight new heroin enforcement groups (90 positions, 56 Agents) to be deployed to DEA Field Divisions that have identified heroin as the first or second greatest threat to their area. These groups will target the link between the cartels and the drug trafficking networks operating within the United States. These resources will also increase agents (50 positions, 50 Agents) at DEA Field Divisions to target the Mexican Transnational Criminal Organizations (TCOs) that pose the greatest drug threat to the United States.

**Fentanyl Signature Profiling Program: +$6.8 million and 5 positions**
Resources will expand DEA's Fentanyl Signature Profiling Program (FSPP) and provide additional chemists to analyze fentanyl seizures in the United States. The FSPP has

---

[1] Hedegaard H, Warner M, Miniño A. Drug Overdose Deaths in the United States, 1999-2016. NCHS Data Brief, no 294. Hyattsville, MD: National Center for Health Statistics. 2017. Available from: https://www.cdc.gov/nchs/data/databriefs/db294.pdf.

allowed DEA to link fentanyl seizures in an attempt to identify the international and domestic trafficking networks responsible for fueling the opioid crisis.

**Law Enforcement Safety: +$2.5 million**
Funding would allow DEA to acquire drug identification technology and personal protective equipment for agents in the field to minimize exposure to deadly opioids during enforcement actions. Resources would also allow DEA to purchase an additional 2,700 naloxone kits for DEA field personnel. Naloxone is an opiate antidote that blocks the effects of opioids and reverses an overdose, ensuring the safety of DEA personnel and the public who may come in contact with dangerous opioids inadvertently.

**Combating Transnational Criminal Organizations (TCOs): +$400,000**

**Sensitive Investigative Unit (SIU) Program: +$400,000**
Resources will support DEA's flagship Sensitive Investigative Unit (SIU) Program to combat highly sophisticated TCOs known for supplying illicit substances to distributors and users in the United States. Funding will allow DEA to convert the El Salvador Formal Vetted Unit to an SIU.

**High Intensity Drug Trafficking Areas (HIDTA) Programs: +254.0 million, transferred from the Office of National Drug Control Policy**

The FY 2019 President's Budget permanently transfers $254 million to DEA from the Office of National Drug Control Policy (ONDCP) for the purpose of facilitating coordination of the HIDTA Program with other drug enforcement assets. DEA currently participates in and coordinates with the various HIDTAs. Transferring the administration of the program will allow HIDTA resources to be focused on combating drug trafficking in areas where the threat is the greatest and where there is a coordinated law enforcement presence. There are currently 28 HIDTAs located in 49 states, as well as in Puerto Rico, the U.S. Virgin Islands, and the District of Columbia.

## FY 2019 Program Enhancement Summary
### (Amount in $000s)

| Component/Initiative | Component | Positions | Agts/ Attys | Amount |
|---|---|---|---|---|
| **Combating the Opioid Crisis** | | | | |
| Heroin Enforcement Groups and Additional Enforcement Personnel | DEA | 140 | 106 | $31,241 |
| Fentanyl Signature Profiling Program (FSPP) | DEA | 5 | 0 | 6,775 |
| Law Enforcement Safety | DEA | 0 | 0 | 2,498 |
| **Combating TCOs** | | | | |
| Sensitive Investigative Unit (SIU) Program | DEA | 0 | 0 | $400 |
| **High Intensity Drug Trafficking Areas (HIDTA) Program (transfer from ONDCP)** | DEA | 0 | 0 | $254,000 |
| **Total, Program Increases** | | **145** | **106** | **$294,914** |

## Discretionary Enhancements Pending in
## FY 2018 President's Budget Request

**Drug Enforcement Administration:**
| | |
|---|---|
| Heroin Enforcement: | $8.5 million |
| Transnational Organized Crime: | $6.5 million |

**Organized Crime Drug Enforcement Task Force Program:**
| | |
|---|---|
| Addressing the National Opioid Epidemic: | $1.1 million |

**Total: $16.1 million**