**CASE # 3:20-cv-03098-WHO**
**MOTION FOR PRELIMINARY INJUNCTION TO RESTORE *STATUS QUO ANTE***

# EXHIBIT 7

Google | marijuana site:mcso.org

All | News | Maps | Images | Shopping | More | Settings | Tools

About 77 results (0.30 seconds)

www.mcso.org › Multimedia › PressRelease ▼ PDF
**Maricopa County Drug Suppression Task Force Seizes Over ...**
Apr 8, 2020 - Over $265k in Cash, Firearms, Heroin, **Marijuana** and. Vehicles from Criminal Enterprise. Phoenix, AZ – The Maricopa County Drug ...

www.mcso.org › Multimedia › PressRelease › Massive ... ▼ PDF
**Maricopa County Sheriff's Office Joe Arpaio, Sheriff**
Apr 19, 2016 - Massive **Marijuana** Enterprise Broken Up in Phoenix. Warehouse site is among largest operations of its kind ever discovered in Arizona.

www.mcso.org › Multimedia › Tonopah_Bust_10_11_19 ▼ PDF
**Tonopah Marijuana Bust - Maricopa County Sheriff's Office**
Oct 11, 2019 - suspects were illegally growing and selling **marijuana** in violation of the Arizona Medical **Marijuana** Act (AMMA). The suspects had 8 rooms ...

www.mcso.org › PressRelease › Marijuana Stop
**Maricopa County Sheriff's Office Joe Arpaio, Sheriff**
Facts: Traffic stop / **Marijuana** load vehicle. Dates and Time: February 7th at 0500hrs. Location: SR 85 just north of the Lewis Prison. Vehicle: White Chevy SUV ...

www.mcso.org › MultiMedia › PressRelease › Efrain Nun...
**Maricopa County Sheriff's Office arrests driver of van in ...**
Mar 5, 2013 - in Glendale containing half-million dollar haul of **marijuana**. (Phoenix, AZ) The Maricopa County Sheriff's Office is announcing today the arrest ...

www.mcso.org › PressRelease › StolenVehicles&Marijuana
**Maricopa County Sheriff's Office Joe Arpaio, Sheriff**
Mar 8, 2013 - Summary: Maricopa County Sheriff's Office Announces a **Marijuana** Seizure Weighing. Nearly 2,000 Pounds. Facts: Two Stolen Vehicles ...

Google    heroin site:mcso.org

All   Images   News   Videos   Shopping   More        Settings   Tools

About 29 results (0.30 seconds)

www.mcso.org › FINAL Heroin Seizure 9-14-18   PDF
### MCSO Detectives Seize Ten Pounds of Heroin Task force ...
Sep 14, 2018 - On Wednesday, September 12, 2018 at 1am MST, Phoenix Police stopped a vehicle around. 3500 West Maricopa Freeway in an assist to ...

www.mcso.org › Simulcast on heroin addiction   PDF
### Maricopa County Sheriff's Office Joe Arpaio, Sheriff
Jan 12, 2015 - **HEROIN** ADDICTION IS. MUCH NEEDED AND LONG OVERDUE. (Maricopa County, AZ) In his 22 years as Sheriff and 32 years with U.S..

www.mcso.org › PressRelease › FIN...   PDF   Translate this page
### Detectives de MCSO Confiscan Diez Libras de Heroína Cuerpo ...
Detectives del Cuerpo Especial de Supresión de Drogas de la Oficina del Sheriff del Condado. Maricopa (MCDST por sus siglas en inglés) recientemente ...

www.mcso.org › Multimedia › PressRelease   PDF
### Maricopa County Drug Suppression Task Force Seizes Over ...
Apr 8, 2020 - Over $265k in Cash, Firearms, **Heroin**, Marijuana and. Vehicles from Criminal Enterprise. Phoenix, AZ – The Maricopa County Drug ...

www.mcso.org › Street bust on Heroin and Meth   PDF
### 3 April 2002 - Maricopa County Sheriff's Office
Aug 4, 2016 - Sheriff's Detectives make arrests and Seize Meth and **Heroin**. (Maricopa County, AZ) On 08/04/2016 Detectives with the Maricopa County ...

www.mcso.org › MultiMedia › PressRelease   PDF
### Maricopa County Sheriff's Office Joe Arpaio, Sheriff
of **heroin** valued at close to $1.7 million and 93 pounds of methamphetamine with a street value of $2.95 million. "Emphasis today is placed on the big dealers ...

 

meth site:mcso.org

 All     Images     News    ▶ Videos    🏷 Shopping    ⋮ More      Settings   Tools

About 31 results (0.23 seconds)

www.mcso.org › MCDST Meth and fentanyl operation ▼   PDF
### For Release: August 21, 2018 3 Suspects Arrested In ...
Aug 21, 2018 - 15 pounds **methamphetamine**, 519 fentanyl pills, marijuana, cocaine, cash and vehicles seized. The Maricopa County Drug Suppression Task ...

www.mcso.org › 51 Pounds of Meth Seized in Arrest ▼   PDF
### Maricopa County Sheriff's Office Joe Arpaio, Sheriff
Jun 4, 2013 - Sheriff's Office Scores One of Biggest **Meth** Busts To Date. Mexico Now Filling **Meth** Lab Void Created by Aggressive. Arizona Law Enforcement.

www.mcso.org › Meth Lab Search Warrant doc
### 3 April 2002 - Maricopa County Sheriff's Office
Apr 27, 2016 - 2016. Deputy Joaquin Enriquez (480) 318-4846. **Meth**, Heroin, Ecstasy, Marijuana, Cocaine, LSD and Hash Oil all found in Phoenix home after ...

www.mcso.org › SpecialOps › Hidta ▼
### HIDTA Task Force & International Drug Trafficking - Maricopa ...
Some decades see a huge increase in the use and sales of marijuana; others in cocaine or **methamphetamine** or heroin. The fluidity of drug use and sales ...

www.mcso.org › Street bust on Heroin and Meth ▼   PDF
### 3 April 2002 - Maricopa County Sheriff's Office
Aug 4, 2016 - Sheriff's Detectives make arrests and Seize **Meth** and Heroin. (Maricopa County, AZ) On 08/04/2016 Detectives with the Maricopa County ...

www.mcso.org › MultiMedia › PressRelease ▼   PDF
### Maricopa County Sheriff's Office Joe Arpaio, Sheriff
of heroin valued at close to $1.7 million and 93 pounds of **methamphetamine** with a street value of $2.95 million. "Emphasis today is placed on the big dealers ...

