**CASE # 3:20-cv-03098-WHO**
**MOTION FOR PRELIMINARY INJUNCTION TO RESTORE *STATUS QUO ANTE***

# EXHIBIT 8



ayahuasca site:mcso.org

 

 All    Shopping    Videos    News    Images   ⋮ More          Settings   Tools

Your search - **ayahuasca site:mcso.org** - did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.

Ad · www.amazon.com/ ▾
### Shop Ayahausca Tea - Amazon - Fast Free Delivery with Prime.
Find Deals on Ayahausca Tea in Novelty Apparel on Amazon.
★★★★★ Rating for amazon.com: 4.5 - On-time delivery: 94%+
Shop Amazon Fashion · Amazon Prime Benefits · Explore Amazon Handmade

Ad · www.twobirdschurch.com/ ▾
### Ayahuasca Ceremony in USA - Retreat In Nature
501c3 nonprofit, **ayahuasca** retreats. Trained in Peru. Est. 2010. Integration. Ceremonies.
Highlights: A Non-Denominational Church, Online Donation Option Available, Online Registration Available.
Integration Circles · Register Online · Church Shop · Outreach Programs · Donate Online



peyote site:mcso.org

All  Images  Shopping  Videos  News  More          Settings   Tools

2 results (0.24 seconds)

> It looks like there aren't any great matches for your search
>
> **Tip:** Try using words that might appear on the page you're looking for. For example, "cake recipes" instead of "how to make a cake."
>
> Need help? Check out other tips for searching on Google.

www.mcso.org › Documents › Career  ▼  PDF
### MARICOPA COUNTY SHERIFF'S OFFICE Joseph M. Arpaio ...
(B). Hallucinogens. LSD, PCP, Acid,. Mushrooms,. Mescaline,. **Peyote**. TOTAL times tried before Age 21. 0. 1. 2-5 6-10 11-20 21-50 51+. (C) Dangerous. Drugs.

www.mcso.org › Documents › Career › posse  ▼  PDF
### Maricopa County Sheriff's Office
**Peyote**. TOTAL times tried before Age 21. 0. 1. 2-5. 6-10. 11-20. 21-50. 51+. (C) Dangerous. Drugs. Opium,. Morphine,. Ecstasy,. Heroin, GHB. TOTAL times tried ...

● 85716, Tucson, AZ - From your Internet address - Use precise location - Learn more