**CASE # 3:20-cv-03098-WHO**
**MOTION FOR PRELIMINARY INJUNCTION TO RESTORE *STATUS QUO ANTE***

# EXHIBIT 9

# MARICOPA COUNTY DRUG SUPPRESSION TASK FORCE (HIDTA)

IR 20-004616

## SEARCH WARRANT

### COUNTY OF MARICOPA, STATE OF ARIZONA

WARRANT No. SW 2020.006651

**TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:**

Proof by affidavit having been made this day to me by :

MCSO Deputy Detective **Matthew Shay** #S2148

I am satisfied that there is probable cause to believe that

[x]   on the **persons** known as:

Subj. 1: **Clay L Villanueva** (W/M) 05/21/1961 AZDL D00298777 510/145 Bro/Grn
Subj. 2: **Cecilia P Villanueva** (W/F) 04/19/1961 AZDL D03180864 500/125 Blk/Bro

[x]   on the **premise(s)** known as :

**1134 W Glenrosa Ave**, Phoenix AZ. This is a single story home, tan or brick in color of stucco and brick construction that lies on the north side of W Glenrosa Avenue and is the third property east of N 13th avenue. This property is bordered by a cement wall separating it from the houses north east and west and with in those walls are several smaller structures that appear to be sheds and small work shop style structures. Each structure on the property is subject to search. The home has a short brick wall and two rod iron gates that separate it from Glenrosa to the south . The numerals "1134" are posted vertically on tan and brick colored tiles to the right (east) of the front patio of the home.

in the County of Maricopa, State of Arizona, there is now being possessed or concealed

certain property, persons or things described as:

1. A usable amount of **Marijuana**;
2. A Usable amount of **DMT** (N,N-Dimethyltryptamine)
3. A usable amount of "**Ayahuasca**" containing DMT

Page | 1 Villanueva DMT and MJ Lab Glenrosa

4. Growing or drying **marijuana plants**
5. **Equipment and chemicals used to grow marijuana**, including, but not limited to;
    a. Lights: High Pressure Sodium, Metal Halide, High Intensity Discharge (HID) lights, Halogen, florescent or other similar bulbs and housings used to replicate the rays of the sun in maximizing plant growth and the wattage/amperage adjusting devices known as "ballasts" that are used to regulate electricity to the lights
    b. Grow medium: pellets, foam cutouts, peat moss, rock wool, soil, fiber, clay perlite or other similar items used to retain, strengthen and assist in the feeding of the cannabis root during various stages of grow.
    c. Hydroponic equipment: water pumps, air pumps, tubing, water reservoirs, tanks, buckets, tubs, water regulating devices, purifying devices and other items utilized in the movement and distribution of water and nutrients to and from growing marijuana plants.
    d. Electrical equipment: timers, power strips, extension cords, electric boxes, conduit, wiring, voltage meters, voltage regulators, and electrical testing equipment
    e. General tools used in the manufacture of "grow room" equipment and structures: circular saws, drills, drill bits, hand saws, hammers, levels, tape measures, clamps, conduit bending tools, wire strippers, plastic sheeting, vacuums, and other items obviously used to establish , maintain and clean the various marijuana grow areas utilized, abandoned, disassembled or under construction by the suspects
    f. Nutrients, chemicals, additives , foods and fertilizers used in the growing of marijuana plants
6. **Chemicals and equipment used to manufacture DMT** (N,N-Dimethyltryptamine) including , but not limited to :

   a. base precursor plants such as Mimosa Tenuiflora, Mimosa Hostilis Root Bark, San Pedro Cactus, Psychotria viridis, Grow medium: pellets, foam cutouts, peat moss, rock wool, soil, fiber, clay perlite or other similar items used to retain, strengthen and assist in the feeding of the cannabis root during various stages of grow.
   b. non-polar hydrocarbon solvent such as Naptha, Heptane, Hexane, Butane, or Propane and a base solvent such as sodium hydroxide
   c. separating, and adjusting agents such as vinegar, hydrogen peroxide, lye, and acetone
   d. Buckets, bowls cooking pots and mixing equipment such as 5 gallon "homer buckets" metal and pyrex cook wear, stirring utensils, strainers, filters, syringes, hot plates, turkey fryers, tubing, scales, grinders, pipettes,

7. **Paraphernalia** for packaging, manufacturing, using, weighing, and distributing illegal drugs, including but not limited to, wax paper, paper sandwich baggies, duffle bags, back packs, boxes, zip lock baggies heat sealed baggies, heat sealing devices, weigh scales, baggies, grinders, diluents, wrapping materials (new and used), tape, razor blades, cutting boards, glass pipes, cigarette papers, cooking devices, butane torches, and shipping materials such as boxes, deodorants, plastic wrapping, mail labels, and any other evidence used by persons to manipulate drugs in any way.

8. **Indicia of occupancy**, residency, rental and/or ownership of the premises described herein, including, but not limited to, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys. These items may be on paper or contained electronically on a computer, tablet, cell phone, thumb drive, hard drive, or other removable media.

9. **Arizona "Medical Marijuana" paperwork**, cards, receipts and pamphlets, current or expired, signed agreements with DHS, mail receipts, envelopes specifically, but not limited to mail referring to the listed suspects, their previous addresses, mailing addresses and this current address,

10. **Ledgers**; money chits; equipment lists; purchase orders or receipts; electric water or trash bills; air conditioning, electrical or general contracting work bills, receipts or other paperwork; price lists, names and nomenclature; financial statements or other financial notations tending to prove or disprove purchase chemicals and equipment used in the production of marijuana. These items may be on paper or contained electronically on a computer, tablet, cell phone, thumb drive, hard drive, or other removable media.

11. **"PayPal"** documents, account information, and receipts

12. **Money**, cash, American currency or the equivalent.

13. **Electronic communication device or Cell Phones** and any flash drives used to store photos/videos <u>identified as belonging to one of the listed suspects</u> and capable of text messaging and/or social media posts. **(a second search warrant, post investigation will be drafted, if necessary for a search of these items)**

which property, persons or things

[x]  were used as a means for committing a public offense

[x]  is (are) being possessed with the intent to use as a means of committing a public offense

[x]  constitutes evidence tending to show that a public offense has been committed, or tending to show that **Clay and Cecelia Villanueva** and/or co-conspirators both known and unknown has (have) committed a public offense(s).

such public offense(s) being

Page | 4 Villanueva DMT and MJ Lab Glenrosa

MANUFACTURING A DANGEROUS DRUG (DMT), PRODUCING MARIJUANA, SALE/TRANSFER OR OFFER TO SELL /TRANSFER OF A DANGEROUS DRUG (DMT) , FRAUDULENT SCHEMES AND ARTIFICES, TAX FRAUD , CONSPIRACY, POSSESSION OF DMT, POSSESSION OF MARIJUANA

which occurred between March, 2012, and May 15th, 2020 in the State of Arizona , County of Maricopa and specifically at the property described as 1134 W Glenrosa Avenue, Phoenix as previously described

YOU ARE THEREFORE COMMANDED
[x] in the daytime (excluding the time period between 10 PM and 6:30 AM)
[ ] or nighttime (good cause therefore having been shown)

to make a search of the above named or described person(s), premise(s) and vehicle(s) with in five (5) days of issuance, for the herein above described persons, property or things, and if you find the same or any part thereof, to retain such in your custody or in the custody of the Maricopa County Sheriff's Office, as provided by A.R.S. §13-3920.

It is ordered that any hazardous chemicals and contaminated glass wear/equipment be promptly disposed of , as directed by ARS 13-3918

Return this warrant to me within three (3) days of the date of execution, as directed by A.R.S. §13-3918.

Page | 5 Villanueva DMT and MJ Lab Glenrosa

Upon completion of all court actions or proceedings of any type which would necessitate the further use of the listed property, pursuant to A.R.S. §13-3920 and/or §13-3941, the property may be disposed of as authorized by law.

Given under my hand and dated this \_\_\_17th\_\_\_ day of \_\_\_MAY\_\_\_, 2020.

*Gregory J. Gnepper*

JUDGE, JUSTICE OF THE PEACE, OR MAGISTRATE

of **MARICOPA COUNTY SUPERIOR** Court

> HONORABLE GREGORY J. GNEPPER
> MARICOPA COUNTY SUPERIOR COURT

**MARICOPA COUNTY SHERIFF'S OFFICE**
Paul Penzone, Sheriff

## Search Log

Search Warrant# _____ - _____
Incident Report# _____ - _____

---

**ITEM #** 115
Time: 1150 hrs
Finder: BRIAN

Description: MARIJUANA SEEDS   5 BAGS
Location: FILE CABINET FROM OFFICE DESK LAST SIDE

Comments:

---

**ITEM #** 116
Time: 1150 hrs
Finder: BRIAN

Description: MUSHROOMS
Location: ,,   ,,

Comments: 83.5 g

---

**ITEM #** 117
Time: 1150 hrs
Finder: BRIAN

Description: CANNABIS EDIBLE
Location:

Comments:

---

**ITEM #** 118
Time: 1150 hrs
Finder: BRIAN

Description: MARIJUANA
Location: ,,   ,,

Comments: 13.5 g

---

**ITEM #** 119
Time: 1150 hrs
Finder: BRIAN

Description: LARGE BROWN PENDEN
Location:

Comments:

---

**ITEM #** ____
Time: ____ hrs
Finder: ____

Description: 1200
Location: FLITY 155F

Comments:

---

PAGE: 1 OF 1                              Recorder's Initials: SF

5000-899 R 4-17 96636-233

# MARICOPA COUNTY SHERIFF'S OFFICE
## Paul Penzone, Sheriff

### Search Log

Search Warrant# 20C-006657
Incident Report# ~~_____~~
20-004616

---

**ITEM #** 200
Time: _____ hrs
Finder: BENSON

Description: (27) MJ PLANTS
Location: MAIN GROW ROOM

Comments: TOTAL WET WEIGHT: 23.2 LBS
MJ/MILSA

---

**ITEM #** 201
Time: _____ hrs
Finder: BENSON

Description: (12) DRIED MJ PLANTS
Location: MAIN GROW ROOM
TOTAL WEIGHT: 6.8 LBS

Comments:

---

**ITEM #** 202
Time: _____ hrs
Finder: _____

Description: (4) TSL - HORTI TECH
Location: MODEL 10I-E680 LIGHTS (NEW)
680W                                ROOM
$7500 EACH
STILL IN BOX FROM MANUFACTURER

Comments:

---

**ITEM #** 203
Time: _____ hrs
Finder: _____

Description: BLOCKED ARIZONA BANK
Location: ACCT #__

Comments:

---

**ITEM #** 204
Time: _____ hrs
Finder: _____

Description: (68) MJ PLANTS BIN INSIDE GROW
Location:                           HOUSE

Comments: TOTAL WET WEIGHT: 3.6 LBS

---

**ITEM #** 205
Time: _____ hrs
Finder: _____

Description: (4) PLASTIC TRIM BIN 7 dups
Location: NEW OF GROW SHED IN BACKYARD

Comments: 205A - TRIM FROM TRIMS (MARX 1 LB)

---

PAGE: ___ OF ___                    Recorder's Initials: _____

5000-899 R 4-17 96636-233

**MARICOPA COUNTY SHERIFF'S OFFICE**
**Paul Penzone, Sheriff**

CALDERON#3766

**Search Log**

Search Warrant# 20-006651
Incident Report# _____

---

**ITEM #** 300
Time: 1016 hrs
Finder: BREEN

Description: 3 CLEAR BAGS WITH WHITE/CRYSTAL SUBSTANCE BLUE SEAL FIELD TEST POS. FOR METH.
Location: 1. .5 INSIDE DRESSER TOP RIGHT DRAWER
2. .5
3. 2 SOUTHEAST BEDROOM / ANTHONY'S ROOM

Comments: RICO FIELD TEST FOR METH

---

**ITEM #** 301
Time: 1026 hrs
Finder: BREEN

Description: BLACK WALLET w/ US. CURRENCY APPROX. $6,000.00
Location: INSIDE DRESSER DRAWER TOP RIGHT

Comments: WALLET NOT TAKEN

---

**ITEM #** 302
Time: 1055 hrs
Finder: TILT?

Description: 1½ glass jars w/ HASH
Location: LIVING ROOM NORTH OF ANTHONY'S ROOM

Comments: RICO FIELD TEST POS FOR THC

---

**ITEM #** 303
Time: 1058 hrs
Finder: CALDERON

Description: ZIPLOC BAG w/ EDIBLE BROWNIES INSIDE BLUE GIFT BAG
Location: "

Comments:

---

**ITEM #** 304
Time: 1116 hrs
Finder: CALDERON

Description: BLACK LG CRICKET SMARTPHONE IN CASE LAST # 5406
Location: KITCHEN COUNTER NEXT TO STOVE

Comments: IN AIRPLANE MODE

---

**ITEM #** 305
Time: 1118 hrs
Finder: CALDERON

Description: BLACK MOTOROLA SMARTPHONE IN CASE LAST # IMEI 5874
Location: "

Comments:

---

PAGE: 1 OF 1                    Recorder's Initials: EH

5000-899 R 4-17 96636-233

**MARICOPA COUNTY SHERIFF'S OFFICE**
**Paul Penzone, Sheriff**

## Search Log

Search Warrant# _____-_____
Incident Report# _____-_____

---

**ITEM #** 100
Time: 0950 hrs
Finder: [illegible]
Description: 2 white vials of
1. San Pedro Paste
2. Diego Leaf Liquid
Location: Office closet on the shelf with spray

Comments:

---

**ITEM #** 101
Time: 0950 hrs
Finder: [illegible]
Description: Bag of Bark (shaman's bag)
Location:

Comments:

---

**ITEM #** 102
Time: 1001 hrs
Finder: [illegible]
Description: Various small items of unknown substance (testing?)
Location:

Comments:

---

**ITEM #** 103
Time: 1005 hrs
Finder: [illegible]
Description: Various bags of clear powder marked (bark #) stored with unknown elements
Location:
Comments: from office bag to office closet

---

**ITEM #** 104
Time: 1010 hrs
Finder: [illegible]
Description: Bag of unknown brown powder, etc.
Location:

Comments: office closet floor

---

**ITEM #** 105
Time: 1615 hrs
Finder: [illegible]
Description: Black body armor
Location: floor by office closet

Comments:

---

PAGE: 1 OF 3                         Recorder's Initials: _____

5000-899 R 4-17 96636-233

# MARICOPA COUNTY SHERIFF'S OFFICE
## Paul Penzone, Sheriff

### Search Log

Search Warrant# ____-_____
Incident Report# ____-_____

---

**ITEM #** 106
Time: 1030 hrs
Finder: Klott
Description: US Currency
Location: The office closet within Hall Patio Rm
Comments:

---

**ITEM #** 107
Time: 1044 hrs
Finder: Klott
Description: Mushroom from Wes Jars  13  6
Location: Blue tote from room in office
Comments: 246 Moz

---

**ITEM #** 108
Time: 1044 hrs
Finder: Klott
Description: Mushrooms (Bag)
Location:
Comments: 126g

---

**ITEM #** 109
Time: 1056 hrs
Finder: Klott
Description: Drug Ledger, Abs Docs
Location: " Item from office
Comments:

---

**ITEM #** 110
Time: 1110 hrs
Finder: Klott
Description: Bottles of Brown Liquid (Mushroom Brew)
Location: Coffee closet in office
Comments: 2 bottles from hall Mushr space

---

**ITEM #** 111
Time: 1115 hrs
Finder: Klott
Description: 2 Bags of Mushrooms, 1 Bag of Bags Ground Up
Location: 
Comments: 81g  Bedrm Kitchen

---

PAGE: 2 OF 2                    Recorder's Initials: _____

5000-899 R 4-17 96636-233

# MARICOPA COUNTY SHERIFF'S OFFICE
## Paul Penzone, Sheriff

### Search Log

Search Warrant# _____-_____
Incident Report# _____-_____

---

**ITEM #** 112
Time: 1145 hrs
Finder: [illegible]

Description: 1 BAG WITH MARIJUANA
Location: ON COMPUTER DESK IN OFFICE

Comments: 80.5 oz

---

**ITEM #** 113
Time: 1150 hrs
Finder: [illegible]

Description: 6 PACKETS OF BROWN SUBSTANCE SUSP DMT/HTCP
Location: LOWER DESK IN OFFICE BEDROOM

Comments: 9 oz

---

**ITEM #** 114
Time: 1202 hrs
Finder: BRMN

Description: 85 POUNDS OF (DMT) AYAHUASCA
Location: FROM LOCKED AREA WENT TO HALL

Comments:

---

**ITEM #** _____
Time: _____ hrs
Finder: _____

Description:
Location:

Comments:

[diagonal strikethrough with notes: "200 Hrs", "155", "TRAY"]

---

**ITEM #** _____
Time: _____ hrs
Finder: _____

Description:
Location:

Comments:

---

**ITEM #** _____
Time: _____ hrs
Finder: _____

Description:
Location:

Comments:

---

PAGE: __ OF __                    Recorder's Initials: _____

5000-899 R 4-17 96636-233

 

# SEARCH WARRANT

## MARICOPA COUNTY SHERIFF'S OFFICE
County of Maricopa, State of Arizona

DR: 20-004616
SW#: 2020-006781

**TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:**

Proof by affidavit having been made this day to me by Detective M.Shay #2148, I am satisfied that there is probable cause to believe that:

In the cellular communication device(s) currently under the custody and control of the **MARICOPA COUNTY SHERIFF'S OFFICE** whose primary business address is **550 WEST JACKSON STREET, PHOENIX, MARICOPA COUNTY, ARIZONA 85003** and can be described as:

- Item 304 Black Lg Cricket Smartphone Last #5406
- Item 305 Black Motorola Smartphone in Case Last # 5877

in the County of Maricopa, State of Arizona,

There is now being possessed or concealed certain items of evidentiary value that may be located on and in the above-described cellular communication device(s) and/or associated peripheral equipment, including by way of example but not limitation, subscriber identity module (SIM) card(s), removable storage media, and/or paired or synced device(s):

- Data that may identify the owner or user of the above-described cellular communication device(s);
- Address books and calendars;
- Call histories and call logs;
- Audio files, and associated metadata, to include any voicemail and voice notes;
- Photographs and associated metadata;
- Video files and associate metadata;
- Documents and other text-based files;
- Text messages (SMS), multimedia messages (MMS) and their attached multimedia files, and other recorded messages, whether read or unread;
- Third party application data, to include usernames, passwords, account information, contacts and phonebooks, location information, correspondence, instant messages, and files;

Villanueva DMT and Grow Cell Warrant, pg. 1

 

# SEARCH WARRANT

## MARICOPA COUNTY SHERIFF'S OFFICE
### County of Maricopa, State of Arizona

DR: 20-004616
SW#: _____

20-006781

**TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:**

Proof by affidavit having been made this day to me by Detective M. Shay #2148, I am satisfied that there is probable cause to believe that:

In the cellular communication device(s) currently under the custody and control of the **MARICOPA COUNTY SHERIFF'S OFFICE** whose primary business address is **550 WEST JACKSON STREET, PHOENIX, MARICOPA COUNTY, ARIZONA 85003** and can be described as:

- Item 304 Black Lg Cricket Smartphone Last #5406
- Item 305 Black Motorola Smartphone in Case Last # 5877

in the County of Maricopa, State of Arizona,

There is now being possessed or concealed certain items of evidentiary value that may be located on and in the above-described cellular communication device(s) and/or associated peripheral equipment, including by way of example but not limitation, subscriber identity module (SIM) card(s), removable storage media, and/or paired or synced device(s):

- Data that may identify the owner or user of the above-described cellular communication device(s);
- Address books and calendars;
- Call histories and call logs;
- Audio files, and associated metadata, to include any voicemail and voice notes;
- Photographs and associated metadata;
- Video files and associate metadata;
- Documents and other text-based files;
- Text messages (SMS), multimedia messages (MMS) and their attached multimedia files, and other recorded messages, whether read or unread;
- Third party application data, to include usernames, passwords, account information, contacts and phonebooks, location information, correspondence, instant messages, and files;

- Third party applications, to include, Skype, Google Voice and other applications that can assign a second roaming telephone number;
- E-mail messages and attachments, whether read or unread;
- Internet files, to include browser history, browser cache, stored cookies, browser favorites, auto-complete form history and stored passwords;
- Global navigation satellite system (GNSS) data, which includes US NAVSTAR GPS and other navigation satellite systems. This data to include latitude and longitude coordinates, way points and tracks and other location data;
- Wireless network information, to include Service Set Identifier (SSID) and network location information;
- Recoverable deleted data from all above-referenced items;

Which items:

- ☒ were used as a means for committing a public offense
- ☐ is (are) being possessed with the intent to use as a means of committing a public offense
- ☒ constitute(s) evidence tending to show that a public offense has been committed, or tending to show **Clay and Cecelia Villanueva** and other co-conspirators both known and unknown, committed the offenses

such public offenses being:

- Possession of Marijuana for Sale – ARS 13-3405
- Possession of Dangerous Drugs for sale – ARS 13-3407
- Possession of Narcotic Drugs for Sale – ARS 13-3408
- Illegal Control of Enterprise – ARS 13-2312
- Conspiracy – ARS 13-1003

which occurred between March 2012 and May 19th, 2020.

### YOU ARE THEREFORE COMMANDED

In the daytime (The time between, 6:30 A.M. and 10:00 P.M)

To make a search of the above named or described cellular communication device(s) for the herein above described items, and if you find the same or any part thereof, to retain such in your custody or in the custody of the Maricopa County Sheriff's Office, as provided by A.R.S. 13-3920.

This warrant provides authorization for agents of the Maricopa County Sheriff's Office or their designee to search the above-listed device(s) and/or associated peripheral equipment, including by way of example but not limitation, subscriber identity module

Villanueva DMT and Grow Cell Warrant pg. 2

(SIM) card(s), removable storage media, and/or paired or synced device(s), for the evidence listed in the affidavit and warrant using a range of data analysis techniques. However, in some cases, the cellular communication device(s) may be damaged beyond repair, password protected, or otherwise inoperable and less invasive data analysis techniques will not accomplish the forensic goals of the examination. In these cases, an analysis technique referred to as "chip off" may be implemented to conduct the data extraction process. "Chip off" is a process where the BGA (ball grid array or memory chip) is removed from the cell phone using infrared light and the chip itself is analyzed. This process renders the cellular communication device unusable.

Said search shall begin within five (5) business days, initiated by the initial receipt and examination of the physical device, continuing through a reasonable period for a forensic examination, and end when the examiner has extracted the data or information requested.

**RETURN OF SEARCH WARRANT**

Once completed, return this warrant to me within three (3) days of the date thereof, as directed by A.R.S. 13-3918.

You are ordered to retain all documentation compiled as a result of your examination of the cellular communication device(s), obtained under this warrant in your custody or in the custody of the Maricopa County Sheriff's Office.

Upon completion of all court actions or proceedings of any type which would necessitate the further use of the listed property, pursuant to A.R.S. 13-3920 and/or 13-3941, the property may be disposed of as authorized by law.

Given under my hand and dated this __19__ day of __May__, 20__20__

_____
JUDGE, JUSTICE OF THE PEACE, OR MAGISTRATE
OF THE MARICOPA COUNTY SUPERIOR COURT

Villanueva DMT and Grow Cell Warrant pg. 3