# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION |

Plaintiffs North American Association of Visionary Churches ("NAAVC"), Arizona Yagé Assembly ("AYA") and Clay Villanueva ("Villanueva") moved the Court for a preliminary injunction to restore the *status quo ante* the May 19, 2020 search of plaintiff Villanueva's home and church, and the criminal investigation leading up to the search.

# FINDINGS

Having considered the evidence and arguments, the Court finds that Villanueva has shown a likelihood of prevailing on his Section 1983 claim, and that as a result of the events of May 19, 2020, plaintiffs Villanueva, NAAVC, its Board members including Winfield Scott Stanley III, and AYA, are exposed to the risk of irreparable harm to their rights of First Amendment Free Exercise, Free Expression, and Free Association.

The Court finds that the requested injunction will serve the public interest in protecting First Amendment rights from prior restraint and threats of prosecution that impose prior restraint on Free Exercise, and chill Free Expression and Freedom of Association.

The Court further finds that the protection of plaintiffs from irreparable harm due to the DEA's retaliatory animus requires an order restoring the *status quo ante*, prohibiting defendants from profiting from their misconduct and/or continuing their conspiracy against plaintiffs.

# ORDER

WHEREFORE,

The Drug Enforcement Administration, the DEA's Arizona SW HIDTA task force, Maricopa County, Matthew Shay, and the Arizona Attorney General, are prohibited, until further Order of this Court, from performing any of the following action, or procuring the aid of agents to perform such acts in their stead:

1. Criminally investigating Clay Villanueva or his Vine of Light Church, NAAVC and its Board, and Arizona ("Plaintiff's Personnel") and/or sharing information about Plaintiff's Personnel with other law enforcement agencies, in any jurisdiction;
2. Making use of any of the materials seized, observed, photographed, or video-recorded during the DEA/MCSO raid of VOLC in this litigation against NAAVC, AYA, VOLC, or any of Plaintiff's Personnel;
3. Retaining any of the property seized from Villanueva and VOLC;

4. Performing any acts intended to cause damage to the person, property, or Free Exercise of NAAVC, AYA, Villanueva, or Winfield Scott Stanley III;

5. Utilizing police resources such as the NCIC database, the DEA's Hemisphere program, or other resources designed for criminal investigation, to investigate Plaintiff's Personnel; and/or

6. Joining AYA's Facebook group for purpose of surveilling its activities and personnel.

IT IS SO ORDERED.

Dated:  August __, 2020

_____
Hon. William Orrick III
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted this 22nd day of July, 2020,
By: /s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs,
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva