**CASE # 3:20-cv-03098-WHO**
***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

# EXHIBIT 2

\#

# CHARLES CARREON

LAW FOR THE DIGITAL AGE

July 16, 2020

Via Email to: Kevin.p.hancock@usdoj.gov
United States Department of Justice
Federal Programs Branch, Civil Division

**Re: *AYA, NAAVC and Villanueva v. Barr, et al.*, NDCAL Case #3:20-cv-03098-WHO**

Dear Kevin,

Thank you for taking my call this evening.

First off, I assumed there had been a transfer of authority on all of plaintiffs' matters from the field to your office, and was glad to have you confirm that was the case. I also advised that I had been on the verge of filing an emergency *ex parte* application for a TRO restoring the *status quo ante* the raid of Clay Villanueva's home and the Vine of Light Church, requesting an injunctive remedy for the seizure of property and the imposition of the threat of prosecution. Based on your assurance that such an emergency application is not required to protect my clients' personal security, advised that we would present it as a motion for preliminary injunction on the noticed motion calendar, filing on Wednesday next week.

We also discussed plaintiffs' position on the DEA's intended motion for stay, and I proposed that plaintiffs and the DEA enter into mediation promptly and make an earnest effort to resolve the case before asking the Court to decide your stay motion. Alternatively, I proposed that we set both plaintiffs' motion for preliminary injunction to be heard the same day as the DEA's motion for stay. We did not reach agreement on these proposals, but I trust you will consider them with your colleagues, and agree to early mediation.

We discussed the DEA's alternative request for an extension of time to file Rule 12 motions, and plaintiffs agreed to stipulate to an extension of thirty days from denial of a motion for stay. You suggested the DEA might seek more time than that.

We agreed to extend case management deadlines, and my draft stipulation is attached.

Thank you for your attention to these matters.

Very truly yours,

Charles Carreon
Attorney at Law

3241 E. Blacklidge Dr.
Tucson, Arizona 85716
Tel: 628-227-4059

cc:    AYA
        NAAVC
        CV

 Charles Carreon <chascarreon@gmail.com>

# AYA v. Barr / Scheduling stipulation
2 messages

**Charles Carreon, Esq.** <chascarreon@gmail.com>  Thu, Jul 16, 2020 at 8:24 PM
To: "Evan Hiller Esq." <Evan.Hiller@sackstierney.com>

Evan,

It was a pleasure meeting you on the phone today.
Please find attached a copy of the scheduling stipulation I advised I'd be drafting.
I've sent a copy to the other defense lawyers as well.
I figured I'd just leave the Arizona AG and State of Arizona off this stipulation.
Look forward to your reply.

Warm regards,
Charles

Charles Carreon
Attorney at Law
Federal & California Law
Tel: 628-227-4059
This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

The sender has requested a read receipt. If you do not wish to provide one, click here.

 Virus-free. www.avg.com

 **SCHEDULING.STIP.docx**
38K

CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>        Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>STIPULATION TO AMEND CASE MANAGEMENT AND ADR DEADLINES |

---

**CASE # 3:20-cv-03098-WHO**
**STIPULATION TO AMEND CASE MANAGEMENT AND ADR DEADLINES**
1

WHEREAS, counsel for defendants the Drug Enforcement Administration, the Department of Justice, the U.S. Drug Enforcement Administration, the Department of Homeland Security, and U.S. Customs and Border Protection, defendant Thomas Prevoznik, and Matthew Shay and Maricopa have recently been appointed to represent the said defendants and/or appeared in the action;

WHEREAS, the undersigned counsel conferred by telephone today, July 16, 2020, and agreed to request the Court to grant an extension of time on all existing Case Management and ADR Deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlings (the "Scheduling Order");

THERFORE, IT IS HEREBY STIPULATED that the attorneys for the undersigned parties stipulate to the following extensions of time for each event:

| Event | Current Date | New Date |
| --- | --- | --- |
| Last day to meet and confer re initial disclosures, ADR process selection, and discovery plan; File ADR Certification signed by Parties and Counsel | 7/16/2020 | 8/17/2020 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report; File Case Management Statement per Standing Order re Contents of Joint Case Management Statement. | 7/30/2020 | 8/31/2020 |
| Initial Case Management Conference | 8/6/2020 | 9/10/2020 |

Dated:  July 18, 2020        CHARLES CARREON
By: /s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,

CASE # 3:20-cv-03098-WHO
STIPULATION TO AMEND CASE MANAGEMENT AND ADR DEADLINES
2

                        North American Association of Visionary Churches, and Clay Villanueva

Dated:  July 18, 2020      KEVIN P. HANCOCK
                                    By: xxxxx
                                    Unitd States Department of Justice, Civil Division
                                    Attorney for Drug Enforcement Administration, the Department of Justice, the U.S. Drug Enforcement Administration, the Department of Homeland Security, and U.S. Customs and Border Protection

Dated:  July 18, 2020      EVAN HILLER
                                      By: xxxxx
                                    Sacks Tierney P.A.
                                    4250 N. Drinkwater Boulevard, 4th Floor
                                    Scottsdale, AZ 85251
                                    Attorney for Maricopa County and Matthew Shay

Dated:  July 18, 2020      LEAH BROWNLEE TAYLOR
                                    By: /s/Charles Carreon
                                    By: xxxxx
                                    Leah Brownlee Taylor
                                    United States Department of Justice, Civil Division
                                    P.O. Box 7146, Ben Franklin Station
                                    Washington, D.C. 20044
                                    Attorney for Thomas Prevoznik