**CASE # 3:20-cv-03098-WHO**
***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

# EXHIBIT 3

#

# CHARLES CARREON

LAW FOR THE DIGITAL AGE

July 23, 2020

Kevin.P.Hancock@usdoj.gov
Evan.Hiller@SacksTierney.com

Kevin P. Hancock
United States Department of Justice
Federal Programs Branch, Civil Division

Evan Hiller
Sacks Tierney
4520 Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251

**Re: *AYA, NAAVC and Villanueva v. Barr, et al., NDCAL Case #3:20-cv-03098-WHO***

Counsel:

Plaintiffs will be pleased to continue the Government's motion to stay until September 9th; however, they are unable to stipulate to a continuance of the motion for preliminary injunction without assurances of voluntary compliance with the terms of the Proposed Order pending the hearing. Thus far, Mr. Hiller and Mr. Hancock have been unable to provide those assurances; accordingly, plaintiffs remain in the state of uncertainty, and their Free Exercise, Free Expression, and Freedom of Association continue to be interrupted, chilled, and burdened. To extend that time period of uncertainty through September 9th for mere scheduling convenience would be unconscionable, in my view.

You will each recall that I advised during our first conversation that, thanks to your timely appearance in the action, I was holding off on filing an *ex parte* application, and advised that the motion for preliminary injunction would be filed on Wednesday. In our telephone conversations, I floated the idea of scheduling all motions for a single date by stipulation, and assured Mr. Hancock I would stipulate to extend the time for filing the motion for stay, so it could be decided the same day as my motion for preliminary injunction. I drafted a scheduling stipulation at Mr. Hiller's invitation, but got no takers. Instead, you both hastened to file your motions before the expiration of the statutory period.

I filed the motion for preliminary injunction on Wednesday, relying on your authority as counsel of record in this federal action over the principals in the litigation. I relied on what I believe is your duty to control the conduct of those principals, even though Mr. Hiller said he doubted a stipulation to re-establish the *status quo ante* would sell with his clients, and Mr. Hancock demurred by email to my hopeful suggestion in correspondence that I had received an assurance of no further DEA enforcement action against my clients. However, I think I would be overstretching the bounds of that reliance by stipulating to defer decision of the motion any longer than required by the current

briefing schedule.  None of the provisions of the proposed order restoring the *status quo* would be burdensome to your clients if they were not planning on keeping the door open for further criminal investigations, surveillance, and enforcement actions against my client.  Indeed, if they were to stipulate to those provisions right now, pending entry of judgment, there would be no need for the Court to adjudicate the merits of plaintiffs' Section 1983 claims.  That stipulation would in no way disadvantage your clients with respect to any of your other defenses.

Accordingly, may I suggest that we alter our approach here, and not file any unilateral scheduling requests, but rather join in a stipulation requesting an extension of time to conduct our first joint meeting of counsel via Zoom, and a continuance of the CMC until August 18th.  That will give us until August 11th to file our Joint Case Management Statement ("JCMS").  In choosing this date, I do not mean to slight your vacation, Kevin; however, I am confident that another AUSA will be able to acquit themselves creditably at the CMC, because we can lay out all of our position in advance, in the JCMS.  Indeed, given that I think we will all be calling in via CourtCall, you may be able to work it in.  In any event, will commit to providing a rough draft of the JCMS for collaborative drafting no later than July 30th.  We can Zoom conference during the week of August 3rd – 7th, and get the JCMS timely filed.

Of greater concern for scheduling will be plaintiffs' need to proceed with discovery regarding jurisdiction facts and on the merits.  I will articulate the discovery to be undertaken by plaintiffs in correspondence that will follow and in our draft JCMS.

I provided telephonic notice of my intent to submit an *ex parte* application requesting a continuance of the CMC to a "duty officer" voicemail at the Office of the Arizona Attorney General, providing the case number and other information, requesting a call back.  I haven't received a return call yet.

Thank you for your attention to this matter.

With warm regards,

Charles Carreon
Attorney at Law

cc:     Leah Brownlee Taylor / Leah.B.Taylor@usdoj.gov
        AYA
        NAAVC
        CV

CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>   Plaintiffs,<br><br>   vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>   Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>STIPULATION TO AMEND CASE MANAGEMENT AND ADR DEADLINES |

WHEREAS, counsel for defendants the Drug Enforcement Administration, the Department of Justice, the U.S. Drug Enforcement Administration, the Department of Homeland Security, and U.S. Customs and Border Protection, defendant Thomas Prevoznik, and Matthew Shay and Maricopa have recently been appointed to represent the said defendants and/or appeared in the action;

WHEREAS, the undersigned counsel conferred by telephone today, July 16, 2020, and agreed to request the Court to grant an extension of time on all existing Case Management and ADR Deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlings (the "Scheduling Order");

THERFORE, IT IS HEREBY STIPULATED that the attorneys for the undersigned parties stipulate to the following extensions of time for each event:

| Event | Current Date | New Date |
|---|---|---|
| Last day to meet and confer re initial disclosures, ADR process selection, and discovery plan; File ADR Certification signed by Parties and Counsel | 7/16/2020 | 8/17/2020 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report; File Case Management Statement per Standing Order re Contents of Joint Case Management Statement. | 7/30/2020 | 8/18/2020 |
| Initial Case Management Conference | 8/6/2020 | 9/10/2020 |

Dated:  July 18, 2020         CHARLES CARREON
                              By: /s/Charles Carreon
                              CHARLES CARREON (127139)
                              Attorney for Plaintiffs
                              Arizona Yagé Assembly,

---

CASE # 3:20-cv-03098-WHO
STIPULATION TO AMEND CASE MANAGEMENT AND ADR DEADLINES
2

| | | |
|---|---|---|
| | | North American Association of Visionary Churches, and Clay Villanueva |
| | Dated: July 18, 2020 | KEVIN P. HANCOCK<br>By: xxxxx<br>Unitd States Department of Justice, Civil Division<br>Attorney for Drug Enforcement Administration, the Department of Justice, the U.S. Drug Enforcement Administration, the Department of Homeland Security, and U.S. Customs and Border Protection |
| | Dated: July 18, 2020 | EVAN HILLER<br>By: xxxxx<br>Sacks Tierney P.A.<br>4250 N. Drinkwater Boulevard, 4th Floor<br>Scottsdale, AZ 85251<br>Attorney for Maricopa County and Matthew Shay |
| | Dated: July 18, 2020 | LEAH BROWNLEE TAYLOR<br>By: /s/Charles Carreon<br>By: xxxxx<br>Leah Brownlee Taylor<br>United States Department of Justice, Civil Division<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C. 20044<br>Attorney for Thomas Prevoznik |