**CASE # 3:20-cv-03098-WHO**
***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

# EXHIBIT 4

#



Charles Carreon <chascarreon@gmail.com>

# Arizona Yage Assembly, et al v. Barr, et al, 3:20-cv-3098 - hearing dates

**Hancock, Kevin P. (CIV)** <Kevin.P.Hancock@usdoj.gov>   Fri, Jul 24, 2020 at 2:46 PM
To: "Charles Carreon, Esq." <chascarreon@gmail.com>, "Evan F. Hiller" <Evan.Hiller@sackstierney.com>
Cc: "Taylor, Leah B. (CIV)" <Leah.B.Taylor@usdoj.gov>

Charles,

Thanks for your email. I'm happy to see that all parties have agreed to stipulate to re-set the noticed hearing date for DAA Prevoznik's motion to stay from August 26 to September 9.

I also appreciate that you have recirculated your proposal for new dates in August and early September for the case management and ADR deadlines. As you know, however, the Federal Agency Defendants have a pending motion to extend those dates by approximately 60 days in the event the Court does not grant the stay we are seeking. See ECF No. 19. In addition, in our view it would be premature to meet and confer regarding discovery, file a Rule 26(f) report, complete initial disclosures, and hold a case management conference given that not all Defendants have been served and appeared in this matter. It would be further premature to take these steps before the various motions currently pending before the Court are decided.

That said, once all parties are served and have appeared in the case, we would be happy to join a call in which all of the parties could discuss these matters further in a joint effort to simply this case's schedule. Please let me know if that would interest you and we can discuss it further next week.

Best,

Kevin



Kevin P. Hancock | Trial Attorney
Federal Programs Branch
Civil Division, U.S. Department of Justice
(202) 514-3183 | kevin.p.hancock@usdoj.gov