**CASE # 3:20-cv-03098-WHO**
***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

# EXHIBIT 5

\#

  Charles Carreon <chascarreon@gmail.com>

# Arizona Yage Assembly, et al v. Barr, et al, 3:20-cv-3098 - hearing dates

**Evan F. Hiller** <Evan.Hiller@sackstierney.com>  Fri, Jul 24, 2020 at 2:58 PM
To: "Hancock, Kevin P. (CIV)" <Kevin.P.Hancock@usdoj.gov>, "Charles Carreon, Esq." <chascarreon@gmail.com>
Cc: "Taylor, Leah B. (CIV)" <Leah.B.Taylor@usdoj.gov>

Messrs. Carreon and Hancock,

I am willing, on behalf of Maricopa County and Mr. Shay, to agree to an extension of the initial meet-and-confer deadline, ADR certification deadline, rule 26(f) report deadline, initial disclosure deadline, case management statement deadline, and initial case management conference. I agree with Mr. Hancock that those activities are premature prior to the appearance of the Arizona defendants and before the resolution of the pending motions. If the plaintiffs and federal defendants can agree on the length of such an extension, we will join.

I disagree that the consolidation of the motion for preliminary injunction with the other pending motions for argument on September 9 provides "mere scheduling convenience." To the contrary, arguing that motion separately and prior the other pending motions strikes me as premature, inefficient, and potentially a waste of the court's and parties' resources.

[Quoted text hidden]
[Quoted text hidden]