**CASE # 3:20-cv-03098-WHO**
***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

# EXHIBIT 6

\#

 Charles Carreon <chascarreon@gmail.com>

# Arizona Yage Assembly, et al v. Barr, et al, 3:20-cv-3098 - hearing dates

**Taylor, Leah B. (CIV)** <Leah.B.Taylor@usdoj.gov>　　　　　　Fri, Jul 24, 2020 at 3:48 PM
To: "Evan F. Hiller" <Evan.Hiller@sackstierney.com>, "Hancock, Kevin P. (CIV)" <Kevin.P.Hancock@usdoj.gov>, "Charles Carreon, Esq." <chascarreon@gmail.com>

Counselors,

As you all are aware, my client, Thomas Prevoznik, has not been served as a defendant in this action. His pending motion to stay requests the Court stay all deadlines in this case. In light of the procedural posture of the case, I agree that it we would make sense to preserve judicial resources and to have hearing(s) on all pending motions (including the motion for preliminary injunction) conducted on 9/9 and resolved *before* conferring on future discovery. This is of particular import to my client, who is sued individually and is entitled to assert qualified immunity. Engaging in any discovery-related matters before service or resolution of Mr. Prevoznik's qualified immunity defense would be inefficient and burdensome.

Mr. Carreon,

If you intend to file a motion for administrative relief under Local Rule 7-11, in accordance with the local rule, in your declaration, please note Mr. Prevoznik's position on the motion to stay, service, and qualified immunity as the reason(s) why a stipulation to your proposed dates could not be obtained.

Please feel free to contact me should you have any further questions or concerns.

Best regards,

Leah Taylor reachable by cell at (202) 669-2644