# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>　　　　Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　For good cause shown, the *ex parte* application of plaintiffs North American Association of Visionary Churches ("NAAVC"), Arizona Yagé Assembly ("AYA") and Clay Villanueva ("Villanueva") is GRANTED.

　　The Case Management Conference scheduled for 2:00 p.m., August 11, 2020 in the May 13th Scheduling Order (Docket # 10). is continued to 2:00 p.m. August 18, 2020.

All parties are directed to submit scheduling concerns regarding pending and future motions in the Joint Case Management Statement.

IT IS SO ORDERED.

Dated:  July __, 2020

                         Hon. William Orrick III
                         UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted this 24th  day of July, 2020,
By: /s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs,
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva