CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>　　　　Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>NOTICE OF ERRATA AND SUPPLEMENTAL FILING TO CORRECT OMISSION OF EXHIBIT FROM *EX PARTE* APPLICATION TO CONTINUE (DOCKET # 25) |

Plaintiff's counsel mistakenly omitted the Proofs of Service on the Arizona Attorney General and the State of Arizona, described as Exhibit 1 in their *Ex Parte* Application to Continue Case Management Conference (Docket #25). The missing Exhibit is attached hereto as Exhibit 1.

Dated: July 24, 2020

CHARLES CARREON, ESQ.
By: /s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva