**CASE # 3:20-cv-03098-WHO**
***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

# EXHIBIT 1

\#

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03098-WHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The State of Arizona
was received by me on *(date)* 06/25/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Scott Madsen, Admin III , who is designated by law to accept service of process on behalf of *(name of organization)* Arizona Attorney General's Office on *(date)* 06/30/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/02/2020

*Server's signature*

Jeff Bourne #MC-5585
*Printed name and title*

1753 E. Broadway Rd. #302
Tempe, AZ 85282
480 736 1282
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03098-WHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Detective Mark Shay, Maricopa Co. Sheriff's Office
was received by me on *(date)* 06/25/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Luke Stafford, Detention Officer, who is designated by law to accept service of process on behalf of *(name of organization)* Maricopa County Sheriff's Office on *(date)* 06/30/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/02/2020

*Server's signature*

Jeff Bourne #MC-5585
*Printed name and title*

1753 E. Broadway Rd. #302
Tempe, AZ 85282
480 736 1282
*Server's address*

Additional information regarding attempted service, etc:
Served at 550 W. Jackson St., Phoenix, AZ 85003.

Civil Action No. 3:20-cv-03098-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Maricopa County

was received by me on *(date)*   06/25/2020   .

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Mirey Alvarado, Special Deputy Clerk  , who is designated by law to accept service of process on behalf of *(name of organization)*  Maricopa County
  on *(date)*  06/30/2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/02/2020

*Server's signature*

Jeff Bourne #MC-5585
*Printed name and title*

1753 E. Broadway Rd. #302
Tempe, AZ 85282
480 736 1282
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03098-WHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Arizona Attorney General Mark Brnovich**
was received by me on *(date)* **06/25/2020**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Scott Madsen, Admin III**, who is designated by law to accept service of process on behalf of *(name of organization)* **Arizona Attorney General's Office** on *(date)* **06/30/2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/02/2020**

*Server's signature*

**Jeff Bourne #MC-5585**
*Printed name and title*

1753 E. Broadway Rd. #302
Tempe, AZ 85282
480 736 1282
*Server's address*

Additional information regarding attempted service, etc:



## OFFICE OF THE ARIZONA ATTORNEY GENERAL

Date: 6/30/20   Case #: CV 03098-WHO

For the referenced case number, the Arizona Attorney General's Office is only accepting **SUMMONS** for the following individual(s) and/or entity(s):

STATE OF ARIZONA     VOID

VOID     VOID

\* _[signature]_     \* _[signature]_

**AG Employee Signature**     **Process Server Signature**

CARD # MC-5585     PRINT NAME JEFF BOURN

Arizona Attorney General's Office | 2005 N. Central Avenue, Phoenix, AZ 85004 | Phone: 602.542.5025

_Received stamp: AZ Attorney General 2020 JUN 30 PM 3:53_