1  MARK BRNOVICH
   ATTORNEY GENERAL
2
3  Drew C. Ensign (Bar No. 243956)
     *Deputy Solicitor General*
4  Office of the Arizona Attorney General
   2005 N. Central Ave.
5  Phoenix, Arizona 85004
   Telephone: (602) 542-5025
6  Facsimile: (602) 542-8083
   Email:  Drew.Ensign@azag.gov
7
8  *Attorney for State of Arizona and Mark*
   *Brnovich, Arizona Attorney General*
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA, | CASE NO. 3:20-cv-03098-WHO |
| Plaintiffs, | **NOTICE OF APPERANCE** |
| v. | |
| WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY, | |
| Defendants. | |

1  Notice is hereby given that Drew C. Ensign, an attorney with the Arizona
2  Attorney General's Office, will appear in this matter as counsel of record for
3  Defendants the State of Arizona and Mark Brnovich, Arizona Attorney General.
4  Please send all correspondence and notifications to the above-listed address and
5  contact information.

7  RESPECTFULLY SUBMITTED this 27th day of July, 2020.

9  MARK BRNOVICH
ATTORNEY GENERAL

11  */s/ Drew C. Ensign*
Drew C. Ensign
12  2005 N. Central Ave.
Phoenix, AZ  85004
13  602-542-5025
14  Drew.Ensign@azag.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 27, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated:  July 27, 2020                                               /s/ Drew C. Ensign  
                                                                          Drew C. Ensign

3

3:20-cv-03098-WHO  
NOTICE OF APPEARANCE