UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | CASE NO. 3:20-cv-03098-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS THE MOTION TO DISMISS OF THE STATE OF ARIZONA AND MARK BRNOVICH, ARIZONA ATTORNEY GENERAL** |

THIS MATTER having come before the Court on the Motion to Dismiss by Defendants the State of Arizona and Mark Brnovich, Arizona Attorney General (collectively, "State Defendants"), and the Hearing and opposition thereto, and the Court having considered the matter, it is hereby:

**ORDERED** that the State Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint is GRANTED on the basis that this Court lacks personal jurisdiction over State Defendants and venue is improper in this District and DENIED AS MOOT as to the remaining grounds raised in the motion; and it is further

**ORDERED** that leave to amend is DENIED AS FUTILE.

**SO ORDERED.**

1  Dated: _____

_____
WILLIAM H. ORRICK
United States District Judge