UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | No. 3:20-cv-3098-WHO<br><br>**[PROPOSED] ORDER GRANTING FEDERAL AGENCY DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT** |

The Court, having considered the Federal Agency Defendants' Motion to Strike Plaintiffs' First Amended and Supplemental Complaint and any opposition thereto, hereby **ORDERS** that Plaintiffs' First Amended and Supplemental Complaint (ECF No. 12) is stricken from the Docket.

**IT IS SO ORDERED.**

Dated: _____

                                                 Hon. William H. Orrick
                                                 United States District Judge