```
 1   CHARLES CARREON (CSB # 127139)
     3241 E. Blacklidge Drive
 2   Tucson, Arizona 85716
     Tel: 628-227-4059
 3   Email: chascarreon@gmail.com

 4   Attorney for Plaintiffs Arizona Yagé Assembly,
     North American Association of Visionary Churches, and
 5   Clay Villanueva
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>STIPULATION TO AMEND MOTION BRIEFING DEADLINES |

WHEREAS, counsel for all named parties have appeared in the action, and filed motions: the motion for preliminary injunction of plaintiffs (Docket # 22), the Motion to Stay or in the Alternative to Enlarge Time to Respond to the Complaint of defendants William Barr, Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; and the United States of America (Docket # 19), the motion to stay filed by defendant Thomas Prevoznik (Docket # 17), the motion to dismiss filed by Matthew Shay and Maricopa County (Docket # 20), and the motion to dismiss of the State of Arizona and Arizona Attorney General Mark Brnovich (Docket # 29);

WHEREAS, by Clerk's Notices issued July 27, 2020 (Docket # 27) and July 29, 2020 (Docket # 30), all pending motions are to be heard on September 9, 2020 at 2:00 p.m.;

WHEREAS, the undersigned counsel conferred and agreed to request the Court to set a briefing schedule applicable to all pending motions that permits counsel additional time to prepare responsive briefs;

THEREFORE, IT IS HEREBY STIPULATED that the attorneys for the undersigned parties stipulate to the following briefing schedule for all pending motions:

| Event | Due Date |
| --- | --- |
| Opposition Briefs | 8/12/2020 |
| Reply Briefs | 8/19/2020 |

Dated:  July 30, 2020

CHARLES CARREON
/s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches,
and Clay Villanueva

| | | |
|---|---|---|
| 1 | ` | |
| 2 | Dated:  July 30, 2020 | KEVIN P. HANCOCK |
| | | /s/Kevin P. Hancock |
| 3 | | United States Department of Justice, Civil Division |
| | | Federal Programs Branch |
| 4 | | Attorney for William Barr, Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; and the United States of America |
| 9 | Dated:  July 30, 2020 | EVAN HILLER |
| | | /s/Evan Hiller |
| 10 | | Sacks Tierney P.A. |
| | | 4250 N. Drinkwater Boulevard, 4th Floor |
| 11 | | Scottsdale, AZ 85251 |
| | | Attorney for Maricopa County and Matthew Shay |
| 13 | Dated:  July 30, 2020 | LEAH BROWNLEE TAYLOR |
| | | /s/Leah Brownlee Taylor |
| 14 | | United States Department of Justice, Civil Division |
| | | P.O. Box 7146, Ben Franklin Station |
| 15 | | Washington, D.C. 20044 |
| | | Attorney for Thomas Prevoznik |
| 17 | Dated:  July 30, 2020 | DREW C. ENSIGN |
| | | /s/Drew C. Ensign |
| 18 | | Deputy Solicitor General |
| | | Office of the Arizona Attorney General |
| 19 | | 2005 N. Central Ave. |
| | | Phoenix, Arizona 85004 |
| 20 | | Attorney for Arizona Attorney General Mark Brnovich and the State of Arizona |