# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>[PROPOSED]<br>ORDER ON STIPULATION AMENDING MOTION BRIEFING DEADLINES |

For good cause shown, the stipulated request of all parties is GRANTED.

All opposition briefs to all motions (Docket Nos. 17, 19, 20, 22, 29) currently set for hearing on September 9th shall be filed by August 12, 2020.

All reply briefs to all motions (Docket Nos. 17, 19, 20, 22, 29) currently set for hearing on September 9th shall be filed by August 19, 2020.

IT IS SO ORDERED.

Dated:  July __, 2020

                              Hon. William Orrick III
                              UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted this 30th  day of July, 2020,
By: /s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs,
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva