**CASE # 3:20-cv-03098-WHO**
**ARIZONA YAGÉ ASSEMBLY'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 2

Arizona Yage Assembly
Ceremonial Instructions

The following are the instructions for the preparation, handling, and sharing of the Sacrament.

**1.** The Sacrament is a tea containing only two ingredients – *banisteriopsis caapi* (Ayahuasca vine) and *psychotria viridis (Chacruna)*, or alternatively, another traditional dimethyltryptamine source, Diplopterys Cabrerana *(Chaliponga)*.

**2.** The plants must be gathered in the traditional fashion, by persons respectful of the plants and their sacred potential, who are aware of the intended use of the plants to prepare the Sacrament.

**3.** The Sacrament is brewed either by an experienced facilitator who has been trained in the process by the Minister of the Assembly, or by persons skilled in the art of brewing Ayahuasca in Peru, the country of origin.  All quantities of the Sacrament, however small the amount, shall be kept in a secure location.  When the Sacrament cannot be prepared at the ceremonial site, it is transported in sealed containers by trusted and experienced members of the congregation.  The quantities of the Sacrament are measured by volume, and each member entrusted with a duty of transporting the Sacrament is responsible for delivering all of the Sacrament with which they are entrusted to the ceremonial location.  Persons authorized to transport the Sacrament will deliver all the Sacrament directly to the lead facilitator promptly upon arrival at the ceremonial location.

**4.** The Sacrament is brewed by gently boiling the two plants together for several hours to create a reddish-brown tea, bitter in flavor.

**5.** Ceremonies are best conducted in the evening after dark, and conclude at dawn.

**6.** An experienced lead facilitator personally chosen by the Ministerof the Assembly will direct every ceremony.

**7.** It is an absolute prerequisite for participation in the ceremony that the practitioner have completed all of the required health and psychological disclosures, and been approved to participate by the Minister of the Assembly.  There are to be no exceptions to this rule.

**8.** Each practitioner who joins the congregation in ceremony must make an explicit commitment to remain within the ceremonial environment until the conclusion of the ceremony. Facilitators will assure that practitioners keep this commitment.

**9.** The ceremony is preceded by the cleansing of the ceremonial land.

**10.** During the ceremony, Palo Santo incense and candles are lit, sacred objects are displayed to stimulate inspiration, and holy water is blessed and offered to the members of the circle.  Purifying tobacco is offered for ritual sharing.

Arizona Yage Assembly
Ceremonial Instructions

**11.** Because the experience of communion induces deep introspection and reverie, mats and pillows are provided so that practitioners can recline.  Practitioners are encouraged to remain close to their chosen seat to keep order during the ceremony.

**12.** The ceremony begins with an invocation to the Spirit and a call for the cleansing of practitioners individual and collective intent for their participation in ceremony.

**13.** After the invocation of the Spirit, practitioners are invited by the lead facilitator to come forward one at a time to the altar to receive a single serving of the Sacrament.  The lead facilitator controls the dispensing of the Sacrament so that practitioners receive a first serving of between 15 and 30 milliliters (between 0.5 and 1 fluid ounces).

**14.** After receiving their first serving of the Sacrament, practitioners return to their place in the circle to receive the blessings of communion.

**15.** An hour and a half after the first offering of the Sacrament, a facilitator will ring a singing bowl, and practitioners will be offered the opportunity to receive an additional serving of the Sacrament.  Those who wish to may approach the altar and request a second cup from the lead facilitator, who will evaluate the practitioner's status and, dispense a second cup if it appears appropriate.  The lead facilitator may recommend to the practitioner that they sit with the Sacrament a bit longer before drinking an additional cup, if in the facilitator's judgment, this is appropriate.  Administration of the Sacrament in this measured fashion permits practitioners to gradually adjust to the unusual perceptions that sometimes accompany the receipt of communion.

**16.** Facilitators will attend to the physical needs of practitioners during the ceremony.

**17.** Nausea can be a symptom of drinking the Sacrment.  Each practitioner will be provided with a purge receptable.  Facilitators will promptly remove used purge buckets and replace them with clean receptacle.

**18.** Facilitators will monitor the psychic well-being of practitioners, and lend assistance to those who require it, guiding their awareness and ensuring their comfort and sense of security.  Facilitators quietly visit each congregant over the course of the night with blessings for inner silence, Love, and well-being.

**19.** Facilitators may sing sacred songs (icaros) to assist the practitioners as a group or individually, as they are moved by the Spirit.

**20.** Facilitators will be responsive to the needs of practitioners to express feelings, to confess perceived misdeeds, to express or seek forgiveness.  Facilitators encourage an atmosphere of acceptance and understanding, and listen to the expressions of practitioners without judging, encouraging them to speak freely.

Arizona Yage Assembly
Ceremonial Instructions

**21.** Facilitators make an effort to balance the needs of individual practitioners with the needs of the group in order to maintain a peaceful atmosphere during the ceremony.

**22.** Practitioners who need to move about or express themselves loudly, or in a manner that might disturb others at communion, are lead gently to an area outside the main ceremony.

**23.** The ceremony is concluded with a closing prayer.

**24.** After the conclusion of the ceremony, practitioners are encouraged to get a few hours rest and then reflect on their experience in an attitude of contemplation and acceptance. Practitioners are given the space to share their experiences in quiet discussions. Facilitators support an atmosphere of openness so that all practitioners may express their feelings about the ceremony in a warm and supportive atmosphere before returning to their daily lives.

**25.** Practitioners are provided ample time to return to their baseline state of awareness, and facilitators monitor each one individually to be certain that each practitioner departs the ceremonial location in a state of clear awareness.

**26.** Facilitators determine whether any practitioners require assistance or transportation after the ceremony, and provide whatever additional care is required to assure the safety of the individual, the community, and the public.

**27.** Any portion of the Sacrament that remains unconsumed after a ceremony is returned to the lead facilitator of the Ceremony and accounted for.  The lead facilitator shall return any unused Sacrament to the custody of the Minster of the Assembly.

**28.** The Minister of the Assembly monitors all activities involving the acquisition and dispensing of the Sacrament, and the disposal of any Sacrament that for any reason may become spoiled or unusable by disposing of it in a way that runs no risk of diversion to any illicit purpose.

**29.** The Minister of the Assembly may take disciplinary action towards any person found to have misused the Sacrament or conducted themselves improperly during the ceremony, including exclusion from future ceremonial activity or any other appropriate disciplinary sanction as necessary to protect the sacred nature of the Sacrament from profaning conduct.