**CASE # 3:20-cv-03098-WHO**
**ARIZONA YAGÉ ASSEMBLY'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 3

<u>CODE OF ETHICS</u>

## I.    INTRODUCTION

The intent of the Arizona Yagé Assembly (AYA) is to engage in an ethically minded community consistent with the spirit of Divine love and forgiveness.  This requires impeccability for those participating in our community.  The tenets and precepts of the AYA call for honesty, humility, personal responsibility, and equitably resolving conflicts as they arise.  Mutual respect among everyone participating within the sphere of our church is essential.  We seek to maintain healthy boundaries and behavior among practitioners. Our code of ethics is born out of a living moral standard based on love and compassion.  As Christ said, "Whoever does not love does not know God, because God is love."  (John 4:8).

## II.    INTENT

Our intention is to bring people to Divine love through the holy Sacrament.  We hold to the right of humanity to engage in their chosen spiritual practice.  We serve the Spirit by being impeccable in our word.  We seek a fair exchange in our social contracts.   We hold true to meeting the world as equals.

## III.    RESOURCES & FINANCE

We consider ourselves stewards of the Earth, as part of God's creation.  We respect the sacredness of our work in serving our communities, and refrain from placing financial benefit above the freedom of the human spirit.  In engaging in societal work, we agree to respect the property and boundaries of others.  We seek to be economical and discerning in our expenses. In the interest of maintaining a sustainable organization, we agree to balance the need for donations with the benefit of those who seek to join us in spiritual practice. Agreements are to be simple, clear, and well considered by all parties involved.  We will not invest in organizations engaged in social or environmental exploitation. We agree to practice equitable dispute resolution.

## IV.    HARASSMENT & DISCRIMINATION

We agree to a respectful social environment that recognizes the rights and differences of all participants without prejudice or judgment based on their social role or category. We agree to a professional code of ethics which prohibits sexual advances by facilitators and those participating in ceremony.  Healthy boundaries are essential in respecting the personal agency of all practitioners.  Conversations between facilitators and practitioners can be candid.  Exploitation of the confessional nature of these conversations for personal gain betrays individual and group trust.  The intuition and view of participants will be respected and honored.  We agree to protect the rights and welfare of all participants.  Some people come to ceremony with a personal history of sexual trauma.  We do not condone perpetuating cycles of trauma or abuses of power.

## V.    PARTICIPANT RIGHTS

We honor the dignity and independence of each ceremonial participant. Practitioner participation is established with their informed and signed consent.  AYA's disclosure includes presentation of

the ceremonial form, general guidelines, and religious practices,including potential physical or psychological challenges. Medication and dietary restrictions are to be presented to each participant. We do not make medical claims.  Participation in ceremony is not intended to replacecrucial medical or psychological treatment. We engage in a religious practice, not a medical practice.  Reasonable steps will be made to safeguard participant's health and wellbeing. Our spiritual practice is a healing practice for the purposes of spiritual healing.  Our healing practice is a spiritual practice.

VI.    INTEGRITY

We agree to practice constructive and effective communication through honest and compassionate expression.  In order to maintain a wholesome environment in Ceremony and daily life, practicioners eschew hostile, accusatory, discriminatory and deceptive speech.  We understand that both misunderstandings and conflicts arise.  We seek to expand our understanding in the study and practice of dispute resolution.  Each practitioner will strive to accept and express personal responsibility for their response to their social climate.  We agree to seek personal clarity in the face of both warranted and unwarranted criticism, even as we agree to personally disavow the use of such communication tactics as: guilt, shame, gossip, shunning, blaming, people pleasing, finger pointing, and dishonesty.  We understand that these kinds of tactics undermine mutual trust.  We seek to resolve conflicts as they arise. We agree to seek counsel to establish a remedy in the event of a breach of ethics, or when conflicts escalate or remain sustained.

VII.    COMPETENCE

We agree to seek our highest level of competence and ability through continuing education. We agree to seek learning from honored educators in all facets of plant-based medicines.  The sharing of knowledge and feedback among peers is crucial for sustained community vibrancy and wellbeing.  We seek to both understand and expand the current limits of our abilities.  We seek to clear up our own issues as a means to serving others with grace, compassion, and appropriate action.  We seek to dispel any semblance of mediocrity or complacency. As part of the need for personal integrity and responsibility, we recognize the need to learn from the studies and experience of others.

VIII.    TOLERANCE

Since all systems of belief are based in language, we accept simple love and forgiveness as the universal binding force of humanity.  In order to establish harmony in Ceremony and in daily life, we engage in wholesome speech, and gentle respectful conduct towards all persons at all times, and most particularly during Ceremony.  As such, we're willing to consider the views and beliefsof all peoples with heartfelt tolerance.  We recognize the need to respect all people without standing in judgment of their beliefs.  We do not practice judgment or intolerance in the proselytizing of our spiritual practice.  We seek to bring those of all beliefs into direct contact with Divine love through the holy Sacrament.  As such, we do not seek to sway people from their traditional religious beliefs. We don't stand in judgment ofothersor mold idols of doctrine or ideology.

IX.    SUBSTANCE USE

The use of alcohol or non-medicinal drugs in or around ceremony is forbidden.

X.    SUMMARY

Our statement of ethics can be summarized in *The Beatitudes* (Matthew 5:3-12):

> Blessed are the poor in spirit, for theirs is the kingdom of heaven.
> Blessed are those who mourn, for they will be comforted.
> Blessed are the meek, for they will inherit the earth.
> Blessed are those who hunger and thirst for righteousness, for they will be filled.
> Blessed are the merciful, for they will be shown mercy.
> Blessed are the pure in heart, for they will see God.
> Blessed are the peacemakers, for they will be called children of God.
> Blessed are those who are persecuted because of righteousness,
>        for theirs is the kingdom of heaven.
> Blessed are you when people insult you, persecute you and falsely say all kinds of evil
>        against you because of me.
> Rejoice and be glad, because great is your reward in heaven, for in the same way they
>        persecuted the prophets who were before you.