**CASE # 3:20-cv-03098-WHO**
**ARIZONA YAGÉ ASSEMBLY'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 4

## Home Address

Country*:

Address*:

Address *

City*

State*

Zip Code*

: 

## Other Information

Gender:

Birth Date:

Occupation *

Emergency Contact Name *

Emergency Contact Relationship to You *

Emergency Contact Phone Number *

Allergies -Include medicines, foods, animals, insect bites or stings, and environment (dust, pollen, etc.) *

Allergic Reaction Medication Required (if any)?

Please list all prescription, over-the-counter, and natural medications you are taking. *

Have you used Antidepressant medications? *

☐ Yes

☐ No

Have you had a recent illness? *

☐ Yes

☐ No

Have you had a recent accident? *

☐ Yes

☐ No

Have you had a recent operation? *

☐ Yes

☐ No

Have you recently been hospitalized? *

☐ Yes

☐ No

Do you have asthma? *

☐ Yes

☐ No

Do you have diabetes? *

☐ Yes

☐ No

What is your height? *

[                    ]

What is your weight? *

[                    ]

Do you have a history of high blood pressure? *

☐   Yes

☐   No

Have you used any antihypertensive medications? *

☐   Yes

☐   No

Do you have a history of cardiac failure or stroke? *

☐   Yes

☐   No

Do you have any bone, joint, or muscle problems? *

☐   Yes

☐   No

Have you ever had a seizure? *

☐   Yes

☐   No

Do you have any Psychosis / Schizophrenia condition or Multi Personality Disorder? *

☐   Yes

☐   No

Do you have any mental health condition not listed above? *

☐   Yes

☐   No

Have you had a Gastric Bypass Surgery? *

☐   Yes

☐   No

Are you pregnant, or think you could be? *

☐ Yes

☐ No

Do you have any other medical issues that might affect your participation in this ceremony? *

☐ Yes

☐ No

Do you have any physical or mental limitations and restrictions? *

☐ Yes

☐ No

*Required Fields