**CASE # 3:20-cv-03098-WHO**
**ARIZONA YAGÉ ASSEMBLY'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CHURCH OF THE HOLY LIGHT OF
THE QUEEN, et al.,

        Plaintiffs,

No. 1:08-cv-03095-PA

v.

**SECOND AMENDED JUDGMENT**

ERIC HOLDER, et al.,

        Defendants.

Defendants are enjoined from prohibiting plaintiffs' importation, storage, distribution, and use of Daime tea for plaintiffs' religious ceremonies.

IT IS SO ORDERED.

DATED this ___6___ day of January, 2012.

/s/ Owen M. Panner
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - SECOND AMENDED JUDGMENT