**CASE # 3:20-cv-03098-WHO**
**ARIZONA YAGÉ ASSEMBLY'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 14

To Those Concerned,

    My name is Eladio Melendez Garcia.  I live in the Peruvian Jungle four hours upriver from Iquitos, Peru, a city itself unreachable by road.  I am Quechua.  My father was a curandero, an ayahuasquero, a shaman – as was my grandfather, as am I.  I am also a Christian.  I am neither Protestant nor Catholic.  In Peru, I am free to practice my religion.  At the heart of my spiritual practice is the use of ayahuasca.

    I have been teaching Scott Stanley what I know: the spirit of the plants, the spirit of the icaros, the spirit of the jungle, the spirit of healing, and the door to the divine.  Mr. Stanley has stepped through this door.  He has returned to tell the people of the United States what he has learned, what he has witnessed, how to heal the spirit with the help of the ayahuasca.  I hope that one day he will be able to adhere to his religious convictions in his home country without fear of persecution.

    I am sad to hear that in a country as powerful and free as the United States, that this man is not yet truly free to abide by the word of his God without fear of arrest.  In Peru I am free to practice the tenets of my faith.  My prayer is that one day all people will be so free.

*[signature]*

Eladio Melendez Garcia
November 11, 2017

---

To Those Concerned,

    Mi nombre es Eladio Melendez Garcia. Vivo en la selva peruana a cuatro horas río arriba de Iquitos, Perú, una ciudad inalcanzable por carretera. Yo soy Quechua.  Mi padre era curandero, ayahuasquero, chamán, como mi abuelo, como yo. También soy ristiano. No soy protestante ni católico. En Perú, soy libre de practicar mi religión. En el corazón de mi práctica espiritual está el uso de ayahuasca.

    Le he estado enseñando a Scott Stanley lo que sé: el espíritu de las plantas, el espíritu de los icaros, el espíritu de la jungla, el espíritu de sanación y la puerta a lo divino. Señor Stanley ha atravesado esta puerta. Ha regresado para contarle a la gente de los Estados Unidos lo que ha aprendido, lo que ha visto, cómo sanar el espíritu con la ayuda de la ayahuasca. Espero que algún día pueda adherirse a sus convicciones religiosas en su país de origen sin temor a la persecución.

    Me entristece escuchar que en un país tan poderoso y libre como los Estados Unidos, este hombre aún no es verdaderamente libre de cumplir con la palabra de su Dios sin temor a ser arrestado. En Perú soy libre de practicar los principios de mi fe. Mi oración es que algún día todas las personas sean tan libres.

*[signature]*

Eladio Melendez Garcia
11 de Noviembre de 2017