# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>    Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION |

/ / /

/ / /

/ / /

/ / /

Plaintiff Arizona Yagé Assembly ("AYA") moved the Court for a preliminary injunction to prohibit the Drug Enforcement Administration ("DEA") and Customs and Border Patrol ("CBP") from prohibiting, or in any way interfering with AYA's importation, storage, distribution, and use of Ayahuasca tea or its herbal constituents for AYA's religious ceremonies.

## FINDINGS

Having considered the evidence and arguments, pursuant to F.R.Civ.P. 65(d), the Court finds:

1. AYA is a proper plaintiff under the Religious Freedom Restoration Act to seek protection for the Free Exercise rights of its minister and congregation.
2. AYA is likely to prevail on its RFRA claim, because:
   a. AYA's system of belief in its system of practice is genuine;
   b. AYA's system of belief and practice makes Ayahuasca communion the central practice of the faith;
   c. AYA's Ayahuasca communion ceremonies are safe;
   d. AYA handles Ayahuasca as its Sacrament, which provides a reasonable and reliable source of security that it will not divert Ayahuasca into illicit commerce;
   e. No compelling governmental interest justifies imposition of a complete prohibition on AYA that bars it from all importation, manufacturing, and dispensing of Ayahuasca;
   f. The imposition by the DEA and the CBP of a complete prohibition on AYA substantially burdens the Free Exercise of AYA, its minister, and the AYA congregation;
3. To engage in their chosen form of Free Exercise, AYA's minister and congregation must reaffirm their faith in the face of the risk of criminal prosecution;

4. The Free Exercise of a reasonable individual would be chilled by exposure to the risks of felony criminal prosecution in order to practice their religion;
5. The risk of felony criminal prosecution always comes with serious risks to life, liberty, happiness, and economic interests;
6. The balance of the hardships tips sharply and imminently towards AYA, that is suffering a chilling effect upon its right of Free Exercise at this time, because its minister and congregation must risk arrest and prosecution to engage in Free Exercise;
7. AYA's minister resides in Tucson, Arizona, where COVID-19 has surged through the facilities, and in one Tucson prison facility, 500 inmates, over 50% of the total inmates, have been infected with the potentially deadly virus.
8. AYA's minister is 57 years of age.  Many members of the AYA congregation live and practice in Arizona, and could be exposed to arrest during an AYA ceremony.
9. Pursuant to a statistically reliable internal survey of its membership, twenty-four percent (24%) of AYA's congregation is over the age of 50, and these persons would be at elevated risk of dying if exposed to COVID-19 through detention or incarceration.
10. Twenty-four percent of AYA's congregation, being over 50, would be disfavored for receiving treatment under the medical Triage Rules adopted by the Arizona Department of Public Health.
11. The exposure of AYA's minister and congregation from the often deadly COVID-19 virus that they would be at high risk of contracting during an unconstitutional confinement arising out of their Free Exercise of religion presents a high risk of irreparable harm, because death is irreversible.
12. The requested injunction will serve the public interest in protecting First Amendment rights from prior restraint and threats of prosecution that impose prior restraint on Free Exercise, and chill Free Expression and Freedom of Association.

13. The requested injunction will further serve the public interest by protecting vulnerable older persons from being exposed to severe risks to their health, including a highly elevated risk of death by COVID-19, resulting from their Free Exercise of religion as an AYA practitioner of Ayahuasca communion, due to being detained, searched, prosecuted, or incarcerated by the DEA, the CBP, or any other law enforcement agency acting in active concert with the said defendants.

## ORDER

The Drug Enforcement Administration and United States Customs and Border Patrol, by and through their respective representatives Uttam Dhillon, Acting Administrator of the DEA, and Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection, and all persons in active concert with them, are enjoined from prohibiting, or in any way interfering with AYA's importation, storage, distribution, and use of Ayahuasca tea or its herbal constituents for AYA's religious ceremonies.

IT IS SO ORDERED.

Dated: August __, 2020

_____
Hon. William H. Orrick III
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted this 5th day of August, 2020,
By: /s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs,
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva