CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel:  628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>PLAINTIFF ARIZONA YAGÉ ASSEMBLY'S MOTION FOR RELIEF UNDER F.R.Civ.P. RULES 60(b)(1) AND 6(b)<br><br>Date:  September 9, 2020<br>Time:  2:00 P.M.<br>Courtroom:  2 (17th floor) |

---

**CASE # 3:20-cv-03098-WHO**
**PLAINTIFF ARIZONA YAGÉ ASSEMBLY'S MOTION FOR RELIEF UNDER F.R.Civ.P. RULES 60(b)(1) AND 6(b)**
1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, PLEASE TAKE NOTICE THAT at 2:00 p.m. on September 9, 2020 in Courtroom 2 on the 17th floor of the United States Courthouse at 450 Golden Gate Avenue, San Francisco, California, plaintiff Arizona Yagé Assembly ("AYA") will move the Court pursuant to F.R.Civ.P. Rules 60(b)(1) and 6(b) for relief from its counsel's failure to seek leave of Court pursuant to F.R.Civ.P. 15(d) prior to filing the First Amended and Supplemental Complaint ("FASC" Docket # 12).

The motion will be made based on the attached memorandum of points and authorities, the declaration of Charles Carreon, the proposed Order submitted herewith, and such further evidence and argument as the Court finds relevant.

Dated:  August 5, 2020
CHARLES CARREON, ESQ.
By: /s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly.
North American Association of Visionary Churches,
Clay Villanueva

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. Rule 60(b)(1)

Rule 60(b)(1) provides that "on motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect…."

## 2. Rule 6(b)

Federal Rule of Civil Procedure 6(b) provides:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion … on motion made after the time has expired if the party failed to act because of excusable neglect

## 3. Plaintiffs' Counsel Committed a Non-Prejudicial Error Due to Excusable Neglect

AYA's counsel has admitted that he failed to obtain leave of Court under Rule 15(d) due to excusable neglect. (Carreon Declaration, generally.) If plaintiffs had moved under Rule 15(d) for leave to file the First Amended and Supplemental Complaint ("FASC;" Docket # 12), the Court would almost certainly have allowed it, under the liberal rules for joinder of all parties responsible for a single injury to a single plaintiff, and given the emergency situation presented by the search of plaintiff Clay Villanueva's home, as explained in his pending motion for preliminary injunction (Docket # 22). Counsel's error did not prejudice any defendant.

## 4. Conclusion

The Court is respectfully requested to disregard the failure to seek leave of Court to file the FASC on grounds of excusable neglect, and deem the FASC properly filed notwithstanding the error of counsel.

Dated:  August 5, 2020        CHARLES CARREON, ESQ.
                              By: /s/Charles Carreon
                              CHARLES CARREON (127139)
                              Attorney for Plaintiffs
                              Arizona Yagé Assembly.
                              North American Association of Visionary Churches,
                              Clay Villanueva