1
2
3
4

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>    Plaintiffs,<br><br> vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>    Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFFS' MOTION UNDER F.R.Civ.P. RULES 60(b)(1) and 6(b) |

For good cause shown, the motion is GRANTED.  The First Amended and Supplemental Complaint (Docket # 12) is deemed properly filed, as if plaintiffs had moved pursuant to F.R.Civ.P. 15(d) for leave to file prior to filing.

IT IS SO ORDERED.

Dated:  August __, 2020

                      Hon. William Orrick III
                      UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted this 5th day of August, 2020,
By: /s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs,
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva