CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA, | Case No.: 3:20-CV-03098-WHO |
| Plaintiffs, | NOTICE OF ERRATA RE DOCKET # 33 |
| vs. | |
| WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY, | |
| Defendants. | |

There are two noticeable errata in the Motion for Preliminary Injunction (Docket # 33) filed today.

*First*, due to inability to upload Exhibit 8 after four failed attempts, a scholarly article by John Halpern, Exhibit 8, was omitted from the submission. It was not possible to determine the cause of the upload problem. However, the document was not essential to the motion, and was only referenced briefly and in passing in a footnote, so plaintiff will allow it to be omitted.

*Second*, the motion (Docket # 33-main) was printed into PDF correctly, but pagination of the Table of Contents and Table of Authorities were placed out of order, ahead of the Cover Page. Accordingly, a properly formatted copy of the motion is submitted herewith as Exhibit 1.

Dated:  August 5, 2020            CHARLES CARREON, ESQ.
                                  By: /s/Charles Carreon
                                  CHARLES CARREON (127139)
                                  Attorney for Plaintiffs
                                  Arizona Yagé Assembly
                                  North American Association of Visionary Churches
                                  Clay Villanueva