UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>    Defendants. | No. 3:20-cv-3098-WHO<br><br>**[PROPOSED] ORDER** |

   The Court, having considered Plaintiff Arizona Yage Assembly's Motion for Relief Under Rules 60(b)(1) and 6(b) (ECF No. 34), the Federal Agency Defendants' opposition to that motion (ECF No. 35), and the Federal Agency Defendants' Motion to Strike Plaintiffs' First Amended and Supplemental Complaint (ECF No. 31), hereby **ORDERS** as follows.  It is hereby

   **ORDERED** that Plaintiff Arizona Yage Assembly's Motion for Relief Under Rules 60(b)(1) and 6(b) (ECF No. 34) is **DENIED**; it is further

   **ORDERED** that the Federal Agency Defendants' Motion to Strike Plaintiffs' First Amended and Supplemental Complaint (ECF No. 31) is **GRANTED** and therefore Plaintiffs'

1  First Amended and Supplemental Complaint (ECF No. 12) is stricken from the case docket; it is

2  further

3  **ORDERED** that Plaintiffs two Motions for Preliminary Injunction (ECF Nos. 22, 33)

4  and hereby stricken from the case docket; it is further

5  **ORDERED** that Plaintiffs' original Complaint (ECF No. 1) is the operative pleading in

6  this case; it is further

7  **ORDERED** that if Plaintiffs wish to refile the now stricken First Amended and

8  Supplemental Complaint or any other supplemental pleading they must move for leave to file as

9  required by Rule 15(d).

10

11  **IT IS SO ORDERED.**

12

13  Dated: _____

14  Hon. William H. Orrick
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28