CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY, <br><br> Defendants. | Case No.: 3:20-CV-03098-WHO <br><br> NOTICE OF DISMISSAL OF DEFENDANT THOMAS PREVOZNIK PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 41(a)(1), defendant Thomas Prevoznik ONLY, and no other defendant, is dismissed from the First Amended and Supplemental Complaint (Docket #12) brought by Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva.

Dated:  August 11, 2020          CHARLES CARREON, ESQ.
                                 By: /s/Charles Carreon
                                 CHARLES CARREON (127139)
                                 Attorney for Plaintiffs
                                 Arizona Yagé Assembly.
                                 North American Association of Visionary Churches,
                                 Clay Villanueva