# Exhibit B

**From:** Paddy, Marco A <Marco.A.Paddy@usdoj.gov>
**Sent:** Wednesday, January 8, 2020 4:42 PM
**To:** Micah J Kaskavage <Micah.Kaskavage@phoenix.gov>
**Subject:** DEA Tip

Good afternoon Sir,

Like always it was a pleasure speaking with you. Below is the information we spoke of.

Caller reported that Clay Villanueva conducts Ayahuasca Ceremonies at the Center for Divine Awakenings located at 15801 North 40th Street, Phoenix, AZ. The caller stated that during ceremony Mr. Villanueva provides DMT to his patients with DMT at a cost. When asked how Villanueva obtains DMT, the caller stated that he makes the DMT at an unknown location. The next ceremony will occur on Friday January 10, 2020, at 7:00 pm, at the Center for Divine Awakening. The caller provided a website where these ceremonies are offered SmileQuick.com. The caller stated that Villanueva can be located on Facebook as well (profile name Clay Villanueva). Furthermore, the caller stated that Villanueva collects payments through paypal (Vol@Wavz.net) for those interested in receiving a dose of DMT.

The caller is willing to help law enforcement and provided a callback number ████████ The caller ████████████ ishes to remain anonymous.

If you have any further question call me back at 602-363-5429.