# Exhibit C

# MARICOPA COUNTY SUPERIOR COURT JURISDICTION
## SPECIAL WARRANT

## ISSUANCE of Special Warrant at (Initial Appearance Court)

| SPECIAL WARRANT NUMBER: | SW 2020 - 006651 |
|---|---|

| AFFIANT NAME: | Shay | BADGE NUMBER: 52148 |
|---|---|---|
| AGENCY: | MCSO | TIME:  9:51 |

| INDICATE TYPE OF ISSUANCE (ISW) | |
|---|---|
| | **WALK-IN** |
| ✗ | **FAX/ELECTRONIC** |

| CAPTION: | |
|---|---|
| X | **IN RE THE MATTER OF SEARCH WARRANT (951)** |
| | **IN RE THE MATTER OF PEN REGISTER/TRAP AND TRACE (952)** |
| | **IN RE THE MATTER OF ORDER FOR ELECTRONIC COMMUNICATIONS DATA RECORDS (956)** |
| | **IN RE THE MATTER OF TRACKING DEVICE SEARCH WARRANT FOR A COMMUNICATIONS DEVICE (954)** |
| | **IN RE THE MATTER OF CELL SITE SIMULATOR DEVICE SEARCH WARRANT (955)** |
| | **IN RE THE MATTER OF TRACKING DEVICE SEARCH WARRANT FOR A VEHICLE (958)** |
| | **IN RE THE MATTER OF ORDER TO OBTAIN PHYSICAL EVIDENCE OR PHYSICAL CHARACTERISTICS (959)** |
| | **IN RE THE MATTER OF (957)** |

| ORDERED BY THE COURT: | |
|---|---|
| | **SEAL ALL SEARCH WARRANT DOCUMENTS PER REQUEST OF OFFICER/STATE AS ORDERED BY THE COURT.** |
| X | **SEAL ALL ISSUANCE DOCUMENTS PURSUANT TO A.R.S. 13-3918.** |

**IT IS FURTHER ORDERED THAT ALL WORKSHEETS IN THIS CASE ARE <u>NOT</u> TO BE SEALED UNLESS SPECIFICALLY ORDERED BY THE COURT.**

| 5.17.2020 | 1002 Hours | *Gregory J. Gnepper* |
|---|---|---|
| DATE | TIME | JUDGE OR JUDGE PRO TEM |

HONORABLE GREGORY J. GNEPPER
MARICOPA COUNTY SUPERIOR COURT

Please forward these documents immediately to the following address:
Clerk of Superior Court, Special Warrant Desk,
175 W. Madison St., ECC/RCC 4th Floor; Telephone: (602) 506-7754
Issuance Worksheet Form LRD 09/21/17

COC57                              REV. G                              LRD 09/21/17



# Maricopa County Drug Suppression Task Force

## Maricopa County Sheriff's Office – S.I.D.

Paul Penzone, Sheriff
550 W Jackson St, Phoenix, AZ 85003

**FAX- 602-437-9891**

## Facsimile Transmittal Sheet

TO   : I/A Commissioner

From  : **Detective Matthew Shay (MCSO S2148)**
**Cell # 602-390-6289**

Date 05/17/2020

**Search Warrant 31 Pages**

Comments or Instructions  :   Search Warrant for clandestine laboratory

**Ill be available at the listed cell phone number**

Call Back #   602-390-6289
Email :    M_Shay@MCSO.Maricopa.Gov

## MARICOPA COUNTY DRUG SUPPRESSION TASK FORCE (HIDTA)

IR 20-004616

## SEARCH WARRANT

### COUNTY OF MARICOPA, STATE OF ARIZONA

WARRANT No. SW 2020.006651

**TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:**

Proof by affidavit having been made this day to me by :

MCSO Deputy Detective **Matthew Shay** #S2148

I am satisfied that there is probable cause to believe that

[x]     on the **persons** known as:

Subj. 1: **Clay L Villanueva** (W/M)████/1961 AZDL D███8777 510/145 Bro/Grn
Subj. 2: **Cecilia P Villanueva** (W/F) ████/1961 AZDL D███0864 500/125 Blk/Bro

[x]     on the **premise**(s) known as :

**1134 W Glenrosa Ave**, Phoenix AZ. This is a single story home, tan or brick in color of stucco and brick construction that lies on the north side of W Glenrosa Avenue and is the third property east of N 13th avenue. This property is bordered by a cement wall separating it from the houses north east and west and with in those walls are several smaller structures that appear to be sheds and small work shop style structures. Each structure on the property is subject to search. The home has a short brick wall and two rod iron gates that separate it from Glenrosa to the south . The numerals "1134" are posted vertically on tan and brick colored tiles to the right (east) of the front patio of the home.

in the County of Maricopa, State of Arizona, there is now being possessed or concealed

certain property, persons or things described as:

1.  A usable amount of **Marijuana;**

2.  A Usable amount of **DMT** (N,N-Dimethyltryptamine)

3.  A usable amount of **"Ayahuasca"** containing DMT

4. Growing or drying **marijuana plants**

5. **Equipment and chemicals used to grow marijuana**, including, but not limited to;

   a. Lights: High Pressure Sodium, Metal Halide, High Intensity Discharge (HID) lights, Halogen, florescent or other similar bulbs and housings used to replicate the rays of the sun in maximizing plant growth and the wattage/amperage adjusting devices known as "ballasts" that are used to regulate electricity to the lights

   b. Grow medium: pellets, foam cutouts, peat moss, rock wool, soil, fiber, clay perlite or other similar items used to retain, strengthen and assist in the feeding of the cannabis root during various stages of grow.

   c. Hydroponic equipment: water pumps, air pumps, tubing, water reservoirs, tanks, buckets, tubs, water regulating devices, purifying devices and other items utilized in the movement and distribution of water and nutrients to and from growing marijuana plants.

   d. Electrical equipment: timers, power strips, extension cords, electric boxes, conduit, wiring, voltage meters, voltage regulators, and electrical testing equipment

   e. General tools used in the manufacture of "grow room" equipment and structures: circular saws, drills, drill bits, hand saws, hammers, levels, tape measures, clamps, conduit bending tools, wire strippers, plastic sheeting, vacuums, and other items obviously used to establish , maintain and clean the various marijuana grow areas utilized, abandoned, disassembled or under construction by the suspects

   f. Nutrients, chemicals, additives , foods and fertilizers used in the growing of marijuana plants

6. **Chemicals and equipment used to manufacture DMT** (N,N-Dimethyltryptamine) including , but not limited to :

a. base precursor plants such as Mimosa Tenuiflora , Mimosa Hostilis Root Bark, San Pedro Cactus, Psychotria viridis, Grow medium: pellets, foam cutouts, peat moss, rock wool, soil, fiber, clay perlite or other similar items used to retain, strengthen and assist in the feeding of the cannabis root during various stages of grow.

b. non-polar hydrocarbon solvent such as Naptha, Heptane, Hexane, Butane, or Propane and a base solvent such as sodium hydroxide

c. separating , and adjusting agents such as vinegar, hydrogen peroxide, lye, and acetone

d. Buckets, bowls cooking pots and mixing equipment such as 5 gallon "homer buckets" metal and pyrex cook wear, stirring utensils, strainers, filters, syringes, hot plates, turkey fryers, tubing, scales, grinders, pipettes,

7. **Paraphernalia** for packaging, manufacturing, using, weighing, and distributing illegal drugs, including but not limited to, wax paper, paper sandwich baggies, duffle bags, back packs, boxes, zip lock baggies heat sealed baggies, heat sealing devices, weigh scales, baggies, grinders, diluents, wrapping materials (new and used), tape, razor blades, cutting boards, glass pipes, cigarette papers, cooking devices, butane torches, and shipping materials such as boxes, deodorants, plastic wrapping, mail labels, and any other evidence used by persons to manipulate drugs in any way.

8. **Indicia of occupancy**, residency, rental and/or ownership of the premises described herein, including, but not limited to, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys. These items may be on paper or contained electronically on a computer, tablet, cell phone, thumb drive, hard drive, or other removable media.

9. **Arizona "Medical Marijuana" paperwork,** cards , receipts and pamphlets, current or expired, signed agreements with DHS, mail receipts, envelopes specifically, but not limited to  mail referring to the listed suspects , their previous addresses, mailing addresses and this current address,

10. **Ledgers**; money chits; equipment lists; purchase orders or receipts; electric water or trash bills; air conditioning, electrical or general contracting work bills , receipts or other paperwork; price lists, names and nomenclature; financial statements or other financial notations tending to prove or disprove purchase chemicals and equipment used in the production of marijuana. These items may be on paper or contained electronically on a computer, tablet, cell phone, thumb drive, hard drive, or other removable media.

11. **"PayPal"** documents, account information, and receipts

12. **Money**, cash, American currency or the equivalent.

13. **Electronic communication device or Cell Phones** and any flash drives used to store photos/videos <u>identified as belonging to one of  the listed suspects</u> and capable of text messaging and/or social media posts. **(a second search warrant, post investigation will be drafted, if necessary for a search of these items)**


which property, persons or things

[x]     were used as a means for committing a public offense

[x]     is (are) being possessed with the intent to use as a means of committing a public offense

[x]     constitutes evidence tending to show that a public offense has been committed, or tending to show that **Clay and Cecelia Villanueva** and/or co-conspirators both known and unknown  has (have) committed a public offense(s).

such public offense(s) being

**MANUFACTURING A DANGEROUS DRUG (DMT), PRODUCING MARIJUANA, SALE/TRANSFER OR OFFER TO SELL /TRANSFER OF A DANGEROUS DRUG (DMT) , FRAUDULENT SCHEMES AND ARTIFICES, TAX FRAUD , CONSPIRACY, POSSESSION OF DMT, POSSESSION OF MARIJUANA**

which occurred between March, 2012, and May 15th, 2020  in the State of Arizona , County of Maricopa and  specifically at the property described as 1134 W Glenrosa Avenue, Phoenix as previously described

**YOU ARE THEREFORE COMMANDED**

[x]     in the daytime (excluding the time period between 10 PM and 6:30 AM)

[ ]     or nighttime (good cause therefore having been shown)

to make a search of the above named or described person(s), premise(s) and vehicle(s) with in five (5) days of issuance, for the herein above described persons, property or things, and if you find the same or any part thereof, to retain such in your custody or in the custody of the Maricopa County Sheriff's Office, as provided by A.R.S. §13-3920.

**It is ordered that any hazardous chemicals and contaminated glass wear/equipment be promptly disposed of , as directed by ARS 13-3918**

Return this warrant to me within three (3) days of the date of execution, as directed by A.R.S. §13-3918.

Upon completion of all court actions or proceedings of any type which would necessitate the further use of the listed property, pursuant to A.R.S. §13-3920 and/or §13-3941, the property may be disposed of as authorized by law.

Given under my hand and dated this ____17ᵗʰ____ day of ____MAY____, 2020.

_Gregory J. Gnepper_
_____

JUDGE, JUSTICE OF THE PEACE, OR MAGISTRATE

of **MARICOPA COUNTY SUPERIOR** Court

> HONORABLE GREGORY J. GNEPPER
> MARICOPA COUNTY SUPERIOR COURT

# AFFIDAVIT FOR SEARCH WARRANT

## COUNTY OF MARICOPA, STATE OF ARIZONA

**No.** Sw 2020.006651

**YOUR AFFIANT, MCSO DEPUTY DETECTIVE MATTHEW J SHAY #S2148**

a peace officer in the State of Arizona, being first duly sworn, upon oath, deposes and says:

between March, 2012, and May 15th, 2020, in the County of Maricopa, State of Arizona, the crime(s) of

**MANUFACTURING A DANGEROUS DRUG (DMT), PRODUCING MARIJUANA, SALE/TRANSFER OR OFFER TO SELL /TRANSFER OF A DANGEROUS DRUG (DMT) , FRAUDULENT SCHEMES AND ARTIFICES, TAX FRAUD , CONSPIRACY, POSSESSION OF DMT, POSSESSION OF MARIJUANA**

(was)(is being) committed and

**THAT THE AFFIANT** has probable cause to believe that

on the **persons** known as:

[x]     on the **persons** known as:

Subj. 1: **Clay L Villanueva** (W/M)████/1961 AZDL D████8777 510/145 Bro/Grn
Subj. 2: **Cecilia P Villanueva** (W/F)████/1961 AZDL D████0864 500/125 Blk/Bro

[x]     on the **premise**(s) known as :

**1134 W Glenrosa Ave**, Phoenix AZ. This is a single story home, tan or brick in color of stucco and brick construction that lies on the north side of W Glenrosa Avenue and is the third property east of N 13th avenue. This property is bordered by a cement wall separating it from the houses north east and west and with in those walls are several smaller structures that appear to be sheds and small work shop style structures. Each structure on the

property is subject to search. The home has a short brick wall and two rod iron gates that separate it from Glenrosa to the south . The numerals "1134" are posted vertically on tan and brick colored tiles to the right (east) of the front patio of the home.

in the County of Maricopa, State of Arizona, there is now being possessed or concealed certain property, persons or things which

[x]  were used as a means for committing a public offense

[x]  is (are) being possessed with the intent to use as a means of committing a public offense

[x]  constitutes evidence tending to show that a public offense has been committed, or tending to show that **Clay and Cecelia Villanueva** and/or co-conspirators both known and unknown  has (have) committed a public offense(s)

such public offense(s) being

**MANUFACTURING A DANGEROUS DRUG (DMT), PRODUCING MARIJUANA, SALE/TRANSFER OR OFFER TO SELL /TRANSFER OF A DANGEROUS DRUG (DMT) , FRAUDULENT SCHEMES AND ARTIFICES, TAX FRAUD , CONSPIRACY, POSSESSION OF DMT, POSSESSION OF MARIJUANA**

which occurred between  March, 2012, and May 15th, 2020 in the State of Arizona , County of Maricopa and  specifically at the property described as **1134 W Glenrosa Ave,** Phoenix AZ, as previously described, as previously described

**That said property, persons or things are described as follows:**

    14. A usable amount of **Marijuana**;

    15. A Usable amount of **DMT** (N,N-Dimethyltryptamine)

16. A usable amount of **"Ayahuasca"** containing DMT

17. Growing or drying **marijuana plants**

18. **Equipment and chemicals used to grow marijuana**, including, but not limited to;

   a. Lights: High Pressure Sodium, Metal Halide, High Intensity Discharge (HID) lights, Halogen, florescent or other similar bulbs and housings used to replicate the rays of the sun in maximizing plant growth and the wattage/amperage adjusting devices known as "ballasts" that are used to regulate electricity to the lights

   b. Grow medium: pellets, foam cutouts, peat moss, rock wool, soil, fiber, clay perlite or other similar items used to retain, strengthen and assist in the feeding of the cannabis root during various stages of grow.

   c. Hydroponic equipment: water pumps, air pumps, tubing, water reservoirs, tanks, buckets, tubs, water regulating devices, purifying devices and other items utilized in the movement and distribution of water and nutrients to and from growing marijuana plants.

   d. Electrical equipment: timers, power strips, extension cords, electric boxes, conduit, wiring, voltage meters, voltage regulators, and electrical testing equipment

   e. General tools used in the manufacture of "grow room" equipment and structures: circular saws, drills, drill bits, hand saws, hammers, levels, tape measures, clamps, conduit bending tools, wire strippers, plastic sheeting, vacuums, and other items obviously used to establish , maintain and clean the various marijuana grow areas utilized, abandoned, disassembled or under construction by the suspects

   f. Nutrients, chemicals, additives , foods and fertilizers used in the growing of marijuana plants

19. **Chemicals and equipment used to manufacture DMT** (N,N-Dimethyltryptamine) including , but not limited to :

g. base precursor plants such as Mimosa Tenuiflora , Mimosa Hostilis Root Bark, San Pedro Cactus, Psychotria viridis, Grow medium: pellets, foam cutouts, peat moss, rock wool, soil, fiber, clay perlite or other similar items used to retain, strengthen and assist in the feeding of the cannabis root during various stages of grow.

h. non-polar hydrocarbon solvent such as Naptha, Heptane, Hexane, Butane, or Propane and a base solvent such as sodium hydroxide

i. separating , and adjusting agents such as vinegar, hydrogen peroxide, lye, and acetone

j. Buckets, bowls cooking pots and mixing equipment such as 5 gallon "homer buckets" metal and pyrex cook wear, stirring utensils, strainers, filters, syringes, hot plates, turkey fryers, tubing, scales, grinders, pipettes,

20. **Paraphernalia** for packaging, manufacturing, using, weighing, and distributing illegal drugs, including but not limited to, wax paper, paper sandwich baggies, duffle bags, back packs, boxes, zip lock baggies heat sealed baggies, heat sealing devices, weigh scales, baggies, grinders, diluents, wrapping materials (new and used), tape, razor blades, cutting boards, glass pipes, cigarette papers, cooking devices, butane torches, and shipping materials such as boxes, deodorants, plastic wrapping, mail labels, and any other evidence used by persons to manipulate drugs in any way.

21. **Indicia of occupancy**, residency, rental and/or ownership of the premises described herein, including, but not limited to, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys. These items may be on paper or contained electronically on a computer, tablet, cell phone, thumb drive, hard drive, or other removable media.

22. **Arizona "Medical Marijuana" paperwork,** cards , receipts and pamphlets, current or expired, signed agreements with DHS, mail receipts, envelopes specifically, but not limited to mail referring to the listed suspects , their previous addresses, mailing addresses and this current address,

23. **Ledgers**; money chits; equipment lists; purchase orders or receipts; electric water or trash bills; air conditioning, electrical or general contracting work bills , receipts or other paperwork; price lists, names and nomenclature; financial statements or other financial notations tending to prove or disprove purchase chemicals and equipment used in the production of marijuana. These items may be on paper or contained electronically on a computer, tablet, cell phone, thumb drive, hard drive, or other removable media.

24. **"PayPal"** documents, account information, and receipts

25. **Money,** cash, American currency or the equivalent.

26. **Electronic communication device or Cell Phones** and any flash drives used to store photos/videos identified as belonging to one of the listed suspects and capable of text messaging and/or social media posts. **(a second search warrant, post investigation will be drafted, if necessary for a search of these items)**

## REGULAR INFORMATION OR INFORMANT FORM

That the following facts establish probable cause for believing that grounds for the
issuance of a search warrant for the aforementioned properties, persons or things exist

## Synopsis

In January 2020 your affiant was provided with information called in to a DEA tip line
from a source wishing to remain anonymous. This tip stated that that a "Clay Villanueva"
was engaged in manufacturing, possessing, transferring and selling DMT (N,N-
Dimethyltryptamine, a dangerous drug under ARS 13-3401 and 13-3407) to subjects at
15801 N 40th Street, which is a facility that is rented for "spiritual" events. The tip also
indicated that Mr Villanueva was using the money collection application "Paypal" to sell
quantities of DMT to those patients . The tipster said that this "Paypal" account was under
the account vol@wavz.net .

Your affiant discovered that Mr Villanova was holding "ceremonies" where he would
charge a sum of money to have a one or two night experience in which the customer is
provided "Ayahuasca". This is ab herbal based a tea mixed with DMT . these ceremonies
were advertised to occur monthly at 15801 N 40th Street, a facility named "center for
divine awakening" which rents it self out for various functions. According to his web site
and his Facebook page, Mr Villanova rents the facility once a month for two days at a
time,

It appears that Mr Villanova requires each customer to sign up on line, provided
information and once accepted to attend the ceremony, charged a fee which is payable
through Pay Pal.

A financial check on Pay Pal accounts used by Mr Villanueva identified 5 different Pay
Pal accounts where in the date range of 01/01/2019 through 202/12/2020 the accounts had
received over $248,000.00. the accounts names included "wavz research" , "Wavz" and
"Vine Light"

While researching and conducting surveillance at Mr Villanueva's home which is located
at 1134 W Glenrosa Avenue, Phoenix, you affiant developed probable cause that there was
also marijuana possessed and produced at that address.
Since 1134 E Glenrosa Avenue is well within 25 miles of over 10 different licensed
dispensaries and therefore in most instances an area where cultivation of marijuana (as an
unlicensed facility) would fall outside the acts included with in the Arizona Medical

Marijuana Act , your affiant found it necessary as part of the investigation to find what, if any, protections, immunities or "permissions" Mr Villanueva and any other subject residing there may have applied for.

Your affiant authored and had authorized SW 2020-001680 for documentation of those applied permission and received a reply back from DHS on February 10th, 2020. Those documents show that Mr (Clay) Villanueva and his wife Cecelia Villanueva both reside at that location. The documents also show that Clay and Cecelia Villanueva have , several times in the past 8 years, provided false information to DHS as to their residential address and in return obtained a medical marijuana card with "permissions" (immunities) to cultivate (produce) marijuana due to that false address. Several of their "qualified patients" appear to have also provided false information to the department of health services so that they could obtain cultivation permissions and then transfer those permissions to Mr Villanueva.

On May 15th, 2020 your affiant confirmed again that Mr Villanueva was growing marijuana at 1134 W Glenrosa as well as still offering (online) to provide "Ahuahusca" ceremonies (transferring DMT) to "sold out" crowds with the next scheduled "ceremony" on June 12th and 13th, 2020

DMT is manufactured through a process where solvents and chemicals extract the psychedelic material from plants and converts it into a substance usable for ingestion. Such a process is time consuming and needs a stove, as well as a moderate amount of space to conduct the extraction and drying process. That process is both flammable and toxic. It is unlikely that it occurs at a facility that is rentable by non participants, thus it is probable that this manufacturing process occurs at Mr Villanueva's home.

Your affiant seek permission to enter and search 1134 W Glenrosa as well as detain and search Mr and Mrs Villanueva. This is where Mr Villanueva is producing marijuana and is more than likely manufacturing and storing the DMT.

Should your affiant recover a sizable amount of chemicals and equipment to manufacture DMT, then samples and photographs will be taken of the precursors, chemicals and equipment and the remaining, contaminated items will be destroyed as authorized by law.

## NARRATIVE

**Information received:**

On January 8th, 2020 my immediate supervisor, Micah Kaskavage, received a "tip" through a federal tip line that a subject known as "Clay Villanueva" sells or transfers DMT

during a "Ayahuasca Ceremony" at 15801 N 40th Street which is also identified as "the Center for Divine Awakenings"

The caller, who wished to remain anonymous had stated that Mr Villanueva manufactured the DMT at an unknown location, brought it to 15801 N 40th Street during ceremonies and in addition, Mr Villanueva would sell DMT to individuals utilizing "paypal" to an account called "Wavs Research"

As a clandestine laboratory investigator and a narcotic detective with over 24 years of experience, I am familiar with DMT (N,N-Dimethyltryptamine)which is a hallucinogenic tryptamine drug that occurs naturally in many plants and some animals. It is considered a strong psychedelic and most commonly manufactured from the mimosa root bark into a crystalline substance, or extracted from the plant Psychotria viridis, though it has been extracted from frogs in a waxy like substance. The Mimosa and several other plants are native to Peru and the surrounding counties in that part of the world., and thus commonly imported from there.

DMT is a Schedule I controlled substance in the United States, which means it's illegal to make, buy, possess, or distribute it. The State of Arizona classifies it as a Dangerous Drug under ARS 13-3401 and 13-3407.

Ayahuasca, also known as the tea, the vine, and la purge, is a brew made from the leaves of the Psychotria viridis (DMT) shrub along with the stalks of the Banisteriopsis caapi vine, the latter which contains a MAOI's which prevent certain enzymes in your body from breaking down DMT.

DMT and specifically, Ayahuasca is an uncommonly abused drug, and would not generally be referenced by anyone other than a knowledgeable source, thus this "tip" appeared to have credibility at least on its face.

**Confirming identity of Clay Villanueva and his residential address:**

I began to research the name "Clay Villanueva" and found only one in the metropolitan Phoenix area. The Arizona MVD reports that Clay Lindell Villanueva is a white male with a date of birth of █████/1961 and an Arizona drivers license of D███8777 which lists his home address as 1134 W Glenrosa Avenue, Phoenix AZ 85013. Mr Villanueva has three cars registered to him, One is a 2008 Nissan Altima (AZ/V1T670) a 2005 Toyota Avalon (AZ/5459S) and a 2005 Toyota Highlander (AZ/5457S). All of which also list the Glenrosa Avenue address.

I have driven by, conducted static surveillance and even attempted at least 5 "trash pulls" at this address and each time either two or three vehicles registered to Clay Villanueva and

listing this address were parked in the drive, 4 out of five times I was able to detect the odor of green growing marijuana emitting from the home. (on one occasion, I was unable to linger near the front of the house as a subject was exiting carrying a small box and entered a car waiting at the curb) .

**Confirming Mr Villanuevas association with the "Ayshuasca Cereminies" and "Waz"**

Conducting an open source search on the internet I found a Facebook page for Mr Villanueva and noted that the Facebook profile photo matched Mr Villanueva's MVD photograph, confirming it was the same "Clay Villanueva". In that Facebook profile, Mr Villanueva advertises "monthly ceremonies" at "the Tribe of Light" which is also referred to in the post as a "Ayshuasca Ceremony" that takes place over 2 days described as a "Peruvian based style celebration of the gifts of the Madre, indoors in the dark". and provides a link to a web site that has the address: "smilequick.com"

Under Clay Villanueva's profile information he lists himself as "El Presidente and Gardner at WAVZ Research" (Wavz research was the name of the Pay Pal account provided by the tipster)

That web site announces and offers individuals to pay and sign up to attend "Ayahuasca Ceremony (ies) " monthly at the "Tribe of Light" and described the clients being provided "Ayahuasca" . during the lengthy description of the one or two day experience, the web site explains that part of the experience includes the client will consume the drink which includes in its description a "MAOI" and after ingesting it, the user experiences a psychedelic experience. The web page lists a long lists of medications, ailments, illnesses, conditions and even certain food and drink that can cause injury or death when combined with "ayahuasca"

I also found that on the Facebook page Clay Villanueva and several others have made multiple trips to Peru and in the photograph they are preparing a bark and root like substance , and removing DMT from frogs and then participating in an Ayshuasca ceremony. There are numerous photos of these trips and the preparation of the materials.

On his Facebook page Mr Villanueva has posts that document numerous prior "Ayshuasca Ceremonies" over the past year including: February 9th and 10th, March 9th and 10th, April 13th and 14th, May 11th and 12th, a trip to Peru with "the tribe" June 22-July 5, more local "ceremonies" July 13th and 14th, November 8th and 9th, (2019) and January 11th, 12th, 2020, March 6th and 7th, 2020. And currently the next scheduled ceremony is set for June 12th and 13th, 2020.

I also found a facebook profile for "the Tribe of Light Ceremony" (https://www.facebook.com/ayalighttribe) which advertises as Phoenix area community

information on upcoming Ayahuasca ceremonies, and then provides a link to www.smilequick.com

**Open source media of Clay Villanueva describing use/possession of various drugs**

I found that Clay Villanueva also had a You Tube video where he is interviewed by a second subject and talks about his experience with a variety of drugs including DMT , Ayshuasca and Mushrooms, which Mr Villanueva admits he is very familiar with and had used numerous times in the past. Mr Cillanueva describes about how when he ingests the "Ayshuasca" he sees lights and the sky appears to open up (a psychedelic experience)

Mr Villanueva mentioned that he also has used a variety of different drugs including Psilocybin mushrooms.

Mr Villanueva also has a "Pintrest" page under the name "clayvious". In his "pins" MR Villanueva has images of marijuana grows, marijuana plants, and persons smoking marijuana. One such photo was "uploaded" by Mr Villanueva and is a large (growing marijuana ) marijuana bud .

I drove by 15801 N 40th Street and found it to be a moderate sized single story structure with a large sign in front with the numbers "15801" and a sun like emblem. "Yelp" lists this address as a  "business" that will "provide a Sacred Space for Yoga, Meditation, Pilates, Kirtan, Concerts, Room rental and Workshops" thus, this appears to be a rented space for the various "ceremonies"

I drove out to Mr Villanuevas listed address and found 1134 W Glenrosa Avenue to be  a single story home, tan or brick in color of stucco and brick construction that lies on the north side of W Glenrosa Avenue and is the third property east of N 13th avenue. This property is bordered by a cement wall separating it from the houses north east and west and with in those walls are several smaller structures that appear to be sheds and small work shop style structures. Each structure on the property is subject to search. The home has a short brick wall and two rod iron gates that separate it from Glenrosa to the south . The numerals "1134" are posted vertically on tan and brick colored tiles to the right (east) of the front patio of the home.

In at least five different trips to this address I have observed two or three of Mr Villanueva's cars in the drive way : a 2008 Nissan Altima (AZ/V1T670) a 2005 Toyota Avalon (AZ/5459S) and a 2005 Toyota Highlander (AZ/5457S).

**Attempted trash pulls and detection of marijuana odor**

On 02/07/2020 at approximately 130 am detective Jason Felix and I drove out to 1134 W

Glenrosa, in an effort to see if the trash had been set out to the curb. The manufacture of DMT creates a moderate amount of waste and often we will find that waste disposed of in a city trash can if it is brought out to the curb. On this date there was no can out to the curb, though all the agonizing properties had both their trash and their recyclable cans out.

Having walked down the block to ensure that the trash cans were not out but both Det Felix and I could detect the odor of green, growing marijuana emitting from 1134 E Glenrosa and that odor appeared to be strongest from both sides of the house , indicating that there was likely a marijuana grow in the back. Upon returning to our cars we conducted a wind direction check and confirmed that the direction of the wind would have facilitated the odor coming out to the roadway and that direction would have indicated the odor came from with in or on the property of 1134 W Glenrosa.

Over the next three months I have conducted multiple checks of this address to see if the trash is brought out to the curb for pickup in a manner where it could be inspected for evidence, however, the can was not to the curb in the evening or early mornings prior to trash pickup each time I checked.

I did, however have the opportunity to detect the odor of green, growing marijuana emitting from this property on each occasion I was out "on foot" in front of the residence and on the sidewalk, I would estimate that between 02/07/2020 and 05/15/2020 I conducted such a check on no less than 4 occasions and each time I was able to detect the odor of green, growing marijuana.

On the last such instance, on May 15th, 2020 at 215am I could detect the odor of marijuana emitting from the property (it appears to be emitting from the home or possibly the back yard) . On that date I observed a pile of "bulk trash" that was lying on the curb apparently ready for pickup (not the can though) and I looked through that pile. I found several bags of leaves and branches from what appears to be yard work (not marijuana) bamboo stakes, wood and some electronic equipment that was covered in dust. I also located a old baggage tag for "CLAN VILANUEVA." for southwest airlines. I also observed the two vehicles registered to Clay Vilanueva; a white Toyota sedan (AZ 5459S) and a tan Toyota hatch back (AZ 5457S) parked in the drive.

On May 15th 2020 I also re-checked the "SmileQuick.com" web site that advertises the "Ayahuasca Ceremony(s in)  Phoenix AZ" and found that Clay and his associates are still holding the ceremonies with the next one scheduled for June 5th and 6th and advertised as "full" . The web site noted that the next expected future ceremony would be June 12th and 13th, 2020.

**DHS Search Warrant for information on possible immunities or permissions relating to the production of marijuana and evidence of fraudulent schemes in producing**

**marijuana**

As stated previously and expounded in in the later training and experience section. Your affiant has had significant experience investigating marijuana grows including those that have attempted to shroud them selves in the Arizona Medical Marijuana Act (AMMA) as a immunized "caregiver" grow operation.

It has been your affiants experience that the vast majority of caregiver grows occurring with in the boundaries of metro phoenix are either completely black market (no protections implied) or are using the AMMA to hide their excessive marijuana grow and/or sales operations. In these cases the most common indicators are when the patients and/or caregivers themselves provide the department of health services with false residential information (addresses) to make it appear they reside more than 25 miles outside of a radius of any licensed dispensary in Arizona.

This is the required distance outside of all dispensaries that the AMMA requires for cultivation permissions to be granted. commonly we find that persons who otherwise reside in or around the metropolitan areas list their residence in those outlying areas where there is no dispensary with in 25 miles. The most common cities towns and areas used include the Navajo nation, Tonopah, Gila bend, Williams, Snowflake, St Johns and the like. Meanwhile those subjects MVD and billing information show that they actually reside well with in Metro Phoenix or another metropolis.

Once cultivation "permissions" have been received fraudulently, they are transferred to a "Caregiver" who then collects up to 5 different such cultivation "patients" and uses those fraudulently obtained "permissions" to grow up to 12 plants per patient. In many cases, the care giver never even provides the patient with any "medical marijuana" or has them pay for the marijuana rather than just receive it as agreed in the attestation provided by DHS

On February of 2020 I authored a search warrant to search records in the possession of the Department of Health Services for any cards issued to Mr Villanueva or for the address 1134 W Glenrosa Avenue

The warrant was read by the honorable Steve McCarthy of the Maricopa County Superior Court. After having read the warrant, supporting affidavit and I was sworn to the truth, it was authorized and issued SW2020-001680. I received the results of the search on February 10th from DHS via secure e-mail.

In those results I found that Mr Clay Villanueva and Cecelia Villanueva (f) DOB ████/1961 to reside at 1134 W Glenrosa ave. Mr Villanueva has provided this as his residential address since 2012 as a "caregiver" . The first card appears to have been received by the Villanueva's March 21th, 2012. Since that time it appears there have been

at least 26 different cards issued to Mr or Ms Villanueva and at least 24 of those have been cultivation cards or the qualified patient cards which have transferred their permissions to produce marijuana tom Mr/Mrs. Villanueva

I also found that in 2015/2016/2017/2018 Mr and Mrs Villanueva also listed their residential address as "780 S Safford Drive, Williams" and requested "cultivation" permissions  because this address was more than 25 miles outside of any licensed dispensary.

This is despite having provided their mailing address consistently since 2012 as 1134 W Glenrosa. Suspecting fraudulent activity in an effort to obtain cultivation permissions, I conducted a check on  Mr and Mrs Villanueva's MVD, City of Phoenix Water billing, the Maricopa County assessor office  and Law enforcement billing (Accurint) search. In each case the records show that Mr Clay Villanueva has maintained his residential address through out this time as 1134 W Glenrosa , Phoenix AZ.  . This is a classic example of the type of fraudulent scheme that I have described above.

I also found that over that period of time there were a number of "qualified patients" that had transferred their permissions to cultivate marijuana to Clay Villanueva. This includes :

Subject 2: Erik Rolf (M) AMMA card(s)███████████████3002
Subject 3: Marvin Young (M) AMMA card(s)██████████████3003
Subject 4: Chris Ponczak (M) AMMA card(s)█████████████6001-004
Subject 5: Mark Hennessy (M) AMMA card(s)████████████5001-002
Subject 6: Tony Dixon (M) AMMA card(s)████████████████0001-003
Subject 7: Blanca Ramirez (F) AMMA card(s)█████████████7001
Subject 8: Robert Urban (M) AMMA card(s)███████████████4001-0005

Several of these subjects have, like the Villanuevas , had their "residential addresses" listed in outlying areas, but their "mailing" address listed as 1134 W Glenrosa ave. this is unusual for a variety of reasons, the AMMA cards, which are required to be in possession of the patient would then be mailed to the Glenrosa address. Additionally the various addresses are spread over a large swath of the state, including Gila bend and Williams Arizona each n more than 2 hours from the Glenrosa address by drive and each in opposite directions.

Chris Ponczak AMMA card(s)█████████████████6001-004, who had obtained cultivation permissions and transferred them to Clay Villanueva resides at 1526 E Cortez St, Phoenix , AZ, well with in 3 different licensed dispensaries, only by providing a false address could Mr Ponczak have obtained cultivation permissions and then transferred those permissions to Mr Villanueva.

Marvin Young AMMA card(s) ████████████ 3003 lists his home address as 800 S Butterfield Trail in Gila bend, but his mailing address as 1134 W Glenrosa Ave, Phoenix. 800 S Butterfield Trail is a KOA campground in Gila bend . According to Accurint, Mr Young actually resides(ed) in Coolidge, AZ, where the licensed dispensary "Arizona MMJ Company" and at least one other dispensary operates. Only by providing a false address could Mr Young have obtained cultivation permissions and then transferred those permissions to Mr Villanueva.

Running the AMMA card numbers on the DHS verification website I am able to see if a card is active and if that card has been obtaining medical marijuana (marijuana or cannabis) from a licensed dispensary. I found that two of the current (active now) patients that had transferred permission to cultivate to the Villanueva's were actually purchasing their "medical marijuana" from licensed dispensaries . This indicates that they are likely NOT receiving marijuana from the Villanueva's AND that they are actually residing with in a reasonable distance from a licensed dispensary and thus, not actually residing more than 25 miles outside of a dispensary.

**Pay Pal accounts for Mr Villanueva and link to the "Ayshuasca ceremonies"**

I had requested that Detective Arial Perez (Investigator for the AZAG) make an inquiry into what "pay pal" accounts may be associated with Mr Villanueva. He ran the inquiry for accounts open between January 1st, 2019 and February12th, 2020

Det Perez located five "paypall" accounts that were active belonging to Mr Villanueva.

The **first account** name was "**Wavz Research**" . In Mr Villanueva's facebook profile he describes himself as "El Presidente and Gardner at WAVZ Research" Marijuana growers generally consider themselves and often refer to them selves as "gardeners"

This account (#7436) has (had) a
$2985.24 balance
$24,891.24 (sent)
$65,481.16 (received)

The **second account** name was simply "**Wavz**" this is the exact name of the account the tipster had provided as one in which Mr Villanueva receives payment for DMT sales.

This account (#4710) has (had) a
$10,020.032 balance
$10,013.77 (sent)
$14,423.10 (received)

The **third account** name was **"centerfordi"** . the "Center for Divine Awakening" is the facility at 15801 N 40th Street where the "Ayshuasca ceremonies" are held monthly.

This account (#7256) has (had) a
$0.00 balance
$0.00 (sent)
$300.06 (received)

The **fourth account** name is **"Vine Light** " which is suspected to be a second account for the "divine light" "Ayshuasca ceremonies" and likely the account to which participants would send their money to attend the event.

This account (#8069) has (had) a
$43,637.27 balance
$5,078.31 (sent)
$142,496.53 (received)

The **fifth account** name is **"unify inc"** Clay Villanueva is listed as a "director" of the active INC listed with the Arizona Corporation Commission. Formed in 2011 this shows that it is in good standing and lists an address of 1134 W Glenrosa for the director and president.The articles of incorporation state that the business was formed "to engage in the business of providing technology services, marketing and training"

This account (#1300) has (had) a
$2.22 balance
$13,605.60 (sent)
$25,578.00 (received)

The accounts show that Mr Villanueva is taking in a substantial amount of money and four out of five of the accounts appear to be directly linked to the DMT/Marijuana operation, Paperwork, bills, receipts and possibly the cash proceeds from these accounts will likely be found inside Mr Villanueva's home.

**DMT information and manufacturing method(s)**

DIMETHYLTRYPTAMINE: 13-3401.6(xii) listed as a "dangerous Drug" under ARS 13-3407
N,N-Dimethyltryptamine (DMT) in a hallucinogen that is a naturally occurring substance in several species of plants. In particular the Mimosa Tenuiflora or Mimosa Hostilis Root Bark, contains a high concentration in its pink layer and is the most commonly found precursor in Illicit, clandestine DMT manufacture.

DMT is used for its strong psychoactive effects. The intense effects and short duration of action are attractive to individuals who want the psychedelic experience but do not choose to experience the mind altering perceptions over an extended period of time such as from the ingestion of LSD.

Routes of administration include inhalation (vaporized) and inhaled in a few short breaths using approximately 100-200 MG per use.. Injection, mixing water soluble salt of DMT that has been (typically "washed" several times and recrystallized) dosage 50MG in one syringe and can provide 2-3 injections. Smoked in a bong or even an e-cigarette when added to a glycol solution (100-200 mg) and oral ingestion, thought typically this method requires the user to also ingest a Monoamine Enzyme inhibitor (MAOI or RIMA) (a type of anti depressant) which results in a longer (3 hour) intense psycodelic experience similar to psilocybin mushrooms.

The onset of DMT effects is very rapid but usually resolves within 30 to 45 minutes. Psychological effects include intense visual hallucinations, depersonalization, auditory distortions and an altered sense of time and body image. Physiological effects include hypertension, increased heart rate, agitation, seizures, dilated pupils, nystagmus (involuntary rapid rhythmic movement of the eye), dizziness and ataxia (muscular incoordination) (DEA Diversion from USDOJ.Gov)

MANUFACTURE (ARS 13-3401.17) "Manufacture" means produce, prepare, propagate, compound, mix or process, directly or indirectly, by extraction from substances of natural origin or independently by means of chemical synthesis, or by a combination of extraction and chemical synthesis. Manufacture includes any packaging or repackaging or labeling or relabeling of containers

GENERAL ILLICIT, CLANDESTINE MANUFACTURE PROCESS

Clandestinely manufactured DMT is generally a tan or brown granular substance with a crystalline hue when observed under light. It can be "cleaned" and crystalized into larger material or added to a smoke-able (glycol) material to be placed into an e-cigarette dispensing vaporizer. The more common method of ingestion is though the use of a vaporizer.

DMT is extracted from plant sources using a non-polar hydrocarbon solvent such as Naptha, Heptane, Hexane, Butane, or Propane and a base such as sodium hydroxide. This results with solution that requires several stages of mixing, allowing the solution to sit and the DMT to "salt" out. Total cook time can range from 2 hours to 2 days depending on the methodology and equipment. The final product is generally a powder that can be vaporized, added to smoke-able solution, or eaten orally. Occasionally the product is cleaned several times and re-crystalized.

**Lack of protection for the organization under AZ Medical Marijuana Laws.**

The Arizona Medical Marijuana Program laws and regulations under ARS 36-28.1 (the Medical Marijuana Act) restricts marijuana cultivation to areas OUTSIDE a 25 mile radius of licensed dispensaries. All Medial Marijuana Card holders are provided with the location of licensed dispensaries and a complete set of rules and regulations. Additionally, a AZ DHS website advises of this 25 mile restriction in cultivation under its frequently asked questions. ARS 36-28.1 prohibits any use of marijuana outside the act, which thus makes and marijuana cultivation occurring at this address a felony crime under ARS 13-3405.

The Manufacture of Narcotic Cannabis, save for a licensed "kitchen" that is regulated under DHS is prohibited and investigated and prosecuted as a clandestine laboratory. Manufacturing cannabis for consumption can be hazardous by the flammable nature of solvent used, hazardous for consumption where there is no oversight on how it is manufactured and hazardous by the value of the product and likelihood that a robbery or other violence could occur if an illicit grow site or hash lab is discovered by competing criminal organization

The AMMA offers some allowance for someone with a legal marijuana grow to donate excess flower to a dispensary. This is intended to alleviate the liability of a legal grower who accidentally produces more that the 2.5 ounces twice a month for each patient. It does not authorize more than twelve plants per authorized cultivator, and does not authorize excessive plant material to be grown with the intent of sale, transfer or transport. No funds can be exchanged for the "donation" of marijuana,

Keeping Growing or cultivating large quantities of marijuana, growing specifically for a dispensary and selling or even transferring large quantities of cannabis manufacture on purpose for that dispensary is outside of the AMMA law and subject to Title 13 criminal prosecution.

The State appellate courts have made it very plain in previous rulings that (medical marijuana card holder) has the burden of demonstrating, by a preponderance of the evidence, that his or her actions fall within the range of immune action." And that allowable amounts" of "usable marijuana" as defined under ARS were broad enough so that there should be no error on what was in excess of what is permitted so that (the AMMA) "creates a means by which a cardholder can ensure they do not possess more than the allowable amount of marijuana". - STATE V. Gillie (No. 2 CA-SA 2015-0044) The Arizona Court of Appeals

Cannabis, or Hashish is manufactured using a variety of methods, but the most common

based on ease and yield is by using flammable and explosive levels of butane. The AMMA appears to authorize the possession of cannabis, but does not address the manufacture of cannabis with the exception of granting "kitchen" licenses to valid, licensed dispensaries.

Sales of marijuana and cannabis, exceeding the threshold for marijuana or cannabis , offering for sale marijuana or cannabis, manufacture of cannabis, falsifying records with the intent Cultivate marijuana  so that the organization can distribute marijuana and cannabis (and thus obtain something of value) is a fraudulent scheme. All of these actions would put the grows and the organization out of the AMMA lawful boundaries and thus eliminate the protections offered under the AMMA.

**Affiants Experience with similar marijuana grow operations**

As detailed above and below, one of the many schemes used by subjects who are producing marijuana in the metro phoenix area as a "caregiver Cultivator" is to have associates provide DHS with a false address that purports that they reside more than 25 miles from a dispensary, therefore receiving permission to cultivate marijuana. An indicator of this is when through research of the very basic information provided by DHS (first and last name) the investigator is able to reasonably identify that that patient likely resides with in 25 miles of a dispensary.

Another common scheme is to pay a third party to obtain "cultivation patients" as remote areas of the state, many time by paying that subject a sum and providing a free qualitied patient card that they can use to go to a dispensary and to possess 2.5 ounces of marijuana legally. Those third party providers then sell those patient cards to the caregiver, who actually never provides any marijuana to those patients. An indicator that this may be occurring is when one or more of the qualified patients are listed as receiving marijuana from a dispensary, when they should hypothetically be getting that marijuana from the caregiver.

Only by requesting through a search warrant for the subjects identifying information, mailing address and residential address can your affiant fully research this and determine if further investigation is even necessary.

This type of activity would generally be considered outside the immunities offered under the AMMA, but in order to identify any possible defense, obtaining any possible AMMA cards issued to any party that may be involved would be paramount. It is also imperative to identify if any dispensaries have issued Dispensary Agent cards, or if any of the listed addresses provided by the suspects are a dispensary, dispensary cultivation or "kitchen" site. Tis information is not general public record and needs to be obtained through court order such as this. If a dispensary is in fact involved it may offer some defense to the suspects, but more likely would show major violations by that dispensary against its

licenses and void any immunities it may have been offered. Only by obtaining a current list of operational dispensaries can the investigators identify if any addresses, locations or names of businesses, LLC's, or actual "dispensary" names provided in the investigation or discovered through research of the suspects activities involve a licensed dispensary. This list would also likely illuminate most if not all dispensaries from this particular investigation.

Since DHS requires both a "residential" address and a "Mailing" address for the card holders, those involved in such an operation will typically use the same mailing address, most often one of the care givers home or mailing address and then provide either an existing (possibly this grow address) location or other parcels or addresses they find through a simple internet search.

By requesting for a DHS search of the suspects home and mailing addresses you Affiant can be certain that he has obtained all of the cards issued to that suspect and in addition, , many times your Affiant has found that all of the "patients" have listed that address also. This is excellent evidence of a caregiver-cultivator conspiracy growing marijuana illegally.

If your Affiant finds that multiple subjects are using the same address or that the mailing and residential addresses are different, and in particular if the residential address is in a different part of the state than the mailing address, this is the foundation toward revealing the size of the operation as far as possible plant count, and the number of subjects involved in the operation it also provides address that your Affiant can verify or eliminate as fictitious or actual for the individual card holder.

In almost every case such as this your Affiant has found that the marijuana is being possessed for sale, and either sold as black market to non AMMA card holders, but more and more often investigators are discovering or being advised that suck product from other states or from outside the country is sold (illegally) to a local dispensary.

**Training and Experience**

I, your affiant, Detective Shay#S2148 am currently employed as a Deputy Sheriff out of the Maricopa County Sheriffs Office. I am assigned as a detective to the Maricopa County Drug Suppression Task Force out of the Phoenix High Intensity Drug Trafficking Area (HIDTA). Myself and other detectives assigned to this detail are responsible for the investigation and resolving of neighborhood narcotic and dangerous drug complaints, information received by informants, suppressing the wide variety of narcotics that enter Arizona through our southern border and targeting , investigating and dismantling drug distribution networks based in the Maricopa County area.

I have been a Deputy Sheriff for almost three years, however prior to that I had been a police officer for the City of Phoenix for approximately Twenty three (23) years. Eighteen (18) of these had been assigned to the Drug Enforcement Bureau of the Phoenix Police Department including numerous temporary assignments with other agencies including the DEA and ATF. I have been tasked with undercover assignments, Marijuana Grow house investigations, Methamphetamine Laboratory dismantling and investigation, Road side interdiction, Knock and Talk, Phone analysis surveillance and administration of the Title Three (Trap and Trace and phone intercept) systems. I have also been assigned to the Technical Surveillance squad, the Conspiracy unit and the intelligence squad.

Since at least 2005 I have specialized in the investigation of possession, possession for sale, production, cultivation and distribution of high grade marijuana. Since the inception of the Arizona Medical Marijuana Act (AMMA) I have modified my investigations to identify organized groups utilizing the law and a veil in which to conceal large scale marijuana grow operations and the substantial cash benefits that illegal sales of this product generate.

As the trends in high grade marijuana have changed, so I have adjusted the method and focus of investigations. Later the manufacture of narcotic cannabis (hashish) using a variety of methods has become a primary focus of investigation and in the past three years at least 95% of all of the marijuana grows I have investigated have in some way been involved in using the leafy bi-product of the marijuana plants to manufacture hashish.

I have received training in the recognition and detection of illicit drugs to include dangerous drugs and marijuana from the Phoenix Police Academy. I have been certified as a field drug testing officer by the Phoenix Police Crime Lab. I am a ALEA and CLEA authorized instructor in a number of Narcotic Investigative Disciplines. I have taught a two hour and four hour Narcotic recognition class to a variety of agencies throughout Arizona, authored and taught a Marijuana grow and a Methamphetamine laboratory class for the Arizona Narcotics Investigators Association Conference, and teach the 8 hour Narcotic Investigation class to the Phoenix Law Enforcement Academy Classes when requested.

I have been certified to investigate "Clandestine Laboratories" since at least 1999 through the DEA and its partnering instruction entities. Similarly I have been certified as a HAZMAT site safety supervisor, and received instruction on the recognition and dismanteling of a wide array of laboratories where dangerous and narcotic drugs are being manufactured. These types of Labs include: Methamphetamine manufacture, methamphetamine "wash" , Fentanyl, Fentanyl pill press, Ecstasy, MDA, DMT,

Psilocybin , LSD, Marijuana grow and cannabis manufacture labs. I hsve personally been part of the investigation of over 200 clandestine laboratories over 20 years to include multiple **DMT laboratories** .

I've investigated well over 300 illicit marijuana grows that have ranged in size from 12 small personally grown and utilized plants to multiple hundred indoor grow operations and on to multiple thousand outdoor marijuana grow ops taking place in the high country of the state. I have personally seen, touched, clipped or recovered tens of thousands of marijuana plants of all sizes and ages and dismantles no less than 100 narcotic cannabis manufacture operations.

I have been involved, investigated or authored warrants for over 150 Court Authorized Search Warrants, Phone Pings and Trap and Trace requests during my tenure as a narcotic detective.

Prior to retiring from Phoenix and starting employment with the Sheriffs office, I have been assigned to the Maricopa County Narcotic Suppression Task Force for six years, where I have conducted and/or assisted with drug related investigations using conventional investigative techniques, including surveillance, search warrants, undercover operations and informant assisted investigations.

Traditionally, the Drug Enforcement Bureau has investigated groups of people who are violating Arizona Revised Statutes, Title 13, in that they conspire to purchase, import, transport, and sell illegal drugs in the State of Arizona. Ultimately these drugs will be distributed through a network of drug traffickers, many of who have been able to overcome and/or evade detection and prosecution by police officers utilizing traditional methods of investigation.

In addition, as a narcotic detective, I have been involved in hundreds of surveillance involving drug trafficking cases. Due to my work as an undercover detective, I have also become familiar with the street slang, terminology, and coded language used by individuals and drug Organizations to avoid being detected in their conversations with co-conspirators.

My experience as a member of the Phoenix Police Drug Enforcement Bureau includes my participation at least 12 criminal wiretap investigations. My participation in these wiretap investigations included surveillance , technical surveillance, and/or monitoring telephone lines during interception. During these  investigations I have participated in at least 6 Surreptitious entries to identify criminal activities of various organizations.

It is through this long experience that your affiant has learned that obtaining the information held by the Department of Health is crucial to the beginning stages of the investigation. It could potentially identify a legal, dispensary or legal care giver grow and save the time of this investigator and his co workers. It also can assist in identifying co-conspirators and those who may have provided false information to DHS in an attempt to conceal an illicit operation as a "caregiver collective" or a grow operation built on fraudulent information provided to DHS.

It may also identify that the suspect(s) permissions and protections have been abandoned, lapsed or as is the case in many instances, never applied for protections. But with out obtaining permission from the court to obtain this information, which can only be provided through a search warrant, your affiant would have to make assumptions based only on observation, smell, information from a witness, tipster or informant or though contact with law enforcement.

**MARIJUANA SPECIFIC EXPERTISE**

Over the last 15 years, I have inherited the duties of specializing in marijuana "grow " investigations and have also participated in large scale marijuana trafficking interdiction operations.

I have personally investigated, or assisted in the investigation of at least 100 indoor marijuana grows which have ranged from 6 to 1500 plants in size. I have investigated or assisted, directed or otherwise facilitated investigations into at least twenty "Care Giver Cultivator" conspiracy investigations.

These grows have used a variety of medium to facilitate the grow cycles and style of the plants including hydroponic and soil styled grows. I am familiar with the various lights, electronic voltage regulating (ballast) devices, fans, odor masking apparatus (scrubbers), chemicals and equipment used in small and large scale indoor grows.

I have observed, photographed and/or impounded plants from 1" to 12' in height that were growing indoors. I have observed , photographed or impounded sheds, garages, rooms, entire houses, tents and closets dedicated to growing marijuana and used to store and hide the cultivation of marijuana.

I am familiar with the quantities of marijuana a plant or plants can produce depending on size, method and stage of growth, and the price associated with the finished product recovered from these plants.

I have investigated or assisted in the investigation of numerous large scale outdoor grows with plant numbers that have exceeded 20,000 outdoor plants and are familiar with the chemicals and equipment used to produce plants in that magnitude of an outdoor grow.

I have seized, or assisted in the seizure of over 100,000 pounds of bulk marijuana from high grade hydroponic marijuana to "Reggie" , " commercial" or "Mexican" marijuana that is of a lesser potency and value and typically bought, sold and transported in bulk and "Bales".

I regularly investigate, assist in the investigation or are used by investigators and prosecutors as a topic expert on large scale possession, transport, manufacture or production of marijuana/cannabis as black market  operations, medical marijuana product diversion or Dispensary violations and crimes.

Through these experiences I am very familiar with the visual image of marijuana, the seeds, stalks, flowers and leaves as well as the odor of dried, fresh, hydroponic and growing marijuana and the variety of strength in odor the plants produce.

I have interviewed , discussed or spoken with hundreds of marijuana users, growers, transporters and dealers. Through these contacts I have become familiar with the jargon, language, notes, various codes, and slang for using, transporting, selling or growing marijuana.

I have been used as a Public Information Officer, teacher and expert on the topic of marijuana growing and production.

It is my experience that narcotics traffickers, producers and users commonly maintain addresses or telephone numbers in books or papers which reflect names, addresses and/or telephone numbers for their associates in the trafficking organization.

Over the past 10 years I have found that in every single case where I had investigated subjects producing marijuana or manufacturing cannabis in any significant amount, that those subjects communicated through their cellular devices, most commonly via text messaging to other associates and co conspirators. As various "apps" have developed allowing peer to peer communication through programs such as "Facebook" , "whattsapp", "Instrgam" and "Snap Chat" I have found that the majority of most sensitive communications now occurs on or through those applications. Marijuana growers are generally proud of their work and post photos to friends, on line chat groups and forums and commonly use their cell phone to take and share those photos. Growers will seek advice, or give advice to other members of the marijuana growing community . I have yet

to find a marijuana grow operation of any significance where the suspects cell phone did not contain evidence that was useful to the investigation.

It is my experience that narcotics traffickers, producers and users take or cause to be taken photographs, movies and video tapes of them, their associates, their property, and their product. That these traffickers usually maintain these items in their possession, on their multi media devices and cameras, or store them on hard drives, portable drives, flash drives and/or thumb drives.

Further it is my experience that narcotics traffickers, producers and users often keep paraphernalia for packaging, cutting, weighing, using and distributing of narcotics. That these paraphernalia include, but are not limited to, scales, plastic bags, smoking, sifting, injecting, and manicuring devices

It is my experience that persons who sell and use illegal drugs often have items of paraphernalia in their homes or on their persons, used to smoke, ingest, or inject the illegal drugs. They also commonly have scales, ledgers, or packaging material used to weigh, account for, or package for sale or use the illegal drugs. It is also my experience that persons who sell or use illegal drugs, as well as other individuals, frequently have in their homes or on their persons, canceled letters, envelopes, water bills, utility bills, or other records that tend to show ownership or control of their residences

## Reasonable Justification for the destruction of Chemicals and Equipment found during the search

Based on my training and experience, I believe that a search of the property described will result in the seizure of dangerous and toxic chemicals as well as contaminated glass wear and equipment. The Maricopa County Sheriffs office has no adequate facilities to store hazardous materials that are generated during the manufacture of DMT or other narcotic and dangerous drugs. Preservation of these items would pose a hazard to life and property creating risk of explosion and contamination of other evidence in holding facilities, as well as endanger the seizing officers and evidence custodians. It is requested that any hazardous materials be disposed of as required by federal standards.

All contaminated items of evidence will be photographed , samples of suspected controlled substances will be preserved for evidentiary use, testing and analysis unless the judgement of the on scene chemist or certified lab investigator and HAZMAT supervisor determines

this would be unnecessarily unsafe or unnecessary such as if if the chemicals are in labeled, factory sealed boxes.

Your affiant prays that a search warrant issue commanding that an immediate search be made of the premises and buildings described herein for the property and things herein described and that the same be retained in the custody of affiant or in custody of the agency which affiant represents and disposed of according to law, pursuant to A.R.S. 13-3920.

_____
(Affiant) Detective Matthew Shay #S2148
Maricopa County Sheriff's Office HIDTA Task Force
Deputy Sheriff, MCSO

SUBSCRIBED AND SWORN to before me this ___17TH___ day of ___MAY___, 2020..


_____
_Gregory J. Gnepper_

JUDGE, JUSTICE OF THE PEACE, MAGISTRATE

of _____HONORABLE GREGORY J. GNEPPER_____ Court.
         MARICOPA COUNTY SUPERIOR COURT