# Exhibit D




# Maricopa County Sheriff's Office
Paul Penzone, Sheriff

## INCIDENT REPORT   **SUPPLEMENT**

### EVENT

| Reported Date: 5/19/2020 | Reported Time: 08:30 | IR #: IR20004616 | Original/Supp? SUPPLEMENT | Hand Written? ☐ Yes | Info Only ☐ Yes | Access Level: Open | Case Status: Open | MC (Event) #: MC20031547 |
|---|---|---|---|---|---|---|---|---|

Serial #: **S1586**    Last Name: **FELIX, J**    Shift Supervisor: **Z7284**    Name: **KASKAVAGE, M**

Body Camera Activated? **No**   Reason not Active: **Sld**

Break in Video? **No**   Reason for break:

### INCIDENT

Radio Code: **267L  CLANDESTINE LAB INVESTIGATION**
From Date: **2/12/2020**   From Time: **10:07**   9-1-1 Tape Requested: **No**
To Date: **5/20/2020**   To Time:

Location: **1134 W GLENROSA AVE**   City: **PHOENIX**   ZIP: **85013-2810**
The number of Additional MCSO Personnel On Scene: **0**

Is this IR related to others? **NO**

### SYNOPSIS
See Narrative

### PERSON

ID: 1   Type: **VICTIM**   Name Type: **State of Arizona**   VR Form & Pamphlet Given?   Reason NOT Given:
VR_PamphletDeliveryMethod:

Name - Last:   First:   Middle:   Suffix:   DL/ID #:   St.:   Status:

Home: Street Nbr.   Dir.   Street Name   Suffix   Dir.   Unit/Apt   City:   State:   ZIP:

Cell Phone:   Home Phone:   Email Address:

Race:   Sex:   Ethnicity:   SSN:   DOB:   Age Range: From:  To:   Juvenile: **Unknown**

Resident of Jurisdiction?   Height Range: From: To:   Weight Range: From: To:   Hair:   Eye Color:

Was consent to search the Person requested?   Consent Given?   Person Search Conducted?

Search Options:

Was this an Investigatory Detention?   Arrested?   ARS:   Type:

Work: Work Business Name:   Work Phone:
Street Nbr.   Dir.   Street Name:   Suffix:   Dir.   Unit/Apt   City:   State:   ZIP:

FBI#:   SID:   BK#:   Scanned Address:

### NARRATIVE

Information:    Drug Investigation/Search Warrant

Date / Time:    05/19/2020 @ 0830 hours

Location:    1134 West Glenrosa Ave Phoenix, Az

Investigator:    Detective J. Felix #1586
Maricopa County Sheriff's Office
Maricopa County Drug Suppression Taskforce

Case Agent:    Detective M. Shay #S2148
Maricopa County Sheriff's Office
Maricopa County Drug Suppression Taskforce

NARRATIVE

NARRATIVE

On 05/19/2020 at approximately 0830 hours Detectives with the Maricopa County Drug Suppression Taskforce served a search warrant on the residence located at 1134 West Glenrosa Ave Phoenix, Az directly related to illegally producing black market marijuana Ayahuasca (DMT) or Dimethyltryptamine

I was assigned as the scribe, packager along with Monte Knuth as the finder packager for the south west office area of the residence.

During the search, items of property were found and taken as evidence.

   Item 100  2 small white glass vials with an unknown brown substance. One was labeled San Pedro paste and the second one was labeled Diego leaf vine. It should be note mescaline is the psycho active ingredient in the san Pedro cactus. Was found by Detective Knuth in the closet on the north side shoe shelf.

   Item 101  A grocery bag filled with a light brow bark material was also found in the closet shoe shelf by Detectives Knuth. Detective suspect the bark contains DMT.

   Item 102  Various small seal of an unknown powder labeled Flight School was found by Detective Knuth inside a black case from the closet shoe shelf.

   Item 103  Numerous bags and jars of a unknown brown powder were found in a duffle bag from the closet floor by Detective Knuth. The bags were labeled 7p and puyanawa rape. Puyanawa rape is listed as a psychotropic which is a drug that alters a person's mental state. 18.1 pounds

   Item 104  bags of unknown brown powder and paste was found by Detective Knuth in the office closet. 12.4 pounds.

   Item 105  Black concealable soft body armor was found on the office floor by Detective Knuth.

   Item 106  14,025 United States Currency was found by Detective Knuth inside the office closet under clothes within a blue hanging shoe rack.

   Item 107  Marijuana flower from within 6 glass mason jars and 13 plastic bags was found by Detective Knuth from within a black tote that was locked with a combination lock. The tote was on the floor of the south west corner of the office. Clay opened the tote for detectives. The marijuana weighed 2 pounds 14 ounces and field tested positive.

   Item 108  Suspected psilocybin mushrooms 5 bags were also found from within the black tote. 126 grams

   Item 109  A drug ledger from within the black tote and miscellaneous documents from within the office were found by Detective Knuth and Shay.

   Item 110  15 bottles with a dark brown liquid inside were found by Detective Knuth on the file cabinet\printer area from within the Office. Clay identified the substance as Ayahuasca which contains DMT a dangerous drug.

   Item 111  2 bags of Suspected psilocybin mushrooms and a bag of 6 bills with ground up mushrooms were found by Detective Knuth from behind the printer. The pills were found on the north desk under the monitor.51 grams

   Item 112  9 bags with marijuana were found by Detective Knuthon the west desk next to a scale and bags. Clay identified the marijuana as marijuana trail mix that his wife makes. 20.5 ounces.

   Item 113  6 packages of brown paste substance believed to be Ayahuasca paste (DMT) were found By Knuth in a red bag from under the office desk. 99ounces

   Item 114  85 pounds of suspected Ayahuasca paste (DMT) was found by Sgt Breen from within a hidden compartment that was behind a air conditioning filter in the hallway at foot level.

   Item 115- 5 bags of marijuana seeds were found by Sgt Breen from within a file cabinet on the east side of the

| NARRATIVE |
|---|
| office desk |

Item 116  Suspected psilocybin mushrooms were found by Sgt Breen from within a file cabinet on the east side of the office desk. 83.5 grams

Item 117  A cannabis edible brownie was found by Sgt Breen from within a file cabinet on the east side of the office desk

Item 118  A bag with marijuana was found by Sgt Breen from within a file cabinet on the east side of the office desk. 13.5 grams

Item 119  A bag of unknown brown powder was found by Sgt Breen from within a file cabinet on the east side of the office desk.

The marijuana field tested positive for THC.

All items were later impounded into the MCSO Property and Evidence division.

Item 106 and 301 U.S. Currency was turned over to Detective Locksa.

Total drug items taken

Marijuana 4.19 pounds Test positive
91 pounds of Ayahuasca paste (DMT)
15 bottles of Ayahuasca liquid
260.5 grams of Suspected psilocybin mushrooms
14,025 in United States Currency

NOTHING FURTHER FROM THIS DEPUTY.

Attachment:

Description:

| HISTORY |
|---|
| Completed By: S1586 FELIX, J    On: 5/20/2020    At: 09:58 |
| Reviewed By: Z11569 BREEN, D    On: 5/20/2020    At: 11:35 |
| Approved By: Z11569 BREEN, D    On: 5/20/2020    At: 11:35 |