# Exhibit E




# Maricopa County Sheriff's Office
Paul Penzone, Sheriff

**SUPPLEMENT**

# INCIDENT REPORT

| Reported Date: | Reported Time: | IR #: | Original/Supp? | Hand Written? | Info Only | Access Level: | Case Status: | MC (Event) #: |
|---|---|---|---|---|---|---|---|---|
| 5/26/2020 | 16:27 | **IR20004616** | **SUPPLEMENT** | ☐ Yes | ☐ Yes | **Open** | **Open** | **MC20031547** |

**EVENT**

| Serial #: **S2148** | Last Name: **SHAY, M** | | Shift Supervisor: **Z7284** | Name: **KASKAVAGE, M** |
|---|---|---|---|---|
| Body Camera Activated? **No** | Reason not Active: **not policy** | | | |
| Break in Video? **No** | Reason for break: | | | |

**INCIDENT**

| Radio Code: | | From Date: **2/12/2020** | From Time: **10:07** | 9-1-1 Tape Requested: |
|---|---|---|---|---|
| **267L  CLANDESTINE LAB INVESTIGATION** | | To Date: **5/19/2020** | To Time: **08:30** | **No** |

| Location: **1134 W GLENROSA AVE** | City: **PHOENIX** | ZIP: **85013-2810** | The number of Additional MCSO Personnel On Scene: **8** |
|---|---|---|---|

| Is this IR related to others?   **NO** |
|---|

| Additional MCSO Personnel On Scene: | Serial#: **S1586** | Last Name: **FELIX, J** |
|---|---|---|
| Additional MCSO Personnel On Scene: | Serial#: **Z6074** | Last Name: **BENSON, B** |
| Additional MCSO Personnel On Scene: | Serial#: **Z032** | Last Name: **KNUTH, M** |
| Additional MCSO Personnel On Scene: | Serial#: **S1676** | Last Name: **MILLER, J** |
| Additional MCSO Personnel On Scene: | Serial#: **Z3766** | Last Name: **CALDERON, E** |
| Additional MCSO Personnel On Scene: | Serial#: **Z0439** | Last Name: **PEREZ, A** |
| Additional MCSO Personnel On Scene: | Serial#: **Z7284** | Last Name: **KASKAVAGE, M** |
| Additional MCSO Personnel On Scene: | Serial#: **Z11569** | Last Name: **BREEN, D** |

**SYNOPSIS**

On May 19th, 2020 a search warrant was executed at 1134 W Glenrosa based on probable cause that the primary resident, Clay Villanueva was providing DMT to person(s) who would pay for a weekend "ceremony" that he held monthly. Additionally , investigators expected to encounter a marijuana grow operation on the premiss. During the search of the property the search team recovered approximatly 100 bs of DMT, 107 growing marijuana plants, Cannabis and edibles, and $14,000 cash. Documents, ledgers, phone data and recovered social media data revealed that Clay and his wife Cecelia Villanueva had been providing Marijuana and DMT to customers for the last several years.  See the following narrative for a synopsis of the investigation and the related supplemental reports for details. At the end of the warrant , both Clay and Cecelia were released pending submittal of the evidence for charges.

| ID: **1** | Type: **SUSPECT** | Name Type: **Individual** | VR Form & Pamphlet Given? | Reason NOT Given: |
|---|---|---|---|---|
| | | | VR_PamphletDeliveryMethod: | |

**PERSON**

| Name - Last: **VILLANUEVA** | First: **CLAY** | Middle: **LINDELL** | Suffix: | DL/ID #: D███8777 | St.: **AZ** | Status: **VALID** |
|---|---|---|---|---|---|---|

| Home | Street Nbr. **1134** | Dir. **W** | Street Name **GLENROSA** | Suffix **AVE** | Dir. | Unit/Apt | City: **PHOENIX** | State: **AZ** | ZIP: **85013** |
|---|---|---|---|---|---|---|---|---|---|

| Cell Phone: ███ | Home Phone: ███ | Email Address: |
|---|---|---|

| Race: **WHITE** | Sex: **M** | Ethnicity: **NOT HISPANIC OR LATINO** | SSN: ███-5624 | DOB: ███1961 | Age Range: From: **58** To: **58** | Juvenile: **No** |
|---|---|---|---|---|---|---|

| Resident of Jurisdiction? **YES** | Height Range: From: **510** To: **510** | Weight Range: From: **145** To: **145** | Hair: **GRAY OR PARTIALLY GRAY - GRY** | Eye Color: **GREEN - GRN** |
|---|---|---|---|---|

| Was consent to search the Person  requested? **No** | Consent Given? | Person Search Conducted? **Yes** |
|---|---|---|

| Search Options: **Search Warrant/Court Order** |
|---|

| Was this an Investigatory Detention? **Yes** | Arrested? **No** | ARS: | Type: |
|---|---|---|---|

| Work | Work Business Name: | | Work Phone: |
|---|---|---|---|
| | Street Nbr. | Dir. | Street Name: | Suffix | Dir. | Unit/Apt | City: | State: | ZIP: |

| FBI#: | SID: | BK#: | Scanned Address: |
|---|---|---|---|

## PERSON

| ID: **2** | Type: **SUSPECT** | Name Type: **Individual** | VR Form & Pamphlet Given? | | Reason NOT Given: |
|---|---|---|---|---|---|
| | | | VR_PamphletDeliveryMethod: | | |

| Name - Last: **VILLANUEVA** | First: **CECELIA** | Middle: **P** | Suffix: | DL/ID #: **D⬛0864** | St.: **AZ** | Status: **VALID** |
|---|---|---|---|---|---|---|

**Home**

| Street Nbr. **1134** | Dir. **W** | Street Name **GLENROSA** | Suffix: **AVE** | Dir. | Unit/Apt | City: **PHOENIX** | State: **AZ** | ZIP: **85013** |
|---|---|---|---|---|---|---|---|---|

| Cell Phone: | Home Phone: | Email Address: |
|---|---|---|

| Race: **ASIAN OR OTHER PACIFIC ISLANDER** | Sex: **F** | Ethnicity: **NOT HISPANIC OR LATINO** | SSN: **⬛-2781** | DOB: **⬛1961** | Age Range: From: **58** To: **58** | Juvenile: **No** |
|---|---|---|---|---|---|---|

| Resident of Jurisdiction? **YES** | Height Range: From: **500** To: **500** | Weight Range: From: **125** To: **125** | Hair: **BLACK - BLK** | Eye Color: **BROWN - BRO** |
|---|---|---|---|---|

| Was consent to search the Person requested? **No** | Consent Given? | Person Search Conducted? **Yes** |
|---|---|---|

| Search Options: **Search Warrant/Court Order** |
|---|

| Was this an Investigatory Detention? **Yes** | Arrested? **No** | ARS: | Type: |
|---|---|---|---|

**Work**

| Work Business Name: | | | | Work Phone: |
|---|---|---|---|---|

| Street Nbr. | Dir. | Street Name: | Suffix: | Dir. | Unit/Apt | City: | State: | ZIP: |
|---|---|---|---|---|---|---|---|---|

| FBI#: | SID: | BK#: | Scanned Address: |
|---|---|---|---|

## PERSON

| ID: **3** | Type: **SUSPECT** | Name Type: **Individual** | VR Form & Pamphlet Given? | | Reason NOT Given: |
|---|---|---|---|---|---|
| | | | VR_PamphletDeliveryMethod: | | |

| Name - Last: **SALONGA** | First: **ANTHONY** | Middle: **DE MESA** | Suffix: | DL/ID #: **NONE** | St.: | Status: |
|---|---|---|---|---|---|---|

**Home**

| Street Nbr. **1134** | Dir. **W** | Street Name **GLENROSA** | Suffix: **AVE** | Dir. | Unit/Apt | City: **PHOENIX** | State: **AZ** | ZIP: **85013** |
|---|---|---|---|---|---|---|---|---|

| Cell Phone: | Home Phone: | Email Address: |
|---|---|---|

| Race: **AMERICAN INDIAN/ALASKAN NATIVE** | Sex: **M** | Ethnicity: **NOT HISPANIC OR LATINO** | SSN: | DOB: **⬛1975** | Age Range: From: **44** To: **44** | Juvenile: **No** |
|---|---|---|---|---|---|---|

| Resident of Jurisdiction? **NO** | Height Range: From: **508** To: **508** | Weight Range: From: **150** To: **150** | Hair: **BLACK - BLK** | Eye Color: **BROWN - BRO** |
|---|---|---|---|---|

| Was consent to search the Person requested? **No** | Consent Given? | Person Search Conducted? **No** |
|---|---|---|

| Search Options: |
|---|

| Was this an Investigatory Detention? **No** | Arrested? **No** | ARS: | Type: |
|---|---|---|---|

**Work**

| Work Business Name: | | | | Work Phone: |
|---|---|---|---|---|

| Street Nbr. | Dir. | Street Name: | Suffix: | Dir. | Unit/Apt | City: | State: | ZIP: |
|---|---|---|---|---|---|---|---|---|

| FBI#: | SID: | BK#: | Scanned Address: |
|---|---|---|---|

| ID: | Type: | | Name Type: | VR Form & Pamphlet Given? | | Reason NOT Given: | |
|---|---|---|---|---|---|---|---|
| **1** | **VICTIM** | | **State of Arizona** | VR_PamphletDeliveryMethod: | | | |

| PERSON | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name - Last: | | First: | | | Middle: | | Suffix: | DL/ID #: | St.: | Status: |

| | Home | Street Nbr. | Dir. | Street Name | Suffix: | Dir. | Unit/Apt | City: | | State: | ZIP: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Cell Phone: | | Home Phone: | | Email Address: | | |
|---|---|---|---|---|---|---|

| Race: | | Sex: | Ethnicity: | | SSN: | | DOB: | | Age Range: From:   To: | Juvenile: **Unknown** |
|---|---|---|---|---|---|---|---|---|---|---|

| Resident of Jurisdiction? | Height Range: From:        To: | Weight Range: From:        To: | Hair: | Eye Color: |
|---|---|---|---|---|

| Was consent to search the Person  requested? | | Consent Given? | Person Search Conducted? | |
|---|---|---|---|---|

Search Options:

| Was this an Investigatory Detention? | | Arrested? | ARS: | | Type: | |
|---|---|---|---|---|---|---|

| | Work | Work Business Name: | | | Work Phone: | |
|---|---|---|---|---|---|---|

| Street Nbr. | Dir. | Street Name: | Suffix: | Dir. | Unit/Apt | City: | | State: | ZIP: |
|---|---|---|---|---|---|---|---|---|---|

| FBI#: | SID: | BK#: | Scanned Address: |
|---|---|---|---|

## NARRATIVE

this narrative contains a summary of the investigation and details of the various parts may be found in the related supplements:

Search Warrants:

SW2020-001680 DHS Search Warrant 1
SW2020-006605 DHS Search Warrant 2
SW2020-006615 Property and Seizure Search Warrant
SW2020-006781 Cell Phone Search Warrants

Investigative team and assignments

Det M. Shay #S2148 Case Agent, Affiant
Det J. Felix #S1586 DMT and Lab Finder and supplement
Det M. Knuth #Z032 DMT and Lab Finder Assistant
Det B. Benson #Z6074 Grow finder and supplement
Det J. Miller #S1676 Grow finder assistant
Det E. Calderon #Z3766 Non Lab finder and Supplement
Det A. Perez #Z0439 Financial and Security
Sgt D. Breen #Z11569 Tactical Supervisor
Sgt M. Kaskavage #Z7284 Search warrant supervisor

Summary

In January 2020 your affiant was provided with information called in to a DEA tip line from a source wishing to remain anonymous. This tip stated that  that a "Clay Villanueva" was engaged in manufacturing, possessing, transferring and selling DMT (N,N-Dimethyltryptamine, a dangerous drug under ARS 13-3401 and 13-3407) to subjects at 15801 N 40th Street, which is a facility that is rented for "spiritual" events. The tip also indicated that Mr Villanueva was using the money collection application "Paypal" to sell quantities of DMT to those patients . The tipster said that this "Paypal" account was under the account vol@wavz.net .

Your affiant discovered that Mr Villanova was holding "ceremonies" where he would charge a sum of money to have a one or two night experience in which the customer is  provided "Ayahuasca". This is a herbal based tea mixed with DMT . these ceremonies were advertised to occur monthly at 15801 N 40th Street, a facility named "center for divine awakening" which rents it self out for various functions. According to his web site and his Facebook page, Mr Villanova rents the facility once a month for two days at a time,

It appears that Mr Villanova requires each customer to sign up on line, provided information and once accepted to attend the ceremony, charged a fee which is payable through Pay Pal.

A financial check on Pay Pal accounts used by Mr Villanueva identified 5 different Pay Pal accounts where in the date range of 01/01/2019 through 202/12/2020 the accounts had received over $248,000.00. the accounts names included "wavz research" , "Wavz" and "Vine Light"

While researching and conducting surveillance at Mr Villanueva's home which is located at 1134 W Glenrosa Avenue, Phoenix, you affiant developed probable cause that there was also marijuana possessed and produced at that address.

Your affiant authored two different search warrants for information from the Department of Health Services (DHS) as to the information on and provided to obtain the medical marijuana cards and cultivations permissions associated. Through these search warrants (SW2020-001680 and SW2020-006605) probable cause was gathered showing that Cecelia and Clay Villanova as well as most, if not all the "patients" they had transfer cultivation permissions (since March 2012) had provided DHS with false information in order to obtain those permissions.

Ultimately the decision was made to execute a search warrant at 1134 W Glenrosa and to interview both Clay and Cecelia Villanueva about the transfer/sales of DMT, production of marijuana and the falsified information provided to DHS.

On 05/19/2020 a search warrant authorized through the Maricopa County Superior Court (SW2020-006615) was executed. At approximately 0830 am, members of the Maricopa County Drug Suppression Task Force initiated a search warrant at 1134 W Glenrosa Ave and detained both Clay and Cecelia Villanueva.

During the search of the house investigators located a moderate marijuana grow, a small amount of methamphetamine, small amount of peyote like product, a moderate amount of Psylicyben mushrooms and a large amount of DMT based "Ahuahusca" in liquid, powder and paste form. The finds from inside the house included:

        Approximately 100lbs DMT (Ayahuasca powder, liquid and paste form)
         Gram of Methamphetamine
        Approximately 3lbs Cannabis
        Misc. Drug Paraphernalia
        Cell Phones
        Approximately $14,000 Cash
        177g Psilocybin Mushrooms
        Approximately 5lbs High Grade Marijuana
        Bullet Proof Vest
        Approximately 3600g of Hash Oil
        107 Marijuana Plants (approx. 33lbs)
        Marijuana Manufacturing Equipment
        Drug Ledgers and Customer List

Mr Villanueva was interviewed and admitted to receiving the "Ayashuasca" (which he also admitted contained DMT) through the mail from Peru.

He further admitted that he and his wife have been growing marijuana since approximately 2102 and that they actually do not even know who their "patients" are . They had paid a "medical marijuana doctor" for the patients caregiver/cultivator cards with an agreement that they would provide the doctors office with one ounce a month in addition to the fee they paid for the card. Mr Villanueva has never provided one of his assigned qualified patients with "medicine" personally.

Mr Villanueva admitted to possessing marijuana, DMT and mushrooms in his house, identified most of it, but when asked about who and for how much he sells it for, he chose to remain silent.

Investigators found Marijuana, DMT, Mushrooms, Marijuana  and cannabis (or cannabis based products) packaged , and in a quantity consistent with sales.

Investigators did find numerous customers lists, price lists and ledgers. The dates on many of these lists go back for years.

**NARRATIVE**

a Search of Clay Villanuevas cellular phone revealed that he has been engaging in sales of marijuana and DMT for months, if not years and (at least one of ) his associates have also been receiving moderate amounts of DMT shipped from outside the US.

Samples of the drugs and suspected drugs were sent to the DPS lab for analysis. Once the results from that analysis are received a request for charges will be submitted to the Arizona Attorney Generals Office

| Attachment: | | |
|---|---|---|
| | | Description: **SW 2020-006615** |

| Attachment: | | |
|---|---|---|
| | | Description: **SW2020-006781** |

| Attachment: | | |
|---|---|---|
| | | Description: **SW2020-001680** |

| Attachment: | | |
|---|---|---|
| | | Description: **SW2020-006605** |

| **HISTORY** | | | | | |
|---|---|---|---|---|---|
| Completed By: | **S2148** | **SHAY, M** | On: **5/26/2020** | At: **17:37** | |
| Reviewed By: | **Z7284** | **KASKAVAGE, M** | On: **5/28/2020** | At: **12:14** | |
| Approved By: | **Z7284** | **KASKAVAGE, M** | On: **5/28/2020** | At: **12:14** | |