# Exhibit F




# Maricopa County Sheriff's Office
Paul Penzone, Sheriff

## INCIDENT REPORT  **SUPPLEMENT**

| Reported Date: | Reported Time: | IR #: | Original/Supp? | Hand Written? | Info Only | Access Level: | Case Status: | MC (Event) #: |
|---|---|---|---|---|---|---|---|---|
| 6/8/2020 | 12:40 | IR20004616 | SUPPLEMENT | ☐ Yes | ☐ Yes | **Open** | Open | MC20031547 |

**EVENT**

| Serial #: | Last Name: | | Shift Supervisor: | Name: |
|---|---|---|---|---|
| S2148 | SHAY, M | | Z7284 | KASKAVAGE, M |

| Body Camera Activated? | No | Reason not Active: no contact |
|---|---|---|
| Break in Video? | No | Reason for break: |

**INCIDENT**

| Radio Code: | | From Date: 2/12/2020 | From Time: 10:07 | 9-1-1 Tape Requested: |
|---|---|---|---|---|
| 267L  CLANDESTINE LAB INVESTIGATION | | To Date: | To Time: | |

| Location: | City: | ZIP: | The number of Additional MCSO Personnel On Scene: |
|---|---|---|---|
| 1134 W GLENROSA AVE | PHOENIX | 85013-2810 | |

| Is this IR related to others? | NO |
|---|---|

### SYNOPSIS
This supplement summarizes the audio interview and miranda rights provided to the suspects

### NARRATIVE

Audio Interview(s) with Clay Villanueva.

File 1 -200519_0227

 (all fines were recorded on the date of the warrant 05/19/2020)  At 858 am, (post entry) I activated an audio recorder, noted the time and some specifics about the case and then narrated a walk through of the home noting some of the plain view items we had noted. At the time the detectives were taking initial (pre search) photographs.

File 2 -200519_0228 (27 minutes long)

I re-activated the recorder at 915am and at this time was standing out on the patio/courtyard with Mr and Mrs Villanueva. In the beginning of the recording I identified who I was speaking to, introduced myself and (this was during the Covid-19 "pandemic" and we had provided N-95 masks to both) I advised both that if they did not want to they did not have to wear the masks, but if they desired, they could. (Mrs Villanueva looked like she was very much opposed to the mask) .

 I then provided some background on the investigation and introduced them to my intent of asking them questions and advised that prior to engaging in conversation with me they should wait for me to provide their "Miranda" rights. At this particular time, MCSO policy was to read the "Miranda rights" directly from a MCSO approved "rights" card. I had asked one of the other detectives to retrieve one while I waited with the Villanuevas.  I spoke briefly about the investigation, and our contact and provided a  copy of the search warrant to them. I also noted that the dog had (initially) escaped when we made entry but that we had located and returned the dog.

AT 919 am I advised the Miranda Rights directly from an MCSO provided warnings card (450 in).
When I asked if they understood their rights Clay Villanueva said clearly "yes" and Cecelia nodded yes. (the vast majority of my questions were directed to Clay) I then provided some more information about the investigation including the Ayahuasca ceremonies, the location and dates of the ceremonies and the trips to Peru, bot Clay and Cecelia acknowledged the ceremonies and we laughed about the trips to Peru. Clay told me how to correctly pronounce Ayahausca (I-ah-was-ka). Then we spoke about marijuana cultivation. Clay admitted he was cultivating and said he had "a license" (838 in) he also said that it was his understanding that he could grow 12 "flowering" (1139 in ) plants per patient.

I asked Clay about some items that I had seen already in the house and what we may find during the search. I pointed out the "office" (SWC) of the house and asked what would be in the room. Clay simply said "uh, that's Ayahausca sir (1425 in) " I asked what was in it and Clay said that it came "as a paste from Peru" . I brought Clay inside the house with me and we walked into the office. Clay said that we would not find any "solvent" and that there was not a "lab" because they were all "plant based" (1600 in) as we were walking into the house to the office I mentioned the You

Tube video Clay was in.

I introduced Det Felix, who was in the office at the time and I pointed out some of the bottles of liquid that we were seeing.

(1820) Clay pointed out several bottles and identified them as Ayahausca and some other bottles containing bark from Peru (he appeared to call the bark "che-in-su-nango" ) and then began to talk about the types of plants and leaves used in Peru and eaten or taken as "medicine" .

(2530) I identified and asked about some of the bags of marijuana and cookies/brownies that were in the office. Clay admitted that they contained (bags) marijuana and (cookies) marijuana extract recovered by soaking the marijuana in cooking oil.  Clay was asked for the combination of the locks that were on a large tote in the room. Clay said he would open it and even before doing so admitted the box would contain marijuana and psilocybin mushrooms (2645)

File 3 -200519_0229 (16:40 minutes long)

094 The recorder which had cut out or was shut off, was reactivated. The conversation continues in the "office" and Det Felix can also be heard asking questions. Det Felix asks Clay how the Ayahausca paste is mixed into a drink. Clay responded that the paste is just mixes with tap water. I asked if there were any large sums of cash, Clay did not respond, I asked if there was a safe and Clay identified a small safe that was in the closet and agreed to open it for the searchers (it held mostly paperwork) . I alsio asked if the office was where the ayahuasca was maintained.

Clay spoke a little about his income, and he said that he worked as a consultant but only works about 20 hours a month.

As we passed by the kitchen I asked about some items in the refrigerator, Clay identified some inert items, some cannabis edibles and cannabis oil (tincture) that was in the refrigerator.

I asked if there was any Peyote on the property based on the "license" that had been hanging on the door to the inside portion of the grow.

As we walked out to the small furnished shed in the back yard I had the opportunity top ask Clay about the Ayahausca ceremonies , how many people attended and the cost per person and Clay broke it down for me as:

(450 on the tape)

Approximately 25 people
8-9 people "supporting"
The event is generally a two night event.
Each person is charged $360.00

While we were in the shed there were several bags of "trail mix" (marijuana).

I redirected the questioning back to the Ayahausca paste and asked if it would test (positive) for DMT. Clay responded simply "Ayahausca contains DMT.., so yes"  (612 on the tape)

We walked back into the common area of the back yard where there was a sitting area and I started engaging Clay in a conversation about the grow operation and his "caregiver cards"

Clay admitted that he had only 2 caregiver cards at this time(716 on the tape)  but that he does not even know the patients. He admitted that he simply "purchased" the patients from the MMJ doctors office. The deal, as he explained it is he had to pay the doctors office for the caregiver cards, and then agrees to pay the doctors office a ounce of marijuana a month in addition. He also admitted that since he has been a part of the AMMA he has always purchased his patients in this manner, paying for them, not meeting them and providing marijuana to the doctors office rather than the patients.

Started to ask about yield, price and other questions pointed toward marijuana sales, but Clay said that he would rather not answer those questions, he did admit that he and Cecelia had lived in the (Phoenix Address) through out he time he had AMMA cards

## NARRATIVE

File 4 -200519_0230 (2:55 minutes long)

During the search of the house Sgt Breen and Det Calderon has discovered some suspected cocaine and methamphetamine and cash in a drawer of the south east bedroom (K-9 highway hit on this drawer) . I activated the digital recorder and walked out tot the rear common area , where Clay and Cecelia were now seated to ask them about this. (1010 am)

Cecelia said that the bedroom belonged to her "nephew" Anthony. She did not believe that Anthony was involved in drugs and was surprised to find out that there was some in his bedroom.

(235 on tape) as Cecelia and I walked out of the south east bedroom and toward the kitchen, we passed the table that had jars of suspected cannabis on it. Cecelia said that this was her "medicine" that she makes and it included : Oil (marijuana oil) and Marijuana brownies as well as a cannabis based balm for skin.

File 5 -200519_0231 (4:33 minutes long) recording starts at 1027 am. During the search Sgt Breen discovered a large amount of a paste and powder substance hidden behind the air-conditioning intake in the hall leading away from the kitchen. The suspected DMT was contained in several boxes post marked from Peru. I walked out, retrieved Clay and brought him into the house to show him the items we had discovered. Clay had been playing a flute type of instrument.

(0:40) on tape we walked up to the boxes and I asked what they were , Clay was obviously disappointed we had found the items but admitted that they were' Ayahausca.. all ayahusca" and it was "all (ayahuasca) paste" and when I asked if it had been shipped in from "Peru" Clay admitted "yes"

I also asked Clay for the passcode for his cell phone and explained how cell phones were downloaded. I gave clay the opportunity to provide the code, therefore speeding up the process. I made an agreement with Clay to giver him his cellphone as soon as I could download it after he asked if , by his unlocking it, he cold get it back . I informed Clay that I would conduct a dump of the phone and return it as soon as it was done (the phone was returned by 8pm that same night)

I activated the recorder twice more during the time we were at the house but this was to simply make sure our contact and conversations were recorded. Little if any more evidence, admissions or confessions are contained on those other two recordings.

NMFI/2148/06/08/2020

Attachment:

Description:

## HISTORY

| | | | | | |
|---|---|---|---|---|---|
| Completed By: | S2148 | SHAY, M | On: 6/8/2020 | At: | 12:43 |
| Reviewed By: | Z11569 | BREEN, D | On: 6/8/2020 | At: | 13:08 |
| Approved By: | Z11569 | BREEN, D | On: 6/8/2020 | At: | 13:08 |