1   MARK BRNOVICH
    ATTORNEY GENERAL
2

3   Drew C. Ensign (Bar No. 243956)
      *Deputy Solicitor General*
4   Office of the Arizona Attorney General
    2005 N. Central Ave.
5   Phoenix, Arizona 85004
    Telephone: (602) 542-5025
6   Facsimile: (602) 542-8083
    Email:  Drew.Ensign@azag.gov
7

8   *Attorney for State of Arizona and Mark*
    *Brnovich, Arizona Attorney General*

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                  **SAN FRANCISCO DIVISION**

13  ARIZONA YAGÉ ASSEMBLY,                    CASE NO. 3:20-cv-03098-WHO
    NORTH AMERICAN ASSOCIATION
14  OF VISIONARY CHURCHES, and          File Date:      August 12, 2020
    CLAY VILLANUEVA,
15                                      **STATE OF ARIZONA'S RESPONSE IN**
                   Plaintiffs,          **OPPOSITION TO PLAINTIFFS'**
16        v.                            **MOTION FOR PRELIMINARY**
                                        **INJUNCTION**
17  WILLIAM BARR, Attorney General of the
    United States; UTTAM DHILLON, Acting
18  Administrator of the U.S. Drug Enforcement
    Administration; CHAD F. WOLF, Acting      **Hearing Date:  September 9, 2020**
19  Secretary of the Dept. of Homeland Security; **Time:          2:00 p.m.**
    MARK A. MORGAN, Acting Commissioner   **Place:         Courtroom 2, 17th Floor**
20  of U.S. Customs and Border Protection;     **Judge:         Hon. William H. Orrick III**
    THOMAS PREVOZNIK, Deputy Assistant    **Trial Date:        N/A**
21  Administrator of the DEA Dept. of Diversion
    Control, in his personal capacity; the UNITED
22  STATES OF AMERICA; the STATE OF
    ARIZONA; MARK BRNOVICH, Arizona
23  Attorney General; MARICOPA COUNTY, a
    political subdivision of the State of Arizona;
24  and, MATTHEW SHAY,

25                 Defendants.

26

27

28

**RESPONSE IN OPPOSITION**

The State of Arizona and Arizona Attorney General Mark Brnovich (the "State Defendants") hereby oppose Plaintiffs' Motion for Preliminary Injunction.

For the reasons set forth in the State Defendants' Motion to Dismiss, Plaintiffs cannot establish that they are likely to succeed on the merits against the State Defendants, and therefore their preliminary injunction must be denied against them. *See* Doc. 29 ("Arizona MTD") at 1-8. To secure a preliminary injunction, Plaintiffs "must establish that [they are] likely to succeed on the merits … likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). But for the reasons explained in the State Defendants' motion to dismiss, Plaintiffs' claim fails outright.

Among other reasons, Plaintiffs will not succeed on the merits against the State Defendants because this Court lacks personal jurisdiction over the State Defendants, this district is an improper venue to assert Plaintiffs' claims against the State Defendants, and sovereign immunity bars all of Plaintiffs' claims against the State of Arizona. *Arizona MTD*, Doc. 29 at 3-7. This Court has recognize that, "a threshold matter," "'[w]here a challenge to jurisdiction is interposed on an application for a preliminary injunction, the plaintiff is required to adequately establish that there is at least a reasonable probability of success upon the question of [personal] jurisdiction when the action is tried on the merits.'" *Datatech Enterprises LLC v. FF Magnat Ltd.*, 2012 WL 4068624, at *2 (N.D. Cal. Sept. 14, 2012) (quoting *Zango, Inc. v. PC Tools Pty Ltd.*, 494 F.Supp.2d 1189, 1194 (E.D.Wash.2007)).

Plaintiffs have failed to make even a prima facie showing that this Court has personal jurisdiction over the State Defendants, have made no relevant argument as to the propriety of venue, and are barred from bringing their claims against the State of Arizona itself. *Arizona MTD* at 3-6. Plaintiffs thus have not advanced any contentions that would even conceivably permit entry of injunctive relief against the State Defendants.

In addition, Plaintiffs' motion should be denied for all of the reasons set out by the other Defendants.

1

**CONCLUSION**

2

For all of the foregoing reasons, State Defendants respectfully requests that this Court

3

deny Plaintiffs' Motion for Preliminary Injunction as to the State Defendants.

4

5

Dated:  August 12, 2020

**MARK BRNOVICH**
**ATTORNEY GENERAL**

6

7

By _____/s/ Drew C. Ensign_____
Drew C. Ensign
*Deputy Solicitor General*
Attorney for Defendants State of Arizona and Mark
Brnovich, Arizona Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:20-cv-03098-WHO
STATE OF ARIZONA'S OPPOSITION TO INJUNCTION

1

**CERTIFICATE OF SERVICE**

2    I HEREBY CERTIFY that on August 12, 2020, I electronically filed the foregoing with

3 the Clerk of the Court for the United States District Court for the Northern District of California

4 by using the CM/ECF system, which will send notice of such filing to all registered CM/ECF

5 users.

6

7 Dated:  August 12, 2020                                         /s/ Drew C. Ensign
                                                                Drew C. Ensign
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28