ETHAN P. DAVIS
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | No. 3:20-cv-3098-WHO<br><br><br><br><br><br>**DECLARATION OF MARCO A. PADDY** |

I, Marco A. Paddy, declare and say:

1. I am an employee of the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA). I entered on duty with DEA in 2018 as a GS-1811 Criminal Investigator (also referred to as "Special Agent" or "SA"). I am assigned to DEA's Phoenix Field Division Office, where I have received normal career-ladder promotions through GS-12.

2. I make the statements which follow on the basis of personal knowledge and information available to me in my capacity as a DEA Agent. If called upon to do so, I could offer competent testimony as to these statements.

3. In the Phoenix Division, SAs are assigned to serve as duty Agent on a rotating basis. The designated duty Agent is required to be available during his or her shift to take duty calls and assignments. Duty calls include incoming calls from the public or other law enforcement agencies which are not directed to a specific DEA employee or investigative group.

4. I served as the Phoenix Field Division's duty Agent for the week of January 3 through 10, 2020. In that role, I was performing duties of my position as a federal law enforcement officer charged with enforcing the Controlled Substances Act, as amended (CSA). DEA's mission of enforcing the CSA includes exchange of information about narcotics matters with other federal, state, and local law enforcement agencies.

5. On January 8, 2020, at 11:22 a.m., in my capacity as duty Agent, I answered a phone call from an individual in area code 310 who identified himself only by a first name. The caller reported that an individual named Clay Villaneuva conducts Ayahuasca Ceremonies at the Center for Divine Awakenings, located at 15801 North 40th Street, Phoenix, AZ, and that, during the ceremony, Mr. Villanueva provides "DMT" to his patients at a cost. DMT is a common name for dimethyltryptamine, a Schedule I controlled substance. When asked how Mr. Villanueva obtains DMT, the caller stated that he makes the DMT at an unknown location. The caller also stated that the next ceremony would take place on Friday, January 10, 2020, at 7:00 p.m., at the Center. The caller also provided a website where these ceremonies are offered: SmileQuick.com, and stated that Villanueva can be located on Facebook. The caller also stated

1  that Villanueva collects payments through Paypal from those interested in receiving a dose of
2  DMT. The caller expressed willingness to help law enforcement, but wished to remain
3  anonymous.

4      6. Given the limited information provided by the caller, I conducted a cursory search and
5  confirmed no open DEA investigations into Mr. Villanueva's reported activities. I forwarded
6  the information to Phoenix Police Department Sergeant Micah J. Kascavage that same day. I
7  forwarded the information to Sergeant Kascavage because the anonymous caller had said that
8  Mr. Villanueva made DMT. Kascavage supervises the MCSO Arizona High Intensity Drug
9  Trafficking Task Force (HIDTA) clandestine laboratory investigative group, which investigates
10 allegations relating to the manufacture of scheduled substances within the State of Arizona.
11 Since the anonymous caller stated that Mr. Villanueva made DMT, I provided the tip to the
12 MCSO HIDTA clandestine laboratory group.

13     7. Furthermore, I contacted Phoenix Field Division DEA Task Force Group 3 (TFG3)
14 Group Supervisor (GS) Toby D. Curry, and advised him of the information received by the
15 anonymous caller. I informed GS Toby D. Curry that I had forwarded the information to
16 Sergeant Kascavage who supervises the HIDTA clandestine laboratory group because of the
17 possible DMT lab.

18     8. I did not initiate any DEA investigative activity into Mr. Villanueva's reported
19 activities in response to this tip and did not participate in any way in any investigative or other
20 activity the MCSO clandestine laboratory investigative group or any other person or entity
21 within the MCSO may have conducted after receiving the tip.

22     9. Until I was asked to provide this declaration, in August 2020, I had never heard of
23 Charles Carreon or the North American Association of Visionary Churches and was not aware
24 that Mr. Carreon had written a letter to the head of the DEA's Diversion Control Division.

25     I declare under penalty of perjury that the foregoing statements made by me are true and
26 correct.

27

28 Sworn to and subscribed this 11 of August 2020

*Arizona Yage Assembly et al. v. Barr et al.*, No. 3:20-cv-3098-WHO
Declaration of Marco A. Paddy     Page 3

1 at 4:00 P.M.

_Marco A. Paddy_

*Arizona Yage Assembly et al. v. Barr et al.*, No. 3:20-cv-3098-WHO
Declaration of Marco A. Paddy

Page 4