ETHAN P. DAVIS
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>    Defendants. | No. 3:20-cv-3098-WHO<br><br>**DECLARATION OF LOREN T. MILLER** |

I, Loren T. Miller, declare and say:

1. I am an employee of the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA). I entered on duty with DEA in 1986 as a GS-1801 Diversion Investigator and was initially assigned to DEA's Indianapolis, Indiana, District Office, where I received customary career-ladder promotions through GS-13. In 1997, I was selected to serve as a Diversion Group Supervisor (GS) in DEA's Chicago Field Division.

2. In 2005, I was reassigned to the Diversion Control Division in DEA Headquarters in Arlington, Virginia. The Diversion Control Division is led by an Assistant Administrator. It is divided into three Offices, each led by a Deputy Assistant Administrator (DAA): Regulatory, Operations, and Policy. I report to Deputy Assistant Administrator (DAA) Thomas Prevoznik, who is the head of the Office of Policy in the Diversion Control Division. I served as the Unit Chief of the Processing Operations Unit in the Diversion Control Division's Registration and Program Support Section from 2016 to 2017. In 2017, this Section was divided into two Section and I became the Chief of the Policy Section. I was detailed to the Registration Section from October 2019 through March 2020, but returned to the Policy Section in March 2020.

4. I make the statements which follow on the basis of personal knowledge and information available to me in my capacity as the Chief of DPY. If called upon to do so, I could offer competent testimony as to these statements.

5. The Policy Section (DPY) routinely interacts with and provides information to the regulated community, associations, and the public. DPY also addresses complex questions surrounding how law, regulations, and policy affect the manufacture, distribution, dispensing, and disposal of licit controlled substances and listed chemicals.

6. The Diversion Control Division receives a steady volume of correspondence from members of the public and from stakeholders in diversion matters. The administrative staff routinely opens incoming correspondence, assigns a tracking number, and forwards the correspondence to the appropriate Office and Section for handling. Because of the sheer volume of incoming correspondence, the Assistant Administrator and DAAs do not routinely read all correspondence addressed to them.

7. DAA Prevoznik and several members of his staff received an email message dated January 9, 2020 at 7:21 p.m. from Charles Carreon, Esq.  By the email message, Mr. Carreon forwarded to DAA Prevoznik a letter, itself dated January 8, 2020, and addressed to Assistant Administrator William T. McDermott, "Re:  Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act."  Mr. Carreon also forwarded several "exhibits" to the letter.  A true copy of the email message, without exhibits, is attached to this declaration.

8. The letter was routinely forwarded to DPY.  On or about January 29, 2020, a staff member created a document control sheet and assigned the tracking number DPY-20-0128 to the letter, which is summarized in our internal tracking system as citizen/public correspondence posing questions on EO and RFRA.  The prefix "DPY" indicates that Mr. Carreon's incoming correspondence was routed to the Policy Section (DPY) for handling.  The numbers "20-0128" indicate that this was the one hundred twenty-eighth piece of correspondence assigned to DPY at that point in fiscal year 2020, which had begun on October 1, 2019.  DPY also addresses correspondence directed to it by other elements within DEA, to which numbers had already been assigned.

9. I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Sworn to and subscribed this 12 day of August 2020.

_____

Loren T. Miller