# Hancock, Kevin P. (CIV)

| | |
|---|---|
| **From:** | Charles Carreon, Esq. <chascarreon@gmail.com> |
| **Sent:** | Thursday, January 9, 2020 7:21 PM |
| **To:** | ODLL; ODLP; Prevoznik, Thomas W.; Kellstrom, Melissa A.; Parks, Diane M.; Elkholy, Aziz; Scott.Brinks@usdoj.gov; Boblenz, Sarah C. |
| **Subject:** | Attn: DEA Diversion Law & Policy Division re Executive Orders 13891, 13892, and 13798 |
| **Attachments:** | 01.08.2020.McDermott.Ltr.ODLP.copy-signed.pdf; DEA.LTR.EXHIBITS.1-11.pdf |

Dear Mr. Prevoznik:

Please find correspondence from the undersigned, on behalf of the North American Association of Visionary Churches ("NAAVC"). The letter is addressed to Assistant Administrator McDermott, and discusses issues raised by President Trump's Executive Orders 13891, 13892, and 13798, regarding the Agency's *Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act* (the "Guidance"). As the Agency is no doubt aware, Executive Order 13892 and the related OMB Implementing Memo, impose a February 28, 2020 deadline for the review of existing Agency Guidance documents. Accordingly, as an interested party, NAAVC has submitted its analysis of the Guidance.

A hardcopy of this letter has been sent to the Agency's 8701 Morrissette Drive address. I left a voicemail at the 571-362-3260 phone number found on the DEA Diversion Control Contact page, but have not received a return call. The addressees on this email are presumed to be appropriate recipients of this letter, based on the information I've gleaned from the DEA.gov website.

Thank you for your attention to the matters addressed in the letter. Please be so kind as to acknowledge receipt of this letter by the Agency.

With professional regards,
Charles Carreon
Attorney at Law
Federal & California Law
Tel: 628-227-4059
This message may contain attorney-client and/or attorney work-product
privileged material. If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

The sender has requested a read receipt. If you do not wish to provide one, click here.