ETHAN P. DAVIS
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | No. 3:20-cv-3098-WHO<br><br>**DECLARATION OF MICHAEL BROWN** |

I, Michael Brown, declare and say:

1.      I am an employee of the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA).  I entered on duty with DEA in 2005 as a GS-1811 Criminal Investigator (also referred to as a "Special Agent" or "SA") and was assigned to DEA's Phoenix Field Division, where I received normal career-ladder promotions through GS-13.  I was promoted to GS-14 in 2017 and currently serve as the Group Supervisor ("GS") of Phoenix Field Division Enforcement Group 3.

2.      I make the statements which follow on the basis of personal knowledge and information available to me in my capacity as GS of Phoenix Field Division Enforcement Group 3.   If called upon to do so, I could offer competent testimony as to these statements.

3.      Enforcement Group 3 is a Task Force Group and includes six DEA Special Agents and four DEA Task Force Officers (TFOs), who conduct narcotics-related criminal investigations under my supervision.  TFOs are state or local law enforcement officers whose parent agencies have detailed them to serve on a DEA-led task force.  TFOs are formally sworn by DEA under the Controlled Substances Act (CSA).  While on duty with the Task Force and acting under DEA supervision, they exercise the same federal law enforcement powers as the DEA Agents with whom they work.

4.      Steven Kerr is one of the TFOs serving in Enforcement Group 3 under my supervision.  His parent agency is the Surprise, Arizona, Police Department; he previously served as a member of his Department's SWAT team and has experience in making forcible entries to execute warrants.

5.      Enforcement Group 3 is located on the same floor of the same building in Phoenix as an Arizona High Intensity Drug Trafficking Area (HIDTA) initiative called the Maricopa County Drug Suppression Task Force (the MCDST).  The state and local officers assigned to the MCDST are not deputized by DEA.  The supervisor of the MCDST is Phoenix Police Department Police Department Sergeant Micah Kaskavage.

6.      In May 2020, TFO Kerr, who is under my supervision, assisted MCDST with the execution of a state-issued search warrant.  This was a routine matter as the sharing of resources between the two groups is common. The other members of Enforcement Group 3 and I did not participate in any way in executing that state-issued search warrant. I have since been told that the search warrant was at a residence utilized by Clay Villanueva.

7.      Enforcement Group 3 generated no DEA reports concerning the warrant execution and did not take custody of any evidence or controlled substances which may have been seized by the MCDST.

8.      Prior to July 2020, I had never heard of Charles Carreon or Mr. Carreon's client, North American Association of Visionary Churches and was not aware that he had sent a letter to the Diversion Control Division in January 2020.

9.      I declare under penalty of perjury that the foregoing statements made by me are true and correct.  28 U.S.C. § 1746(2)


Executed on this 12th day of August, 2020
at Phoenix, Arizona

                                                Michael Brown