1 CHARLES CARREON (CSB # 127139)
2 3241 E. Blacklidge Drive
  Tucson, Arizona 85716
3 Tel:  628-227-4059
  Email: chascarreon@gmail.com
4
5 Attorney for Plaintiffs Arizona Yagé Assembly,
  North American Association of Visionary Churches, and
6 Clay Villanueva

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  ARIZONA YAGÉ ASSEMBLY,             )  Case No.: 3:20-CV-03098-WHO
   NORTH AMERICAN ASSOCIATION         )
10 OF VISIONARY CHURCHES, and         )  OPPOSITION TO MOTION TO STRIKE
   CLAY VILLANUEVA,                   )
11                                    )
                                      )  Date:  September 9, 2020
12          Plaintiffs,               )  Time:  2:00 P.M.
                                      )          Courtroom:  2 (17th floor)
13       vs.                          )
                                      )
14 WILLIAM BARR, Attorney General of  )
   the United States; UTTAM DHILLON,  )
15 Acting Administrator of the U.S. Drug )
   Enforcement Administration; CHAD F. )
16 WOLF, Acting Secretary of the Dept. of )
   Homeland Security; MARK A.         )
17 MORGAN, Acting Commissioner of U.S. )
   Customs and Border Protection;     )
18 THOMAS PREVOZNIK, Deputy           )
   Assistant Administrator of the DEA Dept. )
19 of Diversion Control, in his personal )
   capacity; the UNITED STATES OF     )
20 AMERICA; the STATE OF ARIZONA;     )
   MARK BRNOVICH, Arizona Attorney    )
21 General; MARICOPA COUNTY, a        )
   political subdivision of the State of )
22 Arizona; and, MATTHEW SHAY,        )
                                      )
23          Defendants.               )
                                      )
24 _____)
25
26
27
28

_____
                 CASE # 3:20-cv-03098-WHO
           OPPOSITION TO MOTION TO STRIKE
                          1

1

2

## MEMORANDUM OF POINTS AND AUTHORITIES

3

4

5

The Ninth Circuit has stressed that, in considering motions to amend, district courts must bear in mind the underlying purpose of Rule 15, which is to "facilitate decisions on the merits, rather than on the pleadings or technicalities."

6

7

8

*United States Chess Fedn., Inc. v. Polgar*, 2009 U.S. Dist. LEXIS 31606, *3, 2009 WL 981257 (N.D. Cal. April 13, 2009)* , *quoting Nunes v. Ashcroft*, 375 F.3d 805, 808 (9th Cir. 2003).

9

10

11

12

13

14

15

16

AYA's counsel has admitted that he failed to obtain leave of Court under Rule 15(d) due to excusable neglect.  (Docket # 34.)   As explained therein, if plaintiffs had moved under Rule 15(d) for leave to file the First Amended and Supplemental Complaint ("FASC;" Docket # 12), the Court would almost certainly have allowed it, under the liberal rules for joinder of all parties responsible for a single injury to a single plaintiff, and given the emergency situation presented by the search of plaintiff Clay Villanueva's home, as explained in his pending motion for preliminary injunction (Docket # 22). Counsel's error did not prejudice any defendant.

17

18

19

20

21

The Court is respectfully requested to disregard the failure to seek leave of Court to file the FASC, on grounds of excusable neglect, and to graciously deem the FASC properly filed notwithstanding the error of counsel.  Such a decision will be in accord with the spirit underlying Rule 15, facilitating a decision on the merits, rather than on a technicality.

22

23

24

25

26

Dated:  August 12, 2020

CHARLES CARREON, ESQ.
By: /s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly.
North American Association of Visionary Churches,
Clay Villanueva

27

28