Evan F. Hiller (No. 294420)
Hiller@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  480.425.2600

*Attorney for Defendants Maricopa County
and Matthew Shay*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No.  3:20-cv-03098-WHO<br><br>**DEFENDANTS MARICOPA COUNTY AND MATTHEW SHAY'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF UNDER F.R.CIV.P. RULES 60(B)(1) AND 6(B) (DOC. 34)**<br><br>Date:  Sept. 9, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Hon. William H. Orrick |

Defendants Maricopa County and Matthew Shay (collectively, the "Maricopa County Defendants") hereby respond in opposition to Plaintiff Arizona Yagé Assembly's Motion for Relief under Fed.R.Civ.P. 60(B)(1) and 6(B) (Doc. 34) (the "Motion") and join in the Federal Agency Defendants' Opposition (Doc. 36) (the "Federal Opposition").

As noted in the Federal Opposition, Rules 6(b) and 60(b)(1) are simply inapplicable to Plaintiffs' filing of the First Amended and Supplemental Complaint (Doc. 12) (the "FASC") without receiving leave to do so under Rule 15(d).  Plaintiffs have acknowledged that such leave was required.  *See*, *e.g.*, FASC ¶ 174; Motion (Doc. 34) at 3.  And as the Maricopa County Defendants have previously pointed out, the introduction of new claims against new parties, that could be brought in a separate action elsewhere, is a proper ground for denial of leave.  *See* Maricopa County Defendants' Motion to Dismiss (Doc. 20) at 3;

CASE NO. 3:20-CV-03098                    1                    **RESPONSE TO PLAINTIFF'S**
                                                               **MOTION FOR RELIEF**

*Planned Parenthood of S. Arizona v. Neely*, 130 F.3d 400, 402 (9th Cir. 1997) ("While leave to permit supplemental pleading is 'favored' . . . it cannot be used to introduce a 'separate, distinct and new cause of action' . . . .") (internal citations omitted).  The FASC asserts a new § 1983 claim against a new set of defendants; leave to supplement, had it actually been sought, should therefore have been denied.

For these reasons, the FASC should be stricken and the claims therein against the Maricopa County Defendants should be dismissed.

Respectfully submitted this 19th day of August, 2020.

**SACKS TIERNEY, P.A.**

*/s/ Evan F. Hiller*
Evan F. Hiller

**PROOF OF SERVICE**

On August 19, 2020, I served the following foregoing Response to Plaintiff's Motion for Relief under Fed.R.Civ.P. 6(b) and 60(b)(1) on the person or persons below, as follows:

      a.    via Northern District of California ECF

Charles Carreon
3241 E. Blacklidge Drive
Tucscon, Arizona 85716
*Counsel for Plaintiffs*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
*Attorney for Defendants William Barr, Timothy Shea,*
*Chad Wolf, Mark Morgan, and United States of America*

Leah Brownlee Taylor
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
*Attorney for Defendant Thomas Prevoznik*

Drew C. Ensign
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
*Attorney for Defendants State of Arizona and Mark Brnovich*

I declare under penalty of perjury that the foregoing is true and correct.

08/19/2020                     */s/ Michelle L. Curtsinger*
Date                              Michelle L. Curtsinger