ETHAN P. DAVIS
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Agency Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | No. 3:20-cv-3098-WHO<br><br>**FEDERAL AGENCY DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>Date: September 9, 2020<br>Time: 2:00 pm<br>Place: Courtroom 2, 17th Floor<br>Honorable William H. Orrick |

In their motion to strike Plaintiffs' First Amended and Supplemental Complaint ("FASC"), the Federal Agency Defendants[1] explained that Plaintiffs improperly filed that supplemental pleading without first seeking leave of court to do so, as required by Rule 15(d). *See* Mot. to Strike Pls.' FASC ("Mot. to Strike") (July 29, 2020), ECF No. 31.  On August 7, 2020, Plaintiffs admitted that their supplemental pleading was in fact improperly filed without seeking leave of Court in violation of Rule 15(d) because they neglected to read that rule.  *See* Pl.'s Mot. for Relief Under Rules 60(b)(1) and 6(b) at 3 (Aug. 5, 2020), ECF No. 34; Decl. of Charles Carreon ¶¶ 2-3, ECF No. 34-1.  Now, in their opposition to the Federal Agency Defendants' motion to strike, Plaintiffs again have conceded to violating Rule 15(d) due to "neglect."  Opp'n to Mot. to Strike at 1 (Aug. 12, 2020), ECF No. 45.  As the Federal Agency Defendants have previously explained, Plaintiffs' neglect is not excusable and has caused them prejudice.  *See* Fed. Agency Defs.' Opp'n to Pl.'s Mot. For Relief Under FRCP 60(b)(1) and 6(b) (Aug. 7, 2020), ECF No. 36.  That pleading should therefore be stricken.

DATED: August 19, 2020    Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/  Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-3183 (phone)
(202) 616-8470 (fax)
kevin.p.hancock@usdoj.gov

*Counsel for the Federal Agency Defendants*

---

[1] The "Federal Agency Defendants" are William Barr, Attorney General of the United States; Timothy Shea, Acting Administrator of the U.S. Drug Enforcement Administration ("DEA"); Chad Wolf, Acting Secretary of the Department of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; and the United States of America.