CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel:  628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>          Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>DECLARATION OF CHARLES CARREON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED REPLY BRIEF<br><br>Date:  September 9, 2020<br>Time:  2:00 P.M.<br>Courtroom:  2 (17th floor) |

Charles Carreon declares and affirms:

1.    I am an attorney licensed to practice before all courts in the State of California and a member of the bar of this Court.  I make this declaration in opposition to the motion to

dismiss of defendants State of Arizona and Mark Brnovich, Arizona Attorney General ("Arizona AG"), naming them as co-conspirators in a retaliatory conspiracy against plaintiffs initiated by the Drug Enforcement Agency (the "DEA"), and accomplished using the federally funded HIDTA ("High Intensity Drug Trafficking Area"), and Arizona SW HIDTA task force, that funds drug interdiction operations of Maricopa County Sheriff's Office ("MCSO") and the Arizona AG.  If called as a witness, I could and would so competently testify.

**2.**    In this action, "visionary churches" refers to churches that administer a communion sacrament that contains a pharmacologically active controlled substance, some of which are regulated by the Drug Enforcement Administration ("DEA") pursuant to the Controlled Substances Act ("CSA"). The Arizona AG, MCSO, and Det. Matthew Shay ("Shay") (collectively, the "Arizona defendants") searched the Vine of Light Church ("VOLC") sanctuary and Villanueva's home on May 19, 2020.

**3.**    In September 2019, NAAVC launched a petition at Change.org entitled "Stop the DEA from Regulating Visionary Religions."  Exhibit 1 is an email I received from the Change.org site after I signed the petition the same day I launched it, on September 12, 2019.  The focus of the Petition was to send the DEA a letter dated January 8, 2020, that ultimately was sent to the DEA by mail on that date and delivered on January 10, 2020, addressed to William T. McDermott, Assistant Administrator Diversion Control Division Attn: Liaison and Policy Section Drug Enforcement Administration, 8701 Morrissette Drive Springfield, Virginia 22152.  (Docket # 22-5, the "DEA Letter;" Exhibit 2, USPS delivery confirmation.)

**4.**    On January 9, 2020, NAAVC sent an email attaching the DEA Letter to the following email addresses:[1]

---

[1] When Attorney General Jeff Sessions issued his Memorandum on Federal Law Protections for Religious Liberty (the "AG's Religious Liberty Memo;" FASC ¶ 118; Docket # 22-5, page 50- ) pursuant to Executive Order 13798 (Docket # 22-5, page 47), binding every administrative agency including the DEA and the DOJ to its provisions, he also issued an Implementation Memorandum dated October 6 2019, and sent it to every U.S. Attorney in the nation, who presumably distributed it to all of their AUSAs.  The Implementation Memorandum tells

- ODLL@usdoj.gov,
- ODLP@usdoj.gov,
- Thomas.W.Prevoznik@usdoj.gov,
- Melissa.A.Kellstrom@usdoj.gov,
- Diane.M.Parks@usdoj.gov,
- Aziz.Elkholy@usdoj.gov
- Scott.Brinks@usdoj.gov
- Sarah.C.Boblenz@usdoj.gov

These attorneys collectively have now opened the email attaching the DEA Letter (the "Prevoznik Email") at least 44 times.  Exhibit 3 is a true and correct copy of the Boomerang email-opening-tracking report.  The lawyers first began opening the Prevoznik Email on January 15, 2020, and it is a near-certainty that some or all of these attorneys discussed the contents of the DEA Letter in additional email exchanges with each other.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on August 19, 2020, at Tucson, Arizona.

_____/s/Charles Carreon_____
Charles Carreon, Declarant

interested persons to contact the Office of Legal Policy: "Any questions about the interpretive guidance or this memorandum should be addressed to the Office of Legal Policy, U.S. Department of Justice, 950 Pennsylvania A venue N. W ., Washington, D.C. 20530, phone (202) 514-4601."  (Docket # 22-5, page 100.)