CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel:  628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>           Plaintiffs,<br><br>    vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>           Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>DECLARATION OF WINFIELD SCOTT STANLEY III IN SUPPORT OF PLAINTIFFS' CONSOLIDATED REPLY BRIEF IN SUPPORT OF NAAVC AND CLAY VILLANUEVA'S MOTION FOR PRELIMINARY INJUNCTION AND IN RESPONSE TO OPPOSITIONS OF ALL DEFENDANTS<br><br>Date:  September 9, 2020<br>Time:  2:00 P.M.<br>Courtroom:  2 (17th floor) |

Winfield Scott Stanley III declares and affirms:

1. I am the founder and Director of Arizona Yage Assembly ("AYA") and North American Association of Visionary Churches ("NAAVC"). I make this declaration in support of Plaintiffs' Consolidated Reply Brief in Support of NAAVC and Clay Villaneuva's Motion for Preliminary Injunction and in Response to Oppositions of All Defendants. The matters stated herein are true of personal knowledge and from an informed review of relevant documents. I could and would so competently testify if called as a witness.

2. I am the founder of AYA, and make the following statement in order to rebut the contentions of the United States of America in its opposition brief, that AYA, incorporated in California, does not have its physical nexus of operations in California. This is entirely incorrect. AYA has incorporated in three states, Arizona, California, and Oregon, because it has congregants in all three of those states, and in order to operate lawfully in each of those states, the laws of the states require that corporations either incorporate directly in the state, or file registrations by a foreign corporation. AYA has chosen to incorporate separately in each state in order to take full advantage of the legal privileges of in-state incorporation, and in order to serve its congregation in each of those states in a lawful fashion.

3. AYA has a very substantial California congregation. AYA incorporated in the State of California on January 11, 2019, as is reflected in the document attached hereto as 43, the Articles of Incorporation.

4. AYA has a very large number of congregants who are resident in the State of California, as compared with the total number of congregants. The total number of persons who have participated in AYA communion in California, according to my most accurate record, is 839.

5. The total number of people who have participated in AYA ceremonies nationwide is 2,524. Accordingly, a near plurality of AYA's national membership is based in California with a total of 839, second only to Arizona with 921 congregants.

6. This action was brought for the benefit of AYA members in California, in particular. AYA members in California are the focus of this action, in that by means of this action, AYA seeks to secure the right of California residents to attend AYA ceremonies without fear of criminal investigation, prosecution, and incarceration. At present, all congregations are at risk of prosecution, which is inconsistent with the promise of Free Exercise as promised in the *O Centro* case.

7. My activity on behalf of AYA in California has been very extensive during the last 5 years. My best estimate of the total number of ceremonies I have given in the State of California since 2015 is 120, 65 in Northern California and 55 in Southern California. My best estimate of the total number of miles I have driven in the State of California in order to minister to the AYA congregation is 120,000. Each place where AYA holds a ceremony, and each group of people who congregate at that ceremony, establish additional grounds for AYA to seek protection for these ceremonies in this Court.

8. I incorporated NAAVC in California on July 3, 2019, as is reflected in the Articles of Incorporation attached hereto as Exhibit 5. The sole office for NAAVC is located at: 1 Sansome Street, Suite 3500, San Francisco, CA 94104.

9. NAAVC has had Sacramental Ayahusca seized by the Government in California. NAAVC has received communications from other members of the Visionary Church community in California indicating that these seizures are happening to many other people. The purpose of NAAVC, which is based on the United States Supreme Court statement in *Burwell v. Hobby Lobby*, that a corporation may be formed for religious purposes to perform religious functions, is to aid in the performance of ministerial activities.

10. NAAVC's vision is to continue importing sacramental Ayahusca into the State of California, and to make California the first distribution center in the nation for sacramental Ayahusca from legally sanctioned sources. Incorporation of NAAVC in California was more costly than in other jurisdictions, and incurs higher corporate fees than other jurisdictions. Incorporation in California was chosen in order to gain the

benefits of its laws and privileges of doing business in the State of California for the benefit of Visionary Churches in California. A plurality of NAAVC's member churches are based in California.

**11.** Mr. Carreon was initially listed as a Board Member during our organization phase, in order to take NAAVC through its first meeting. He resigned his position earlier this year, in order to pursue this litigation from the exclusive standpoint of counsel of record, and has been replaced by a Board Member who is a California resident. The corporate record will be timely updated to reflect that change of Board personnel.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on August 19, 2020, at Tucson, Arizona.

_____
Winfield Scott Stanley III, Declarant