**CASE # 3:20-cv-03098-WHO**
**PLAINTIFF'S REPLY BRIEF MOTION IN SUPPORT OF NAAVC AND**
**VILLANUEVA'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 1



Case 2:20-cv-02373-ROS Document 52-3 Filed 08/19/20 Page 2 of 2






**Change.org** <change@e.change.org>
to me ▾

Thu, Sep 12, 2019, 7:23 PM ☆ ↰ ⋮

### change.org

Thanks Charles for signing **Stop the DEA from Regulating Visionary Religions**



## Take the next step to help this petition

You are a hero for signing, Charles! Can you now share this petition to help reach its signature goal?

