**CASE # 3:20-cv-03098-WHO**
**PLAINTIFF'S REPLY BRIEF MOTION IN SUPPORT OF NAAVC AND VILLANUEVA'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 2



August 1, 2020

Dear Charles Carreon:

The following is in response to your request for proof of delivery on your item with the tracking number: **9510 8125 0223 0008 4514 99**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | January 10, 2020, 10:08 am |
| Location: | SPRINGFIELD, VA 22152 |
| Postal Product: | Priority Mail® |
| Extra Services: | Insured |
|  | Signature Confirmation™ |
| Actual Recipient Name: | J TITO |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 1lb, 2.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 8701 MORRISSETTE DR |
| City, State ZIP Code: | SPRINGFIELD, VA 22152-1080 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004