**CASE # 3:20-cv-03098-WHO
PLAINTIFF'S REPLY BRIEF MOTION IN SUPPORT OF NAAVC AND
VILLANUEVA'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 3



Dear Mr. Prevoznik:

3/26/2020, DEA Diversion Law & Policy Division re Executive Orders 13891, 13892, and 13798 - chascarreon@gmail.com - Gmail

Case 2:20-cv-02373-ROS Document 52-5 Filed 08/19/20 Page 3 of 3

rfc822msgid:<CACyic=gQosNPFHuRNoksgLxEKgJdqJ6


Boomerang  1 of 1

Compose

⏸ Pause Inbox

Inbox 34,280
Starred
Snoozed

Charles  +

Maria N Dad
Maria: https://www.instagram.com/p/

Ana Carreon



**Charles Carreon, Esq.** <chascarreon@gmail.com>  Thu, Jan 9, 5:21 PM
to ODLL, ODLP, Thomas.W.Prevoznik, Melissa.A.Kellstrom, Diane.M.Parks, Aziz.Elkholy, Scott.Brinks

**Opened – 35 times** FIRST Jan 15 around 6:50 AM LAST Jan 15 around 6:50 AM
**Clicked – 0 times**
Updates every 10 minutes. Not all opens will be tracked. See here for more information.

Dear Mr. Prevoznik:

Please find correspondence from the undersigned, on behalf of the North American Association Churches ("NAAVC"). The letter is addressed to Assistant Administrator McDermott, and discus by President Trump's Executive Orders 13891, 13892, and 13798, regarding the Agency's *Guid Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Restoration Act* (the "Guidance"). As the Agency is no doubt aware, Executive Order 13892 an Implementing Memo, impose a February 28, 2020 deadline for the review of existing Agency Gu documents. Accordingly, as an interested party, NAAVC has submitted its analysis of the Guida

A hardcopy of this letter has been sent to the Agency's 8701 Morrissette Drive address. I left a 571-362-3260 phone number found on the DEA Diversion Control Contact page, but have not r call. The addressees on this email are presumed to be appropriate recipients of this letter, base