**CASE # 3:20-cv-03098-WHO
PLAINTIFF'S REPLY BRIEF MOTION IN SUPPORT OF NAAVC AND
VILLANUEVA'S MOTION FOR PRELIMINARY INJUNCTION**

# EXHIBIT 5



# Secretary of State
# Articles of Incorporation of a Nonprofit Religious Corporation

ARTS-RE

IMPORTANT — Read Instructions before completing this form.

**Filing Fee** – $30.00

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

Note: A separate California Franchise Tax Board application is required to obtain tax exempt status. For more information, go to *https://www.ftb.ca.gov*.

FILED
Secretary of State
State of California
JUL 03 2019

IPC   This Space For Office Use Only

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is **North American Association of Visionary Churches (N.A.A.V.C.)**

**2. Business Addresses** (Enter the complete business addresses. Item 2a cannot be a P.O.Box or "in care of" an individual or entity.)

| a. Initial Street Address of Corporation - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1 Sansome Street, Suite 3500 | San Francisco | CA | 94104 |
| b. Initial Mailing Address of Corporation, if different than Item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

**3. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

CORPORATION – Complete Item 3c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**Registered Agents, Inc.**

**4. Purpose Statement**

This corporation is a religious corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Religious Corporation Law exclusively for religious purposes.

**5. Additional Statements** (The following statements are for tax-exempt status in California. See Instructions and Filing Tips.)

a. The specific purpose of this corporation is to **organize member churches in the free practice of religion.**
b. This corporation is organized and operated exclusively for **religious** purposes within the meaning of Internal Revenue Code section 501(c)(3).
c. No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and this corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.
d. The property of this corporation is irrevocably dedicated to the purposes in **Article 4** hereof and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person.
e. Upon the dissolution or winding up of this corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for **charitable, educational and/or religious** purposes and which has established its tax-exempt status under Internal Revenue Code section 501(c)(3).

**6. Read and Sign Below** (This form must be signed by each incorporator. See Instructions. Do not include a title.)

_____   Winfield Scott Stanley III
Signature ARTS-                  Type or Print Name

RE (REV 04/2018)                                              2018 California Secretary of State
                                                              www.sos.ca.gov/business/be