**CASE # 3:20-cv-03098-WHO
AYA'S REPLY BRIEF MOTION IN SUPPORT OF AYA'S MOTION FOR
PRELIMINARY INJUNCTION**

# EXHIBIT 1

\#

# CHARLES CARREON

LAW FOR THE DIGITAL AGE

July 16, 2020

Via Email to: Kevin.p.hancock@usdoj.gov
United States Department of Justice
Federal Programs Branch, Civil Division

**Re: *AYA, NAAVC and Villanueva v. Barr, et al.*, NDCAL Case #3:20-cv-03098-WHO**

Dear Kevin,

Thank you for taking my call this evening.

First off, I assumed there had been a transfer of authority on all of plaintiffs' matters from the field to your office, and was glad to have you confirm that was the case. I also advised that I had been on the verge of filing an emergency *ex parte* application for a TRO restoring the *status quo ante* the raid of Clay Villanueva's home and the Vine of Light Church, requesting an injunctive remedy for the seizure of property and the imposition of the threat of prosecution. Based on your assurance that such an emergency application is not required to protect my clients' personal security, advised that we would present it as a motion for preliminary injunction on the noticed motion calendar, filing on Wednesday next week.

We also discussed plaintiffs' position on the DEA's intended motion for stay, and I proposed that plaintiffs and the DEA enter into mediation promptly and make an earnest effort to resolve the case before asking the Court to decide your stay motion. Alternatively, I proposed that we set both plaintiffs' motion for preliminary injunction to be heard the same day as the DEA's motion for stay. We did not reach agreement on these proposals, but I trust you will consider them with your colleagues, and agree to early mediation.

We discussed the DEA's alternative request for an extension of time to file Rule 12 motions, and plaintiffs agreed to stipulate to an extension of thirty days from denial of a motion for stay. You suggested the DEA might seek more time than that.

We agreed to extend case management deadlines, and my draft stipulation is attached.

Thank you for your attention to these matters.

Very truly yours,

Charles Carreon
Attorney at Law

3241 E. Blacklidge Dr.
Tucson, Arizona 85716
Tel: 628-227-4059

cc: AYA
    NAAVC
    CV