**CASE # 3:20-cv-03098-WHO
AYA'S REPLY BRIEF MOTION IN SUPPORT OF AYA'S MOTION FOR
PRELIMINARY INJUNCTION**

# EXHIBIT 2

\#



Charles Carreon <chascarreon@gmail.com>

# AYA v. Barr / Correspondence and stipulation

**Hancock, Kevin P. (CIV)** <Kevin.P.Hancock@usdoj.gov>  Thu, Jul 16, 2020 at 9:48 PM
To: "Charles Carreon, Esq." <chascarreon@gmail.com>

Hi Charles,

Thanks for your email and letter. I enjoyed speaking with you earlier about the case.

I appreciate your willingness to discuss the possibility of consenting to a stay of the RFRA and APA claims against my clients. My colleagues and I did consider the proposals we discussed, and while I hope that we can still come to some amicable agreement, we have concluded that given the imminent deadlines set by the initial case management order and the upcoming responsive pleading deadline, it will be necessary for us to file our planned motion for a stay (or in the alternative, for an extension to the responsive pleading deadline) in order to protect our client's rights. That said, I hope that we can continue our discussion, and propose that we do so at a time next week that is convenient for you.

While I hope that we can avoid an emergency motion for preliminary relief, and am willing to explore ways to do so, I do need to correct your letter's statement that I gave an "assurance that . . . an emergency application is not required to protect [your] client's personal security." I am not in a position or have the necessary knowledge to make representations about your client's personal security, and it was not my intention to do so.

Also, as I mentioned in our discussion, our planned motion to stay includes an alternative request to extend our responsive pleading deadlines and the case management deadlines accordingly. While we will be filing that motion, I do appreciate that you have circulated a proposal for the case management deadlines, and I will review that proposal with my client.

Finally, I will be sure to indicate in our motion, as we discussed, that your client opposes our motion to stay and does not oppose our motion to extend up to 30 days from the denial of a motion for a stay.

Many thanks,

8/26/2020  Case 2:20-cv-02373-ROS  Document 53-4  Filed 08/26/20  Page 3 of 4
Gmail - AYA v. Barr / Correspondence and stipulation

Kevin



**From:** Charles Carreon, Esq. <chascarreon@gmail.com>
**Sent:** Thursday, July 16, 2020 11:23 PM
**To:** Hancock, Kevin P. (CIV) <khancock@CIV.USDOJ.GOV>
**Subject:** AYA v. Barr / Correspondence and stipulation

Kevin,

Please find attached my letter confirming our conversation, and the scheduling stipulation.

I will send the stip on to Ms. Taylor and Mr. Hiller also.

Warm regards,

Charles


Charles Carreon

Attorney at Law

Federal & California Law
Tel: 628-227-4059

This message may contain attorney-client and/or attorney work-product privileged material.  If you are not the intended recipient, please first notify the sender and then delete the message and any attachment.  Inadvertent disclosures shall not work a waiver of any privilege.

Virus-free. www.avg.com