# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** September 9, 2020 | **Time:** 42 minutes 1:58 p.m. to 2:40 | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-03098-WHO | **Case Name:** Arizona Yage Assembly v. Barr | |

**Attorney for Plaintiff:** Charles Carreon
**Attorney for Federal Defendants:** Kevin P. Hancock
**Attorney for Maricopa County:** Evan Hiller
**Attorney for Arizona Attorney General:** Drew Ensign

**Deputy Clerk:** Jean Davis          **Court Reporter:** Belle Ball

# PROCEEDINGS

Motion hearing conducted via videoconference. The Court presents tentative opinion on the multiple pending motions. Argument of counsel heard. Motions taken under submission; written order to follow.