CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel: 628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>PLAINTIFFS' MOTION FOR CHANGE OF VENUE<br><br>Date: November 25, 2020<br>Time: 2:00 P.M.<br>Courtroom: 2 (17th floor) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that on November 25, 2020, plaintiffs will move the Court for an order transferring this case to

1  the District of Arizona.  Plaintiffs will further request an additional thirty days from the
2  effective date of transfer within which to file an amended complaint.
3
       The grounds for this motion are that transfer favors the convenience of the parties,
4  the witnesses, and the interests of justice.
5
       This motion is based upon the hearing notice, the attached memorandum of points
6
   and authorities, and the declaration of Charles Carreon, and the proposed order submitted
7
   herewith.
8
9  Dated:  October 20, 2020            CHARLES CARREON, ESQ.

10                                     By: /s/Charles Carreon
                                       CHARLES CARREON (127139)
11                                     Attorney for Plaintiffs
                                       Arizona Yagé Assembly.
12                                     North American Association of Visionary Churches,
                                       Clay Villanueva
13

# MEMORANDUM OF POINTS AND AUTHORITIES

**1. LEGAL STANDARD**

"A district court may discretionarily transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a).  In ruling on a motion to transfer pursuant to §1404(a), the Court must evaluate three elements: (1) convenience of the parties; (2) convenience of the witnesses; and (3) interests of justice.

*Rowsby v. Gulf Stream Coach, Inc.*, No. SA CV08-1213 DOC(FFMx), 2009 U.S. Dist. LEXIS 40046, at *4 (C.D. Cal. Feb. 9, 2009), *citing Guthy-Renker Fitness, L.L.C. v. Icon Health & Fitness, Inc.,* 179 F.R.D. 264, 269 (C.D. Cal. 1998).

**2. THE THREE FACTORS ESTABLISH VENUE IN ARIZONA**

   **A. The Convenience of the Parties Will be Served**

The Arizona Attorney General, Maricopa County, and Matthew Shay are residents of Arizona, and have argued that Arizona would be a more convenient forum for them.

The United States, the Drug Enforcement Administration (the "DEA"), and the other defendant federal administrative agencies (the "Government"), have all joined in support of the arguments of the State of Arizona and Maricopa County.  The Government's only identified witness is Agent Paddy, employed by the DEA in Arizona. In any event, the United States Department of Justice, with offices in every state in the Union, would find any venue equally convenient, as their counsel resides in Washington D.C.

   **B. The Convenience of the Witnesses Will be Served**

All the likely witnesses thus far identified by the parties reside in Arizona; accordingly, it will be convenient for them to testify there.

   **C. The Interests of Justice Will Be Served by Transferring the Case**

The Phoenix Courthouse is the appropriate courthouse, because Phoenix is where plaintiff Clay Villanueva's home was raided in the incident giving rise to the venue-

creating allegations of the Second Amended and Supplemental Complaint (Docket # 12), and where the defendants reside.

**D. <u>Certification of Counsel Regarding Request for Extension of Time to File Amended Pleading</u>**

The interests of justice in this case will also be protected by giving plaintiffs an additional thirty day extension of time to file an amended complaint, after the effective date of the transfer from the Northern District of California to the Phoenix Courthouse in Arizona. (Carreon Dec. ¶¶ 2-3.)

Dated: October 20, 2020         CHARLES CARREON, ESQ.

By: /s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly.
North American Association of Visionary Churches,
Clay Villanueva