CHARLES CARREON (CSB # 127139)
3241 E. Blacklidge Drive
Tucson, Arizona 85716
Tel:  628-227-4059
Email: chascarreon@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>　　　　Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>DECLARATION OF CHARLES CARREON IN SUPPORT OF PLAINTIFFS' MOTION TO CHANGE VENUE<br><br>Date:  November 25, 2020<br>Time:  2:00 P.M.<br>Courtroom:  2 (17th floor) |

/ / /

/ / /

Charles Carreon declares and affirms:

**1.** I am an attorney licensed to practice before all courts in the State of California and a member of the bar of this Court. I make this declaration in support of plaintiffs' motion to change venue to the District of Arizona.

**2.** Plaintiffs have diligently sought to retain local counsel during the last thirty days, and have interviewed two Arizona federal attorneys, and conferred extensively with a third; however, given the somewhat unusual area of constitutional law that is implicated by the demands of the case, the process of finding new counsel has not yet resulted in the retention of a new lawyer.

**3.** I have also filed an application to be allowed to practice in the District of Arizona to represent plaintiffs in the transferred case pursuant to my membership in the Arizona State Bar as the Registered In-House Counsel of Arizona Yagé Assembly under Arizona Supreme Court Rules 38 and 39.

**4.** I believe that an additional thirty days after the date of transfer may be necessary to obtain Arizona admitted counsel for the plaintiffs. Accordingly, plaintiffs respectfully request this Court to grant an additional thirty days after the date of transfer of the action to the District of Arizona for plaintiff's to file an amended complaint.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on October 20, 2020, at Tucson, Arizona.

　　　　　　　　　　　　/s/Charles Carreon
　　　　　　　　　　　Charles Carreon, Declarant