# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>　　　　Defendants. | Case No.: 3:20-CV-03098-WHO<br><br>[PROPOSED] ORDER TRANSFERRING ACTION TO THE DISTRICT OF ARIZONA |

/ / /

/ / /

/ / /

/ / /

Plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches and Clay Villanueva moved the Court for an order transferring this case to the District of Arizona, Phoenix Courthouse.

## FINDINGS

Having considered the evidence and arguments, the Court finds:

1. Transfer favors the convenience of the parties.
2. Transfer favors the convenience of the witnesses.
3. Transfer will be in the interests of justice.
4. An additional extension of the thirty day time period to file an amended complaint allowed by the Court's September 21st Order (Docket # 57), dating from the effective date of this order, will allow plaintiffs sufficient time to obtain Arizona-admitted federal counsel.

## ORDER

The Clerk and the ECF Administrator are directed to transfer this case to the District of Arizona, the Sandra Day O'Connor Courthouse, at 401 W. Washington St., Suite 130, SPC 1 Phoenix, AZ 85003.

The time initially granted to plaintiffs to file an amended complaint in the Court's September 21st Order (Docket # 37) is hereby extended to and until thirty days after the effective date of this Order.

IT IS SO ORDERED.

Dated: November __, 2020

_____
Hon. William H. Orrick III
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted this 20th day of October, 2020,
By: /s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs,
Arizona Yagé Assembly
North American Association of Visionary Churches
Clay Villanueva