MARK BRNOVICH
ATTORNEY GENERAL

Drew C. Ensign (Bar No. 243956)
  *Deputy Solicitor General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-5025
Facsimile: (602) 542-8083
Email:  Drew.Ensign@azag.gov

*Attorney for State of Arizona and Mark Brnovich, Arizona Attorney General*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>WILLIAM BARR, Attorney General of the United States; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Dept. of Homeland Security; MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Dept. of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>　　　　　Defendants. | CASE NO. 3:20-cv-03098-WHO<br><br>File Date:　　November 2, 2020<br><br>**STATE OF ARIZONA'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Hearing Date:　November 25, 2020<br>Time:　　　　2:00 p.m.<br>Place:　　　　Courtroom 2, 17th Floor<br>Judge:　　　　Hon. William H. Orrick III<br>Trial Date:　　N/A |

**NON-OPPOSITION TO TRANSFER**

The State of Arizona and Arizona Attorney General Mark Brnovich (the "State Defendants") do not oppose Plaintiffs' request to transfer venue to the U.S. District Court for the District of Arizona (Doc. 61).  The State Defendants note, however, that because the Complaint was dismissed for lack of venue, transfer should be effectuated under 28 U.S.C. § 1406, rather than section 28 U.S.C. § 1404(a).  *See*, *e.g.*, *K-Tex, LLC v. Cintas Corp.*, 693 F. App'x 406, 409 (6th Cir. 2017) ("Section 1404(a) applies for cases brought in a court where venue is proper; § 1406 for cases brought in an improper venue.").

Dated:  November 2, 2020             Respectfully submitted,

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By       /s/ Drew C. Ensign
            Drew C. Ensign
             *Deputy Solicitor General*
            Attorney for Defendants State of Arizona and Mark Brnovich, Arizona Attorney General

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: November 2, 2020

/s/ Drew C. Ensign
Drew C. Ensign