JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Agency Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; TIMOTHY J. SHEA, Acting Administrator of the U.S. Drug Enforcement Administration; CHAD F. WOLF, Acting Secretary of the Department of Homeland Security; MARK A. MORGAN, Acting Commissioner of the U.S. Customs and Border Protection; THOMAS PREVOZNIK, Deputy Assistant Administrator of the DEA Department of Diversion Control, in his personal capacity; the UNITED STATES OF AMERICA; the STATE OF ARIZONA; MARK BRNOVICH, Arizona Attorney General; MARICOPA COUNTY, a political subdivision of the State of Arizona; and, MATTHEW SHAY,<br><br>Defendants. | No. 3:20-cv-3098-WHO<br><br>**FEDERAL AGENCY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CHANGE OF VENUE**<br><br>Date: November 24, 2020<br>Time: 2:00 pm<br>Place: Courtroom 2, 17th Floor<br>Honorable William H. Orrick |

On October 20, 2020, Plaintiffs moved under 28 U.S.C. § 1404(a) to transfer this case from this District to the District of Arizona. *See* Pls.' Mot. for Change of Venue at 3 (Oct. 20, 2020), ECF No. 61. Plaintiffs' motion also requests an additional thirty days from the effective date of transfer for Plaintiffs to file an amended complaint in the District of Arizona. *Id.* at 2.

The Federal Agency Defendants[1] consent to Plaintiffs' request to transfer this case and to Plaintiffs' request for an additional thirty days to file an amended complaint in the District of Arizona. We note, however, that transfer is appropriate pursuant to 28 U.S.C. § 1406(a), rather than section 1404(a). *See, e.g.*, *AT&T Corp. v. Teliax, Inc.*, No. 16-CV-01914-WHO, 2016 WL 4241910, at *2 (N.D. Cal. Aug. 11, 2016) (quoting *Atl. Marine Const. Co. v. U.S. Dist. Court for W. Dist. of Texas*, 134 S. Ct. 568, 579 (2013) ("Unlike § 1406(a), § 1404(a) does not condition transfer on the initial forum's being 'wrong.'")).

DATED: November 3, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-3183 (phone)
(202) 616-8470 (fax)
kevin.p.hancock@usdoj.gov

*Counsel for the Federal Agency Defendants*

---

[1] The "Federal Agency Defendants" are William Barr, Attorney General of the United States; Timothy Shea, Acting Administrator of the U.S. Drug Enforcement Administration ("DEA"); Chad Wolf, Acting Secretary of the Department of Homeland Security ("DHS"); Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection ("CBP"); and the United States of America.