# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:20−cv−03098−WHO

| | |
|---|---|
| Arizona Yage Assembly et al v. Barr et al | Date Filed: 05/05/2020 |
| Assigned to: Judge William H. Orrick | Date Terminated: 11/06/2020 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Arizona Yage Assembly**<br>*a California corporation* | represented by | **Charles H Carreon**<br>Charles Carreon, Attorney at Law<br>Charles Carreon, Attorney at Law<br>3241 E Blacklidge Drive<br>Tucson<br>Tucson, AZ 85716<br>United Sta<br>628−227−4059<br>Email: chas@charlescarreon.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **North American Association of Visionary Churches**<br>*a California Corporation* | represented by | **Charles H Carreon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Clay Villanueva** | represented by | **Charles H Carreon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Attorney General of William P. Barr** | represented by | **Kevin P. Hancock**<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 12304<br>Washington, DC 20005<br>(202) 514−3183<br>Fax: (202) 616−8470<br>Email: kevin.p.hancock@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Acting Administrator Uttam Dhillon** | represented by | **Kevin P. Hancock**<br>(See above for address) |

                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Acting Secretary of Chad F. Wolf**     represented by    **Kevin P. Hancock**
                                      (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark A Morgan**     represented by    **Kevin P. Hancock**
*Acting Commissioner of U.S. Customs and*                 (See above for address)
*Border Protection*                                          *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Prevoznik**     represented by    **Leah Brownlee Taylor**
*Deputy Assistant Administrator of the DEA*                  U.S.Dept. of Justice
*Dept. of Diversion Control, in his personal*                     P.O. Box 7146
*capacity,*                                                   Ben Franklin Station
*TERMINATED: 08/11/2020*                               Washington, DC 20044
                                        202−616−4325
                                        Email: Leah.B.Taylor@usdoj.gov
                                        *TERMINATED: 08/11/2020*
                                        *LEAD ATTORNEY*

**Defendant**

**United States of America**     represented by    **Kevin P. Hancock**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**State of Arizona**     represented by    **Drew Curtis Ensign**
                                        Latham & Watkins LLP
                                        555 11th Street NW
                                        Suite 1000
                                        Washington, DC 20008
                                        202−637−2000
                                        Email: drew.ensign@azag.gov
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Brnovich**     represented by    **Drew Curtis Ensign**
*Arizona Attorney General*                                (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Maricopa County**<br>*a political subdivision of the State of Arizona* | represented by | **Evan F. Hiller**<br>Sacks Tierney P.A.<br>4250 N. Drinkwater Boulevard, 4th Floor<br>Scottsdale, AZ 85251<br>480–425–2661<br>Fax: 480–425–4961<br>Email: evan.hiller@sackstierney.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Matthew Shay** | represented by | **Evan F. Hiller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |


| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2020 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400, receipt number 0971–14441312.). Filed byArizona Yage Assembly, North American Association of Visionary Churches. (Attachments: # 1 Civil Cover Sheet)(Carreon, Charles) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | Ï 2 | Proposed Summons. (Carreon, Charles) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | Ï 3 | Certificate of Interested Entities by Arizona Yage Assembly, North American Association of Visionary Churches (Carreon, Charles) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/06/2020 | Ï 4 | Case assigned to Magistrate Judge Thomas S. Hixson.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5–1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/20/2020. (haS, COURT STAFF) (Filed on 5/6/2020) (Entered: 05/06/2020) |
| 05/08/2020 | Ï 5 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Arizona Yage Assembly, North American Association of Visionary Churches.. (Carreon, Charles) (Filed on 5/8/2020) (Entered: 05/08/2020) |
| 05/11/2020 | Ï 6 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. <p>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. <p>*This is a text only docket entry; there is no document associated with this notice.* (cdnS, COURT STAFF) (Filed on 5/11/2020) (Entered: 05/11/2020) |

| | | |
|---|---|---|
| 05/12/2020 | 7 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge William H. Orrick for all further proceedings. Magistrate Judge Thomas S. Hixson no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 05/12/2020. (Attachments: # 1 Notice of Eligibility for Video Recording)(mbcS, COURT STAFF) (Filed on 5/12/2020) (Entered: 05/12/2020)** |
| 05/12/2020 | 8 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/30/2020. Initial Case Management Conference set for 8/6/2020 10:00 AM. (hdjS, COURT STAFF) (Filed on 5/12/2020) (Entered: 05/13/2020)** |
| 05/13/2020 | 9 | Summons Issued as to William P. Barr, Uttam Dhillon, Mark A Morgan, Thomas Prevoznik, United States of America, Chad F. Wolf, U.S. Attorney and U.S. Attorney General (hdjS, COURT STAFF) (Filed on 5/13/2020) (Entered: 05/13/2020) |
| 05/13/2020 | 10 | **CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 8/11/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor. Case Management Statement due by 8/4/2020. Signed by Judge William H. Orrick on 05/13/2020. (jmdS, COURT STAFF) (Filed on 5/13/2020) (Entered: 05/13/2020)** |
| 06/03/2020 | 11 | CERTIFICATE OF SERVICE by Arizona Yage Assembly, North American Association of Visionary Churches (Attachments: # 1 Exhibit PROOF OF SERVICE ON THE UNITED STATES OF AMERICA BY SERVICE ON U.S. ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, # 2 Exhibit PROOF OF SERVICE ON THE UNITED STATES OF AMERICA BY PERSONAL DELIVERY TO U.S. ATTORNEYS CIVIL PROCESS CLERK, # 3 Exhibit PROOF OF SERVICE ON THE UNITED STATES DEPARTMENT OF JUSTICE BY SERVICE ON WILLIAM BARR IN HIS CAPACITY AS UNITED STATES ATTORNEY GENERAL, # 4 Exhibit PROOF OF SERVICE ON UNITED STATES DRUG ENFORCEMENT AGENCY BY SERVICE UPON UTTAM DHILLON ACTING DIRECTOR OF THE UNITED STATES DRUG ENFORCEMENT AGENCY, # 5 Exhibit THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY BY SERVICE UPON CHAD F. WOLF IN HIS CAPACITY AS ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, # 6 Exhibit PROOF OF SERVICE ON UNITED STATES CUSTOMS AND BORDER PROTECTION BY SERVICE UPON MARK A. MORGAN IN HIS CAPACITY AS ACTING COMMISSIONER OF UNITED STATES CUSTOMS AND BORDER PROTECTION)(Carreon, Charles) (Filed on 6/3/2020) (Entered: 06/03/2020) |
| 06/16/2020 | 12 | AMENDED COMPLAINT *FIRST AMENDED AND SUPPLEMENTAL COMPLAINT* against All Defendants. Filed byNorth American Association of Visionary Churches, Arizona Yage Assembly, Clay Villanueva. (Carreon, Charles) (Filed on 6/16/2020) (Entered: 06/16/2020) |
| 06/19/2020 | 13 | Proposed Summons. (Carreon, Charles) (Filed on 6/19/2020) (Entered: 06/19/2020) |
| 06/22/2020 | | Electronic filing error re: 13 Proposed Summons filed by Clay Villanueva, North American Association of Visionary Churches, Arizona Yage Assembly. This filing will not be proce ssed by the clerks office as there is currently a summons outstanding (see doc no 9 ). If counsel wishes to have a new summons issued, the outstanding summons must first be returned using <Civil><Initial Pleadings and Service><Service of Process><Summons Returned Unexecuted>, OR, submit a new proposed summons naming only the parties to which summons has not already been issued. (slhS, COURT STAFF) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/22/2020 | 14 | Proposed Summons. (Carreon, Charles) (Filed on 6/22/2020) (Entered: 06/22/2020) |
| 06/23/2020 | 15 | Summons Issued as to Matthew Shay, Maricopa County, State of Arizona, Mark Brnovich. (mclS, COURT STAFF) (Filed on 6/23/2020) (Entered: 06/23/2020) |

| | | |
|---|---|---|
| 07/14/2020 | 16 | NOTICE of Appearance by Evan F Hiller (Hiller, Evan) (Filed on 7/14/2020) (Entered: 07/14/2020) |
| 07/15/2020 | 17 | MOTION to Stay *the Proceedings Against Thomas Prevoznik Until the Supreme Court's Resolution of Tanvir v. Tanzin* filed by Thomas Prevoznik. Motion Hearing set for 8/26/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 7/29/2020. Replies due by 8/5/2020. (Attachments: # 1 Proposed Order)(Taylor, Leah) (Filed on 7/15/2020) (Entered: 07/15/2020) |
| 07/16/2020 | 18 | NOTICE of Appearance by Kevin P. Hancock (Hancock, Kevin) (Filed on 7/16/2020) (Entered: 07/16/2020) |
| 07/16/2020 | 19 | MOTION to Stay *or in the Alternative to Enlarge Time to Respond to the Complaint* filed by William P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. Motion Hearing set for 9/9/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 7/30/2020. Replies due by 8/6/2020. (Attachments: # 1 Exhibit A (Brinks Decl.), # 2 Exhibit B (Hancock Decl.), # 3 Proposed Order)(Hancock, Kevin) (Filed on 7/16/2020) (Entered: 07/16/2020) |
| 07/21/2020 | 20 | MOTION to Dismiss filed by Maricopa County, Matthew Shay. Motion Hearing set for 9/9/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 8/4/2020. Replies due by 8/11/2020. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Hiller, Evan) (Filed on 7/21/2020) (Entered: 07/21/2020) |
| 07/22/2020 | 21 | ERRATA re 12 Amended Complaint by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Carreon, Charles) (Filed on 7/22/2020) (Entered: 07/22/2020) |
| 07/22/2020 | 22 | MOTION for Preliminary Injunction filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. Motion Hearing set for 8/26/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 8/5/2020. Replies due by 8/12/2020. (Attachments: # 1 Declaration of Clay Villanueva, # 2 Declaration of Winfield Scott Stanley III, # 3 Declaration of Charles Carreon, # 4 Exhibit Daime Complaint, # 5 Exhibit DEA Letter, # 6 Exhibit De Facto Cease and Desist Letter, # 7 Exhibit Soul Quest complaint, # 8 Exhibit Webpages from DEA.gov, MCSO.org and AZHIDTA.org re HIDTA, # 9 Exhibit US DOJ 2019 Budget Request, # 10 Exhibit Google site−specific search of MCSO.org, # 11 Exhibit Comparison Google site−specific search of MCSO.org, # 12 Exhibit Maricopa County Search Warrant, # 13 Exhibit Proofs of Service of Arizona Defendants, # 14 Exhibit Screen captures of video recordings of the HIDTA raid, # 15 Proposed Order [Proposed] Order Granting Preliminary Injunction)(Carreon, Charles) (Filed on 7/22/2020) (Entered: 07/22/2020) |
| 07/23/2020 | 23 | ADR Clerks Notice re: Non−Compliance with Court Order. The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order. Counsel shall comply promptly with the requirements of ADR L.R. 3−5(b) and shall file the ADR Certification. *(This is a text−only entry generated by the court. There is no document associated with this entry.)*(cmf, COURT STAFF) (Filed on 7/23/2020) (Entered: 07/23/2020) |
| 07/24/2020 | 24 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Carreon, Charles) (Filed on 7/24/2020) (Entered: 07/24/2020) |
| 07/24/2020 | 25 | Ex Parte Application re 8 Initial Case Management Scheduling Order with ADR Deadlines filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Declaration Proofs of Service on Arizona AG and State of Arizona, # 2 Exhibit Correspondence to counsel and stipulation, # 3 Exhibit Correspondence to counsel and stipulation, # 4 Exhibit Reply email from opposing counsel, # 5 Exhibit Reply email from opposing counsel, # 6 Exhibit Reply email from opposing counsel, # 7 Proposed Order [Proposed] Order Continuing |

| | | |
|---|---|---|
| | | Case Management Conference)(Carreon, Charles) (Filed on 7/24/2020) (Entered: 07/24/2020) |
| 07/24/2020 | 26 | ERRATA re 25 Ex Parte Application re 8 Initial Case Management Scheduling Order with ADR Deadlines *and Supplemental Filing of Exhibit Omitted from Ex Parte Application to Continue CMC Docket #25* by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Exhibit Supplemental filing of Exhibit 1 to Docket #25)(Carreon, Charles) (Filed on 7/24/2020) (Entered: 07/24/2020) |
| 07/27/2020 | 27 | CLERK'S NOTICE – Case Management Conference and Motion Hearing reset for 9/9/2020 02:00 PM before Judge William H. Orrick. Case Management Statement continued to 9/2/2020. Hearing reset as to 17 MOTION to Stay and 22 MOTION for Preliminary Injunction. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jmdS, COURT STAFF) (Filed on 7/27/2020) (Entered: 07/27/2020) |
| 07/27/2020 | 28 | NOTICE of Appearance by Drew Curtis Ensign (Ensign, Drew) (Filed on 7/27/2020) (Entered: 07/27/2020) |
| 07/27/2020 | 29 | MOTION to Dismiss , MOTION to Dismiss for Lack of Jurisdiction filed by Mark Brnovich, State of Arizona. Motion Hearing set for 9/2/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 8/10/2020. Replies due by 8/17/2020. (Attachments: # 1 Proposed Order Proposed Order)(Ensign, Drew) (Filed on 7/27/2020) (Entered: 07/27/2020) |
| 07/29/2020 | 30 | CLERK'S NOTICE – Motion Hearing as to 29 MOTION to Dismiss reset for 9/9/2020 02:00 PM before Judge William H. Orrick. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jmdS, COURT STAFF) (Filed on 7/29/2020) (Entered: 07/29/2020) |
| 07/29/2020 | 31 | MOTION to Strike *Plaintiffs' First Amended and Supplemental Complaint* filed by William P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. Motion Hearing set for 9/9/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 8/12/2020. Replies due by 8/19/2020. (Attachments: # 1 Proposed Order)(Hancock, Kevin) (Filed on 7/29/2020) (Entered: 07/29/2020) |
| 07/30/2020 | 32 | STIPULATION WITH PROPOSED ORDER re 20 MOTION to Dismiss , 19 MOTION to Stay *or in the Alternative to Enlarge Time to Respond to the Complaint*, 17 MOTION to Stay *the Proceedings Against Thomas Prevoznik Until the Supreme Court's Resolution of Tanvir v. Tanzin*, 22 MOTION for Preliminary Injunction , 29 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Proposed Order on Stipulation Amending Briefing Deadlines)(Carreon, Charles) (Filed on 7/30/2020) (Entered: 07/30/2020) |
| 08/05/2020 | 33 | MOTION for Preliminary Injunction filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. Motion Hearing set for 9/9/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 8/19/2020. Replies due by 8/26/2020. (Attachments: # 1 Declaration of Winfield Scott Stanley III, # 2 Declaration of Charles Carreon, # 3 Exhibit AYA's Tenets and Precepts, # 4 Exhibit Ceremonial Instructions, # 5 Exhibit Code of Ethics, # 6 Exhibit Questionnaire, # 7 Exhibit Confirmation Letter, # 8 Exhibit Summary of Survey Results, # 9 Exhibit Halpern Declaration, # 10 Exhibit Gerding Declaration, # 11 Exhibit Opinion Letter of Dr. Paulo Barbosa, # 12 Exhibit Documents re COVID−19 risks in Arizona hospitals and prisons, # 13 Exhibit LA Times article, # 14 Exhibit Final Injunction in CHLQ v. Mukasey, # 15 Exhibit Letter of Eladio Melendez Garcia, # 16 Proposed Order Granting Preliminary Injunction)(Carreon, Charles) (Filed on 8/5/2020) (Entered: 08/05/2020) |
| 08/05/2020 | 34 | MOTION TO DEEM FIRST AMENDED AND SUPPLEMENTAL COMPLAINT PROPERLY FILED re 12 Amended Complaint filed by Arizona Yage Assembly, North American Association |

| | | |
|---|---|---|
| | | of Visionary Churches, Clay Villanueva. Motion Hearing set for 9/9/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 8/19/2020. Replies due by 8/26/2020. (Attachments: # 1 Declaration of Charles Carreon in Support of Motion for Relief Under F.R.Civ.P. Rules 60(b) and 6(b), # 2 Supplement Granting Motion)(Carreon, Charles) (Filed on 8/5/2020) (Entered: 08/05/2020) |
| 08/05/2020 | 35 | ERRATA re 33 MOTION for Preliminary Injunction by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Exhibit Pagination−Corrected Version of Docket # 33)(Carreon, Charles) (Filed on 8/5/2020) (Entered: 08/05/2020) |
| 08/07/2020 | 36 | OPPOSITION/RESPONSE (re 34 MOTION TO DEEM FIRST AMENDED AND SUPPLEMENTAL COMPLAINT PROPERLY FILED re 12 Amended Complaint ) filed byWilliam P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. (Attachments: # 1 Proposed Order)(Hancock, Kevin) (Filed on 8/7/2020) (Entered: 08/07/2020) |
| 08/11/2020 | 37 | NOTICE of Voluntary Dismissal *of Defendant Thomas Prevoznik* by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva (Carreon, Charles) (Filed on 8/11/2020) (Entered: 08/11/2020) |
| 08/11/2020 | 38 | OPPOSITION/RESPONSE to (re 17 MOTION to Stay *the Proceedings Against Thomas Prevoznik Until the Supreme Court's Resolution of Tanvir v. Tanzin* ) filed byArizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Carreon, Charles) (Filed on 8/11/2020) (Entered: 08/11/2020) |
| 08/12/2020 | 39 | OPPOSITION/RESPONSE to (re 22 MOTION for Preliminary Injunction ) filed by Maricopa County, Matthew Shay. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Hiller, Evan) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/12/2020 | 40 | OPPOSITION/RESPONSE to (re 22 MOTION for Preliminary Injunction ) filed by Mark Brnovich, State of Arizona. (Ensign, Drew) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/12/2020 | 41 | OPPOSITION/RESPONSE to (re 22 MOTION for Preliminary Injunction ) filed byWilliam P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. (Attachments: # 1 Exhibit A (Paddy Decl.), # 2 Exhibit B (Miller Decl.), # 3 Jan. 9, 2020 email from Charles Carreon, Esq., # 4 Exhibit C (Brown Decl.))(Hancock, Kevin) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/12/2020 | 42 | OPPOSITION/RESPONSE to (re 17 MOTION to Stay *the Proceedings Against Thomas Prevoznik Until the Supreme Court's Resolution of Tanvir v. Tanzin* ) filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Declaration of Charles Carreon in Support of Opposition to Motion to Stay of Federal Agency Defendants)(Carreon, Charles) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/12/2020 | 43 | OPPOSITION/RESPONSE to (re 20 MOTION to Dismiss *of Maricopa County and Matthew Sha,* filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Declaration of Charles Carreon in Support of Opposition to Motion to Dismiss of Maricopa County and Matthew Shay)(Carreon, Charles) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/12/2020 | 44 | OPPOSITION/RESPONSE to (re 29 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction *of Arizona Attorney General and State of Arizona* filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Declaration of Charles Carreon)(Carreon, Charles) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/12/2020 | 45 | OPPOSITION/RESPONSE to (re 31 MOTION to Strike *Plaintiffs' First Amended and Supplemental Complaint* ) filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Carreon, Charles) (Filed on 8/12/2020) (Entered: |

| | | |
|---|---|---|
| | | 08/12/2020) |
| 08/19/2020 | 46 | OPPOSITION/RESPONSE (re 34 MOTION TO DEEM FIRST AMENDED AND SUPPLEMENTAL COMPLAINT PROPERLY FILED re 12 Amended Complaint ) filed byMaricopa County, Matthew Shay. (Hiller, Evan) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 47 | REPLY (re 20 MOTION to Dismiss ) filed byMaricopa County, Matthew Shay. (Hiller, Evan) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 48 | REPLY (re 29 MOTION to Dismiss MOTION to Dismiss for Lack of Jurisdiction ) filed byMark Brnovich, State of Arizona. (Ensign, Drew) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 49 | OPPOSITION/RESPONSE (re 33 MOTION for Preliminary Injunction ) filed byWilliam P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. (Hancock, Kevin) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 50 | REPLY (re 31 MOTION to Strike *Plaintiffs' First Amended and Supplemental Complaint* ) filed byWilliam P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. (Hancock, Kevin) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 51 | REPLY (re 19 MOTION to Stay *or in the Alternative to Enlarge Time to Respond to the Complaint* ) filed byWilliam P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. (Hancock, Kevin) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 52 | REPLY (re 22 MOTION for Preliminary Injunction ) filed byArizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Attachments: # 1 Declaration of Charles Carreon, # 2 Declaration of WInfield Scott Stanley III, # 3 Exhibit Change.org petition launch email, # 4 Exhibit USPS Mail Delivery Confirmation, # 5 Exhibit Email opening confirmations, # 6 Exhibit AYA Articles, # 7 Exhibit NAAVC Articles)(Carreon, Charles) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/26/2020 | 53 | REPLY (re 33 MOTION for Preliminary Injunction ) filed byArizona Yage Assembly. (Attachments: # 1 Declaration in Reply of Charles Carreon in Support of AYA's Motion for Preliminary Injunction, # 2 Declaration in Reply of Winfield Scott Stanley III in Support of AYA"s Motion for Preliminary Injunction, # 3 Exhibit Correspondence, # 4 Exhibit Email Reply to Correspondence, # 5 Exhibit AYA Articles of Incorporation, # 6 Exhibit Letter from Eladio Melendez Garcia (legible copy of Exhibit 14, Docket # 33−15)(Carreon, Charles) (Filed on 8/26/2020) (Entered: 08/26/2020) |
| 09/02/2020 | 54 | JOINT CASE MANAGEMENT STATEMENT filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. (Carreon, Charles) (Filed on 9/2/2020) (Entered: 09/02/2020) |
| 09/08/2020 | 55 | CLERKS NOTICE SETTING ZOOM HEARING. The Case Management Conference and Motion Hearing set for 9/9/2020 02:00 PM. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/who<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are rem inded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jmdS, COURT STAFF) (Filed on 9/8/2020) (Entered: 09/08/2020) |

| | | |
|---|---|---|
| 09/09/2020 | 56 | **Minute Entry for proceedings held before Judge William H. Orrick: Motion Hearing held on 9/9/2020. Motions taken under submission; written order to follow. Total Time in Court: 42 minutes. Court Reporter: Belle Ball. (jmdS, COURT STAFF) (Date Filed: 9/9/2020) (Entered: 09/09/2020)** |
| 09/21/2020 | 57 | **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS, DENYING DEFENDANTS' MOTION TO STAY, DENYING DEFENDANTS' MOTION TO STRIKE THE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT, DENYING PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTIONS by Judge William H. Orrick. (jmdS, COURT STAFF) (Filed on 9/21/2020) (Entered: 09/21/2020)** |
| 09/23/2020 | 58 | TRANSCRIPT ORDER for proceedings held on Sep 9, 2020 before Judge William H. Orrick by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva, for Court Reporter Belle Ball. (Carreon, Charles) (Filed on 9/23/2020) (Entered: 09/23/2020) |
| 09/30/2020 | 59 | TRANSCRIPT ORDER for proceedings held on Sept. 9, 2020 before Judge William H. Orrick by William P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf, for Court Reporter Belle Ball. (Hancock, Kevin) (Filed on 9/30/2020) (Entered: 09/30/2020) |
| 10/12/2020 | 60 | Transcript of Proceedings held on September 9, 2020, before Judge William H. Orrick. Court Reporter Belle Ball, CSR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 58 Transcript Order, 59 Transcript Order ) Release of Transcript Restriction set for 1/11/2021. (Related documents(s) 58 , 59 ) (ballbb15S, COURT STAFF) (Filed on 10/12/2020) (Entered: 10/12/2020) |
| 10/20/2020 | 61 | MOTION to Change Venue filed by Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villanueva. Motion Hearing set for 11/25/2020 02:00 PM in San Francisco, Courtroom 02, 17th Floor before Judge William H. Orrick. Responses due by 11/3/2020. Replies due by 11/10/2020. (Attachments: # 1 Declaration of Charles Carreon in Support of Motion to Change Venue, # 2 Proposed Order Transferring Action to the District of Arizona)(Carreon, Charles) (Filed on 10/20/2020) (Entered: 10/20/2020) |
| 11/02/2020 | 62 | CLERKS NOTICE SETTING ZOOM HEARING – Hearing re: 61 Motion to Change Venue RESET for 11/24/2020 02:00 PM before Judge William H. Orrick. This proceeding will be held via Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/who<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jmdS, COURT STAFF) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/02/2020 | 63 | OPPOSITION/RESPONSE (re 61 MOTION to Change Venue ) filed byMark Brnovich, State of Arizona. (Ensign, Drew) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/03/2020 | 64 | |

| | | |
|---|---|---|
| | | OPPOSITION/RESPONSE (re 61 MOTION to Change Venue ) filed byWilliam P. Barr, Uttam Dhillon, Mark A Morgan, United States of America, Chad F. Wolf. (Hancock, Kevin) (Filed on 11/3/2020) (Entered: 11/03/2020) |
| 11/06/2020 | 65 | **ORDER TRANSFERRING VENUE. Signed by Judge William H. Orrick on 11/6/2020. (jmdS, COURT STAFF) (Filed on 11/6/2020) (Entered: 11/06/2020)** |