# United States District Court

District of Arizona
## Office of the Clerk

**Debra D. Lucas**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Michael O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

December 8, 2020

To: All Parties/Counsel of Record

    Re:  Arizona Yage Assembly, et al., v. Barr, et al.
          3:20-cv-3098

Dear Parties/Counsel of Record:

The above mentioned cause of action has been received in this district and has been assigned to the Honorable Michael T Liburdi for all further proceedings.  All future pleadings should now list the following complete case number:  **CV-20-2373-PHX-MTL**.

If any documents have been filed in California  since the transfer of this case, please arrange with the Clerk there to send them to this office for filing.

Sincerely,

**DEBRA D. LUCAS, DCE/CLERK**

By: <u>s/M. Pruneau</u>
     Deputy Clerk