JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com
Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>  Plaintiffs,<br><br>vs.<br><br>William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay,<br><br>  Defendants. | Case No.:20-CV-02373-MTL<br><br>Request for Dismissal of Defendants the State of Arizona and Mark Brnovich, Arizona Attorney General |

TO ALL PARTIES AND THEIR COUNSEL OR RECORD, PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 41(a)(1), plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva hereby request the dismissal of two defendants only, and no others, from this action, to wit, (1) the State of Arizona, and (2) Mark Brnovich, Arizona Attorney General.

Dated:  December 24, 2020         JOHN SULLIVAN
                                  /s/John Sullivan
                                  CHARLES CARREON (127139)
                                  Attorney for Plaintiffs
                                  Arizona Yagé Assembly,
                                  North American Association of Visionary Churches,
                                  and Clay Villanueva