# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, et al., <br><br> Defendants. | No. CV-20-02373-PHX-MTL <br><br> **ORDER** |

Pursuant to Plaintiffs' Request for Dismissal of Defendants the State of Arizona and Mark Brnovich, Arizona Attorney General (Doc. 69), and good cause appearing,

**IT IS ORDERED granting** Plaintiffs' Request for Dismissal (Doc. 69). Defendants the State of Arizona and Mark Brnovich are dismissed from this case.

**IT IS FURTHER ORDERED** that because Defendants William Barr, Uttam Dhillon, Chad F. Wolf, Mark A. Morgan, the United States, Maricopa County, and Matthew Shay remain, the Clerk of the Court shall not close this case.

Dated this 28th day of December, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge