JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay,<br><br>　　　　　Defendants. | Case No.:20-CV-02373-MTL<br><br>PLAINTIFFS ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, AND CLAY VILLANUEVA'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME UNTIL JANUARY 21, 2021 BY WHICH TO FILE THE THIRD AMENDED COMPLAINT (FEDERAL RULES OF CIV. PRO 6(B); LOCAL RULE 7(b))<br><br>SECOND REQUEST FOR EXTENSION OF TIME<br><br>Current Due Date: January 7, 2021<br>Requested Due Date: January 21, 2021 |

　　　　Plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva ("Plaintiffs") respectfully apply ex parte for an order extending time by which to file the third amended complaint. Plaintiffs attempt to obtain a stipulation on the issue among the parties have been complicated by holiday delays as well as the position taken by Defendants Maricopa County and Matthew Shay.

　　　　Plaintiffs' new counsel was recently retained and admitted into this action on December 17, 2020. See Declaration of John Sullivan ("Sullivan Decl."), paragraph 2. Given the holidays and the nature of the action, Plaintiffs counsel believes additional time

will be required to prepare and file the Third Amended Complaint. Sullivan Decl. paragraphs 3-5.

After discussion with other counsel Plaintiffs prepared a stipulation for additional time to file the Third Amended Complaint for counsel's signature. See Sullivan Decl. paragraph 6, <u>Exhibit 1</u> attached to Sullivan Decl. Counsel for The United States of America Defendants was generally agreeable to extension but requested additional time to obtain formal agreement. See Sullivan Decl. paragraphs 7-8, <u>Exhibit 2.</u> Counsel for Defendants Maricopa County and Mathew Shay indicated that those defendants would not object to Plaintiffs request although counsel questioned the Defendants standing to sign a stipulation. Sullivan Decl. paragraph 9; <u>Exhibit 3.</u>

This is the second request to file a request for extension of time to file the Third Amended Complaint and the first request since the action was transferred to this court. Sullivan Decl. paragraph 10. Plaintiffs respectfully submit that Plaintiffs have established good cause for the extension of time.

Dated:  December 31, 2020

/s/John Sullivan
 John Sullivan
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches,
and Clay Villanueva

**STIPULATION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT AND RESPONSIVE DEADLINES**
2