JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>    Plaintiffs,<br><br>vs.<br><br>William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay,<br><br>    Defendants. | Case No.:20-CV-02373-MTL<br><br>DECLARATION OF JOHN SULLIVAN IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |

### DECLARATION OF JOHN SULLIVAN

John Sullivan declares and states as follows:

**1.** I am an attorney licensed to practice law in the State of California, and the attorney of record for the plaintiffs herein.  I make this declaration on personal knowledge, and if called as a witness could and would so competently testify.

**2.** Plaintiffs initially filed this action in California, and arrived in the District of Arizona by way of a transfer order from the Northern District of California.  (Order

Transferring Venue, Docket # 65.) I was recently retained and was admitted in the District Court of Arizona on December 17, 2020 on a pro hac vice basis.

3. Given the holidays and the nature of this action I believe I need additional time to become fully acquainted the facts and law in order to prepare and file the Third Amended Complaint ("TAC") so as to ensure this case can move efficiently going forward.

4. I have acted with alacrity to acquaint myself with the case, but will find it difficult or impossible to meet the existing deadline of January 7, 2020 for filing the Third Amended Complaint.

5. Accordingly, an extension of two weeks until January 21, 2020 is requested, and will be sufficient to allow proper preparation of the TAC.

6. After discussion with counsel, Plaintiffs prepared a stipulation relating to the extension and tendered it for the signature of opposing counsel, although defendants have not stated objections, defendants have not signed the proffered stipulation either. See Exhibit 1 attached.

7. Kevin Hancock, counsel for the Drug Enforcement Administration, the Department of Justice, and all other federal agencies (all together, the "United States of America"), indicated that the United States of America would not object to the Court's giving plaintiffs until January 21, 2021 to file the TAC; however, the United States of America would request sixty (60) days after the filing of the TAC to file its own responsive papers. See Exhibit 2.

8. After not getting a final agreement on the stipulation I again inquired with Kevin Hancock about the stipulation but he indicated he could not obtain the necessary approval due to the holidays. Id.

9. Evan Hiller, counsel for Maricopa County and Matthew Shay, indicated that his clients had no objection to the court's giving plaintiffs until January 21, 2021 to file the TAC; however, his clients did not believe they had standing to enter into a

stipulation, having been dismissed from the action by Judge Orrick in the Northern District of California.  See <u>Exhibit 3</u>.

**10.** This is the second request for extension to file the third amended complaint and the first since the action was transferred to this court.

**11.** I respectfully submit that the foregoing facts establish good cause to grant the requested extension of time for plaintiffs to file their Third Amended Complaint, and accordingly, request that the Court enter an Order in the form submitted herewith, extending plaintiffs' time to file the TAC to and until January 21, 2021.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on December 31, 2020.

s/John Sullivan/s