**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay,<br><br>　　　　　Defendants. | Case No.:20-CV-02373-MTL<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFFS FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |

For good cause shown, the Court GRANTS the *ex parte* application pursuant to F.R.Civ.P. 6(b) of plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva.  Plaintiffs shall file their Third Amended Complaint on or before January 21, 2021.

Dated: _____, 202_

UNITED STATES DISTRICT COURT JUDGE
Hon. Michael T. Liburdi

Respectfully submitted,

Dated:  December 31, 2020          JOHN SULLIVAN

/s/John Sullivan
JOHN SULLIVAN (CSB#204648)
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches,
and Clay Villanueva

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. Rule 6(b)

Federal Rule of Civil Procedure 6(b) provides:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order.

This application is thus properly made *ex parte* prior to the August 11th CMC date.

## 2. Facts

Plaintiffs initially filed this action in California, and arrived in the District of Arizona by way of a transfer order from the Northern District of California. (Order Transferring Venue, Docket # 65.) Counsel for plaintiffs was recently retained and needs additional time to become fully acquainted the facts and law in order to file the Third Amended Complaint ("TAC"). (Sullivan Dec. ¶ 2.) Plaintiffs' counsel has acted with alacrity to acquaint himself with the case, but will find it difficult or impossible to meet the existing deadline of January 7, 2020 for filing the Third Amended Complaint. (Sullivan Dec. ¶ 3.) Accordingly, an extension of two weeks until January 21, 2020 is requested. (Sullivan Dec. ¶ 4.) Plaintiffs prepared a stipulation for the signature of opposing counsel, but for reasons set forth below, defendants have neither stated objections, nor have they signed the stipulation. (Sullivan Dec. ¶ 5; Exhibit 1.) Accordingly, plaintiffs deemed it wise to submit the ex parte application to show diligence in presenting their request for an extension of time to file the TAC.

## 3. Position of Opposing Counsel

Kevin Hancock, counsel for the Drug Enforcement Administration, the Department of Justice, and all other federal agencies (all together, the "Government"), indicated that the Government would not object to the Court's giving plaintiffs until January 21, 2021 to file the TAC; however, the Government would request sixty (60) days after the filing of the TAC to file its own responsive papers. (Sullivan Dec. ¶ 6; Exhibit 2.)

Evan Hiller, counsel for Maricopa County and Matthew Shay, indicated that his clients had no objection to the Court's giving plaintiffs until January 21, 2021 to file the TAC; however, his clients did not believe they had standing to enter into a stipulation, having been dismissed from the action by Judge Orrick in the Northern District of California.  (Sullivan Dec. ¶ 7; Exhibit 3.)

**4.   The Court Should Grant the Requested Extension of Two Weeks**

Plaintiffs have been diligent in adjusting to the transfer of this action from their initial filing venue, obtaining counsel who established communications with opposing counsel promptly and sought a stipulation to obtain a brief extension of time to allow him to properly prepare the TAC for filing.  Due to the holiday season, the Government has been unable to formalize the terms of an extension in writing; however, it does not appear that any of the defendants have any substantive objection to the requested extension herein.

**5.   Conclusion**

Plaintiffs have shown good cause to grant this parte application.  Accordingly, the Court is requested to issue an order in the form submitted herewith, extending the time for plaintiffs to file the TAC until January 21, 2021.

Dated:  December 31, 2020          JOHN SULLIVAN

/s/John Sullivan
JOHN SULLIVAN (CSB#204648)
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches,
and Clay Villanueva