```
1  JOHN SULLIVAN (CSB#204648) Pro Hac Vice
   10857 Kling Street
2  North Hollywood, California 91602
   Tel:818-769-7236 Fax:818-301-2175
3  Email:Sullivan.John84@gmail.com
4
   Attorneys for Plaintiffs Arizona Yagé Assembly,
5  North American Association of Visionary Churches, and
   Clay Villanueva
6
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva, | Case No.:20-CV-02373-MTL |
|---|---|
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay, | |
| Defendants. | |

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 10857 Kling Street, North Hollywood, California 91602 which is in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service on the same day in the ordinary course of business.

On December 31, 2020 I served the following documents(s):
Plaintiffs Arizona Yagé Assembly, North American Association Of Visionary Churches, And Clay Villanueva's Ex Parte Application For An Order Extending Time Until January 21, 2021 By Which To File The Third Amended Complaint (Federal Rules Of Civ. Pro 6(B); Local Rule 7(B))

Declaration Of John Sullivan In Support Of Ex Parte Application For Extension Of Time To File Third Amended Complaint

By placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:
Kevin Paul Hancock, Esq.
U.S. Department Of Justice-Civil
Division-Fed Programs-L St
1100 L Street, NW Room 12304
Washington D.C. 20005
Attorney For Attorney General of the United States, Uttam Dhillon, Acting Director U.S. Drug Enforcement Administration, Mark Morgan, Action Commissioner, U.S. Customs and Border Protection, DEA Dep. of Diversion Control, Chad F. Wolf, Acting Secretary Department of Homeland Security

Evan Franklin Hiller
Sacks Tierney PA
4250 N. Drinkwater Blvd 4th Floor
Scottsdale, Arizona 85251
Attorney For Maricopa County and Matthew Shay

And by sealing the envelope and placing it for collection via first class mail and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on December 31, 2020 at North Hollywood, California.

I declare under penalty of perjury, under the laws of the States of Arizona and California and United States of America that the foregoing is true and correct.

   /s/John Sullivan_____
John Sullivan


## Proof of Service