JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay,<br><br>　　　　　Defendants. | Case No.:20-CV-02373-MTL<br><br>DECLARATION OF JOHN SULLIVAN IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |

### DECLARATION OF JOHN SULLIVAN

John Sullivan declares and states as follows:

**1.** I am an attorney licensed to practice law in the State of California, and the attorney of record for the plaintiffs herein. I make this declaration on personal knowledge, and if called as a witness could and would so competently testify.

**2.** Plaintiffs initially filed this action in California, and arrived in the District of Arizona by way of a transfer order from the Northern District of California. (Order

Transferring Venue, Docket # 65.)  I was recently retained and was admitted in the District Court of Arizona on December 17, 2020 on a pro hac vice basis.

3. Given the holidays and the nature of this action I believe I need additional time to become fully acquainted the facts and law in order to prepare and file the Third Amended Complaint ("TAC") so as to ensure this case can move efficiently going forward.

4. I have acted with alacrity to acquaint myself with the case, but will find it difficult or impossible to meet the existing deadline of January 7, 2020 for filing the Third Amended Complaint.

5. Accordingly, an extension of two weeks until January 21, 2020 is requested, and will be sufficient to allow proper preparation of the TAC.

6. After discussion with counsel, Plaintiffs prepared a stipulation relating to the extension and tendered it for the signature of opposing counsel, although defendants have not stated objections, defendants have not signed the proffered stipulation either. See <u>Exhibit 1</u> attached.

7. Kevin Hancock, counsel for the Drug Enforcement Administration, the Department of Justice, and all other federal agencies (all together, the "United States of America"), indicated that the United States of America would not object to the Court's giving plaintiffs until January 21, 2021 to file the TAC; however, the United States of America would request sixty (60) days after the filing of the TAC to file its own responsive papers.  See <u>Exhibit</u> 2.

8. After not getting a final agreement on the stipulation I again inquired with Kevin Hancock about the stipulation but he indicated he could not obtain the necessary approval due to the holidays. Id.

9. Evan Hiller, counsel for Maricopa County and Matthew Shay, indicated that his clients had no objection to the court's giving plaintiffs until January 21, 2021 to file the TAC; however, his clients did not believe they had standing to enter into a

stipulation, having been dismissed from the action by Judge Orrick in the Northern District of California.  See <u>Exhibit 3</u>.

**10.** This is the second request for extension to file the third amended complaint and the first since the action was transferred to this court.

**11.** I respectfully submit that the foregoing facts establish good cause to grant the requested extension of time for plaintiffs to file their Third Amended Complaint, and accordingly, request that the Court enter an Order in the form submitted herewith, extending plaintiffs' time to file the TAC to and until January 21, 2021.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on December 31, 2020.

s/John Sullivan/s

# EXHIBIT 1



john sullivan <sullivan.john84@gmail.com>

## AYA v Barr / intro

**john sullivan** <sullivan.john84@gmail.com>     Tue, Dec 29, 2020 at 3:06 PM
To: "Hancock, Kevin P. (CIV)" <Kevin.P.Hancock@usdoj.gov>
Cc: "Charles Carreon, Esq." <chascarreon@gmail.com>, "Evan Hiller Esq." <Evan.Hiller@sackstierney.com>

Good afternoon gentlemen,

I realize we are in holiday times and Mr. Hancock appears to be out of the office, but Id love to be able to get this stipulation to the court before the end of the year. If acceptable and with your permission I will block sign your names and then submit to the court along with an order? Let me know if there are any issues or questions.

John Sullivan

On Mon, Dec 21, 2020 at 6:18 PM john sullivan <sullivan.john84@gmail.com> wrote:
> Mr. Ensign,
>
> Do you take a position on Plaintiffs request for additional time to file an amended complaint?
>
> John Sullivan
>
> On Mon, Dec 21, 2020 at 11:22 AM Hancock, Kevin P. (CIV) <Kevin.P.Hancock@usdoj.gov> wrote:
>> John,
>>
>> The federal defendants are willing to join the stipulation you propose, if we can also specify in that stipulation that my clients will have 60 days to respond to the amended complaint. Charles and I had previously agreed to a 60-day response time in exchange for our consent to Plaintiffs' motion to transfer and request for 30 days to file the amended complaint after transfer to the District of Arizona. I was going to file a consent motion seeking the 60 days as soon as Plaintiffs filed their amended complaint, but this stipulation offers a good opportunity to get that agreement on the calendar.
>>
>> Please let me know if you have any questions.
>>
>> Thanks,
>>
>> Kevin
>>
>> 
>> **Kevin P. Hancock** | Trial Attorney
>> Federal Programs Branch
>> Civil Division, U.S. Department of Justice
>> (202) 514-3183 | kevin.p.hancock@usdoj.gov
>>
>> **From:** john sullivan <sullivan.john84@gmail.com>
>> **Sent:** Friday, December 18, 2020 4:59 PM
>> **To:** Hancock, Kevin P. (CIV) <khancock@CIV.USDOJ.GOV>
>> **Cc:** Charles Carreon, Esq. <chascarreon@gmail.com>; Evan Hiller Esq. <Evan.Hiller@sackstierney.com>; Drew Ensign <Drew.Ensign@azag.gov>
>> **Subject:** Re: AYA v Barr / intro
>>
>> Thank you gentlemen,
>>
>> Its nice to be in court in Arizona having attended the University of Arizona now many years ago.
>>
>> It would be most appreciated if counsel could stipulate to a two week extension on the serving and filing the amended complaint as permitted by the district court in Northern California given the covid situation and the holidays. I think the amended complaint would currently be due January 8 2021, Id ask until January 22, 2021. Please advise.

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>          Plaintiffs,<br><br>     vs.<br><br>William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay,<br><br>          Defendants. | Case No.:20-CV-02373-MTL<br><br>Stipulation for Extension of Time to File Third Amended Complaint and Responsive Deadlines |

All parties presently joined in the litigation hereby agree and stipulate through their counsel of record:

1.     This is the second request for an extension of time to file the Third Amended Complaint ("TAC") and the defendants' related response deadlines, and the first since the action was transferred from the Northern District of California.

2.     The current deadline for plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva ("Plaintiffs") to file the TAC is January 7, 2021.  (Docket # 68.)

**STIPULATION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT AND RESPONSIVE DEADLINES**
1

3. Plaintiffs' counsel was admitted *pro hac vice* as counsel of record for plaintiffs on December 17, 2020. (ECF Minute Order of same date.)

4. Undersigned plaintiffs' counsel John W. Sullivan has not previously represented plaintiffs in this or any other matter, and is currently studying the facts and relevant law with the assistance of Charles Carreon, previously counsel of record in the action prior to transfer, in order to draft the TAC; however, completing this task during the holiday season would be very difficult, and impose a considerable burden upon Mr. Sullivan and Mr. Carreon, while not substantially advancing the progress of the action.

5. Plaintiffs shall have an additional fourteen (14) days until January 22, 2021 to file the amended complaint. Defendants Maricopa County and Mathew Shay do not object to the additional time but Defendants Maricopa County and Mathew Shay believe that they have been dismissed so Defendants Maricopa County and Mathew Shay lack standing to stipulate.

6. Defendants William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States Of America; Maricopa County, and Matthew Shay (the "Agency Defendants") shall have until March 24, 2021 by which to file responsive pleadings to Plaintiffs' amended complaint.

Dated: December 24, 2020      JOHN SULLIVAN
                              /s/John Sullivan
                              Attorney for Plaintiffs
                              Arizona Yagé Assembly,
                              North American Association of Visionary Churches,
                              and Clay Villanueva

Dated: December __, 2020      KEVIN P. HANCOCK
                              xxxxx
                              United States Department of Justice, Civil Division
                              Attorney for Drug Enforcement Administration, the
                              Department of Justice, the U.S. Drug Enforcement
                              Administration, the Department of Homeland Security, and
                              U.S. Customs and Border Protection

**STIPULATION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT AND RESPONSIVE DEADLINES**
2

Dated:  December __, 2020        EVAN HILLER
                                  By: xxxxx_____
                                  Sacks Tierney P.A.
                                  4250 N. Drinkwater Boulevard, 4th Floor
                                  Scottsdale, AZ 85251
                                  Attorney for Maricopa County and Matthew Shay

# EXHIBIT 2

 Charles Carreon <chascarreon@gmail.com>

# AYA v Barr / intro

**Hancock, Kevin P. (CIV)** <Kevin.P.Hancock@usdoj.gov>  Mon, Dec 21, 2020 at 12:22 PM
To: john sullivan <sullivan.john84@gmail.com>
Cc: "Charles Carreon, Esq." <chascarreon@gmail.com>, "Evan Hiller Esq." <Evan.Hiller@sackstierney.com>, Drew Ensign <Drew.Ensign@azag.gov>

John,

The federal defendants are willing to join the stipulation you propose, if we can also specify in that stipulation that my clients will have 60 days to respond to the amended complaint. Charles and I had previously agreed to a 60-day response time in exchange for our consent to Plaintiffs' motion to transfer and request for 30 days to file the amended complaint after transfer to the District of Arizona. I was going to file a consent motion seeking the 60 days as soon as Plaintiffs filed their amended complaint, but this stipulation offers a good opportunity to get that agreement on the calendar.

Please let me know if you have any questions.

Thanks,

Kevin



Kevin P. Hancock | Trial Attorney
Federal Programs Branch
Civil Division, U.S. Department of Justice
(202) 514-3183 | kevin.p.hancock@usdoj.gov

[Quoted text hidden]



john sullivan &lt;sullivan.john84@gmail.com&gt;

## AYA v Barr / intro

**Hancock, Kevin P. (CIV)** &lt;Kevin.P.Hancock@usdoj.gov&gt;      Wed, Dec 30, 2020 at 12:15 PM
To: john sullivan &lt;sullivan.john84@gmail.com&gt;
Cc: "Charles Carreon, Esq." &lt;chascarreon@gmail.com&gt;, "Evan Hiller Esq." &lt;Evan.Hiller@sackstierney.com&gt;

Hi John,

Thanks for your email and apologies for not turning to this sooner. I've passed this on to my clients for their review, but as you can imagine, many folks are out of the office and so I can't guarantee that I'll hear back before the week is out. If not, I'm confident we can address it first thing on Monday. I'll keep you updated.

[Quoted text hidden]

# EXHIBIT 3



Charles Carreon <chascarreon@gmail.com>

## AYA v Barr / intro

**Hiller, Evan F.** <Evan.Hiller@sackstierney.com>  Mon, Dec 21, 2020 at 8:50 AM
To: john sullivan <sullivan.john84@gmail.com>, "Charles Carreon, Esq." <chascarreon@gmail.com>
Cc: Drew Ensign <Drew.Ensign@azag.gov>, "Leonard, Jeffrey S." <Jeffrey.Leonard@sackstierney.com>, "Hancock, Kevin P. (CIV)" <Kevin.P.Hancock@usdoj.gov>

Charles and John,

Thank you for reaching out, and I wish you and yours a happy and healthy holiday season.

The posture of this case is a little strange for the County and Detective Shay right now – we were dismissed from the case, and although we obviously anticipate that we will be named in the amended complaint, that hasn't yet been filed, so we don't actually appear to be a party (even though the logic for dismissal was based on venue, which is resolved by the transfer).

We do not oppose the requested extension, but I'm not sure that our consent or signature are actually necessary in light of the above.

Best regards,

Evan F. Hiller

Attorney
P. 480.425.2661 | F. 480.425.4961

Evan.Hiller@SacksTierney.com