# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

Plaintiffs have filed two virtually identical Requests for Extension of Time (Docs. 71–72). Good cause appearing,

**IT IS ORDERED granting** Plaintiffs' Request for Extension of Time (Doc. 71). The deadline for Plaintiffs to file an amended complaint is extended to **January 21, 2021**. Plaintiffs' Request for Extension of Time (Doc. 72) is denied as moot.

There will be no further extensions absent a showing of extraordinary circumstances.

Dated this 4th day of January, 2021.

Michael T. Liburdi
United States District Judge