JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, Acting Attorney General of the United States, *et al.*,[1]<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>**STIPULATION FOR EXTENSION OF FEDERAL DEFENDANTS' TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br>**(First Request)** |

Pursuant to LRCiv 7.3, subject to the Court's approval, Plaintiffs and the Federal Defendants,[2] through their undersigned counsel of record, HEREBY STIPULATE as follows:

---

[1] Jeffrey A. Rosen and Timothy J. Shea have been substituted for William Barr and Uttam Dhillon, respectively, as defendants in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2] The Federal Defendants are Jeffrey A. Rosen, Acting Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Department of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; and the United States of America.

1

1. On May 5, 2020, Plaintiffs filed the original complaint in this case. ECF No. 1. On June 16, 2020, Plaintiffs filed a First Amended and Supplemental Complaint. ECF No. 12. On the basis of that First Amended and Supplemental Complaint, Plaintiffs filed two motions for preliminary injunction. ECF Nos. 22, 33.

2. On September 21, 2020, the U.S. District Court for the Northern District of California denied Plaintiffs' motions for preliminary injunctions, concluding that "venue is likely improper" in that District. ECF No. 57 at 28-29. The Court's Order granted Plaintiffs 30 days from the date of the Order to amend the First Amended and Supplemental Complaint "to address venue and the other issues discussed in this Order[.]" *Id.* at 29.

3. On October 20, 2020, Plaintiffs filed a motion to transfer this case to the U.S. District Court for the District of Arizona and for an additional 30 days from the effective date of transfer for Plaintiffs to file a second amended complaint. ECF No. 61 at 2-3. The Federal Defendants consented to Plaintiffs' motion, ECF No. 64, which was granted on November 6, 2020, ECF No. 65.

4. Before Plaintiffs filed their October 20, 2020 motion to transfer, counsel for Plaintiffs and counsel for the Federal Defendants agreed that the Federal Defendants would consent to Plaintiffs' transfer and 30-day extension motion, and that in return Plaintiffs would consent to a request by the Federal Defendants seeking 60 days to respond to the second amended complaint that Plaintiffs planned on filing in the District of Arizona. *See* ECF No. 72-1 at 5.

5. On December 8, 2020, this case was docketed in this District. ECF Nos. 66-67. Pursuant to the Court's November 6 Order granting Plaintiffs' motion seeking 30-days to file a second amended complaint, the Court entered a minute order setting Plaintiffs' deadline to file a second amended complaint on January 7, 2021, ECF No. 68.

6. On Friday, December 18, 2020, counsel for Plaintiffs requested that counsel for the Federal Defendants stipulate to an additional two-week extension of Plaintiffs' January 7, 2021 deadline to file a second amended complaint. ECF No. 72-1 at 5. On

Monday, December 21, 2020, counsel for the Federal Defendants agreed to Plaintiffs' request if the stipulation would also reflect Plaintiffs' previous agreement to consent to a request for 60 days for the Federal Defendants to respond to the second amended complaint. *Id.*

7. Plaintiffs provided the Federal Defendants with a draft stipulation to review on December 24, 2020. ECF No. 72-1 at 7. The draft reflected the parties' agreement to stipulate, subject to the Court's approval, that the Federal Defendants' deadline to respond to Plaintiffs' second amended complaint would be March 24, 2021. *Id.* at 7, ¶ 6. Due to scheduled leave during the holiday period, however, the Federal Defendants were unable to finalize the language of the draft stipulation before Plaintiffs filed an ex parte application for the two-week extension they sought on December 31, 2020. *See* ECF No. 72-1 at 11.[3] Plaintiffs' ex parte application did not mention the parties' agreement regarding the Federal Defendants' deadline to respond to Plaintiffs' second amended complaint. *See generally id.*

8. On January 4, 2021, the Court entered an Order granting Plaintiffs' application and extending their deadline to file a second amended complaint to January 21, 2021. ECF No. 73.

9. Consistent with the previous agreement of Plaintiffs and the Federal Defendants, the parties hereby stipulate and agree to extend the Federal Defendants' deadline to file their response to Plaintiffs' anticipated second amended complaint to March 24, 2021.

---

[3] Although Plaintiffs' ex parte application states that the next amended complaint would be the "third" amended complaint, ECF Nos. 71-72, there has only been one previous amendment to the original complaint, *see* ECF No. 12, and so the amended complaint currently due by January 21, 2021 would be the second amended complaint.

3

10. There have been no previous extensions concerning the matter for which an extension is sought. A proposed form of order consistent with the relief requested is attached to this stipulation. *See* LRCiv 7.3(a).

Dated: January 11, 2021

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Defendants*

Dated: January 11, 2021

JOHN SULLIVAN
*/s/ John Sullivan*
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches, and Clay Villanueva

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021, I electronically transmitted the foregoing Stipulation for Extension of Federal Defendants' Time to Respond to the Second Amended Complaint (First Request) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK

4