IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, and CLAY VILLANUEVA,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF FEDERAL DEFENDANTS' TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br>**(First Request)** |

The Court having considered the parties' Stipulation for Extension of Federal Defendants' Time to Respond to the Second Amended Complaint (First Request), and good cause having been shown, it is hereby

ORDERED that Defendants Jeffrey A. Rosen, Acting Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Department of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; and the United States of America, shall have until March 24, 2021 to file their response to Plaintiffs' January 21, 2021 Second Amended Complaint.

SO ORDERED.

DATED this ____ day of _____, 20_____.

_____
THE HON. MICHAEL T. LIBURDI
UNITED STATES DISTRICT JUDGE