# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Extension of Federal Defendants' Time to Respond to the Second Amended Complaint (Doc. 74),

**IT IS ORDERED granting** the Stipulation (Doc. 74). Defendants Jeffery A. Rosen, Acting Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Department of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; and the United States of America, shall have sixty (60) days from the filing of the Second Amended Complaint to answer or otherwise respond to the Second Amended Complaint.

Dated this 12th day of January, 2021.

Michael T. Liburdi
United States District Judge