Jeffrey S. Leonard, AZ #003809
Evan F. Hiller, AZ #028214
Jeffrey.Leonard@SacksTierney.com
Evan.Hiller@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

*Attorneys for Defendants Maricopa County and Matthew Shay*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, et al.<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, et al.<br><br>Defendants. | Case No. CV-20-02373-PHX-MTL<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Jeffrey S. Leonard and Evan F. Hiller of Sacks Tierney P.A. enter their appearance as counsel of record for Defendants Maricopa County and Matthew Shay. All further pleadings, notices and documents relating to this action should be directed to Messrs. Leonard and Hiller at the following address, telephone number and E-mail:

> Jeffrey S. Leonard, Esq.
> Evan F. Hiller, Esq.
> SACKS TIERNEY P.A.
> 4250 N. Drinkwater Blvd, 4th floor
> Scottsdale, Arizona 85251
> Telephone: (480) 425-2600
> E-mail: Jeffrey.Leonard@SacksTierney.com
> Evan.Hiller@SacksTierney.com

2929398.v1

1 | Respectfully submitted this 26th day of January, 2021.

**SACKS TIERNEY, P.A.**

*/s/ Evan F. Hiller*
Evan F. Hiller

2929398.v1