Jeffrey S. Leonard (AZ #3809)
Jeffrey.Leonard@SacksTierney.com
Evan F. Hiller (AZ #294420)
Evan.Hiller@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
*Attorneys for Defendants Maricopa County
and Matthew Shay*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, et al., <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, et al., <br><br> Defendants. | Case No. 20-CV-02373-MTL <br><br> **STIPULATION FOR EXTENSION OF COUNTY DEFENDANTS' TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT** <br> **(First Request)** <br><br> (Hon. Michael T. Liburdi) |

Pursuant to LRCiv 7.3, subject to the Court's approval, Plaintiffs and the County Defendants,[1] through their undersigned counsel of record, HEREBY STIPULATE as follows:

1. Plaintiffs filed their Third Amended Complaint on January 21, 2021.

2. By Order entered January 12, 2021 (Doc. 76), the deadline for the Federal Defendants[2] to respond to the Third Amended Complaint has been extended to and including March 22, 2021.

3. The deadline for the County Defendants to respond to the Third Amended Complaint is presently February 4, 2021.

4. The Plaintiffs and the County Defendants hereby stipulate and agree to extend the County Defendants' deadline to respond to the Third Amended Complaint to

---

[1] The County Defendants are Maricopa County and Matthew Shay.

[2] The Federal Defendants are Monty Wilkinson, Acting Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro Mayorkas, Secretary of the Department of Homeland Security; Troy Miller, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; and the United States of America.

2938767.v1

match the Federal Defendants' deadline, and thus until and including March 22, 2021. Plaintiffs do not, by so stipulating, agree to any deferral or stay of discovery.

5. Counsel for the Federal Defendants has indicated that the Federal Defendants do not oppose the extension.

6. There have been no previous extensions granted or sought of the County Defendants' deadline to respond to the Third Amended Complaint. A proposed form of order consistent with the relief requested is lodged concurrently with the filing of this stipulation.

Respectfully submitted this 4th day of February, 2021.

**SACKS TIERNEY, P.A.**

*/s/ Evan F. Hiller*
Jeffrey S. Leonard
Evan F. Hiller
*Attorneys for the Defendants Maricopa County and Matthew Shay*

**JOHN W. SULLIVAN**

*/s/John W. Sullivan*
John W. Sullivan
*Attorney for Plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva*

2938767.v1

**PROOF OF SERVICE**

On February 4, 2021, I served the following foregoing Stipulation for Extension of County Defendants' Time to Respond to the Third Amended Complaint (First Request), and the exhibits thereto, on the person or persons below, as follows:

    a.    via District of Arizona ECF

        John Sullivan
        10857 Kling Street
        North Hollywood, CA 91602
        *Attorney for Plaintiffs*

        Kevin P. Hancock
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        *Attorney for Defendants William Barr, Timothy Shea, Chad Wolf, Mark Morgan, and United States of America*

    b.    via U.S. Mail, postage prepaid

        Marco Paddy
        Drug Enforcement Administration
        3010 North 2nd Street, Suite 301
        Phoenix, AZ 85012
        *Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

02/04/2021                                */s/ Michelle L. Curtsinger*
Date                                        Michelle L. Curtsinger

2938767.v1