1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, et al., | Case No.  20-cv-02373-MTL |
|       Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| William Barr, et al., | |
|       Defendants. | |

      Pursuant to the Stipulation for Extension of County Defendants Time to Respond to the Third Amended Complaint (Doc. ___), and good cause appearing therefor,

      **IT IS ORDERED granting** the Stipulation (Doc. ___).  Defendants Maricopa County and Matthew Shay shall have until and including March 22, 2021 to answer or otherwise respond to the Third Amended Complaint.

2938802.v1