# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Extension of County Defendants' Time to Respond to the Third Amended Complaint (Doc. 81),

**IT IS ORDERED granting** the Stipulation (Doc. 81). The deadline for Defendants Maricopa County and Matthew Shay to answer or otherwise respond to the Third Amended Complaint is extended to **March 22, 2021**.

Dated this 4th day of February, 2021.

Michael T. Liburdi
United States District Judge