JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and the Vine of Light Church

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and the Vine of Light Church, <br><br>Plaintiffs, <br><br>vs. <br><br>William Barr, Attorney General of the United States; Uttam Dhillon, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, and Matthew Shay, <br><br>Defendants. | Case No.:20-CV-02373-MTL <br><br>PROOF OF PERSONAL SERVICE OF SUMMONS ON DEFENDANT MARCO PADDY |

Attached hereto as Exhibit 1 is the proof of service of the summons and Third Amended Complaint on Defendant Marco Paddy, accomplished February 5, 2021 by personal delivery.

Dated: February 10, 2021        JOHN SULLIVAN
                                /s/John Sullivan
                                JOHN SULLIVAN (CSB#204648)
                                Attorney for Plaintiffs
                                Arizona Yagé Assembly,
                                North American Association of Visionary Churches,
                                and Clay Villanueva