MICHAEL BAILEY
United States Attorney
District of Arizona
KWAN PIENSOOK
Arizona State Bar No. 030743
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Facsimile:   (602) 514-7693
Email: Kwan.Piensook@usdoj.gov

*Attorney for Defendant United States*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, <br><br>Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy,<br><br>Defendants. | Case No. 20-CV-02373-MTL<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the appearance of Kwan Piensook, Assistant United States Attorney for the District of Arizona, on behalf of Marco Paddy. All notices and pleadings in this matter should be served on undersigned counsel at the following address:

KWAN PIENSOOK
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004
Telephone:  (602) 514-7500
Kwan.Piensook@usdoj.gov

Dated this 19th day of February, 2021.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/ Kwan Piensook*
> KWAN PIENSOOK
> Assistant U.S. Attorney
> *Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

**JOHN SULLIVAN** (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com
Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and the Vine of Light Church

**KEVIN PAUL HANCOCK**
US Dept of Justice - Civil Division - Fed Programs - L St.
1100 L St. NW, Rm. 12304
Washington, DC 20005
Tel: 202-514-3183 Fax: 202-616-8470
Email: kevin.p.hancock@usdoj.gov

Attorney for Defendants William Barr; Uttam Dhillon
Acting Administrator, U.S. Drug Enforcement Administration;
Chad Wolf, Acting Secretary, Department of Homeland Security;
Mark Morgan, Acting Commissioner, U.S. Customs and Border Protection;
the United States of America; Jeffrey A. Rosen, Acting Attorney General;
Timothy J Shea, Acting Administrator, U.S. Drug Enforcement Administration

**EVAN F. HILLER**
**JEFFREY S. LEONARD**
Sacks Tierney PA
4250 N Drinkwater Blvd., 4th Fl.
Scottsdale, AZ 85251-3647
Tel: 480-425-2652 Fax: 480-970-4610
Email: evan.hiller@sackstierney.com
         jeffrey.leonard@sackstierney.com
Attorneys for Defendants Maricopa County, Matthew Shay

**Charles H Carreon**
Charles Carreon Attorney at Law
3241 E Blacklidge Dr.
Tucson, AZ 85716

**Drew Curtis Ensign**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592

*s/Mary C. Finlon*
U.S. Attorney's Office