# EXHIBIT A

BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Agency Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>**Declaration of Lee Baxley** |

I, Lee Baxley, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration with respect to the above-captioned matter:

1. I am currently a Fines, Penalties & Forfeiture Officer (FPFO) with the Office of Field Operations, U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS) at the Los Angeles / Long Beach, California Seaport. I have held this position

1

since December 2019. Prior to this, I held the position of International Trade Analyst investigating matters involving antidumping and countervailing duties (AD/CVD) with the CBP Office of Trade for approximately one and a half years.

2.  As FPFO, I am in charge of receiving custody of property seized by the federal government, determining whether a violation has occurred, sending notice of seizures to interested parties, initiating forfeiture proceedings, issuing fines and penalties for violations, initiating and accomplishing seized property dispositions, and case adjudication.

3.  On December 18, 2020, my office was in receipt of two seizures of packages intercepted at the Los Angeles International Mail Facility on October 14, 2020. The first package was identified as United States Postal Service (USPS) Tracking Number EE011369264PE; Fines, Penalties, & Forfeiture (FPF) Case Number 2021272000067801. The second package was identified as USPS Tracking Number EE011186439PE; FPF Case Number 2021272000067501. Both packages contained substances that tested positive for Dimethyltryptamine (DMT), a Schedule I Controlled Substance, and were seized and subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(1)(B), 21 U.S.C. § 881(f), and 19 C.F.R. § 162.45a for violation of 21 U.S.C. § 952. The cases were sent to my office to determine if a violation occurred and to adjudicate the cases. The property was stored in the CBP seized property vault while my office made its determination. On December 18, 2020, the seizure and proposed forfeiture of the property was determined to be legally sufficient and, as required by 19 C.F.R. § 162.45a and Section 4.2.8 of the Seized Asset Management and Enforcement Procedures Handbook (SAMEPH), my office proceeded with summarily forfeiting the property. On December 18, 2020, my office issued an order of destruction. Both seizures were destroyed as mandated by the SAMEPH and the disposition of the seizures was recorded on DHS Form 4613.

1. I declare under penalty of perjury that the foregoing is true and correct.
2. Executed this 22nd day of March, 2021.

*[signature: J. M. Baxley]*

Lee Baxley
Fines, Penalties & Forfeitures Officer
Office of Field Operations
U.S. Customs and Border Protection
U.S. Department of Homeland Security