# EXHIBIT B

BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Agency Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>**Declaration of Lionel Andrade** |

I, Lionel Andrade, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration with respect to the above-captioned matter:

1. I am currently a Customs and Border Protection Officer (CBPO) with the Office of Field Operations, U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS), stationed at the International Mail Facility at the Los Angeles International Airport. I have held this position since November 1, 2016. Prior to this, I held the position of Customs Officer for 22 years.

1

2. In my current position, one of my primary duties is to enforce federal, state, and local laws and regulations governing mail entering the United States from outside the United States. To accomplish this, I select inbound mail parcels in the custody of the U.S. Postal Service (USPS) for examination by CBP, according to CBP priorities, procedures, and protocols. I transmit my selections to the USPS which places the mail parcels on a "CBP hold." The USPS then presents the mail parcels to CBP for examination.

3. On March 16, 2021, using a CBP manifest database which logs all international mail, I queried the mail parcel assigned USPS Tracking Number EE011368873PE. The query indicated the mail parcel had been selected by a CBPO for examination and placed on a CBP hold. However, the query also revealed that the mail parcel had not been presented by the USPS to CBP for examination. Using the USPS Tracking Number, I then queried the parcel on the publicly-accessible USPS website, www.usps.com, which lists the parcel's status as having being delivered on November 19, 2020, in Tucson, AZ, and signed for by "S Stanley."

4. With regard to the mail parcel referenced in Paragraph 138 of the Third Amended Complaint, Plaintiffs' allegations do not contain sufficient information to identify or locate such a parcel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of March, 2021.

Lionel Andrade
Customs and Border Protection Officer
Office of Field Operations
U.S. Customs and Border Protection
U.S. Department of Homeland Security