JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>   Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>   Defendants. | Case No.:20-CV-02373-MTL<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)<br><br>(FIRST REQUEST) |

All parties presently joined in the litigation hereby agree and stipulate through their counsel of record:

1. All Defendants except Marco Paddy have filed motions to dismiss[1] Plaintiffs' claims pursuant to Federal Rules of Civil Procedure Rule 12(b) on March 22, 2021. (Docket #s 85 and 86).

---

[1] Moving Defendants are Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration;

2. Currently, Plaintiffs' oppositions to the Federal Agency Defendants' motion to dismiss and the County Defendants' motion to dismiss are due April 5, 2021.

3. Plaintiffs may have until April 19, 2021, an additional two weeks, to file oppositions to the Federal Agency Defendants' and the County Defendants' motions to dismiss.

4. The Federal Agency Defendants and the County Defendants in turn may each have until May 10, 2021, an additional two weeks, to file their respective replies to Plaintiffs' oppositions.

5. Defendant Marco Paddy has no objection to the proposed dates and joins in this stipulation.

6. This is the parties' first stipulation for additional time to brief the motions to dismiss.

Dated:  March 26, 2021         JOHN SULLIVAN
                               /s/John Sullivan
                               Attorney for Plaintiffs
                               Arizona Yagé Assembly,
                               North American Association of Visionary Churches,
                               and Clay Villanueva

Dated: March  , 2021           KEVIN P. HANCOCK
                               /s/Kevin Hancock
                               United States Department of Justice, Civil Division
                               Attorney for the Federal Agency Defendants

Dated:  March , 2021           EVAN HILLER
                               By: /s/Evan Hiller
                               Sacks Tierney P.A.
                               4250 N. Drinkwater Boulevard, 4th Floor
                               Scottsdale, AZ 85251

Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America (collectively, the "Federal Agency Defendants"); Maricopa County, and Matthew Shay (collectively, the "County Defendants").

1
2
3
4
5   Dated: March , 2021
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorney for Maricopa County and Matthew Shay

KWAN PIENSOOK
By: /s/Kwan Piensook
Kwan Piensook
Assistant U.S. Attorney
U.S. Attorney's Office – District of Arizona
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Attorney For Marco Paddy