1  JOHN SULLIVAN (CSB#204648) Pro Hac Vice
   10857 Kling Street
2  North Hollywood, California 91602
3  Tel:818-769-7236 Fax:818-301-2175
   Email:Sullivan.John84@gmail.com
4
5  Attorneys for Plaintiffs Arizona Yagé Assembly,
   North American Association of Visionary Churches, and
6  Clay Villanueva

7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva, | Case No.:20-CV-02373-MTL |
| Plaintiffs, | [PROPOSED ORDER] STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b) |
| vs. | |
| Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy | |
| Defendants. | |

Pursuant to the Stipulation To Extend Briefing Schedule For Defendants' Motions To Dismiss Pursuant To Federal Rules Of Civil Procedure (Doc. 87)

It is ORDERED granting the stipulation (Doc. 87). The deadline for plaintiffs to file oppositions to Defendants' motions to dismiss is extended to April 19, 2021. The deadline for Defendants to file replies to Plaintiffs' oppositions is extended to May 10, 2021.

Dated this \_\_\_\_ day of March, 2021

_____
Michael T. Liburdi
United States District Judge

2