# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Extend Briefing Schedule for Defendants' Motions to Dismiss (Doc. 87), and good cause appearing,

**IT IS ORDERED granting** the Stipulation to Extend Briefing Schedule (Doc. 87). The following deadlines are extended:

1. The deadline for Plaintiffs to file responsive memoranda to the pending motions to dismiss (Docs. 85, 86) is **April 19, 2021**.

2. The deadline for Defendants to file reply memoranda in support of the pending motions to dismiss is **May 10, 2021**.

There will be no further extensions absent a showing of extraordinary circumstances.

Dated this 30th day of March, 2021.

Michael T. Liburdi
United States District Judge