JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches, and
Clay Villanueva

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>Defendants. | Case No.:20-CV-02373-MTL<br><br>NOTICE OF ERRATA RE: STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b). DOC#87 |

Plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church ("Plaintiffs") respectfully notify the Court and the parties to this action that Plaintiffs failed to include Plaintiff Vine of Light Church in the signature block for Plaintiffs in the stipulation to extend briefing schedule for Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure Rule 12(b) at p. 2, lines 17-18. Docket No. 87.

The omission by Plaintiffs' failure to include Plaintiff Vine of Light Church was inadvertent. For the purposes of the clarity, Plaintiffs notify the Court and all

parties to this action that Plaintiffs intended that Plaintiff Vine of Light Church be listed as a party to the stipulation at p.2 lines 17-18.

Dated:  April 1, 2021          JOHN SULLIVAN
                               /s/John Sullivan
                               Attorney for Plaintiffs
                               Arizona Yagé Assembly,
                               North American Association of Visionary Churches,
                               Clay Villanueva, and Vine of Light Church