JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine of Light Church

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>Defendants. | Case No.:20-CV-02373-MTL<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT MARCO PADDY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)<br><br>(FIRST REQUEST) |

All parties presently joined in the litigation hereby agree and stipulate through their counsel of record:

1. Defendant Marco Paddy filed a motion to dismiss Plaintiffs' claims pursuant to Federal Rules of Civil Procedure Rule 12(b) on April 6, 2021. (Docket #90).

2. Currently, Plaintiffs' opposition to Defendant Marco Paddy's motion to dismiss is due April 20, 2021.

3. Plaintiffs may have until May 4, 2021, an additional two weeks, to file opposition to Defendant Marco Paddy's motion to dismiss Plaintiffs claims pursuant to Federal Rules of Civil Procedure Rule 12(b).

4. Defendant Marco Paddy in turn may have until May 25, 2021, an additional two weeks, to file a reply to Plaintiffs' opposition.

5. The other defendants have no objection to the proposed dates and join in this stipulation.

6. This is the parties' first stipulation for additional time to brief Defendant Marco Paddy's motion to dismiss.

Dated:  April 12, 2021            JOHN SULLIVAN
                                  /s/John Sullivan
                                  Attorney for Plaintiffs
                                  Arizona Yagé Assembly,
                                  North American Association of Visionary Churches,
                                  Clay Villanueva and Vine of Light Church

Dated:  April 12, 2021            KWAN PIENSOOK
                                  By: /s/Kwan Piensook
                                  Kwan Piensook
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office – District of Arizona
                                  40 North Central Avenue, Suite 1800
                                  Phoenix, Arizona 85004-4449
                                  Attorney For Marco Paddy

Dated:  April 12, 2021            KEVIN P. HANCOCK
                                  /s/Kevin Hancock
                                  United States Department of Justice, Civil Division
                                  Attorney for the Federal Agency Defendants

Dated:  April 12 , 2021           EVAN HILLER
                                  By: /s/Evan Hiller
                                  Sacks Tierney P.A.
                                  4250 N. Drinkwater Boulevard, 4th Floor
                                  Scottsdale, AZ 85251
                                  Attorney for Maricopa County and Matthew Shay