1
2
3
4
5
6

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva and Vine Of Light Church

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF ARIZONA

9
10
11
12
13
14
15
16
17
18
19
20
21

Arizona Yagé Assembly, North American
Association of Visionary Churches, and
Clay Villanueva,

               Plaintiffs,

        vs.

Merrick B. Garland, Attorney General of
the United States; D. Christopher Evans,
Acting Administrator of the U.S. Drug
Enforcement Administration; Alejandro
N. Mayorkas, Secretary of the Dept. of
Homeland Security; Troy Miller, Senior
Official Performing the Duties of
Commissioner of U.S. Customs and
Border Protection; the United States of
America; Maricopa County, Matthew
Shay, and Marco Paddy

               Defendants.

Case No.:20-CV-02373-MTL

[PROPOSED ORDER]
STIPULATION TO EXTEND
BRIEFING SCHEDULE FOR
DEFENDANTS' MOTIONS TO
DISMISS PURSUANT TO FEDERAL
RULES OF CIVIL PROCEDURE
RULE 12(b)

22
23

        Pursuant to the parties' Stipulation to Extend Briefing Schedule for Defendant

Marco Paddy's Motion To Dismiss (Doc. 91) and good cause appearing,

24
25
26

        **It is ORDERED granting** the Stipulation to Extend Briefing Schedule (Doc. 91),

The following deadlines are extended:

27
28

        1. The deadline for Plaintiffs to file responsive memorandum to the pending

motion to dismiss (Doc. 90) is **May 4, 2021**.

1       2. The deadline for Defendant Marco Paddy to file reply memorandum in support

2  of the pending motion to dismiss is **May 25, 2021**.

3

4       There will be no further extensions absent a showing of extraordinary

5  circumstances.

6

     Dated this _____ day of April, 2021

7

8

9

10

11                             _____
                           Michael T. Liburdi

12                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

2