# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Extend Briefing Schedule (Doc. 91),

**IT IS ORDERED granting** the Stipulation to Extend Briefing Schedule (Doc. 91). The following deadlines are extended:

1. The deadline for Plaintiffs to respond to the pending motion to dismiss (Doc. 90) is **May 4, 2021**.

2. The deadline for Defendant Marco Paddy to file a reply in support of the pending motion to dismiss (Doc. 90) is **May 25, 2021**.

There will be no further extensions absent a showing of extraordinary circumstances.

Dated this 12th day of April, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge