JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No.:20-CV-02373-ROS<br><br>DECLARATION OF CHARLES CARREON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS OF ALL DEFENDANTS |

DECLARATION OF CHARLES CARREON

Charles Carreon declares and affirms:

**1.** I am an attorney licensed to practice before all courts in the State of California. I make this declaration in support of the Plaintiffs' opposition to the motions to dismiss of all defendants. If called as a witness, I could and would so competently testify.

**2.** I am the Arizona State Bar Registered In-House General Counsel for North American Association of Visionary Churches ("NAAVC"), and have represented NAAVC since its formation as a corporation. NAAVC was founded to work proactively to expand the rights of Free Exercise of visionary churches, and as part of that work, one of our first public initiatives was to launch a public petition to the Drug Enforcement Agency ("DEA") at the Change.org website, demanding that the DEA "Stop Regulating Visionary Religion" (the "Petition").

**3.** The Petition was made public on September 19, 2019, and as the first person to sign it, I received the attached email from Change.org on that date.

**4.** The date when the Petition was publicly launched was inadvertently omitted from paragraph 194 of the Third Amended Complaint. Request to amend by interlineations to cure an event of clerical omission is respectfully requested.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on April 19, 2021, at Tucson, Arizona.

_____
Charles Carreon, Declarant