

EXHIBIT 1

