# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church, | Case No.:20-CV-02373-PHX-ROS |
| Plaintiffs, | [PROPOSED] ORDER GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT |
| vs. | |
| Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy, | |
| Defendants. | |

The motion of all plaintiffs for leave to file a Fourth Amended Complaint came regularly on for hearing, and based on the arguments and evidence, the motion is GRANTED.

Dated:  May __ 2021

_____
HON. ROSLYN O. SILVER
United States District Court Judge

Respectfully submitted,

/s/John Sullivan
JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com
Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine Of Light Church