JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine Of Light Church

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Agent Paddy, <br><br> Defendants. | Case No.:20-CV-02373-MTL <br><br> PLAINTIFFS' NOTICE OF ERRATA AND FILING OF CORRECTED OPPOSITION TO DEFENDANT MARCO PADDY'S MOTION TO DISMISS |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Plaintiffs hereby provide notice that their previously-filed Response in Opposition to Defendant Marco Paddy's Motion to Dismiss (Dkt. 96) was inadvertently submitted over-length. Plaintiffs first confirmed that counsel for defendant Marco Paddy would have no objection to the filing of a corrected brief to comply with the page-length requirement, and now respectfully submit herewith for filing Plaintiffs' Corrected Opposition to Defendant Marco Paddy's Motion to Dismiss.

May 5, 2021                          _/s/John Sullivan_____
                                     JOHN SULLIVAN
                                     CSB#204648
                                     10857 Kling Street
                                     North Hollywood, California 91602
                                     Tel:818-769-7236 Fax:818-301-2175
                                     Email:Sullivan.John84@gmail.com

                                     *Pro Hac Vice* Attorney for Plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine Of Light Church