BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>**MOTION BY ALL DEFENDANTS FOR FOURTEEN-DAY STAY OF REPLY DEADLINE** |

Pursuant to LRCiv 7.3(b), the Federal Agency Defendants, the County Defendants, and Defendant Paddy together move this court for a stay of each of their motion to dismiss reply deadlines until 14 days after this Court rules on Plaintiffs' Motion for Leave to Amend their pleading.

1. On January 21, 2021, Plaintiffs filed a Third Amended Complaint. ECF. No. 77. On March 22, 2021, the Federal Agency Defendants and the County Defendants moved separately to dismiss this complaint. ECF. Nos. 85, 86. On April 6, 2021, Defendant Paddy filed his own motion to dismiss this complaint. ECF No. 90.

2. On May 6, 2021, Plaintiffs filed a Motion for Leave to File a Fourth Amended Complaint ("Plaintiffs' Motion"). ECF No. 100.

3. The Federal Agency Defendants' and the County Defendants' reply briefs in support of their motions to dismiss, ECF Nos. 85, 86, are presently due on May 10, 2021. *See* ECF No. 87. Defendant Paddy's reply brief in support of his motion to dismiss, ECF No, 90, is presently due on May 25, 2021 (ECF No. 92).

4. In light of Plaintiffs' pending Motion for Leave to Amend, all Defendants respectfully request a stay of each of their reply deadlines until 14 days after this Court rules on Plaintiffs' Motion. In the event Plaintiffs' Motion is denied, Defendants would anticipate filing their respective reply memoranda. If Plaintiffs' Motion is granted, the parties anticipate meeting and conferring on a schedule for briefing on the Fourth Amended Complaint.

5. This request for extension of time is made in good faith and not for any improper purpose, and the modest amount of time requested would not result in any unjustified delay.

6. In accordance with LRCiv 7.3(b), undersigned counsel contacted Plaintiffs' counsel about this motion on May 6, 2021. Plaintiffs' counsel indicated that "Plaintiffs request that all pending motions be heard on the same day."

Dated: May 6, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

> GLENN B. McCORMICK
> Acting United States Attorney
> District of Arizona
>
> *s/ Kwan Piensook*
> KWAN PIENSOOK
> Assistant U.S. Attorney
>
> *Attorneys for Defendant Paddy*
>
>
> /s/ Evan F. Hiller
> Jeffrey S. Leonard
> Evan F. Hiller
> SACKS TIERNEY, P.A.
> *Attorneys for County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I electronically transmitted the foregoing motion to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

> /s/ Lisa Newman
> LISA NEWMAN