BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>**ORDER** |

Having reviewed and considered Defendants' Motion for Fourteen-Day Stay of Reply Deadline,

IT IS HEREBY ORDERED that all Defendants' motion to dismiss reply deadlines are stayed until 14 days after this Court rules on Plaintiffs' Motion for Leave to Amend their pleading.

Dated this _____ day of May, 2021.

_____
Roslyn O. Silver
United States District Judge