# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Defendants filed a motion to stay the reply deadline for all motions to dismiss until fourteen days after the Court rules on Plaintiffs' motion to amend the complaint. (Doc. 102). Good cause appearing,

**IT IS ORDERED** Defendants' motion for a stay (Doc. 102) is **GRANTED**.

**IT IS FURTHER ORDERED** the current deadlines to file replies for all pending motions to dismiss is **RESET** to fourteen days after a ruling on Plaintiffs' motion to amend.

**IT IS FURTHER ORDERED** all Defendants shall file their responses to Plaintiffs' motion to amend (Doc. 100) no later than **May 19, 2021**.

Dated this 7th day of May, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge