Jeffrey S. Leonard (No. 3809)
Jeffrey.Leonard@SacksTierney.com
Evan F. Hiller (No. 28214)
Evan.Hiller@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
*Attorneys for Defendants Maricopa County and Matthew Shay*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>    Defendants. | Case No.  20-CV-02373-PHX-ROS<br><br>**DEFENDANTS MARICOPA COUNTY AND MATTHEW SHAY'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED AND SUPPLEMENTAL COMPLAINT (DOC. 100)** |

Defendants Maricopa County and Matthew Shay (collectively, the "County Defendants") take no position on Plaintiffs' Motion for Leave to File Fourth Amended and Supplemental Complaint (Doc. 100), which is yet another attempt to state a legally cognizable cause of action, but which does not alter the allegations against the County Defendants.

Respectfully submitted this 19th day of May, 2021.

                                        **SACKS TIERNEY, P.A.**

                                        */s/ Evan F. Hiller*
                                        Jeffrey S. Leonard
                                        Evan F. Hiller
                                        *Attorneys for the County Defendant*

1

3031455.v2