GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KWAN PIENSOOK
Arizona State Bar No. 030743
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7693
Email: Kwan.Piensook@usdoj.gov

*Attorney for Defendant Paddy*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy,<br><br>Defendants. | Case No. 2:20-CV-02373-ROS<br><br>**DEFENDANT PADDY'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT (Doc. 100)** |

Defendant Marco Paddy takes no position regarding Plaintiffs' Motion for Leave to File Fourth Amended Complaint (Doc. 100). Pursuant to the Court's Order (Doc. 103), should the Court deny Plaintiffs' Motion, Defendant Paddy will file his Reply in Support of his Motion to Dismiss (Doc. 90) fourteen days after the Court's Order on Plaintiff's

1  Motion to Amend.  Should the Court grant Plaintiffs' Motion for Leave to File Fourth
2  Amended Complaint, Defendant Paddy will file a responsive pleading to the Fourth
3  Amended Complaint.

6  Respectfully submitted on 19th day of May, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/ Kwan Piensook*
KWAN PIENSOOK
Assistant U.S. Attorney
*Attorneys for Defendant Paddy*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

JOHN SULLIVAN (CSB#204648) *Pro Hac Vice*
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com
CHARLES H CARREON
Charles Carreon Attorney at Law
3241 E Blacklidge Dr.
Tucson, AZ 85716
*Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and the Vine of Light Church*

KEVIN PAUL HANCOCK
LISA NEWMAN
US Dept of Justice - Civil Division - Fed Programs - L St.
1100 L St. NW, Rm. 12304
Washington, DC 20005
Tel: 202-514-3183 Fax: 202-616-8470
Email: kevin.p.hancock@usdoj.gov
           lisa.n.newman@usdoj.gov
*Attorney for Defendants William Barr; Uttam Dhillon
Acting Administrator, U.S. Drug Enforcement Administration;
Chad Wolf, Acting Secretary, Department of Homeland Security;
Mark Morgan, Acting Commissioner, U.S. Customs and Border Protection;
the United States of America; Jeffrey A. Rosen, Acting Attorney General;
Timothy J Shea, Acting Administrator, U.S. Drug Enforcement Administration*

EVAN F. HILLER
JEFFREY S. LEONARD
Sacks Tierney PA
4250 N Drinkwater Blvd., 4th Fl.
Scottsdale, AZ 85251-3647
Tel: 480-425-2652 Fax: 480-970-4610
Email: evan.hiller@sackstierney.com
           jeffrey.leonard@sackstierney.com
*Attorneys for Defendants Maricopa County, Matthew Shay*

DREW CURTIS ENSIGN
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
Email: drew.ensign@azag.gov
*Attorney for State of Arizona, Mark Brnovich*

*s/Kwan Piensook*
U.S. Attorney's Office