JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine Of Light Church

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>Defendants. | Case No.:20-CV-02373-MTL<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)<br><br>(FIRST REQUEST) |

All parties presently joined in the litigation hereby agree and stipulate through their counsel of record:

1.      All Defendants filed motions to dismiss Plaintiffs' Fourth Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b) on June 15, 2021. (Docs 110-112).

2.      Currently, Plaintiffs' oppositions to the Defendants' motions to dismiss are due June 29, 2021.

3. Plaintiffs may have until July 20, 2021, an additional twenty-one days, to file oppositions to the Defendants motions to dismiss.

4. The Defendants in turn may each have until August 10, 2021, to file their respective replies to Plaintiffs' oppositions.

5. This is the parties' first stipulation for additional time to brief the motions to dismiss the Plaintiffs' Fourth Amended Complaint.

Dated:  June 23, 2021                    JOHN SULLIVAN
                                         /s/John Sullivan
                                         Attorney for Plaintiffs
                                         Arizona Yagé Assembly,
                                         North American Association of Visionary Churches,
                                         and Clay Villanueva

Dated:  June 23, 2021                    LISA NEWMAN
                                         /s/Lisa Newman
                                         United States Department of Justice, Civil Division
                                         Attorney for the Federal Agency Defendants

Dated:  June 23, 2021                    EVAN HILLER
                                         /s/Evan Hiller
                                         Sacks Tierney P.A.
                                         4250 N. Drinkwater Boulevard, 4th Floor
                                         Scottsdale, AZ 85251
                                         Attorney for Maricopa County and Matthew Shay

Dated:  June 23, 2021                    KWAN PIENSOOK
                                         /s/Kwan Piensook
                                         Kwan Piensook
                                         Assistant U.S. Attorney
                                         U.S. Attorney's Office – District of Arizona
                                         40 North Central Avenue, Suite 1800
                                         Phoenix, Arizona 85004-4449
                                         Attorney For Marco Paddy