JOHN SULLIVAN (CSB#204648) Pro Hac Vice
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva and Vine Of Light Church

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, and Clay Villanueva,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>Defendants. | Case No.:20-CV-02373-MTL<br><br>[PROPOSED ORDER] STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b) |

Pursuant to the parties' Stipulation to Extend Briefing Schedule on Defendants' motions to dismiss Plaintiffs' Fourth Amended Complaint (Docs. Nos 110-112) and good cause appearing,

**It is ORDERED granting** the Stipulation to Extend Briefing Schedule (Doc. 113), The following deadlines are extended:

1. The deadline for Plaintiffs to file responsive memorandum to the pending motions to dismiss (Docs 110-112) is **July 20, 2021**.

2. The deadline for Defendants to file reply memorandum in support of the pending motion to dismiss is **August 20, 2021**.

Dated this ____ day of June, 2021

_____
Roslyn O. Silver
United States District Judge