# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

The Parties have filed a Stipulation to Extend Briefing Schedule for Defendants' Motions to Dismiss Plaintiffs' Fourth Amended Complaint Pursuant to Federal Rules of Civil Procedure Rule 12(b) (First Request) (Doc. 113). Good cause appearing,

**IT IS ORDERED** the Stipulation to Extend Briefing Schedule (Doc. 113) is **GRANTED**. Plaintiffs shall have until **July 20, 2021**, to file their responses and Defendants have until **August 10, 2021**, to file their replies.

Dated this 23rd day of June, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge