BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Agency Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**NOTICE OF CHANGE OF COUNSEL** |

Pursuant to Local Rule 83.3(b), the Federal Agency Defendants[1] hereby notify the Court of a change of counsel in this matter. Attorney Kevin P. Hancock is leaving employment with the U.S. Department of Justice, and therefore withdraws as counsel in this case. Current counsel of record for the Federal Agency Defendants, Lisa Newman, will continue to appear as counsel of record.

---

[1] The Federal Agency Defendants are defendants Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator, U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary, U.S. Department of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner, U.S. Customs and Border Protection; and the United States of America.

Dated: July 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3183
Fax: (202) 616-8470
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for the Federal Agency Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2021, I electronically transmitted the foregoing Notice of Change of Counsel to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK