IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>　　　　Defendants. | No. 2:20-cv-2373-ROS<br><br>**STIPULATION TO FILE OVERLENGTH REPLY TO FEDERAL AGENCY DEFENDANTS' MOTION TO DISMISS** |

　　　　All parties presently joined in the litigation hereby agree to the relief sought herein:

　　　　1.　　All Defendants filed motions to dismiss Plaintiffs' Fourth Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b) on June 15, 2021. Dkt. Nos. 110-112.

　　　　2.　　Plaintiffs filed their oppositions to the motions to dismiss on July 20, 2021.

　　　　3.　　Defendants' replies in opposition are due August 10, 2021.

　　　　4.　　Federal Agency Defendants respectfully move under LR 7.2 for leave to file a reply brief in excess of the 11 pages allowed by LR 7.2. Specifically, Federal Agency Defendants seek to file a reply not to exceed 14 pages.

　　　　5.　　This request for a page extension is made in good faith and not for any improper purpose.

　　　　6.　　This is the Federal Agency Defendants' first request for a page extension, and all parties are unopposed to the relief requested herein.

Dated: August 10, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Lisa Newman
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/ Kwan Piensook
KWAN PIENSOOK
Assistant U.S. Attorney

*Attorneys for Defendant Paddy*

/s/ Evan F. Hiller
Jeffrey S. Leonard
Evan F. Hiller
SACKS TIERNEY, P.A.
*Attorneys for County Defendants*

/s/ John Sullivan
JOHN SULLIVAN
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches, and Clay Villanueva

**CERTIFICATE OF SERVICE**

3

I hereby certify that on August 10, 2021, I electronically transmitted the foregoing stipulation to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

/s/ *Lisa Newman*
LISA NEWMAN