## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>    Plaintiffs,<br><br>    v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | No. 2:20-cv-2373-ROS<br><br>**ORDER** |

Having reviewed and considered Stipulation to File Overlength Reply to Federal Agency Defendants' Motion to Dismiss,

IT IS HEREBY ORDERED that Federal Agency Defendants are granted leave to exceed the page limit and file a reply not to exceed 14 pages.

Dated this _____ day of August, 2021.

_____
Roslyn O. Silver
United States District Judge