# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

A Stipulation to File Overlength Reply to Federal Agency Defendants' Motion to Dismiss (Doc. 119) having been filed, and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 119) is **GRANTED**. Federal Agency Defendants are permitted to file a reply brief of up to 14 pages.

Dated this 10th day of August, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge