**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church, | No. 2:20-cv-2373-ROS |
| Plaintiffs, | **DECLARATION OF LISA NEWMAN** |
| v. | |
| Merrick B. Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Lisa Newman, declare under penalty of perjury as follows:

1.      I am a Trial Attorney at the U.S. Department of Justice, and represent Federal Agency Defendants in this action.

**Exhibits**

2.      Attached as Defendants' **Exhibit A is a true and correct copy of:** DEA's 2009 Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act.

3.      Attached as Defendants' **Exhibit B is a true and correct copy of:** DEA's 2018 Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act.

4.      Attached as Defendants' **Exhibit C is a true and correct copy of:** DEA's 2020 Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act.

5.  I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August 2021.

/s/ *Lisa Newman*
Lisa Newman