JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine Of Light Church

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church | Case No.:20-CV-02373-ROS |
|---|---|
| Plaintiffs, | NOTICE OF RELATED CASE |
| vs. | |
| Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy | |
| Defendants. | |

## NOTICE OF RELATED CASE

Plaintiffs Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church hereby notifies this Court of a related case also pending in the District of Arizona styled *In the Matter of Approximately $8,025.00 in U.S. Currency and Other Property Listed in Appendix One*. Clay Villanueva is a plaintiff in the above-captioned action, and the *in personam* Defendant in the related action.

In the related case, the State of Arizona is seeking to forfeit Villanueva's home and property using evidence developed by all of the defendants in support of the central tortious event alleged in this action – the unlawful police raid on defendant Clay Villanueva's home by a multi-jurisdictional HIDTA task force on May 19, 2020.

Accordingly, the relationship of this case to the related forfeiture case is based on the following factors:

Both cases involve the same parties. Villanueva is the plaintiff in this case, and the defendant in the related case. The witnesses the State of Arizona would call to establish its claims in the forfeiture case are the defendants in this case. Further, Villanueva previously asserted claims against the State of Arizona in this case, and thus, the related forfeiture case should have been filed as a Compulsory Counterclaim in this action pursuant to F.R.Civ.P. 13.

Both cases are based on the same or similar claims. All defendants claim a financial interest in the anticipated forfeiture proceeds of Villanueva's property, and will be witnesses in the forfeiture case.

Both cases arise from the same events, requiring the determination of the same or substantially identical questions of law or fact: the falsity of Shay's warrant affidavit; the resulting invalidity of the warrant; the falsity of the Raid Team's misstatements; the republication of all these misstatements by the State of Arizona, supported by an affidavit filed by Maricopa County Det. Gabriel Almanza, to establish putative jurisdiction to commence the forfeiture case; and, the resulting lack of jurisdiction for this forfeiture case. Finally, speaking generally, by establishing the validity of his affirmative claims in this case, Villanueva will establish that the State of Arizona's forfeiture claims in the related case are meritless.

Both cases involve claims against, title to, possession of, and damages to the same property. The State of Arizona in the related case, and several of the defendants in this case, seek forfeiture of the same property that Villanueva asserts his rightful claims to retain in this action).

The allegations in this case are extensive and detailed, involving a complex cast of characters whose actions will all be analyzed for a single, concerted course of conduct demonstrating retaliatory animus towards Clay Villanueva, in order to determine the claims and defenses of all of the parties.

Is likely for other reasons to require substantial duplication of resources if heard by different judges.

August 24, 2021            /s/John Sullivan_____
JOHN SULLIVAN
CSB#204648
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

*Pro Hac Vice* Attorney for Plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine Of Light Church