# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>　　　　Defendants. | Case No.:20-CV-02373-ROS<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF CLAY VILLANUEVA'S** *EMERGENCY* **APPLICATION FOR WRIT OF HABEAS CORPUS** |

For good cause shown, pursuant to 28 U.S.C. § 2241 *et seq*., and 28 U.S.C. § 1651(a), the Court hereby Orders the following:

　　a. All Defendants are directed to show cause on or before September 7, 2021 why the writ should not be granted;

　　b. Defendant Maricopa County is required to make a return certifying the true cause of Clay Villanueva's detention on or before September 7, 2021;

   c. Defendant Maricopa County is directed to immediately release Clay Lindell Villanueva, or to produce the body of plaintiff Clay Lindell Villanueva at a hearing before this Court on September 7, 2021.

Dated: _____, 2021

_____
UNITED STATES DISTRICT COURT JUDGE
ROSLYN O. SILVER

Respectfully submitted,
August 3, 2021

/s/John Sullivan
JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email: Sullivan.John84@gmail.com