JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email: Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine of Light Church

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>Defendants. | Case No.:20-CV-02373-ROS<br><br>**NOTICE OF ERRATA** |

   Plaintiff Clay Villanueva submits his notice of errata to correct the date of service of the notice of intent to file for ex parte from August 30, 2021 to August 23, 2021.  The error, appearing at page 2, line 2, was due to a miscalculation of the date by resort to the calendar, rather than by consulting the actual email referenced.  The Declaration of Charles Carreon filed herewith attaches the notice email, that prominently announced in the subject line, "***AYA v. Garland / Clay Villanueva Arrest / Ex Parte Relief.***" The

Declaration also attaches as Exhibit 2 evidence that Evan Hiller has opened the said email twelve (12) times since he received it.

Dated:  September 3, 2021          /s/John Sullivan
                                   JOHN SULLIVAN (CSB#204648) Pro Hac Vice
                                   17532 Miranda Street
                                   Encino, California 91316
                                   Tel:818-769-7236 Fax:818-301-2175
                                   Email:Sullivan.John84@gmail.com