JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email: Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine of Light Church

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>    Plaintiffs,<br><br>   vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>**DECLARATION OF CHARLES CARREON IN SUPPORT OF NOTICE OF ERRATA** |

Charles Carreon declares and affirms:

1. I am an attorney licensed to practice before all courts in the State of California, and as Registered In-House Counsel in the State of Arizona for North American Association of Visionary Churches.

2. I sent the email attached as Exhibit 1 to all of the defendants in this case on August 23, 2021.  When I assisted in drafting the writ application, I miscalculated the date because I merely consulted the calendar.  I failed to

remember that Mr. Villanueva was arrested nearly two weeks ago, and thought I had mailed the ex parte notice email attached as Exhibit 1 on August 30, 2021. Accordingly, the error was inadvertent, and notice was provided even earlier than I had realized.

3. Also attached as Exhibit 2 is a screen-capture of the tracking data that shows that the recipient of the email, Evan Hiller, opened it twelve times. Accordingly, ex parte notice was unequivocal, given immediately after Mr. Villanueva's arrest, and received and reviewed repeatedly by Maricopa County's attorneys herein.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on September 3, 2020, at Tucson, Arizona.

_____
Charles Carreon, Declarant