# AYA v. Garland / Clay Villanueva Arrest / Ex Parte Relief



**Charles Carreon, Esq.** <chascarreon@gmail.com>
to Evan



Opened – 12 times

Clicked – 0 times

Updates every 10 minutes. Not all opens will be tracked. See here for more information.

Dear Evan,

Please find below an email for all counsel, requesting your assistance in this unusual complaint, I will be very grateful.

/ Action Requested  Inbox ×

Aug 23, 2021, 8:11 PM (11 days ago)

**FIRST** Aug 23 around 10:10 PM     **LAST** Sep 1 around 10:40 AM

situation.  Thank you again for your responsiveness.  If anyone can find a filed