GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
KWAN PIENSOOK
Arizona State Bar No. 030743
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7693
Email: Kwan.Piensook@usdoj.gov

*Attorney for Defendant Paddy*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States; Timothy J. Shea, Acting Administrator of the U.S. Drug Enforcement Administration; Chad F. Wolf, Acting Secretary of the Dept. of Homeland Security; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy,<br><br>Defendants. | Case No. 2:20-CV-02373-ROS<br><br>**DEFENDANTS' NOTICE TO THE COURT REGARDING PLAINTIFF CLAY VILLANUEVA'S WRIT OF HABEAS CORPUS (Doc. 125)** |

Defendant Marco Paddy, Federal Agency Defendants, and Defendants Maricopa County and Matthew Shay hereby file this Notice to the Court Regarding Plaintiff Clay Villanueva's Writ of Habeas Corpus (Doc. 125). Pursuant to LRCiv. 16.2(b)(2), should the Court enter a screening order and/or order setting a briefing schedule, Defendants will

thereafter file any substantive response(s) to Plaintiff Villanueva's Writ of Habeas Corpus.

Respectfully submitted on 7th day of September, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*/s/ Kwan Piensook*
KWAN PIENSOOK
Assistant U.S. Attorney
*Attorneys for Defendant Paddy*


BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman(with permission)*
LISA NEWMAN
*Attorneys for the Federal Agency Defendants*


SACKS TIERNEY, P.A.

*/s/ Evan F. Hiller(with permission)*
JEFFREY S. LEONARD
EVAN F. HILLER
*Attorneys for Defendants Maricopa County and Matthew Shay*

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

JOHN SULLIVAN (CSB#204648) *Pro Hac Vice*
10857 Kling Street
North Hollywood, California 91602
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com
CHARLES H CARREON
Charles Carreon Attorney at Law
3241 E Blacklidge Dr.
Tucson, AZ 85716
*Attorneys for Plaintiffs Arizona Yagé Assembly,*
*North American Association of Visionary Churches,*
*Clay Villanueva, and the Vine of Light Church*

LISA NEWMAN
US Dept of Justice - Civil Division - Fed Programs - L St.
1100 L St. NW, Rm. 12304
Washington, DC 20005
Tel: 202-514-3183 Fax: 202-616-8470
Email: lisa.n.newman@usdoj.gov
*Attorney for Defendants William Barr; Uttam Dhillon*
*Acting Administrator, U.S. Drug Enforcement Administration;*
*Chad Wolf, Acting Secretary, Department of Homeland Security;*
*Mark Morgan, Acting Commissioner, U.S. Customs and Border Protection;*
*the United States of America; Jeffrey A. Rosen, Acting Attorney General;*
*Timothy J Shea, Acting Administrator, U.S. Drug Enforcement Administration*

EVAN F. HILLER
JEFFREY S. LEONARD
Sacks Tierney PA
4250 N Drinkwater Blvd., 4th Fl.
Scottsdale, AZ 85251-3647
Tel: 480-425-2652 Fax: 480-970-4610
Email: evan.hiller@sackstierney.com
        jeffrey.leonard@sackstierney.com
*Attorneys for Defendants Maricopa County, Matthew Shay*

DREW CURTIS ENSIGN
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
Email: drew.ensign@azag.gov
*Attorney for State of Arizona, Mark Brnovich*

/s/Mary C. Finlon
U.S. Attorney's Office