JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email: Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine of Light Church

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>Defendants. | Case No.:20-CV-02373-ROS<br><br>**DECLARATION OF RICHARD GAXIOLA IN SUPPORT OF CLAY VILLANUEVA'S *EMERGENCY EX PARTE* APPLICATION FOR WRIT OF HABEAS CORPUS** |

1. Richard Gaxiola declares and states as follows:

2. I am an attorney licensed to practice before all courts in the State of Arizona. I state the following matters of personal knowledge. If called as a witness, I could and would so competently testify.

3. I practice exclusively criminal defense, and focus my practice within the State of Arizona. In May, 2020, shortly after a search of his home by a multi-jurisdictional drug

task force on May 19, 2020, Clay Lindell Villanueva retained me as his criminal defense attorney.

4.     We met several times in my office, and numerous times over Zoom and the telephone.  Once retained by Mr. Villanueva, I regularly monitored the Maricopa County Superior Court online filing system to determine if charges had been filed by searching at https://www.superiorcourt.maricopa.gov/docket/criminalcourtcases/caseSearch.asp for Mr. Villanueva by first and last name, or by first and last initial and date of birth.

5.     I kept checking for over a year, and never did any complaint or indictment appear for Mr. Villanueva, whose name is CLAY LINDELL VILLANUEVA.

6.     Nor did Mr. Villanueva ever contact tell me he had received notice of an arraignment or other court proceeding.  Had he done so, I would naturally have appeared with him in court as his counsel.

7.     After over a year had passed, at the end of July, 2021, I told Mr. Villanueva that it did not appear that he was going to be charged, and my schedule was now filled up with other client matters, such that I wished to withdraw from representation.  Mr. Villanueva agreed, and I have had no further knowledge of his situation until August 29, 2021, when Mr. Villanueva's corporate attorney Charles Carreon contacted me to advise that he was in custody in Los Angeles County.

8.     Further affiant sayeth naught.

    I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on August 29, 2021, at Phoenix, Arizona.

*Richard Gaxiola*