JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email: Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine of Light Church

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>Defendants. | Case No.:20-CV-02373-ROS<br><br>**DECLARATION OF CECILIA VILLANUEVA IN SUPPORT OF CLAY LINDELL VILLANUEVA'S *EMERGENCY EX PARTE* APPLICATION FOR WRIT OF HABEAS CORPUS** |

Cecilia Villanueva declares, and states as follows:

1.     I am an adult over the age of 18, and state the following matters of personal knowledge.  If called as a witness, I could and would so competently testify.

2.     I am Clay Villanueva's ("Clay" or "my husband").  We were married on June 29, 2005, and have lived together ever since then.  We have always lived together in our home on 1134 West Glenrosa Avenue in Phoenix, Arizona.  I waive redaction of my

home address from this public record, because the address appears in various official documents that are important to understanding my husband's case.

3. Clay's true middle name is "Lindell". It is not "Anthony."

4. Our home was raided by police on May 19, 2020. Shortly after that, he was diagnosed with Stage 3 Lymphatic cancer.

5. Under the direction of a physician, Clay has followed an alternative program of cancer therapy that involves a medically sufficient diet. This diet consists entirely of fresh fruits and vegetables with some occasional fish for protein. At this point in the progress of the disease, Clay really cannot eat anything but this diet. He is well accustomed to it, and as long as he receives it, he receives as much nourishment as his body can extract from food. But if he does not receive it, he simply will not be able to eat. He will not digest well, and will suffer discomfort from eating beans, rice, bread, box mashed potatoes, gravy, or meat. If Clay is not immediately provided with his diet he will literally starve to death.

6. Clay had already lost 10 pounds, dropping to 144 from his pre-cancer weight of 154, before he was arrested. According to Mr. Carreon, who saw him last Thursday, August 26, 2021, he has lost more weight since his arrest, and looks very frail.

7. Clay is a Visionary Religion teacher of great kindness and understanding. As a 7-year Navy veteran, he has a great rapport with ex-military service members, and thus he has built his healing practice around providing healing ceremonies for people who are suffering from PTSD due to military service. We are separately submitting the statements of various persons who speak about their experience with Clay and the Vine of Light Church as one of the most beneficial experiences they have ever had in their life.

8. When Clay was flying to Peru from LAX, he was carrying approximately $10,000 to cover the expenses for an entire group of people who flew there simultaneously with his intended departure, and arrived at the airport in Lima, Peru expecting to meet him. Although Clay has been very frail, he is also quite determined, and was determined to

make this trip for the benefit of his group, and this literally required taking an international flight to Peru, traveling into the jungle, handling the affairs of the group with the locals, and making cash disbursements.

9.      I have traveled into the jungle with Clay on a number of occasions, and can tell the Court from personal knowledge that only cash can be utilized with the people who live in the Amazon jungle.  There are no ATMs, banks, or check-cashing operations.  The only money that will buy food, lodging and ceremonial services is cash, and American dollars of course are best.  Accordingly, the cash that Clay was carrying was intended to obtain ceremonial services for the people who were traveling down to meet him in Lima, Peru.  The cash would have largely gone to payments to the ceremonial providers, lodgings, food, and translation services, all necessary to conduct such a ceremony in Peru.

10.     Clay and I have good communication. Clay had no idea that an arrest warrant was "in the system."  Clay had several lawyers, including a criminal defense lawyer who was watching to see if any charges appeared against him.  Clay would have immediately told me if he had been told that he had charges pending against him, or that he had to appear in court to answer charges.  He would definitely not have planned a trip to Peru.  He would have contacted his lawyers, and arranged to appear in court to answer the charges.  He would not have risked being arrested, and he would have shown up in court on his own, if he had been told to appear.

11.     Further affiant sayeth naught.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746(2), under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on August 31, 2021, at Phoenix, Arizona.



Cecilia Villanueva