JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316
Tel:818-769-7236 Fax:818-301-2175
Email: Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Churches,
Clay Villanueva, and Vine of Light Church

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>       Plaintiffs,<br><br>   vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>       Defendants. | Case No.:20-CV-02373-ROS<br><br>**PLAINTIFF CIAN VILLANUEVA'S DECLARATION IN SUPPORT OF CLAY VILLANUEVA'S *EMERGENCY EX PARTE* APPLICATION FOR WRIT OF HABEAS CORPUS** |

## DECLARATION OF CIAN VILLANUEVA

1.   Cian R. Villanueva declares and states as follows:

2.   I am the only son of Clay Lindell Villanueva, plaintiff herein. I am over the age of 18 and have personal knowledge of the matters stated herein, and if called as a witness I could and would so competently testify.

3.   I write this Declaration in support of the Ex Parte Application to release my father from custody of the Maricopa County jail, where he is being held, based on a warrant that

was apparently issued despite the fact that, to my knowledge, my father had never been told to appear at court to answer charges at any time.  As I explain below in somewhat greater detail, my father was not told orally, or in writing, via postal delivery, certified mail, email, or other electronic communication.

4. I know this for a fact, because since my father's diagnosis with cancer a year ago, shortly after the raid of his home on May 19, 2020, he and I have increased the strength of an already-close relationship.   Since his diagnosis, he made me his Attorney in Fact with regard to his property, by way of an effective Power of Attorney, and has kept me far more up to date with the general happenings in his life.  Since his diagnosis, my father has done his best to make sure I gave a good sense of what is going on with him, so that I will be well-oriented to deal with his affairs in the event of his death

5. My father has worked in the communications and technology field during his entire career, for seven years in the Navy, and as a network and computer technician as a civilian.  He has a precise mind, and explains himself well to me, so I have been able to understand some of the legal aspects of his situation.  Ever since the May 19, 2020 HIDTA drug team raid on his home, he has been attentive to the development of the lawsuit that he filed in Phoenix to obtain protection from future attacks on his free exercise of religion.

6. I therefore had extensive conversations with my father before and while he was planning what might be his last trip to Peru in August.  On about a weekly basis, my father updated me when papers would come in from opposing counsel, or his lawyers were preparing documents for filing on his behalf.  From these conversations, I concluded that he believed his lawyers were handling things well.  He never mentioned a duty to appear in court to answer charges, nor did he ever say that he had received any notice of criminal charges filed against him.

7. Because I was my father's Attorney in Fact, and because he demonstrated great personal concern that I understand his legal affairs, I am absolutely certain that he would

have told me the same day, if he had received notice of criminal charges from any source. That never happened. Accordingly, I am certain he had no knowledge of the possibility that traveling to Peru would expose him to arrest at the LAX airport from which he was departing.

8. Further affiant sayeth naught.

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on August 31, 2021, at Phoenix, Arizona.



Cian R. Villanueva