**Document info**

| | |
|---|---|
| Result type: | CT Chest/Abd/Pelvis W/Contrast |
| Result date: | Oct 08, 2020, 10:41 p.m. |
| Result status: | authenticated |
| Performed by: | Eduard Obillo |
| Verified by: | JED SANTA MARIA |
| Modified by: | JED SANTA MARIA |
| Accession number: | 00001CT20200045211 |

# CT Chest/Abd/Pelvis W/Contrast

| | | | |
|---|---|---|---|
| **Patient:** | VILLANUEVA, CLAY LINDELL | **DOB:** | May 12, 1961 |

CT Chest/Abd/Pelvis W/Contrast

**EXAM:** CT CHEST ABDOMEN/PELVIS WITH IV CONTRAST

**HISTORY:** 59-year-old male, Lymphadenopathy

**TECHNIQUE:** Computed tomography of the chest abdomen/pelvis performed following IV contrast administration. All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

**COMPARISON:** None.

**FINDINGS:**
Thyroid: No mass.
Lungs: Clear.
Pleura: No effusion or pneumothorax.
Cardiomediastinum: Mild to moderate esophageal wall thickening. Mild paraesophageal adenopathy.
Aorta: Normal.

Liver: See below.
Biliary: No calcified stones. No ductal dilatation.

Pancreas: No peripheral stranding.
Spleen: No splenomegaly.
Adrenals: 6 x 4 x 4 cm water density lesion in the right adrenal fossa demonstrating an irregular margin with the liver and several foci of contrast peripherally.
Kidneys/ureters: No hydronephrosis. No stones.
Gastrointestinal: No dilatation. No wall thickening.
Appendix: No acute findings.
Peritoneal space: No free air.
Bladder: No acute findings.
Reproductive: Left varicocele.

Vasculature: Engorged pelvic veins. Mass effect on the IVC.
Lymph nodes: Bulky confluent retroperitoneal circumaortic adenopathy, the largest node probably 4 cm in short axis, the confluent mass in total 14 cm transverse by 12 cm craniocaudal. Moderate iliac adenopathy bilaterally.
Bones: No acute fracture or malalignment.
Soft tissues: No acute findings.

IMPRESSION:
1. Severe retroperitoneal adenopathy including a bulky circumaortic confluence, concerning for lymphoma. Recommend further workup.
2. Indeterminate 6 x 4 x 4 cm complex mostly low density lesion in the right adrenal fossa demonstrating an irregular margin with the liver, question exophytically arising from the lateral limb of the right adrenal gland, versus exophytically arising from the liver with mass effect on the adrenal gland. Atypical hemangioma not excluded. Recommend nonurgent multiphasic MRI.
3. Esophagitis versus other lesion.

# CEIM
## CENTRO ESPECIALIZADOS DE IMÁGENES MÉDICAS

**NOMBRE** : VILLANUEVA CLAY
**EDAD** : 59 AÑOS.
**FECHA** : 11- 12- 2020
**EXÁMEN REALIZADO** : ECOGRAFÍA DE ABDOMEN COMPLETO.


VESICULA BILIAR


HIGADO


GANGLIOS PERI MESENTÉRICOS


CONGLOMERADO GANGLIONAR PERIMESENTÉRICO


CONGLOMERADO GANGLIONAR PERI MESENTÉRICO


R. DERECHO    R. IZQUIERDO


NÓDULO HEPÁTICO