JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, | |
| Plaintiffs, | Case No.:20-CV-02373-ROS |
| vs. | PLAINTIFFS' MOTION TO CONSOLIDATE |
| Merrick Garland, Attorney General of the United States, *et al*., | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that Plaintiffs Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church moves pursuant to Federal Rule of Civil Procedure 42(a) to consolidate the above-captioned case with *Arizona v. $8,025.00 in U.S. Currency et al.*, Case No. 21-cv-01278-JAT (D. Ariz.). The grounds for the motion are that: (1) there is substantial overlap in the facts and law in the two cases; (2) the danger of inconsistent adjudication of the same issues is extremely high; and (3) the efficiencies of consolidation outweigh any inconvenience.

This request is based on this motion, the memorandum of points and authorities in support of this motion, and the files and records of this action and the files and records of the related case.

Dated:  October 1, 2021

JOHN SULLIVAN
/s/John Sullivan
JOHN SULLIVAN (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches,
and Clay Villanueva