JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>   Plaintiffs,<br><br>   vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>   Defendants. | Case No.:20-CV-02373-ROS<br><br>DECLARATION OF JOHN SULLIVAN AND REQUEST FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS IN SUPPORT OF MOTION TO CONSOLIDATE |

Plaintiffs hereby authenticate exhibits in support of Plaintiffs' Motion to Consolidate, and moves the Court to take judicial notice of adjudicative facts determinable from the attached judicially noticeable exhibits, pursuant to F.R.E. Rule 201, that permits the court to take judicial notice of "adjudicative facts."  "Adjudicative facts are simply the facts of the particular case."  Notes of Advisory Committee on Rules, FRE Rule 201.

Dated:  October 1, 2021      JOHN SULLIVAN
                             /s/John Sullivan
                             JOHN SULLIVAN (127139)
                             Attorney for Plaintiffs
                             Arizona Yagé Assembly,
                             North American Association of Visionary Churches,
                             and Clay Villanueva

# DECLARATION OF JOHN SULLIVAN

John Sullivan declares and states as follows:

1. I am an attorney licensed to practice law in the State of California, and the attorney of record for the plaintiffs herein. I make this declaration on personal knowledge, and if called as a witness could and would so competently testify.

2. Exhibits 1 – 3 listed below are true and correct copies of various documents filed in this Court or in the District of Arizona in the Related Case, named and numbered *Arizona v. $8,025.00 in U.S. Currency et al.*, Case No. 21-cv-01278-JAT (D. Ariz.).

| Exhibit | Filed in Case | Document Title | Dkt. Number |
|---|---|---|---|
| 1 | Forfeiture case | Supplemental Cover Sheet | 1-1 |
| 2 | Forfeiture case | Response in Opposition to Motion to Remand to State Court | 15 |
| 3 | RFRA case | Order | 131 |

I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on October 1, 2021.

s/John Sullivan