# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>    Plaintiffs,<br><br>    vs.<br><br>Merrick B. Garland, Attorney General of the United States; D. Christopher Evans, Acting Administrator of the U.S. Drug Enforcement Administration; Alejandro N. Mayorkas, Secretary of the Dept. of Homeland Security; Troy Miller, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection; the United States of America; Maricopa County, Matthew Shay, and Marco Paddy<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>**PROPOSED ORDER GRANTING MOTION TO CONSOLIDATE ACTIONS** |

  Plaintiffs have moved the Court to consolidate this action with *Arizona v. $8,025.00 in U.S. Currency et al.*, Case No. 21-cv-01278-JAT (D. Ariz.).

  Pursuant to F.R.Civ.P. 42(a), the Court finds that this action and *Arizona v. $8,025.00 in U.S. Currency et al.*, Case No. 21-cv-01278-JAT (D. Ariz.): arise from the same facts; involve the same parties; seek adjudication of rights to the same personal and real property; will require testimony from many of the same witnesses and review of evidence from the same documents; accordingly, the Court finds that consolidation will conduce to judicial efficiency.

  The Court further finds that, if decided separately, inconsistent adjudication of identical issues is not unlikely, and could lead to inconsistent outcomes, difficult to resolve, and potentially impairing this Court's ability to enter an enforceable, meaningful judgment in this action.

  The Court further finds that consolidation will: serve the Court's interests in adjudication all claims arising from a single event involving identical parties and property; protect the Court's ability to enter a meaningful and enforceable judgment in this action; and, permit this Court to do equity among all parties, resolving all related issues in a single, judicially consistent judgment.

  The Court finds that there will be no undue delay due to consolidation, and that the efficiencies of consolidation outweigh any inconvenience.

  Accordingly, plaintiffs' motion to consolidate is GRANTED.

Dated: _____, 2021

             _____
             UNITED STATES DISTRICT COURT JUDGE
             ROSLYN O. SILVER