BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**MOTION BY ALL DEFENDANTS FOR STAY OF DEADLINES TO RESPOND TO PLAINTIFFS' MOTION TO CONSOLIDATE** |

Pursuant to LRCiv 7.3(b), the Federal Agency Defendants, the County Defendants, and Defendant Paddy ("Defendants") together move this court for a stay of each of their deadlines to respond to Plaintiffs' Motion to Consolidate, ECF No. 132. Plaintiffs have moved to consolidate the above-captioned action with *Arizona v. $8,025.00 in U.S. Currency*, No. 21-cv-01278-PHX-JAT (D. Ariz.) ("forfeiture action"). Prior to the filing of Plaintiffs' Motion to Consolidate, the State of Arizona filed a motion to remand the forfeiture action to state court; that motion is currently pending. Defendants respectfully request that their deadlines to respond to Plaintiffs' Motion to Consolidate be stayed until 14 days after the remand motion is adjudicated by the court in the forfeiture action.

1

1. On May 27, 2021, Plaintiffs filed a Fourth Amended Complaint. ECF No. 109. On June 15, 2021, Defendants filed separate motions to dismiss. ECF Nos. 110, 111, 112. On July 20, 2021, Plaintiffs filed oppositions to the motions to dismiss. ECF Nos. 116, 117, 118. On August 10, 2021, Defendants filed separate replies in support of their motions to dismiss. ECF Nos. 121, 122, 123.

2. On October 2, 2021, Plaintiffs filed a Motion to Consolidate the above-captioned case with *Arizona v. $8,025.00 in U.S. Currency*, No. 21-cv-01278-PHX-JAT (D. Ariz.) ("forfeiture action"). ECF No. 132.

3. The forfeiture action was brought under Arizona state law and originally filed in state court; it was removed to federal court by Clay Villanueva on July 23, 2021. Notice of Removal, *Arizona v. $8,025.00 in U.S. Currency*, ECF No. 1. On August 23, 2021, the State of Arizona moved to remand the forfeiture action to state court. Motion to Remand, *Arizona v. $8,025.00 in U.S. Currency*, ECF No. 9. Mr. Villanueva responded to the State's Motion to Remand on September 27, 2021. Response in Opposition to Motion to Remand, *Arizona v. $8,025.00 in U.S. Currency*, ECF No. 15. The State of Arizona filed its reply in support of the remand motion on October 4, 2021. State's Reply Supporting Motion to Remand, *Arizona v. $8,025.00 in U.S. Currency*, ECF No. 18. The court in the forfeiture action has not yet ruled on the State's remand motion.

4. If the court in the forfeiture action grants the State's motion to remand, Plaintiffs' Motion to Consolidate would be moot. Defendants therefore respectfully request that their deadlines to respond to Plaintiffs' Motion to Consolidate be stayed until 14 days after the court in the forfeiture action rules on the State's motion to remand.

5. This request is made in good faith and not for any improper purpose, and the requested stay would not result in any unjustified delay. Additionally, the requested stay would further judicial economy by conserving resources of the parties and the Court.

6. In accordance with LRCiv 7.3(b), undersigned counsel contacted Plaintiffs' counsel about this motion on October 7 and 8, 2021. Plaintiffs' counsel indicated that Plaintiffs oppose the relief sought in this motion, requesting that Defendants "include a copy of

[his] email with the motion, to represent plaintiffs' position accurately." *See* Exhibit 1. Defendants have attached the relevant email correspondence, as requested. *Id.*

Dated: October 9, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*/s/ Kwan Piensook*
KWAN PIENSOOK
Assistant U.S. Attorney

*Attorneys for Defendant Paddy*


*/s/ Jeffrey S. Leonard*
Jeffrey S. Leonard
Evan F. Hiller
SACKS TIERNEY, P.A.
*Attorneys for County Defendants (Maricopa County and Matthew Shay)*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 9, 2021, I electronically transmitted the foregoing motion to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                                                        */s/ Lisa Newman*
                                                        LISA NEWMAN