**From:** "Charles Carreon, Esq." <chascarreon@gmail.com>
**Date:** October 8, 2021 at 11:54:58 AM MDT
**To:** "Newman, Lisa N. (CIV)" <Lisa.N.Newman@usdoj.gov>
**Cc:** "Evan Hiller Esq." <Evan.Hiller@sackstierney.com>, "John W. Sullivan" <sullivan.john84@gmail.com>, "Leonard, Jeffrey S." <Jeffrey.Leonard@sackstierney.com>, "Piensook, Kwan (USAAZ)" <KPiensook@usa.doj.gov>
**Subject: Re: [EXTERNAL] Re: Conference on motion to consolidate [IWOV-EMM.FID726105]**

Lisa

Please include a copy of my email with the motion, to represent plaintiffs' position accurately.

Cha

On Fri, Oct 8, 2021 at 8:58 AM Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov> wrote:
Hi charles,

Yes, defendants do see it differently — so I will represent that plaintiffs oppose the relief defendants seek.

All the best,
Lisa


On Oct 7, 2021, at 5:56 PM, Charles Carreon, Esq. <chascarreon@gmail.com> wrote:

Jeff,

Plaintiffs' analysis is:

- LR 42.1 prescribes the procedure for handling a motion to consolidate (the "Rule 42.1 Motion").
- The Clerk of Court initiated that procedure by filing a duplicate of the Rule 42.1 Motion in the Removed Forfeiture action.
- When defendants file responses in either case, they will be automatically filed in the related case.  (LR 42.1 (c)).
- Local Rule 42.1 procedure is an exercise in intra-court comity, in which the judges confer among themselves to arrange consolidations as appropriate and efficient.  (See LR 42.1 (d) and (e).
- Stays in individual actions in which consolidation is sought by Rule 42.1 Motion are unnecessary.  (See Judge Tielborg's denial of plaintiffs' motion for stay.)
- Whether consolidation is appropriate under F.R.Civ.P. 42(a) must be determined *either: (1)* to grant or deny consolidation, *or (2)* to determine whether a stay of the Rule 42.1 Motion is appropriate.

- A stay could only be granted if the court determined the consolidation factors set out in LR 42.1 and F.R.Civ.P. 42(a) were not satisfied.
- Accordingly, a motion to stay the Rule 42.1 Motion is redundant of the LR42.1 procedure, conducive only to delay.

Do defendants see things differently?

Warm regards,
Charles


Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

   Virus-free. www.avast.com

On Thu, Oct 7, 2021 at 4:17 PM Leonard, Jeffrey S. <Jeffrey.Leonard@sackstierney.com> wrote:

I'm at a loss to see how LRCiv 42 has anything to do with this issue.  Perhaps an explanation would help.


Jeff Leonard



***Jeffrey Leonard***
Attorney
P. 480.425.2652  F. 480.425.4952
C: 602.799.2376
Jeffrey.Leonard@SacksTierney.com

*Celebrating 60 Years of Service 1960 - 2020*

Sacks Tierney
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251

www.sackstierney.com

a Member of **MERITAS** Law Firms Worldwide

**NOTICE:  This e-mail may contain confidential and privileged material for the sole use of the intended recipient.**

**Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the**

**sender and delete and destroy all copies.  To ensure IRS compliance, any tax advice included in this e-mail may**

**not be used by any recipient to avoid penalties imposed under the Internal Revenue Code, state or local tax law**
**provisions.**
**Thank you.**

**From:** Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>
**Sent:** Thursday, October 7, 2021 3:56 PM
**To:** Charles Carreon, Esq. <chascarreon@gmail.com>
**Cc:** John W. Sullivan <sullivan.john84@gmail.com>; Piensook, Kwan (USAAZ) <Kwan.Piensook@usdoj.gov>; Hiller, Evan F. <Evan.Hiller@sackstierney.com>; Leonard, Jeffrey S. <Jeffrey.Leonard@SacksTierney.com>
**Subject:** Re: [EXTERNAL] Re: Conference on motion to consolidate

Hi Charles,

I'm adding the other Defendants back into this email.  Just curious why you think our request doesn't square with Local Rule 42, since 42(c) provided that we can file a responsive memorandum, and nothing in the rule says the motion must be briefed or decided before a different already pending motion (that might moot the motion to consolidate) is itself decided.

On Oct 7, 2021, at 3:17 PM, Charles Carreon, Esq. <chascarreon@gmail.com> wrote:

Lisa

I haven't had a chance to confer with the client about it, but at this point my advice to them would be to see your proposal in writing before commenting. At this point, we would be most interested in knowing how your proposal squares with local rule 42.

Charles

On Thu, Oct 7, 2021 at 9:54 AM Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov> wrote:

Charles and John,

The Defendants are jointly moving to stay our response to the recently filed motion to consolidate until after the court decides the motion to remand in the case which you seek to consolidate with ours.  Will you please let me know whether Plaintiffs are opposed to such relief?

Thanks,
Lisa

--

Charles Carreon

Attorney at Law

California and Federal Law

Tel: 928-975-2191

This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

 Virus-free. [www.avast.com](www.avast.com)

--
Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product privileged material. If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.