## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>　　　　Defendants. | No. 2:20-cv-2373-ROS<br><br>**[PROPOSED] ORDER** |

　　　　Having reviewed and considered the Motion by All Defendants for Stay of Deadlines to Respond to Plaintiffs' Motion to Consolidate (Doc. ___),

　　　　IT IS HEREBY ORDERED that Defendants' deadlines to respond to Plaintiffs' Motion to Consolidate be stayed until 14 days after the issuance of a ruling on the remand motion pending in *Arizona v. $8,025.00 in U.S. Currency*, No. 21-cv-01278-PHX-JAT (D. Ariz.).