**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No.:20-CV-02373-ROS |

**[PROPOSED] ORDER**

The Court hereby GRANTS Plaintiff AYA's Motion for Preliminary Injunction based on the following findings of fact:

    1.    AYA's system of belief is sincere and its religious practice is genuine;

    2.    No compelling governmental interest justifies imposition of a complete prohibition on AYA that bars it from all importation, manufacturing, and dispensing of Ayahuasca;

1

3. The imposition by the DEA, DHS and CBP of a complete prohibition on Ayahuasca substantially burdens the Free Exercise of AYA, its ministers, and its AYA congregation.

Accordingly, it is hereby ORDERED that the Attorney General, the Administrator of the Drug Enforcement Administration, the Secretary of the Department of Homeland Security, and the Acting Commissioner of the United States Customs and Border Protection ("CBP") are preliminarily enjoined from:

1. Prosecuting AYA and its members for importing or ingesting sacramental Ayahuasca;

2. Aiding or assisting in the prosecution of AYA and its members in State court proceedings; and

3. Confiscating sacramental Ayahuasca that was shipped to AYA or its members.

_____
**Honorable Roslyn O. Silver**

Respectfully submitted,
November 9, 2021

/s/John Sullivan
JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church