Case No.:20-CV-02373-ROS
Arizona Yagé Assembly's Motion for Preliminary Injunction

# Exhibit 3

## AYA TENETS AND PRECEPTS

Know and possess the intent to receive the Sacrament for the Proper Purpose – to reclaim your personal power and for healing through renewing your connection to Divine Love.

Resolve to be honest with yourself, and open your heart to receive all of the understanding that can be offered and received through the Sacrament.

Receive the Sacrament in reverence, and enter Communion from a place of freedom, as a wholly volitional act of personal agency.

Drink the Holy Sacrament in communion with others.  Surrender.  Enter into the temple in communion with Divine Love and direct awareness of this Divine Love, the Heart of Christ.

Clarify your intent.  Seek inner silence.  Bear witness.  Surrender in Holy Communion.

Cross surrender's threshold into Divine Love.  Heal in love.  Clear room to grow.

Stay receptive.  Bear witness.  Listen.

Open to the equal nature of existence, and see others as equals.

Bring others to the Divine source, then withdraw.  Remember that no one can be pushed across the threshold of surrender. Renew your individual connection with Divine Love.

Don't assume a priestly role, or try to act as a caretaker.  The person you think you're helping is often your guide.  Explore.    Lend your awareness to what's right before your eyes.

Don't rob someone of an essential experience.  Lend your awareness to others with a light touch.

Don't intercede between a person and their connection with the Divine.

If you feel yourself taking on the weight of others' pain, ground.  Give it to the earth.  Maintain healthy boundaries.

Awaken yourself to the source of your suffering.  Feel it, accept it, and pass through it, into another layer of silence and Divine Love.

Lend your awareness in guiding others gently to the understanding that feeling and accepting their pain allows it to subside, and allows them to enter deeper Silence and Divine Love.

If you're arguing with someone in your head, return to your heart.  Feel and express how you feel.  Live from the heart.

Through Divine Love and acceptance, come to forgiveness and gratitude.

Live simply and share your energy and vitality in love.  Simplicity grows from the Love of simplicity.

Release your disappointment at falling short of perfection.  Receive the Divine Love available to you just as you are.

If your disappointment remains or intensifies, bear witness, and learn from it.

Give attention to your breath.  Release thoughts by allowing the breath to move through your being.  When you come to a blockage or heavy feeling, arising perhaps from self-importance or self-pity, feel its place within your breath.  Breathe with it. Breathe it in.  Gently exhale it out.  Cleanse with the breath, allowing any block to open through acceptance.

Explore how it feels to adopt a light touch with yourself and others.  Dust off your sense of humor, and take a break from habitual seriousness.

## AYA TENETS AND PRECEPTS

When anger arises, bear witness, and learn from it.

Release your fascination with drama.  Conflicts cannot be avoided.  They will arise.  Reconcile them, learn what you can from them, and surrender any obsession with them.

If you feel remorse for past acts, allow yourself to receive the lesson, then allow yourself to move on.

Don't be anxious for peace.  Protecting your peace from threats, puts you on guard, which inhibits freedom essential to the living experience of peace.

Don't avoid or indulge in negative states.  An honest view is enough.

Free yourself from a chattering mind through acceptance, love, and forgiveness.

Instead of thinking about who you are, be yourself.

Infuse your entire body with awareness, and care for it as a temple.

Meditate daily and stay attuned to your body and spirit's vibratory state.

Protect your vitality and use sexual energy in wholesome ways.

Bring new life into this world with love and confidence.  Teach love.  Learn.  Listen in love.

Seek freedom through the impeccability of personal action and responsibility.

Practice honesty.  Sustain your awareness on your heart.  Speak from the heart.

Speak openly and honestly without participating in partisan conflict.

Take a clear stand for the rights of man.

Be a living counter-measure to the advent of war.  Don't fight wars.  Seek to heal the wounds of war.

Do what you love.  Choose a path with heart.

Respect the property and boundaries of others.  Do not invest in businesses or schemes to rob others of their lives or livelihood.  Avoid employment, occupations, and investments destructive to life.

Don't abdicate your personal power or personal agency.  Uphold all of our essential rights as living beings on this earth.

Stand up for the underdog.  Bring awareness to those enriching themselves on the backs of human suffering.  Inspire those lapsing into complacency.

Speak to the demoralized.  Share the gift of courage.   Reaffirm your reason for getting up each morning.  Help others to find theirs.

Uphold the freedom to engage in your spiritual practice as our collective birthright as human beings.

Accept your own failings, and those of others. Take an honest view.  And in so doing, learn from yourself and others.