Case No.:20-CV-02373-ROS
Arizona Yagé Assembly's Motion for Preliminary Injunction

# Exhibit 7

**Thank You!**

Thank you for securing your place for the evening's ceremony with the Arizona Yagé Assembly. As always, welcome to our small church.  We're grateful for how these ceremonies have come together and the way our church has grown to support your spiritual practice. These ceremonies are possible because of your intent.  Thank you.

Keep in mind that this confirmation is confidential.  Do not share it with anyone outside of your circle for the evening's ceremony.  Please read through to the bottom now.  **You'll find important preparatory materials below that you'll absolutely need to participate in the best possible fashion.**

If you haven't already, please complete your ceremony questionnaire. This will complete your registration.  The questionnaire is meant for you to strengthen your own intention and purpose for ceremony, as well as help us get to know you better.  It also helps to show us how we can better support you during ceremony.

You will receive driving directions 5 days before your ceremony and **only after you send in your questionnaire and registration is complete.**

Go to this link to complete the personal questionnaire: **http://www.aya.guide/questionnaire** Take your time to reflect on your answers, but complete them **today**. You may type your answers into an email and send them to: ceremony@aya.guide.

## Ceremony Preparation

The main purpose of these ceremonies is to develop a deeper and more conscious relationship with the divine spirit, and to look for better and healthier ways to live and relate to self, family, and community.  Therefore, it's essential that you bring your own purposeful intent.

**Preparation for ceremonies:** In seeking help, guidance, healing, and learning, establish a clear intention and purpose.  It's important to be in the best possible disposition for the event.  **Don't take any alcohol or drugs** (including marijuana), and also make an effort to stay away from disruptive influences and guilty pleasures (such as indulging in crappy food or media) before and after the ceremony.  We recommend that you don't eat: **really salty, sugary, spicy or greasy food** 5 days before and at least two days after the ceremony. Abstain from **red meat** 5 days prior and **pork** the week prior.  Also abstain from **dairy** at least one-day prior.  Also abstain from **orgasms** 3 days before and 2 days after the ceremony.  Do what you can.  Here's a check list of do's and don'ts.

**Don'ts:**
Beginning 5 days before . . .
**No:**
- Meats (as stipulated above)
- Hard cheeses (they contain an amino acid that affects the clarity of the visions)
- Heavy greasy food
- Heavily salted foods

- Sugary foods
- Fermented foo d or drink
- Alcohol
- TV and TV News

**Also:**
- As noted in earlier materials, anti-depressants must be completely out of your system. (If you've taken them within the last 8 weeks, you can't take Ayahuasca.)
- Anti-hypertensive medications must also be completely out of your system.
- Other medications and stimulates should also be out of your system, please check this website if you have questions: http://ayahuascasafety.org/?page_id=13
- No cologne or perfumes at all the day of, or night prior to, ceremony.  This includes: no artificially scented shampoos, artificially scented soaps or artificially scented deodorants.  (People's sense of smell will be especially heightened during ceremony.)

**Do's:**
You may drink pau d'arco tea http://paudarco.org/ (Buy it in bulk from your local health food store or food cooperative.  Bulk is recommended over pill form.  No tinctures.)
- Place 2 thick pinches in 1 quart of water.
- Bring to a full boil.  Let steep for 10 minutes.  Strain.  Drink hot or cold.
- Drink 3 cups per day with or without meals.

Drinking this tea is not mandatory but will help you have a better time, reducing potential reactions like nausea.   If you do take pau d'arco for the event, stop drinking one day prior to ceremony.  Feel free to start drinking the pau d'acro one to two weeks prior to the event.  Cat's Claw is another excellent preparatory tea that can simply be added to the pau d'arco.   (It's available at most health food stores that sell bulk herbs.) To prepare cat's claw and pau d'arco together, keep everything the same as with the pau d'arco tea recipe, just add a couple extra pinches of cat's claw to the pau d'arco mix.

**Stay hydrated the week prior.**  Drink plenty of water or non-caffeinated tea with lemon.  The pau d'arco is a diuretic.  Drink extra fluids to compensate.

**Meditate the week prior.**  Breath focused meditation is an excellent companion practice, in which you place your attention on your breath until you notice that your attention is not on your breath, then return your attention back to your breath.

**Sleep.** Catch some extra sleep the night prior or nap the day of.  You'll be up all n ight during ceremony.  You don't want to struggle with sleep.

**Gather your intent:**  Why are you attending?  What do you want to look into?  What questions do you have to address?

Try to give yourself time after the ceremony to integrate the guidance you receive to the rest of your life and relationships.

The Ceremony will last until first light, and after some rest we may share our experiences, questions and insights.

Also, your sacred instruments are welcome, but be aware that there will be only one altar to unite all and it will be the central altar.  You may use your feathers and other sacred instruments after the water prayer as long as they don't interfere with the ceremony.

Music may be shared by the participants after the Ceremonial work is finished in the morning.

As you will be laying down for much of the ceremony please bring everything you will need to be comfortable in ceremony including:  a sleeping mat, sleeping bag, a pillow, blankets, and if you like to sit, you may bring a low back-jack chair.   Sleeping mats should be the width of typical camping pads, unless you plan to have your mat accommodate two people.

**Also bring an extra change of clothes.**

**Starting time:**   Plan on arriving to the location between 7:00 and 8:00PM (and no later than 8:30PM).  Please try not to arrive before 6:30 PM.  You'll be emailed the event location with directions prior to the ceremony itself.   If you do not receive this email 5 days prior to the event please call us at 520-777-1348 or email us at ceremony @aya.guide.

**Registration:**  All guests must be registered and paid in advance.   Your payment is confirmed.  In doing so you've made a clear decision to prepare and attend.  Space is limited and your own clear intention to attend is essential.  Registration is non-refundable.

**More info:**  Try to give yourself time after the ceremony to integrate. Don't rush back to work, and if possible allow some solo time spent in nature to assist your re-entry.  Please be respectful with your space in the ceremony and leave it as you found it.  Absolutely no unregistered guests allowed.

In addition to this email confirmation, you'll be contacted by email **5 days** prior to the ceremony with follow-up materials that will include the location and driving directions to the event.
Go to this link to complete the personal questionnaire: **http://www.aya.guide/questionnaire**
Take your time to reflect on your answers, but complete them **today**. You may type your answers into an email and send them to: ceremony@aya.guide.
We're honored to share this sacred space with you.  Please email ceremony@aya.guide, if you have any questions, or call us at 520-777-1348.   Link here for more on our church's Tenets & Precepts and Statement of Ethics.

With affection,

Arizona Yagé Assembly