Case No.:20-CV-02373-ROS
Arizona Yagé Assembly's Motion for Preliminary Injunction

# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CHURCH OF THE HOLY LIGHT OF
THE QUEEN, et al.,

      Plaintiffs,

v.

ERIC HOLDER, et al.,

      Defendants.

No. 1:08-cv-03095-PA

**SECOND AMENDED JUDGMENT**

Defendants are enjoined from prohibiting plaintiffs' importation, storage, distribution, and use of Daime tea for plaintiffs' religious ceremonies.

IT IS SO ORDERED.

DATED this ____6____ day of January, 2012.

/s/ Owen M. Panner
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - SECOND AMENDED JUDGMENT