Case No.:20-CV-02373-ROS
Arizona Yagé Assembly's Motion for Preliminary Injunction

# Exhibit 17

🇺🇸 An official website of the United States government
Here's how you know

</>                                                                                    FULL MENU

# HIDTA

High Intensity Drug Trafficking Areas (HIDTA) program, created by Congress with the Anti-Drug Abuse Act of 1988, provides assistance to Federal, state, local, and tribal law enforcement agencies operating in areas determined to be critical drug-trafficking regions of the United States. This grant program is administered by the Office of National Drug Control Policy <https://www.whitehouse.gov/ondcp/>(ONDCP). There are currently 33 HIDTAs, and HIDTA-designated counties are located in 50 states, as well as in Puerto Rico, the U.S. Virgin Islands, and the District of Columbia. The DEA plays a very active role and has more than 1,500 authorized special agent positions dedicated to the program. At the local level, the HIDTAs

are directed and guided by Executive Boards composed of an equal number of regional Federal and non-Federal (state, local, and tribal) law enforcement leaders. The 2021 HIDTA annual budget is $290 million.

To qualify for consideration as a HIDTA, an area must meet the following criteria:

- The area is a significant center of illegal drug production, manufacturing, importation, or distribution;
- State, local, and tribal law enforcement agencies have committed resources to respond to the drug trafficking problem in the area, thereby indicating a determination to respond aggressively to the problem;
- Drug-related activities in the area are having a significant harmful impact in the area and in other areas of the country; and
- A significant increase in allocation of Federal resources is necessary to respond adequately to drug related activities in the area.

  

**SAMHSA Behavioral Health Treatment Locator**

Address, city, state or zip code

**Go**

### Who We Are
</who-we-are>

**About**
<https://www.dea.gov/who-we-are/about>

**Domestic Divisions**
<https://www.dea.gov/domestic-divisions>

### What We Do
</what-we-do>

**Drug Prevention**
</what-we-do/education-and-prevention>

**Law Enforcement**
</law-enforcement>

### Careers </careers>

**Overview**
</careers>

**Special Agent**
</careers/special-agent>

**Diversion Investigator**
</careers/diversion-investigator>

### Resources
</resources>

**Drug Information**
</drug-information>

**Employee Assistance Program**
</resources/eap>

### Doing Business with the DEA
</resources/doing-business-dea>

**Overview**
</resources/doing-business-dea>

| | | | | |
|---|---|---|---|---|
| [Foreign Offices](https://www.dea.gov/foreign-offices) | [Diversion Control](https://www.deadiversion.usdoj.gov) | [Forensic Investigator](...) | [Equal Opportunity Employer](/how-to-apply/equal-opportunity-employer) | [Current Vendors](/doing-business-dea/current-vendors) |
| [Contact Us](/who-we-are/contact-us) | [News](/news) | [Forensic Sciences](/careers/forensic-sciences) | [FOIA](https://www.dea.gov/foia) | [Prospective Vendors](/doing-business-dea/prospective-vendors) |
| [DEA Museum](https://museum.dea.gov/) | | [Intelligence Research Specialist](/careers/intelligence-research-specialist) | [Publications](...) | [Security Clauses](/doing-business/security-clauses) |
| | | | [Media Galleries](/resources/media-galleries) | [Security Forms](/doing-business-dea/security-forms) |
| | | | [VWAP](https://www.dea.gov/resources/vwap) | [Small Business Program](/doing-business-dea/small-business) |

**Policies** <>

[Accessibility, Plug-ins & Policy](/resources/accessibility-plug-ins-policy)

[Legal Policies & Disclaimers](https://www.justice.gov/legalpolicies#disclaimer)

[No FEAR Act](https://www.justice.gov/jmd/eeo-program-status-report)

[Privacy Policy](https://www.justice.gov/doj/privacy-policy)

[U.S. Department of Justice EEO Policy](https://www.justice.gov/jmd/file/790081/download)

[USA.gov](https://www.usa.gov/)

<https://www.usa.gov/>

[Whistleblower Protection](https://www.justice.gov/pardon/whistleblower-protection-enhancement-act)

<https://www.justice.gov/pardon/whistleblower-protection-enhancement-act>



# United States Drug Enforcement Administration

DEA.gov is an official site of the U.S. Department of Justice <https://www.justice.gov/>

<https://www.facebook.com/deahq/>  <https://www.twitter.com/deahq>  <https://www.linkedin.com/company/drug-enforcement-administration>  <https://www.instagram.com/deahq>

## DEA Contact Center

(202) 307-1000  info@dea.gov

Contact the Webmaster </contact-us>



HOME   ABOUT HIDTA   ISC   PREVENTION   TRAINING

CONTACT US

*Excellence in Partnership, Leadership, and Innovation*

Se

eResources

In The News

**Arizona High Intensity Drug Trafficking Areas** (HIDTA) was established in 1990.  Its mission is to facilitate, support, and enhance collaborative drug control efforts among law enforcement agencies and community-based organizations with a common voice and unified strategy and thereby significantly reduce the impact of illegal trafficking and use of drugs throughout Arizona.

By focusing on this mission, the Arizona HIDTA has evolved into a trusted counter-drug grant program that Arizona law enforcement agencies have come to rely upon to assess regional drug threats, facilitate the creation of cooperative strategies to address the threat, and to provide

Arizona HIDTA designated counties include Cochise, La Paz, Maricopa, Mohave, Navajo, Pima, Pinal, Santa Cruz, and Yuma.



National HIDTA Map

them with the necessary resources to enhance their effectiveness and efficiency as they implement the strategies.

The Arizona HIDTA coordinates and supports the efforts of 633 full-time and 185 part-time participants from 75 Federal, state, local, and tribal agencies.

© Arizona HIDTA 2021



HOME   ABOUT HIDTA   ISC   PREVENTION   TRAINING
CONTACT US

# PARTICIPATING AGENCIES

HIDTA helps improve the effectiveness and efficiency of drug control efforts by facilitating cooperation between drug control organizations through resource and information sharing, co-locating, and implementing joint Initiatives. HIDTA funds help Federal, state, local, and tribal law enforcement organizations invest in infrastructure and joint Initiatives to confront drug trafficking organizations. Funds are also used for demand reduction and drug treatment Initiatives.

## FEDERAL

Bureau of Alcohol, Tobacco, Firearms and Explosives
Bureau of Indian Affairs
Bureau of Land Management
Drug Enforcement Administration
Federal Bureau of Investigation
Internal Revenue Service
United States Attorney's Office

## LOCAL

Apache Junction Police Department
Buckeye Police Department
Bullhead City Police Department
Casa Grande Police Department
Chandler Police Department
Cochise County Attorney's Office
Cochise County Sheriff's Office
Coolidge Police Department

United States Border Patrol

United States Customs and Border Protection

United States Department of Homeland Security

United States Fish and Wildlife Service

United States Forest Service

United States Immigration and Customs Enforcement - Homeland Security Investigations

United States Marshals Service

United States National Park Service

## STATE

Arizona Attorney General's Office

Arizona Department of Corrections

Arizona Department of Public Safety

Arizona National Guard

Northern Arizona University Police Department

University of Arizona Police Department

## TRIBAL

Colorado River Indian Tribes Police Department

Salt River Tribal Police Department

Tohono O'odham Nation Police Department

Douglas Police Department

El Mirage Police Department

Eloy Police Department

Flagstaff Police Department

Florence Police Department

Gilbert Police Department

Glendale Police Department

Kingman Police Department

La Paz County Attorney's Office

La Paz County Sheriff's Office

Lake Havasu City Police Department

Marana Police Department

Maricopa County Attorney's Office

Maricopa County Probation Office

Maricopa County Sheriff's Office

Mesa Police Department

Mohave County Adult Probation

Mohave County Attorney's Office

Mohave County Sheriff's Office

Navajo County Sheriff's Office

Nogales Police Department

Oro Valley Police Department

Peoria Police Department

Phoenix Police Department

Pima County Attorney's Office

Pima County Probation Office

Pima County Sheriff's Department

Pinal County Attorney's Office

Pinal County Sheriff's Office

Quartzsite Police Department

Santa Cruz County Attorney's Office

Santa Cruz County Sheriff's Office

Show Low Police Department

Sierra Vista Police Department

Snowflake-Taylor Police Department

Surprise Police Department

Tempe Police Department

Tucson Police Department

Winslow Police Department

Yuma County Adult Probation

Yuma County Attorney's Office

Yuma County Sheriff's Office

Yuma Police Department

© Arizona HIDTA 2021