Case No.:20-CV-02373-ROS
Arizona Yagé Assembly's Motion for Preliminary Injunction

# Exhibit 20

**GRAND JURY**

THIS IS NOT A DETAINER
CONTACT 602 876 1034

SUPERIOR COURT MARICOPA COUNTY, ARIZONA

| STATE OF ARIZONA Plaintiff | ARREST WARRANT |
|---|---|
| vs | CASE NO. SGJ No. 88 SGJ 162 |
| CLAY ANTHONY VILLANUEVA (001), | |
| Defendant (First, MI, Last) | CR 2021-001611 001 |

TO: ANY AUTHORIZED LAW ENFORCEMENT OFFICER,

YOU ARE COMMANDED to arrest and bring the defendant before this court. If this court is unavailable or if the arrest is made in another country, you shall take the defendant before the nearest or most accessible Magistrate.

The defendant is accused of an offense or violation based on the following:

**INDICTMENT**

The offense(s) or violation(s) are briefly described as follows:

CHARGES:

COUNT 1: CONSPIRACY, a Class 2 Felony, in violation of A.R.S. § 13-1003, was committed on or about May 19, 2020.

COUNT 2: ILLEGALLY CONDUCTING AN ENTERPRISE, a Class 3 Felony, in violation of A.R.S. § 13-2312(B), was committed on or about May 19, 2020.

COUNTS 3: POSSESSION OF A DANGEROUS DRUG FOR SALE, a Class 2 Felony, in violation of A.R.S. § 13-3407 (A)(2), was committed on or about May 19, 2020.

COUNT 4: POSSESSION OF A DANGEROUS DRUG FOR SALE, a Class 2 Felony, in violation of A.R.S. § 13-3407 (A)(2), was committed on or about May 19, 2020.

COUNT 5: POSSESSION OF MARIJUANA FOR SALE IN AN AMOUNT OVER THE STATUTORY THRESHOLD, a Class 2 Felony, in violation of A.R.S. § 13-3405 (A)(2), was committed on or about May 19, 2020.

COUNT 6: POSSESSION OF A NARCOTIC DRUG (CANNABIS) FOR SALE IN AN AMOUNT OVER THE STATUTORY THRESHOLD, a Class 2 Felony, in violation of A.R.S. § 13-3408(A)(2), was committed on or about May 19, 2020.

COUNT 7: PRODUCTION OF MARIJUANA IN AN AMOUNT OVER THE STATUTORY THRESHOLD, a Class 3 Felony, in violation of A.R.S. § 13-3405 (A)(3), was committed on or about May 19, 2020.

COUNT 8: MONEY LAUNDERING, a Class 3 Felony, in violation of A.R.S. §§ 13-2317 (B)(1), was committed on or about May 19, 2020.

The defendant may be released if a $150,000.00 CASH bond is posted by or on behalf of the accused, OR
☐ The defendant is not eligible for release on bond.
☐ Yes ☐ No ☐ Unknown The offense is, or is materially related to, a Victims' Rights applicable offense.

BY ORDER OF: _____

6.9.2021
Court Ordered Date

Deputy Clerk