BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; et al,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(FIRST REQUEST) |

Pursuant to LRCiv 7.3, and subject to the Court's approval, Plaintiffs and the Federal Agency Defendants, agree to and stipulate as follows:

1. On November 9, 2021, Plaintiff Arizona Yage Assembly filed a Second Motion for Preliminary Injunction against the Federal Agency Defendants. ECF No. 137.

2. Currently, Defendants response in opposition is due November 24, 2021.

3. Defendants may have until December 20, 2021 to file its opposition to the motion for a preliminary injunction.

4. Plaintiff may have until January 20, 2022, to file a reply.

5.   This is the parties' first stipulation for additional time to brief the motion for preliminary injunction.

6.   In accordance with LRCiv 7.3(b), on November 12, 2021 undersigned counsel contacted Plaintiffs' counsel and Plaintiffs are unopposed to the relief sought herein.

Dated: November 15, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Lisa Newman
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

/s/John Sullivan
JOHN SULLIVAN
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary
Churches, and Clay Villanueva