**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**[PROPOSED] ORDER** |

Having reviewed and considered the Motion for an Extension of Time (Doc. ___),

IT IS HEREBY ORDERED that Federal Agency Defendants' response shall be due by December 20, 2021.

IT IS FURTHER ORDERED that Plaintiff Arizona Yage Assembly's reply shall be due by January 20, 2022.