# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick B. Garland, Attorney General of the United States, et al., | |
| Defendants. | |

On November 15, 2021, the parties filed a Stipulation to Extend Briefing Schedule for Plaintiff's Motion for Preliminary Injunction (First Request) (Doc. 138).  The parties stipulate to extend the deadline for Defendants to file their opposition to Plaintiffs' Second Motion for Preliminary Injunction against the Federal Agency Defendants (Doc. 137) from November 24, 2021 until December 20, 2021, and to extend the deadline for Plaintiffs to file a reply until January 20, 2022.  (Doc. 138 at 1).

Good cause appearing,

**IT IS ORDERED** the Stipulation to Extend Briefing Schedule for Plaintiff's Motion for Preliminary Injunction (First Request) (Doc. 138) is **GRANTED**.

…

…

…

…

…

**IT IS FURTHER ORDERED** Defendants shall file an opposition to Plaintiffs' Second Motion for Preliminary Injunction (Doc. 137) no later than **December 20, 2021**. Plaintiffs shall file their reply, if any, no later than **January 20, 2022**.

Dated this 17th day of November, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge