```
JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.:20-CV-02373-ROS <br><br> **NOTICE OF ERRATA TO PLAINTIFF AYA'S MOTION FOR PRELIMINARY INJUNCTION [DOCKET # 37]** |

    Plaintiff Arizona Yage Assembly ("AYA") submits this Notice of Errata to substitute legible copies of Exhibits 3, 4, 5, 6, 8, 15, 16, and 18 to AYA's Motion for Preliminary Injunction (Docket # 37), because as initially filed, they were partially illegible due to faulty Adobe PDF printing,.

    To simplify the substitution of legible exhibits for the illegible ones, <u>*all Exhibits have been re-done and attached as Exhibit A*</u> to this Notice, the "Corrected Exhibits." The Corrected Exhibits compile legible copies of all Exhibits, 1 – 20, inclusive, filed in support of AYA's Motion for Preliminary Injunction.  Due to file size upload limitations, the Corrected Exhibits are divided into two sections, the first compiling Exhibits 1 – 12, and the second compiling Exhibits 13 – 20.

Additionally, AYA here identifies and corrects typographical errors from the AYA brief in support of its Motion for Preliminary Injunction (Docket # 37) as follows:

| Page:line | Erratum (stricken out) | Correction in bold italics |
|---|---|---|
| 1:10-11 | "AYA also seeks preliminary relief from DHS and CBP's policy of seizing and destroying all Ayahuasca discovered in the customs process unlawful…" | "AYA also seeks preliminary relief from DHS and CBP's policy of seizing and destroying all Ayahuasca discovered in the customs process, *which is* unlawful…" |
| 1:23 | "Although Visionary Churches ~~have no~~ written scriptures…" | Although Visionary Churches *generally eschew* written scriptures…" |
| 6:6-7 | "AYA and its co-Plaintiffs sought a preliminary injunction to prevent the Defendants from taking further prosecutorial steps until ~~his~~ rights under the Religious Freedom Restoration Act and 42 U.S.C. § 1983 were resolved." | "AYA and its co-Plaintiffs sought a preliminary injunction to prevent the Defendants from taking further prosecutorial steps until *their* rights under the Religious Freedom Restoration Act and 42 U.S.C. § 1983 were resolved." |
| 15:1 | "…or participate in any enforcement actions by non-federal law enforcement…" | "…or participate in any enforcement actions *against AYA* by non-federal law enforcement…" |

Dated:  November 30, 2021

JOHN SULLIVAN
/s/John Sullivan
JOHN SULLIVAN (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches, and Clay Villanueva