BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; et al,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(SECOND REQUEST) |

Pursuant to LRCiv 7.3, and subject to the Court's approval, Plaintiff Arizona Yage Assembly and the Federal Agency Defendants, agree to and stipulate as follows:

1.   On November 9, 2021, Plaintiff filed a Second Motion for Preliminary Injunction against the Federal Agency Defendants. ECF No. 137.

2.   Currently, Federal Agency Defendants' response in opposition is due December 20, 2021. Key personnel are out during the days leading up to the December 20, which Federal Agency Defendants were not aware of at the time the original briefing stipulation was agreed to. Because of pre-planned leave during the holidays, Federal Agency Defendants respectfully request that their deadline to respond to Plaintiff's motion for a preliminary

1

injunction be extended from December 20, 2021 to January 6, 2022. Plaintiff does not oppose Federal Agency Defendants' request.

3. To the extent Federal Agency Defendants' request is granted, Plaintiff has requested a reciprocal extension of the reply deadline from January 20, 2022 to February 8, 2022. Federal Agency Defendants do not oppose Plaintiff's request.

4. This is the parties' second stipulation for additional time to brief the motion for a preliminary injunction. The parties agree that Plaintiff has consented to Federal Agency Defendants' requested extensions as a courtesy and that such extensions shall not be relied upon by Federal Agency Defendants as a basis for asserting that Plaintiff has unduly delayed in pressing its motion for preliminary relief. Federal Agency Defendants reserve the right to raise all other arguments in opposition to Plaintiff's motion.

5. As noted, in accordance with LRCiv 7.3(b), on December 14, 2021 counsel for Defendants contacted Plaintiff's counsel and Plaintiff does not oppose the relief sought herein.

Dated: December 15, 2021                              Respectfully submitted,

                                                      BRIAN M. BOYNTON
                                                      Acting Assistant Attorney General

                                                      BRIGHAM J. BOWEN
                                                      Assistant Branch Director

                                                      /s/ Lisa Newman
                                                      LISA NEWMAN
                                                      Trial Attorney
                                                      Civil Division, Federal Programs Branch
                                                      U.S. Department of Justice
                                                      1100 L Street NW
                                                      Washington, D.C. 20005
                                                      Telephone: (202) 514-5578
                                                      E-mail: lisa.n.newman@usdoj.gov

                                                      *Attorneys for the Federal Agency Defendants*

                                                      /s/John Sullivan

JOHN SULLIVAN
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches, and Clay Villanueva