## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; North American Association of Visionary Churches; Clay Villanueva; and the Vine of Light Church, | No. 2:20-cv-2373-ROS |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| Merrick B. Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Having reviewed and considered the Motion for an Extension of Time (Doc. ____),

IT IS HEREBY ORDERED that Federal Agency Defendants' response deadline shall be extended from December 20, 2021 to January 6, 2022.

IT IS FURTHER ORDERED that Plaintiff Arizona Yage Assembly's reply deadline shall be extended from January 20, 2022 to February 8, 2022.