JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiff Arizona Yagé Assembly,

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, | Case No.:20-CV-02373-ROS |
| Plaintiffs, | STIPULATION TO FILE OVERLENGTH REPLY TO PLAINTIFF AYA'S MOTION FOR PRELIMINARY INJUNCTION |
| vs. | |
| Merrick Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

    Plaintiff Arizona Yagé Assembly ("AYA") and the Federal Agency Defendants hereby agree to the relief sought herein:

    1.    On November 9, 2021, Plaintiff AYA filed a Second Motion for Preliminary Injunction.  *See* Dkt. 137.

    2.    On January 6, 2021, the Federal Agency Defendants filed their Opposition to AYA's Second Motion for Preliminary Injunction.  *See* Dkt. 144.

    3.    AYA's Reply is due on February 8, 2022.

    4.    AYA respectfully moves under LR 7.2 for leave to file a reply brief in excess of the 11 pages allowed by LR 7.2.  Specifically, AYA seeks to file a reply not to exceed 14 pages.

    5.    This request for a page extension is made in good faith and not for any improper purpose.

6.  This is the AYA's first request for a page extension and Federal Agency Defendants do not oppose the relief requested herein.

Dated: February 3, 2022

                                            Respectfully submitted,

                                            /s/John Sullivan
                                            JOHN SULLIVAN (CSB#204648)
                                            17532 Miranda Street
                                            Encino, CA 91316
                                            Tel:818-769-7236
                                            Email:Sullivan.John84@gmail.com

                                            *Attorney for Plaintiffs Arizona Yagé Assembly*

                                            /s/Lisa Newman
                                            LISA NEWMAN
                                            Trial Attorney
                                            Civil Division, Federal Programs Branch
                                            U.S. Department of Justice
                                            1100 L Street NW
                                            Washington, D.C. 20005
                                            Tel: 202-514-5578
                                            Lisa.n.newman@usdoj.gov

                                            *Attorney for Federal Agency Defendants*