JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>**NOTICE OF ERRATA AND SUBMISSION OF PROPOSED ORDER OMITTED FROM DOCKET # 145** |

    Plaintiff Arizona Yage Assembly ("AYA") submits this Notice of Errata to provide the Court with the Proposed Order (Exhibit 1) inadvertently omitted from Docket # 145, "STIPULATION TO FILE OVERLENGTH REPLY TO PLAINTIFF AYA'S MOTION FOR PRELIMINARY INJUNCTION."  The error was due to misunderstanding the ECF system's instruction to "file the Proposed Document," *i.e.*, the Overlength Brief.  As noted in the Stipulation, Docket # 145, Plaintiff's Reply Brief is not due until February 8, 2022, and thus is not ready for lodging at this time.

Dated:  February 3, 2022          JOHN SULLIVAN
                                         /s/John Sullivan
                                         JOHN SULLIVAN (127139)
                                         Attorney for Plaintiffs
                                         Arizona Yagé Assembly,
                                         North American Association of Visionary
                                         Churches, and Clay Villanueva