# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, | Case No.:20-CV-02373-ROS |
| Plaintiffs, | |
| vs. | ORDER GRANTING STIPULATION TO FILE OVERLENGTH REPLY BRIEF |
| Merrick Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Having reviewed and considered the Stipulation to File Overlength Reply to Plaintiff AYA's Motion for Preliminary Injunction,

IT IS HEREBY ORDERED that AYA is granted leave to exceed the page limit and file a reply not to exceed 14 pages.

Dated this _____ day of February, 2022.

_____
Roslyn O. Silver
United States District Judge

Respectfully submitted,
February 3, 2022

/s/John Sullivan
JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com