# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>William Barr, et al.,<br><br>　　　　Defendants. | No. CV-20-02373-PHX-ROS<br><br>**ORDER** |

Plaintiff Arizona Yage Assembly has filed an unopposed Stipulation to File Overlength Reply to Plaintiff AYA's Motion for Preliminary Injunction (Doc. 145). Plaintiff seeks leave to file a reply brief of fourteen pages. (Doc. 145 at 1). The ordinary page limit for reply briefing is eleven pages. *See* LRCiv. 7.2(e)(2). Good cause appearing,

**IT IS ORDERED** the Stipulation to File Overlength Reply to Plaintiff AYA's Motion for Preliminary Injunction (Doc. 145) is **GRANTED**. Plaintiff has leave to file a reply brief of not greater than fourteen pages, no later than February 8, 2022.

Dated this 3rd day of February, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge