Case No.:20-CV-02373-ROS
Arizona Yagé Assembly's Reply in Support of
Motion for Preliminary Injunction

# EXHIBIT A

```
JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com
```

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,

   Plaintiffs,

vs.

Merrick Garland, Attorney General of the United States, *et al.*,

   Defendants.

Case No.:20-CV-02373-ROS

**SUPPLEMENTAL DECLARATION OF WINFIELD SCOTT STANLEY III IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Winfield Scott Stanley III, hereby declares and affirms:

   **1.**   I am the founder of plaintiff Arizona Yage Assembly ("AYA"), and the Chair of the Board of Directors of plaintiff North American Association of Visionary Churches ("NAAVC").  I make this declaration in support of AYA's Motion for Preliminary Injunction.  If called as a witness, I could and would so competently testify.

   **2.**   Since 2015, I have personally facilitated hundreds of AYA ceremonies with thousands of congregants.

   **3.**   AYA has created Tenets and Precepts, a Code of Ethics, and detailed instructions that govern all AYA ceremonies.  AYA's leaders and facilitators are careful

to adhere to the guidance and prescriptions in these documents before, during and after each ceremony.

**4.**   A properly conducted ceremony that is run by AYA's knowledgeable facilitators virtually eliminates the risk of diversion while ensuring healthy and positive outcomes for our church members.

**5.**   No AYA congregant has ever experienced serious health consequences while attending a ceremony – no emergency medical care, no hospitalizations, no long-term injuries. Most AYA congregants leave a ceremony stronger in mind, body and spirit.

**6.**   AYA's ceremonies are contemplative events designed to achieve spiritual healing and do not remotely resemble a secular party or festival.

**7.**   Ceremonies are not loud or boisterous, but rather meditative affairs as many congregants realize deeply religious and life-affirming experiences.  These experiences are drawn from life review as congregants recognize errors and hurtful patterns while purging guilt and acknowledging the need to forgive themselves and others.

**8.**   Like most religions, the AYA Visionary Church welcomes all comers. AYA does not screen out new members based on the subjective strength of their religious beliefs.  Membership is conferred to participants once they have sat with ayahuasca for this first time.  AYA does not issue anything as trivial as membership cards or certificates of membership.  The ceremonial experience is profound.  Membership is conferred on a divine order.

**9.**   AYA goes to great lengths to ensure that all newly preparing members understand the religious nature of the practice and prepare accordingly.

**10.**   Many people who participate in an AYA Ayahuasca ceremony experience nausea, followed by intense repetitive vomiting.  For some, the vomiting comes early, while for others it occurs after the individual begins seeing visions.  In AYA's ritual settings, buckets are placed close at hand for this reason.

**11.**   This process is known as "purging" and is not only a physical release; it is also an energetic and spiritual release that is celebrated in Visionary Religions.  Purging

is not limited to vomiting, but can also include sweating, crying, yawning, laughing or diarrhea.

12. AYA's facilitators understand and teach that physically purging is often part of the process of healing the spirit. Adherents, likewise, learn from direct experience that this is not always what they want, but certainly what they need. With purging can come a deep sense of surrender and with it a profound inner silence within a place of Divine Love in which congregants can abide as long as they choose. We teach that we're all students of struggle and surrender, joy and sorrow, love and forgiveness.

13. AYA members' willingness to endure purging and related hardships of diet and related struggles demonstrates their sincerity in their sacramental use of Ayahuasca for healing and insight within the grace of Divine Love.

14. The nature of an Ayahuasca ceremony and the purgative physical effects of Ayahuasca are highly effective at discouraging potential members who may be seeking a purely recreational or secular experience.

15. In my experience it is extremely rare for an AYA facilitator to encounter an individual who has feigned interest in Visionary Religion simply to take Ayahuasca.

16. AYA's goal is to educate potential new members about the ceremonial form to make sure they understand the contemplative nature of the religious practice. So long as a member understands the nature of the practice, AYA does not require anything more than an open mind and a desire to engage in religious communion with a focused intent.

17. I believe that one of my highest responsibilities is to protect and teach those sitting with Ayahuasca to accept Divine Love in healing our congregation and our communities, rather than have our precious sacrament diverted into frivolous use.

18. AYA employs consistent procedures to ensure that Ayahuasca is used only for its proper purpose and is not diverted for any other use.

19. AYA's Ayahuasca is stored in a secure location and the Minister of the Assembly is provided with the precise amount of Ayahuasca necessary for each ceremony.

20. AYA maintains careful inventory to ensure that its Ayahuasca is only used in religious ceremonies and that every ounce of Ayahuasca is accounted for at all times.

21. AYA's sincerity has been tested in a number of ways by the very existence of this litigation. Our church is known by nothing more than the fruit of our labors.

22. AYA members, and the Visionary Church community in general, has been injured by the arrest, incarceration, and prosecution of NAAVC Board member Clay Villanueva.

23. It has never been easy for me to convince AYA members to put their name on Court documents and admit to religious activity the DEA considers to be criminal, but the recent enforcement actions and armed raid by the HIDTA task force has made AYA members protective of their immediate and physical well-being in members very rationally refusing to submit declarations to this Court.

24. If we were not fighting for our rights in Federal court, I would worry every day that I was risking my liberty in not fighting for the religious rights of AYA's congregation. We have undertaken this court case at no small expense of time, money, and energy. I refuse to have myself or our congregation live under the anxious spell of false criminality. Our objective is to live and engage in our religious practice freely and peaceably without the threat of DEA instigated arrests, seizures, or disruption of our lives and religious practices.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on February 8, 2022, at San Francisco, California.



_____
Winfield Scott Stanley III

**SUPPLEMENTAL DECLARATION OF WINFIELD SCOTT STANLEY III**

4