JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Arizona Yagé Assembly, North American
Association of Visionary Churches, Clay
Villaneuva, and the Vine of Light Church,

        Plaintiffs,

    vs.

Merrick Garland, Attorney General of the
United States, *et al.*,

        Defendants.

Case No.:20-CV-02373-ROS

_____

## MOTION TO DEEM PAPERS TIMELY FILED [F.R.Civ.P. 6(b)]

Plaintiff Arizona Yagé Assembly ("AYA") respectfully moves the Court pursuant to Rule 6(b) to deem timely the filing of AYA's Reply in Support of Motion for Preliminary Injunction and the declarations of Jonathan Goldman and Winfield Scott Stanley III (Docket # 148, "AYA's Reply Brief"). The undersigned certifies that complications unexpectedly arose while attempting to timely file the documents in ECF on February 8, 2022, due to the upgrade into the "Next-Gen" system that was apparently implemented in the District of Arizona on February 7, 2022. As a result, the undersigned caused copies of AYA's Reply Brief to be served by email on all counsel of record herein, and filed AYA's Reply Brief as soon as technically possible. The actual filing was only delayed until shortly after 12:25 a.m. on February 9, 2022. No prejudice will result from this

insubstantial delay.  Accordingly, the Court is respectfully requested to deem

AYA's Reply Brief timely filed as of 12:25 a.m., February 9, 2022.

Dated:  February 9, 2022

/s/John Sullivan
JOHN SULLIVAN (204648)
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches,
and Clay Villanueva

**MOTION TO DEEM PAPERS TIMELY FILED**