JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>  Defendants. | **Case No.:20-CV-02373-ROS** |

For good cause shown, plaintiff's Motion to Deem Papers Timely Filed is GRANTED.  AYA's Reply Brief (Docket # 148) is deemed timely filed as of the time of its submission to the ECF system.

IT IS SO ORDERED.

Dated:  February __, 2022

_____
Hon. Roslyn O. Silver
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,
February 9, 2022

/s/John Sullivan
JOHN SULLIVAN (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of Visionary Churches,
and Clay Villanueva