BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villanueva, and Vine of Light Church<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick B. Garland, Attorney General of the United States; et al,<br><br>Defendants. | No. 2:20-cv-2373-MTL<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Federal Agency Defendants respectfully provide notice of a recent district court decision. In *Soul Quest Church of Mother Earth, Inc. v. Garland*, 6:20-cv-701-WWB-DCI (M.D. Fla.), plaintiffs brought claims under the Religious Freedom Restoration Act ("RFRA"), the Administrative Procedure Act, and the Free Exercise Clause and sought, as Plaintiffs do here, injunctive relief permitting them to ingest and distribute ayahuasca, notwithstanding the constraints of the Controlled Substances Act ("CSA"). Soul Quest requested from DEA a religious-based exemption from the CSA and a DEA registration, which was denied after a DEA investigation. After the denial, DEA moved to dismiss plaintiffs' claims on various

grounds, arguing that challenges to "final determinations, findings, and conclusions" of the DEA administering or applying the CSA, including determinations on RFRA registration petitions, must be heard exclusively in the courts of appeals pursuant to 21 U.S.C. § 877. On March 4, 2022, the district court dismissed plaintiffs' claims for lack of jurisdiction, agreeing with DEA that Section 877 channeled such claims to the courts of appeals. The district court's memorandum opinion is attached to this notice. The *Soul Quest* decision bears on related arguments presented in Defendants' briefing here concerning the channeling effect of Section 877 on Plaintiffs' claims in this matter. *See* ECF No. 112 at 4-16.

Dated: March 8, 2022                                     Respectfully submitted,

                                                         BRIAN M. BOYNTON
                                                         Principal Deputy Assistant Attorney
                                                         General

                                                         BRIGHAM J. BOWEN
                                                         Assistant Branch Director

                                                         */s/ Lisa Newman*
                                                         LISA NEWMAN
                                                         Trial Attorney
                                                         Civil Division, Federal Programs Branch
                                                         U.S. Department of Justice
                                                         1100 L Street NW
                                                         Washington, D.C. 20005
                                                         Telephone: (202) 514-5578
                                                         E-mail: lisa.n.newman@usdoj.gov

                                                         *Attorneys for the Federal Agency Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I electronically transmitted the foregoing response to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                                                         */s/ Lisa Newman*
                                                         LISA NEWMAN