BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Arizona Yagé Assembly, North American
Association of Visionary Churches, Clay
Villanueva, and Vine of Light Church

          Plaintiffs,                    No. 2:20-cv-2373-ROS

      vs.

Merrick B. Garland, Attorney General of
the United States; et al,

        Defendants.

## FEDERAL AGENCY DEFENDANTS' RESPONSE TO PLAINTIFF ARIZONA YAGÉ ASSEMBLY'S MARCH 15 FILING

      Federal Agency Defendants (referred to as "Defendants" for ease of reference) respectfully respond to Plaintiff Arizona Yagé Assembly's March 15, 2022 filing, ECF No. 151.  Procedurally, that filing contains two parts: a notice of supplemental authority and a response to Defendants' Notice of Supplemental Authority, ECF No. 150.

      On March 10, 2022, Plaintiff's counsel asked if Defendants would join in a proposed stipulation to allow each side to file a brief regarding Defendants' supplemental authority.  In response, undersigned counsel advised that they defer to the Court on whether to allow any

supplemental briefing, but that if the Court were to grant leave for Plaintiff to file a supplemental memorandum, we would request permission to file a reply of up to the same length.  Instead of asking the Court for leave to file a supplemental memorandum, Plaintiff filed one unilaterally.  In substance, Plaintiff's filing consists of improper argumentation, more appropriate for a surreply to Defendants' motion to dismiss than a notice of authority. Defendants continue to defer to the Court as to whether it would like the parties to brief any aspect of the decision attached to our Notice of Supplemental Authority or the additional issues raised in Plaintiff's response.  Accordingly, Defendants do not intend to substantively respond to Plaintiff's March 15 filing unless directed to do so by the Court.

Dated: March 22, 2022                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         BRIGHAM J. BOWEN
                                         Assistant Branch Director

                                         /s/ Lisa Newman
                                         LISA NEWMAN
                                         Trial Attorney
                                         Civil Division, Federal Programs Branch
                                         U.S. Department of Justice
                                         1100 L Street NW
                                         Washington, D.C. 20005
                                         Telephone: (202) 514-5578
                                         E-mail: lisa.n.newman@usdoj.gov

                                         Attorneys for the Federal Agency Defendants