JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
Clay Villanueva, and the Vine of Light Church

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>**STIPULATION OF SCHEDULE REGARDING AYA'S FIFTH AMENDED COMPLAINT** |

    IT IS HEREBY STIPULATED by and between counsel for plaintiff Arizona Yage Assembly ("AYA") and all Federal Agency Defendants:

    1.    The Court issued an Order on March 30, 2022, stating that "Plaintiffs' Religious Freedom Restoration Act claim against the United States, U.S. Attorney General, Drug Enforcement Administration Administrator, Secretary of Homeland Security, and Commissioner for Customs and Border Protection is DISMISSED WITH LEAVE TO AMEND." (Docket # 153).

    2.    Consistent with the Court's order granting leave to amend the RFRA claim, Plaintiff AYA intends to file a Fifth Amended Complaint in the above-captioned litigation.

    3.    Plaintiff AYA's Fifth Amended Complaint will be due on May 15, 2022;

    4.    The Federal Agency Defendants' responsive pleading will be due on June

15, 2022.

5. Plaintiff AYA's Response in Opposition will be due on July 15, 2022.

6. Federal Agency Defendants' Reply will be due on August 12, 2022.

7. By stipulating to a proposed schedule for the filing of an amended complaint and subsequent briefing, Federal Agency Defendants do not waive any defenses to the amended complaint.

Dated: April 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

/s/*John Sullivan*
JOHN SULLIVAN
Attorney for Plaintiffs
Arizona Yagé Assembly,
North American Association of
Visionary Churches, and Clay
Villanueva

**STIPULATION OF SCHEDULE REGARDING AYA'S FIFTH AMENDED COMPLAINT**

2