# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, | |
| Plaintiffs, | Case No.:20-CV-02373-ROS |
| vs. | **[PROPOSED] ORDER** |
| Merrick Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Having reviewed and considered the Stipulation of Schedule Regarding AYA's Fifth Amended Complaint,

IT IS HEREBY ORDERED that AYA's Fifth Amended Complaint is due on May 15, 2022, and any responsive pleading is due on June 15, 2022. Plaintiff AYA's Response in Opposition will be due on July 15, 2022. Federal Agency Defendants' Reply will be due on August 12, 2022.

Dated this _____ day of April, 2022.

Roslyn O. Silver
United States District Judge

**ORDER ON STIPULATION OF SCHEDULE REGARDING AYA'S FIFTH AMENDED COMPLAINT**

1