IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick B. Garland, et al., | |
| Defendants. | |

The United States, U.S. Attorney General, Drug Enforcement Administration Administrator, Secretary of Homeland Security, and Commissioner for U.S. Customs and Border Protection ("the Federal Defendants") have filed a Stipulation of Schedule Regarding AYA's Fifth Amended Complaint. (Doc. 154). The Stipulation notifies the Court that the Federal Defendants and Plaintiff Arizona Yage Assembly ("AYA") have agreed regarding the briefing schedule for AYA's Fifth Amended Complaint and includes a proposed order adopting the stipulated schedule. (Doc. 154). In particular, the parties ask the Court to order that AYA's Fifth Amended Complaint will be due on May 15, 2022, the Federal Defendants' responsive pleading will be due on June 15, and Plaintiffs' response in opposition will be due on July 15, and the Federal Defendants' reply will be due August 12, 2022. (Doc. 154 at 2).

Good cause appearing,

…

…

**IT IS ORDERED** the Stipulation of Schedule Regarding AYA's Fifth Amended Complaint (Doc. 154) is **GRANTED**. Plaintiffs' Fifth Amended Complaint shall be filed no later than **May 15, 2022**.  The Federal Defendants' responsive pleading shall be filed no later than **June 15, 2022**. Plaintiffs shall file a response in opposition, if any, no later than **July 15, 2022**. Federal Defendants' reply, if any, shall be filed no later than **August 12, 2022**.

Dated this 15th day of April, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge