JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Clay Villanueva

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.:20-CV-02373-ROS <br><br> **MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS BY CLAY VILLANUEVA** |

Pursuant to Federal Rule of Civil Procedure 41(a), undersigned attorney for Plaintiff Clay Villanueva hereby moves for voluntary dismissal of all pending claims asserted by Mr. Villanueva against all defendants. Mr. Villanueva suffered severe health effects during his period of incarceration late last year. His health never stabilized and he died on April 1, 2022. Voluntary dismissal is proper because Mr. Villanueva's federal claims do not survive his death, and his estate is not planning to pursue the remaining claims in Federal court at this time. Accordingly, Mr. Villanueva's motion should be granted without conditions.

Dated: April 22, 2022

Respectfully submitted,
/s/*John Sullivan*
JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Clay Villanueva

JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Clay Villanueva

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS BY CLAY VILLANUEVA** |

Federal Rule of Civil Procedure 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper . . . ." The decision to grant or deny a request to dismiss pursuant to Rule 41(a)(2) is within the district court's discretion. *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980) (citation omitted).

Voluntary dismissal in this case is proper because Plaintiff Clay Villanueva died on April 1, 2022. Mr. Villanueva's Federal claims do not survive his death, and his estate does not wish to pursue the remaining claims in Federal court at this time. Accordingly, counsel for Mr. Villanueva respectfully requests that the Court voluntarily dismiss all claims by Clay Villanueva against all defendants.

This Court has discretion to determine whether to impose costs and fees under Rule 41(a)(2). *See Stevedoring Servs. of Am. v. Armilla Int'l B.V.*, 889 F.2d 919, 921 (9th Cir.

1989).  Plaintiff submits that none of the factors that courts generally consider when awarding costs and fees are present this case.  Accordingly, attorney for Plaintiff Villanueva respectfully requests that the Court voluntarily dismiss Mr. Villanueva's claims without any terms or conditions.

| | |
|---|---|
| Dated: April 22, 2022 | Respectfully submitted, |
| | /s/*John Sullivan* |
| | JOHN SULLIVAN (CSB#204648) |
| | 17532 Miranda Street |
| | Encino, CA 91316 |
| | Tel:818-769-7236 |
| | Email:Sullivan.John84@gmail.com |
| | Attorney for Clay Villanueva |