**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,

    Plaintiffs,

vs.

Merrick Garland, Attorney General of the United States, *et al.*,

    Defendants.

**Case No.:20-CV-02373-ROS**

**[PROPOSED] ORDER**

    Having reviewed and considered Plaintiff Clay Villanueva's Motion for Voluntary Dismissal under Rule 41(a),

    IT IS HEREBY ORDERED that all of Plaintiff Clay Villanueva's claims against all defendants in the above-captioned case are dismissed without conditions.

Dated this \_\_\_\_\_ day of April, 2022.

                                                 Roslyn O. Silver
                                                 United States District Judge