# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,

    Plaintiffs,

vs.

Merrick Garland, Attorney General of the United States, *et al.*,

    Defendants.

Case No.:20-CV-02373-ROS

**[PROPOSED] ORDER**

---

Having reviewed and considered NAAVC's Motion for Entry of Judgment under Rule 54(b), the Court finds:

(1) On March 30, 2022, this Court entered an Order dismissing without prejudice claims asserted by Plaintiff NAAVC under the Religious Freedom Restoration Act;

(2) NAAVC requests entry of a final judgment to appeal the Court's March 30, 2022 Order;

(3) There is no just reason for delay of the proposed appeal.

Wherefore, IT IS SO ORDERED.

The clerk shall enter a final, appealable Order dismissing NAAVC's claims under 42 U.S.C. § 1983 and the Religious Freedom and Restoration Act.

Dated this \_\_\_\_\_ day of May 2022.

                                        _____
                                        Roslyn O. Silver
                                        United States District Judge

Respectfully submitted,

May 3, 2022

/s/*John Sullivan*
JOHN SULLIVAN
Attorney for Plaintiff
North American Association of Visionary Churches