JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
North American Association of Visionary Church,
and the Vine of Light Church

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Arizona Yagé Assembly, North American
Association of Visionary Churches, Clay
Villaneuva, and the Vine of Light Church,

      Plaintiffs,

      vs.

Merrick Garland, Attorney General of the
United States, *et al.*,

      Defendants.

_____

**Case No.:20-CV-02373-ROS**

**STIPULATION OF SCHEDULE
REGARDING NAAVC'S RULE 54(b)
MOTION (ECF No. 157)**

      IT IS HEREBY STIPULATED by and between counsel for Plaintiff North American Association of Visionary Churches ("NAAVC") and all Federal Agency Defendants:

      1.      On May 3, 2022, Plaintiff NAAVC filed a motion for entry of final judgment pursuant to Rule 54(b).  ECF No. 157.  In the absence of this stipulation, the deadline for Federal Agency Defendants to file a Response in Opposition would be May 17, 2022 and the deadline for NAAVC to file a Reply would be seven days after service of the Response in Opposition.  *See* LRCiv 7.2(c), (d).

      2.      The Federal Agency Defendants' Response in Opposition will be due on June 3, 2022.

      3.      Plaintiff NAAVC's Reply will be due on June 27, 2022.

Dated: May 13, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

/s/*John Sullivan*
JOHN SULLIVAN
Attorney for Plaintiffs
Arizona Yagé Assembly, North American
Association of Visionary Church, and the Vine
of Light Church