**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, | |
| Plaintiffs, | **Case No.:20-CV-02373-ROS** |
| vs. | **[PROPOSED] ORDER** |
| Merrick Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Having reviewed and considered the Stipulation of Schedule Regarding NAAVC's Rule 54(b) Motion (ECF No. 157),

IT IS HEREBY ORDERED that Federal Agency Defendants' Response in Opposition is due June 3, 2022 and Plaintiff NAAVC's Reply is due on June 27, 2022.

Dated this _____ day of May, 2022.

_____
Roslyn O. Silver
United States District Judge

[PROPOSED] ORDER ON STIPULATION OF SCHEDULE REGARDING NAAVC'S RULE 54(b) MOTION

1