# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

The parties have filed a Stipulation of Schedule Regarding NAAVC's Rule 54(b) Motion (Doc. 158), which seeks an extension for the deadlines to respond and reply to Plaintiff North American Association of Visionary Church's ("NAAVC") motion for entry of final judgment pursuant to Rule 54(b). (Doc. 157). The Stipulation seeks to extend the deadline for Federal Agency Defendants[1] to respond from May 17 to June 3, 2022, and extend NAAVC's deadline to reply until June 27, 2022. (Doc. 158).

The Stipulation will be granted. However, as this is at least the seventh extension granted to one or both of these parties (Docs. 73, 76, 88, 92, 139, 142), the parties are advised that no further extensions will be granted absent extraordinary circumstances.

Good cause appearing,

…

…

---

[1] The Federal Agency Defendants include the United States, the U.S. Attorney General, the Commissioner of Customs and Border Protection, the Secretary of Homeland Security, and the Administrator of the Drug Enforcement Agency.

**IT IS ORDERED** the Stipulation of Schedule Regarding NAAVC's Rule 54(b) Motion (Doc. 158) is **GRANTED**. The Federal Agency Defendants shall respond to NAAVC's Motion (Doc. 157) no later than **June 3, 2022**. NAAVC shall reply no later than **June 27, 2022**.

Dated this 16th day of May, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge