# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick B. Garland, et al., | |
| Defendants. | |

Counsel for Plaintiff Clay Villanueva has filed a Motion for Voluntary Dismissal of Claims by Clay Villanueva. (Doc. 156). The Motion explains voluntary dismissal of all claims asserted by Villanueva is proper because Villanueva passed away on April 1, 2022. (Doc. 156).

The Motion will be granted (Doc. 156). Pursuant to Federal Rule of Civil Procedure 41(a), dismissal will be without prejudice.

Good cause appearing,

**IT IS ORDERED** the Motion for Voluntary Dismissal of Claims by Clay Villanueva (Doc. 156) is **GRANTED**. All claims asserted by Plaintiff Clay Villanueva are **DISMISSED WITHOUT PREJUDICE**.

Dated this 1st day of June, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge