JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorney for Plaintiffs Arizona Yagé Assembly,
and Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, and Winfield Scott Stanley III,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>**JOINT MOTION FOR PARTIAL INTERIM STAY TO PERMIT SETTLEMENT NEGOTIATIONS** |

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiffs Arizona Yage Assembly ("AYA") and Winfield Scott Stanley III ("Mr. Stanley"), and all Federal Agency Defendants hereby jointly move the Court to stay adjudication of matters pertaining to the claims of plaintiffs AYA and Mr. Stanley while the parties explore the possibility of resolving their claims through settlement. The request is made in good faith and with good cause, as set forth below:

   1.    The Court issued an Order on March 30, 2022, stating that "Plaintiffs' Religious Freedom Restoration Act claim against the United States, U.S. Attorney General, Drug Enforcement Administration Administrator, Secretary of Homeland Security, and Commissioner for Customs and Border Protection is DISMISSED WITH LEAVE TO AMEND." (Docket # 153).

   2.    Consistent with the Court's order granting leave to amend the RFRA claim, and this Court's April 15, 2022 Order (Docket #155), on May 15, 2022, Plaintiffs AYA

and Winfield Scott Stanley III filed the Fifth Amended Complaint in the above-captioned litigation.

3. Also pursuant to this Court's April 15, 2022 Order, the Federal Agency Defendants' responsive pleading is due on June 15, 2022.

4. On June 7, the Defendants proposed the possibility of resolving Plaintiffs' claims through settlement. These discussions were warmly seconded by AYA and Mr. Stanley, with the caveat that such a resolution would require a considerable investment of time and attention. As presently conceived, the substantive negotiations could result in a joint stipulation that would either resolve the entire case by way of a compromise, or at minimum, substantially reduce the issues for consideration by this Court in further proceedings. As further conceived by the parties, preliminary discussions to establish the negotiating framework will commence when Defendants' counsel returns from a preplanned vacation out of the country that will keep her out of the office until June 29, 2022.

5. The parties have stipulated that the first step in exploring settlement will be to establish a negotiating framework for substantive discussions. Accordingly, the Parties request that the case be stayed through July 26, 2022 to allow these preliminary discussions to begin.

6. The parties further stipulate that, on or before July 26, 2022, counsel will submit a Joint Statement to the Court reporting whether a negotiating framework has been developed, and the amount of additional time that the parties will require to complete substantive negotiations.

7. Because this stipulation is intended to suspend proceedings only as to plaintiffs AYA and Mr. Stanley, the parties agree that briefing and adjudication of Plaintiff North American Association of Visionary Churches' ("NAAVC") Motion for Entry of Final Judgment Under Rule 54(b) as to NAAVC (Docket #157), may and should proceed as scheduled, *see* Order (May 16, 2022) (Docket #160), with NAAVC filing its reply in support of that motion on or before June 27, 2022.

**JOINT MOTION TO STAY**

8. The Parties further agree that this stipulation will not preclude, and neither party will oppose, a motion by either party that may arise from circumstances not contemplated by this stipulation, including motions for substantive interim relief.

Dated: June 10, 2022                    Respectfully submitted,

/s/ <i>John Sullivan</i><br>
JOHN SULLIVAN<br>
Attorney for Plaintiffs<br>
Arizona Yagé Assembly,<br>
<i>Attorney for Plaintiffs</i><br>
<br>
BRIAN M. BOYNTON<br>
Principal Deputy Assistant Attorney General<br>
<br>
BRIGHAM J. BOWEN<br>
Assistant Branch Director<br>
<br>
/s/ <i>Lisa Newman</i><br>
LISA NEWMAN<br>
Trial Attorney<br>
Civil Division, Federal Programs Branch<br>
U.S. Department of Justice<br>
1100 L Street NW<br>
Washington, D.C. 20005<br>
Telephone: (202) 514-5578<br>
Fax: (202) 616-8470<br>
E-mail: lisa.n.newman@usdoj.gov<br>
<br>
<i>Attorneys for the Federal Agency Defendants</i>

**JOINT MOTION TO STAY**