**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Arizona Yagé Assembly, and Winfield
Scott Stanley III,

       Plaintiffs,

vs.

Merrick Garland, Attorney General of the
United States, *et al.*,

       Defendants.

Case No.2:20-CV-02373-ROS

**[PROPOSED] ORDER**

    Having reviewed and considered the Joint Motion for Partial Interim Stay to Permit Settlement Negotiations,

    IT IS HEREBY ORDERED that proceedings on AYA's Fifth Amended Complaint are stayed through July 26, 2022, to allow the parties to explore the possibility of working toward resolution of Plaintiffs' claims through settlement; it is further

    ORDERED that on or before July 26, 2022, the parties shall file a joint status report advising whether this case should continue continue to be stayed or proposing a schedule for continuing the litigation; it is further

    ORDERED that the briefing on NAAVC's Motion for Entry of Final Judgment Under Rule 54(b) as to NAAVC (Docket #157), shall proceed as scheduled by prior Order (May 16, 2022) (Docket #160).; and it is further

    ORDERED that this Order will not preclude the filing and adjudication of any motion by either party arising from circumstances not contemplated by the stipulation that the Court hereby approves, including motions for substantive interim relief

Dated this _____ day of June, 2022.

1

_____

Roslyn O. Silver

United States District Judge