IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

    Plaintiffs Arizona Yage Assembly ("AYA"), Winfield Scott Stanley III, and all Federal Agency Defendants have filed a Joint Motion for Partial Interim Stay to Permit Settlement Negotiations. (Doc. 163). The Joint Motion asks the Court to impose a stay in this matter with respect to AYA, Stanley, and the Federal Agency Defendants through July 26, 2022 to permit the parties to conduct settlement negotiations. (Doc. 163 at 2). The parties ask the Court to stay this matter only as to AYA, Stanley, and the Federal Agency Defendants, but not North American Association of Visionary Churches ("NAAVC"), the remaining Plaintiff. (Doc. 163 at 2-3).

    The Joint Motion (Doc. 163) will be granted. This matter will be stayed as to AYA, Stanley, and the Federal Agency Defendants until July 26. This decision is made based on the Court's understanding that the parties will make good faith efforts to settle this matter by July 26. The parties will be ordered to submit a Joint Statement to the Court regarding settlement negotiations no later than July 27, 2022. And this Order is not to be construed to preclude the resolution of the pending Rule 54(b) motion filed by NAAVC.

Good cause appearing,

**IT IS ORDERED** the Joint Motion for Partial Interim Stay to Permit Settlement Negotiations (Doc. 163) is **GRANTED**. With respect solely to Plaintiffs Arizona Yage Assembly and Winfield Scott Stanley III, this matter is **STAYED** until **July 26, 2022**. The briefing of Plaintiff North American Association of Visionary Churches' Rule 54(b) motion is not affected by the stay and will proceed as currently scheduled.

**IT IS FURTHER ORDERED** Plaintiff Arizona Yage Assembly, Plaintiff Winfield Scott Stanley III, and the Federal Agency Defendants shall file a Joint Statement notifying the Court regarding settlement negotiations no later than **July 27, 2022**.

Dated this 13th day of June, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge