Case: 2:20-cv-02373-ROS

✓ FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Charles H Carreon
Charles Carreon Attorney at Law

3241 E Blacklidge Dr.
Tucson, AZ 85716

(Doc 161)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
3 JUN 2022 PM 5 L
NEOPOST 06/03/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 85003
041M11468917

NIXIE   850   EE 1   0206/12/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
*1679-03667-08-15
MANUAL PROC REQ

RECEIVED
JUN 21 2022
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85716-193941