Case: 2:20-cv-02373-ROS

✓ FILED          ___ LODGED
___ RECEIVED     ___ COPY

JUN 2 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Charles H Carreon
Charles Carreon Attorney at Law

3241 E Blacklidge Dr.
Tucson, AZ 85716

(Doc 164)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED

JUN 2 7 2022

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FIRST-CLASS MAIL

NEOPOST
06/14/2022
US POSTAGE $000.53⁰

ZIP 85003
041M11468917

NIXIE        850  DE 1        0006/21/22
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 85003213099      *1879-00153-18-29