JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III

LISA NEWMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578

Attorneys for all Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley, III, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>**JOINT STATEMENT REQUESTING MAINTENANCE OF PARTIAL INTERIM STAY TO PERMIT CONTINUED SETTLEMENT NEGOTIATIONS** |

    Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiffs Arizona Yage Assembly ("AYA") and Winfield Scott Stanley III ("Mr. Stanley"), and all Federal Agency Defendants hereby jointly move the Court to maintain the current stay of adjudication of matters pertaining to the claims of plaintiffs AYA and Mr. Stanley while the parties explore

the possibility of resolving their claims through settlement. The request is made in good faith and with good cause, as set forth below:

1.  Pursuant to this Court's Order of June 13, 2022 (ECF No. 164), AYA, Mr. Stanley, and the Federal Agency Defendants have formulated a plan of negotiation and a schedule for performance of the negotiation process. As the Parties reported in the Joint Motion for Partial Interim Stay to Permit Settlement Negotiations (ECF No.163), the first step toward exploring settlement in this matter was establishing a negotiating framework for substantive discussions and, accordingly, the Parties requested that the case be stayed through July 27, 2022, to allow these preliminary discussions to begin.

2.  Since the Court's June 13, 2022 Order, the parties have engaged in productive and amicable discussions on a near-weekly basis to establish a mutually agreeable framework that would permit further investigation into and substantive negotiations regarding AYA's request for a religious exemption. The Government has agreed to send its negotiating framework to AYA by August 9, 2022. The Parties anticipate reaching agreement on the negotiating framework shortly thereafter, at which point the Parties anticipate that the substantive negotiations will begin.

3.  The Parties have agreed that such substantive negotiations will take place in two phases, with the first phase requiring approximately four months. At the conclusion of the first phase, if the parties believe that continued negotiations will be appropriate and fruitful, the parties will so report to the Court and request that the stay be maintained so that they may continue their negotiations.

4.  Accordingly, to allow the Parties time to continue their negotiations in good faith and in the hopes of resolving or reducing the issues for this Court's consideration, the parties request that the Court maintain the stay of this case.

5.  The parties further request that they file a joint statement by December 8, 2022, updating the Court on the status of settlement negotiations.

Dated: July 27, 2022                                      Respectfully submitted,

**JOINT MOTION TO STAY**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

/s/*Charles Carreon*
CHARLES CARREON
Attorney for Plaintiffs
Arizona Yagé Assembly and Winfield Scott Stanley III

**JOINT MOTION TO STAY**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church,

    Plaintiffs,

vs.

Merrick Garland, Attorney General of the United States, *et al.*,

    Defendants.

Case No.:20-CV-02373-ROS

[PROPOSED] ORDER

---

Having reviewed and considered the Joint Statement (Docket # __),

IT IS HEREBY ORDERED that proceedings on AYA's Fifth Amended Complaint will remain stayed through December 8, 2022, to allow the parties to conduct their negotiations pursuant to the agreed schedule, and that the parties to the said stipulation shall submit a further Joint Statement on December 8, 2022, informing the Court of the outcome of the negotiations.

Dated this _____ day of July, 2022.

                                                  _____
                                                Roslyn O. Silver
                                                United States District Judge