IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick B. Garland, et al., | |
| Defendants. | |

Plaintiffs Arizona Yage Assembly ("AYA"), Winfield Scott Stanley III, and all Federal Agency Defendants have filed a Joint Statement Requesting Maintenance of Partial Interim Stay to Permit Continued Settlement Negotiations. (Doc. 169). The Joint Statement asks the Court to extend the partial stay entered in this matter on June 13, 2022 (Doc. 164) to permit continued settlement negotiations. (Doc. 169). The parties represent that they are "engaged in productive and amicable discussions" and are working on establishing a framework for substantive negotiations. (Doc. 169). The parties state "negotiations will take place in two phases, with the first phase requiring approximately four months. At the conclusion of the first phase, if the parties believe that continued negotiations will be appropriate and fruitful, the parties will so report to the Court and request that the stay be maintained so that they may continue their negotiations." (Doc. 169).

This matter will be stayed until December 8, 2022. At that time, the parties will be required to jointly submit a new statement updating the Court regarding the progress of

settlement negotiations and indicating whether further maintenance of the stay is warranted.

Good cause appearing,

**IT IS ORDERED** with respect to Plaintiffs Arizona Yage Assembly and Winfield Scott Stanley III, this matter is **STAYED** until **December 8, 2022**.

**IT IS FURTHER ORDERED** Plaintiff Arizona Yage Assembly, Plaintiff Winfield Scott Stanley III, and the Federal Agency Defendants shall file a Joint Statement notifying the Court regarding settlement negotiations, and indicating whether a stay is still warranted, no later than **December 8, 2022**.

Dated this 8th day of August, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge