# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 20-CV-02373-PHX-ROS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/05/2020

Date of judgment or order you are appealing: 07/25/2022

Docket entry number of judgment or order you are appealing: 168

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

North American Association of Visionary Churches

Is this a cross-appeal?   ○ Yes   ☉ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Charles Carreon   **Date** Aug 22, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
North American Association of Visionary Churches

Name(s) of counsel (if any):
Charles Carreon

Address: 305 Cuprite St., P.O. Box 284, Tyrone, New Mexico 88065
Telephone number(s): 928-975-2191
Email(s): chascarreon@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Merrick Garland, U.S. Attorney General; Anne Milgram, Administrator, U.S. Drug Enforcement Administration; Alejandro Mayorkas, Secretary, Dept. of Homeland Security; and Chris Magnus, Comm'r U.S. Customs and Border Prot'n

Name(s) of counsel (if any):
AUSA Lisa Newman
AUSA Michael Gaffney
USDOJ, Civil Division, Federal Programs Branch

Address: 1100 L Street NW, Washington, D.C. 20005
Telephone number(s): 202-514-5578
Email(s): lisa.n.newman@usdoj.gov, michael.j.gaffney@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                  1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
North American Association of Visionary Churches

Name(s) of counsel (if any):
Charles Carreon (Cal. Bar # 127139)

Address: 305 Cuprite, P.O. Box 284, Tyrone, New Mexico 88065

Telephone number(s): 928-975-2191

Email(s): chascarreon@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Marco Paddy

Name(s) of counsel (if any):
AUSA Kwan Piensook (Arizona Bar # 030743)
USDOJ

Address: Two Renaissance Sq., 40 N. Central Ave., Ste. 1800, Phoenix, AZ 85004

Telephone number(s): 602-514-7500

Email(s): kwan.piensook@usdoj.gov

Name(s) of party/parties:
Matthew Shay and Maricopa County

Name(s) of counsel (if any):
Jeffrey S. Leonard (Arizona Bar # 3809)
Evan F. Hiller (Arizona Bar # 28214) Sacks Tierney P.A.

Address: 4250 N. Drinkwater Blvd., 4th Floor

Telephone number(s): 480-425-2600

Email(s): jeffrey.leonard@sackstierney.com, evan.hiller@sackstierney.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                        2                                   New 12/01/2018