JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email: Sullivan.John84@gmail.com

CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III

LISA NEWMAN
MICHAEL GAFFNEY
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578

Attorneys for all Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley, III, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.:20-CV-02373-ROS <br><br> **JOINT MOTION TO END PARTIAL INTERIM STAY** |

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiffs Arizona Yagé Assembly ("AYA") and Winfield Scott Stanley III ("Mr. Stanley"), and all Federal Agency Defendants hereby jointly move the Court to end the current stay of adjudication of matters

pertaining to the claims of plaintiffs AYA and Mr. Stanley.  For the present, the stipulating parties do not see the possibility of resolving their claims through settlement. The request is made in good faith and with good cause.  The parties request that the Court enter the following briefing schedule: Federal Agency Defendants shall file their motion to dismiss the Fifth Amended Complaint (Docket # 159) by September 23, 2022.  AYA will file its response in opposition on October 17.  Federal Agency Defendants will file their reply on October 31.

Dated: September 7, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

/s/*Charles Carreon*
CHARLES CARREON
Attorney for Plaintiffs
Arizona Yagé Assembly and Winfield Scott Stanley III