# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, North American Association of Visionary Churches, Clay Villaneuva, and the Vine of Light Church, | |
| Plaintiffs, | Case No.:20-CV-02373-ROS |
| vs. | [PROPOSED] ORDER |
| Merrick Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Having reviewed and considered the Joint Statement (Docket # __),

IT IS HEREBY ORDERED that the interim stay of proceedings on AYA's Fifth Amended Complaint is ended. The Federal Agency Defendants shall file their response to the Fifth Amended Complaint (Docket # 159) by September 23, 2022. AYA will file its response in opposition on October 17th. Federal Agency Defendants will file their reply on October 31st.

Dated this _____ day of September __, 2022.

_____
Roslyn O. Silver
United States District Judge

[PROPOSED] ORDER

1