# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick B. Garland, et al., | |
| Defendants. | |

The parties have filed a Joint Motion to End Partial Interim Stay (Doc. 173), which informs the Court that the parties settlement negotiations have reached an impasse and requests that the Court lift the partial stay entered in this case. The parties further request the following briefing schedule: "The Federal Agency Defendants shall file their motion to dismiss the Fifth Amended Complaint . . . by September 23, 2022. AYA will file its response in opposition on October 17. Federal Agency Defendants will file their reply on October 31." (Doc 173 at 2).

The Motion (Doc. 173) will be granted.

Good cause appearing,

**IT IS ORDERED** the Joint Motion to End Partial Interim Stay (Doc. 173) is **GRANTED**. The stay (Docs. 164, 170) is **LIFTED**.

…

…

…

**IT IS FURTHER ORDERED** the Federal Agency Defendants shall file their motion to dismiss the Fifth Amended Complaint no later than September 23, 2022. Arizona Yage Assembly shall file its response no later than October 17.  Federal Agency Defendants shall file their reply no later than October 31.

Dated this 13th day of September, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge