# EXHIBIT 1



## Your Aya Guide order has been received! `External` ➤ Inbox ☆

**Aya Guide** Sep 2
Thank you for signing up for ceremony.
Please read through this entire email now

**S** REDACTED      4 days ago
to me ⌄

Hello,

Since singing up for this ceremony I have had a growing uneasy feeling about it's uncertain legal standing. It dawned on me yesterday during a psychedelic session that I cannot trust your container because of the US governments stance on the medicine. I signed up for the event after a seemingly convincing conversation with one of your facilitators, Bayle. At that time he put many of my fears at ease but I've realize that I will not feel safe during the journeywork if I believe there is a chance it could be raided by the police. Even if this chance is infinitesimally small it will not allow me to trust the container and this lack of trust could be damaging to me. As such, may I be excused and provided a refund?



REDACTED
REDACTED

Show quoted text