# EXHIBIT 2

# EXHIBIT 2

Comparison of Mescaline with *Echinopsis Pachanoi*

and

Comparison of *Lophophora Williamsii* (Peyote) with *Echinopsis Pachanoi*

| Identifiers and Characteristics | **Mescaline** | ***Echinopsis Pachanoi*** |
|---|---|---|
| Chemical Abstracts Service (CAS) Registry Number | 832-92-8 | None |
| PubChem Compound Identifier | 4076 [1] | None |
| Molecular Weight | 211.26 | None |
| EC-No. | 212-626-3 | None |
| European Regulation No 1272/2008 Classif'n | Acute toxicity Oral (Category 4), H302 | None |
| Schedule I Hallucinogen? (21 C.F.R. 1308.11(d)) | Yes | No |
| Taxonomy ID | None | 1001097 |
| Contains Other Compounds [2] | No | Yes[3] |
| Active dose | 200 – 500 mg. (Aldous Huxley's journey in *The Doors of Perception*, was induced by 400 mg.) | Mescaline content, if any, can be determined only by testing,[4] and the volume of cacti required to ingest an active dose often exceeds what can be eaten. |
| Referenced by DOJ/DEA in a "Drug Fact Sheet"[5] | Yes | No |
| Active Doses (200 mg.) in 3 kilos (3,000 grams), assuming .82% of Mescaline per dry weight of *Echinopsis* | 15,000 | 1,230 |
| Retail value (assuming $5 - $20 / dose, like LSD)[6] | $75,000 - $300,000 (rounded to nearest thousand) | $390 [7] |

| Identifiers and Characteristics | ***Lophophora Williamsii*** | ***Echinopsis Pachanoi*** |
|---|---|---|
| Schedule I Hallucinogen? (21 C.F.R. 1308.11(d)) | Yes | No |
| Percentage of Mescaline by Dry Weight | 3 - 6%[8] | Varies from 0% - 4.7%[9] Average: .82% |
| Used in Religious Ceremonies | Yes | Yes |

---

[1] PubChem, https://pubchem.ncbi.nlm.nih.gov/compound/4076
[2] Plants, of course, contain many other compounds, and cacti contain a vast range of substances that have no hallucinogenic effect.
[3] PubChem, https://pubchem.ncbi.nlm.nih.gov/taxonomy/1001097
[4] See, Recommended Methods for Testing Peyote Cactus (Mescal Buttons) / Mescaline and Psilocybe Mushrooms/Psilocybin, https://www.unodc.org/pdf/publications/st-nar-19.pdf
[5] Peyote and Mescaline, https://www.dea.gov/sites/default/files/2020-06/Peyote%20and%20Mescaline-2020_0.pdf
[6] How Much Does LSD (Acid) Cost? https://www.addictionresource.net/cost-of-drugs/illicit/lsd/
[7] Sale price of 1,750 grams of San Pedro Cactus Powder at ComprasPeru.com, on May 10, 2018 https://web.archive.org/web/20180510023527/http://www.comprasperu.com/en/shaman/104-san-pedro-cactus-powder-mega.html
[8] Challenges in Drugs of Abuse Testing, https://www.sciencedirect.com/topics/pharmacology-toxicology-and-pharmaceutical-science/mescaline
[9] Mescaline reported in *Trichocereus* species assembled by Keeper Trout, https://troutsnotes.com/pdf/SanPedro.pdf; see, Journal of Ethnopharmacology, New mescaline concentrations from 14 taxa/cultivars of Echinopsis spp. (Cactaceae) ("San Pedro") and their relevance to shamanic practice, https://www.uvm.edu/~dbarring/241/241_PUBS/ogunbodede2010.pdf