# EXHIBIT 3

Google    san pedro plants for sale

- All
- Shopping
- Images
- Maps
- News
- More
- Tools

About 9,570,000 results (0.49 seconds)

https://www.sanpedrosource.com
### San Pedro Source | Buy San Pedro Cactus Online ...
Shop our sensational selection of **San Pedro** Cactus with flat rate shipping to all 50 States! Various Sizes, **Cuttings**, and Rare **plants** available for all your ...
Shop · Freshly Added · FAQ · Contact us

**People also ask**

Is San Pedro fast-growing?

How hard is it to grow San Pedro?

Does San Pedro like full sun?

Can you plant a San Pedro cutting?

Feedback

https://www.moonvalleynurseries.com › san-pedro-cactus
### San Pedro Cactus | Cacti, Agave & More
Sep 26, 2022 — We have superior quality **San Pedro** Cactus for **sale**, only grown from premium specimens at our nurseries! We have these cacti available in a ...

https://www.amazon.com › san-pedro-cactus › k=san+p...
### san pedro cactus - Amazon.com
Under $10 · Succulents & Cactus **Plant** Food - Gentle Long Lasting Formula, Slow Release Fertilizer (Liquid. Pinch to zoom-in further. SEE MORE DETAILS · Above $10.

**Popular products**

| Variegated San Pedro (Potted) | Instructions for Our San Pedro… | San Pedro Cactus | Mini San Pedro Cactus |
|---|---|---|---|
| $105.00 | $35.00 | $110.00 | $32.00 |
| Sunny's | etsy.com | Cloud-Hidden Pla… | parrystudios.com |

https://www.ebay.com › ... › Plants & Seedlings
### San Pedro Cactus Cactis&Succulents for sale - eBay
Shop great deals on **San Pedro** Cactus Cactis&Succulents. Get outdoors for some landscaping or spruce up your garden! Shop a huge online selection at eBay.com ...

https://awco1988.com
### San Pedro Cactus Sales | Trichocereus Pachanoi | Genuine ...
Buy Genuine **San Pedro** cactus (Trichocereus Pachanoi) **cuttings** from established mature parent **plants**. See Specials **Sales** & Auctions!

https://www.gdncnursery.com › san-pedro-cactus
### San Pedro Cactus - GDNC Nursery
A **plant** prized by the indigenous people of the Andes mountains for thousands of years, ... **San Pedro** Cactus for **sale** at our **nursery** in 5-gallon containers ...

HOW MUCH DOES SAN PEDRO CACTUS COST?

How fast does San Pedro cactus grow?

https://www.etsy.com › market › san_pedro_cactus_plant
### San Pedro Cactus Plant - Etsy
Results 1 - 40 of 261 — Check out our **san pedro** cactus **plant** selection for the very best in unique or custom, handmade pieces from our succulents & cacti ...

https://www.lazy-gardens.com › blogs › news › where-t...
### Where to Buy your San Pedro Cactus - Lazy Gardens
Sep 12, 2021 — While many of our Lazy **plants** are designed to thrive indoors, the **San Pedro** can also make an excellent addition to your landscape.

https://psychedelicsultra.com › Cacti
### San Pedro Mescaline Cactus Cutting for sale
The **San Pedro** (Echinopsis pachanoi) cactus, is also known as the Trichocereus pachanoi. **San Pedro** Cacti grow reasonably fast, even from a cutting. They contain ...

https://sanpedrocactussales.com
### San Pedro Cactus Sales
The place to **buy** your favorite Peruvian cacti grown in sunny Arizona.
About Us · Checkout · My Account · Shop

## Related searches

| | |
|---|---|
| san pedro **cactus** for sale **amazon** | **echinopsis pachanoi** for sale |
| san pedro **cactus** for sale **near me** | san pedro **cactus** for sale **ebay** |
| **can you buy** san pedro **cactus at home depot** | san pedro **cactus seeds amazon** |
| san pedro **cactus seeds** for sale | san pedro **cactus** for sale **california** |

1  2  3  4  5  6  7  8  9  10    Next

88061, New Mexico - From your device - Update location

Help    Send feedback    Privacy    Terms

Google | san pedro plants for sale

All · Shopping · Images · Maps · News · More · Tools

Page 2 of about 9,570,000 results (0.48 seconds)

https://sanpedrousa.net
### ⊛ San Pedro Cactus for Sale in USA【Best Price Pachanaoi】
I recommend the website sanpedrousa.net as a supplier of **san pedro** cactus, their products are the best on the market and the delivery times really left me very ...

https://www.mypersonalplants.com › sacred-garden-cacti
### San Pedro Catus for Sale - Personal Plants
Sacred Garden Cacti · Huachuma cacti, propagated from an organic garden in Oakland and lovingly rooted, packaged and sent to you! Hardy and easy to care for, ...

https://plantly.io › Shop › Indoor Plants › Succulents
### San Pedro cactus, Echinopsis pachanoi - Plantly
328 **sales**. Free Shipping. $63.99. Sold By: Desert Noir. **San Pedro** cactus — is a fast-growing columnar cactus native to the Andes Mountains One rooted **plant** ...

https://sanpedrocactussales.com › Pachanoi
### Buy San Pedro Cactus Trichocereus Pachanoi Echinopsis ...
Description. BUY **San Pedro** Cactus~Trichocereus Pachanoi Echinopsis Top **Cuttings** cacti ~ Lot-T3. I SHIP USING FAST PRIORITY CLASS SHIPPING! * {SUPER **SALE**!}

https://thesucculentsource.com › succulent-cactus-news
### Potted Trichocereus Pachanoi San Pedro Cactus For Sale ...
Sep 17, 2012 — If you are looking for healthy, rooted, ornamental Trichocereus Pachanoi **San Pedro** specimens, many of which are blooming, ...

https://bountybotanicals.com › Live plants
### san pedro cactus for sale - Bounty Botanicals
We carry **san pedro** (Echinopsis pachanoi , Trichocereus pachanoi), peruvian torch (E. peruvianus), Bolivian torch (E. bridgesii), E. scopulicola, and hybrids of ...

https://deserthorizonnursery.com › plant-catalog › san-...
### San Pedro - Desert Horizon Nursery
Blooms: White 9 in. **flowers** in July. **San Pedro** for **sale** at Desert Horizon **Nursery** DSC04505 ...

https://varnishandvine.com › Collections
### San Pedro Cactus - Varnish + Vine
**San Pedro** - Flowering Hybrids - Bare Root. From $60.00 ; **San Pedro** - SS Hybrids - Tip **Cuttings**. $55.00 ; **San Pedro** - PE Hybrids - Tip **Cuttings**. $60.00 ...

https://www.avalonmagicplants.com › Smartshop
### Buy mescaline cactus | Avalon Magic Plants
Product 1 - 38 — Peyote: this is a cactus without spines, whose scientific name is Lophophora Williamsiii. · **San Pedro**: this cactus was always used for rituals by ...

https://pistilsnursery.com › products › echinopsis-pacha...
### Echinopsis pachanoi - San Pedro Cactus - Pistils Nursery
You'll get a healthy Echinopsis pachanoi that meets our rigorous quality standards in your choice of a 6" **nursery** pot. No two **plants** are alike, and yours will ...

Related searches

san pedro **cactus** for sale **amazon**

**echinopsis pachanoi** for sale

san pedro **cactus** for sale **near me**

san pedro **cactus** for sale **ebay**

**can you buy** san pedro **cactus at home depot**

san pedro **cactus seeds amazon**

san pedro **cactus seeds** for sale

san pedro **cactus** for sale **california**

Previous       1  2  3  4  5  6  7  8  9  10           Next

**88061, New Mexico** - From your device - Update location

Help       Send feedback       Privacy       Terms

Google

san pedro plants for sale

- All
- Shopping
- Images
- Maps
- News
- More
- Tools

Page 3 of about 9,570,000 results (0.45 seconds)

https://mitcityfarm.com › where-to-buy-san-pedro-cactus
### Where To Buy San Pedro Cactus ? - MitCityFarm
You can **buy San Pedro** Cactus both online and offline. There are many stores and nurseries that sell **San Pedro** Cactus **plants** at the best prices online. If you ...

https://www.facebook.com › mallachtsplants › posts › s...
### San Pedro. Fire Sale: 3 of these very... - Mallacht's Plants
(3) Trichocereus pachanoi var. 'LER' (1 ft MID **Cuttings**) for $60 *FIRE **SALE**!* This is a special bulk deal on our exclusive **San Pedro** 'LER ...

https://cactusculture.com.au › shop › san-pedro-trichoc...
### San Pedro Cactus Australia (Echinopsis Pachanoi)
**Buy San Pedro** (Echinopsis Pachanoi) cactus online from Cactus Culture Australia. Brisbane based cactus **nursery** shipping Australia wide.

https://www.trichocereus.co.uk
### Trichocereus UK: Home
We offer **San Pedro**, Tr. peruviana (Peruvian Torch), Tr. bridgesii ... On the store, you will find all the **plants** that I am currently growing for **sale**, ...

https://exoticanz.com › Collections › Cold Tolerant
### San Pedro Cactus - Exotica NZ
The same family of Cactaceae, it requires less attention and yet is a very unique and pleasant looking **plant**. Suitable for growing both indoors or the outdoors ...

Light: Plenty of light. If growing indoors, pl...   Water: Will go dormant during colder m...

https://urbanxeriscape.com › All Plants
### Trichocereus Pachanoi San Pedro Cactus - Urban Xeriscape
All **San Pedro** Cactus for **sale** will vary in size. In the spring, **plants** are often smaller than **plants** shipped in the fall. **Plants** designated with a sku ...

https://www.plantshop.me › ae-en › product › san-pedr...
### San Pedro Cactus - Outdoor Plants | Plantshop.me
**Buy San Pedro** Cactus, outdoor **plants**, pots, **seeds** & garden accessories online from Plantshop.me, largest online **plant** store in the Middle East with quick ...

https://www.redbubble.com › shop › san+pedro+cactus
### San Pedro Cactus Gifts & Merchandise for Sale | Redbubble
High quality **San Pedro** Cactus-inspired gifts and merchandise. T-shirts, posters, stickers, home decor, and more, designed and sold by independent artists ...

https://www.pinterest.com › ... › Planting
### Vivero's Garden | San pedro cacti, Cactus ... - Pinterest
Jun 20, 2013 - Local Austin **plant nursery** specializing in Texas native **plants** trees & shrubs - a blog about what is new, blooming & unique at the **nursery**.

https://sanpedroinfographics.net › sanpedroprints-blog
### Tips for Buying your first San Pedro Cactus in 2021
In my opinion, eBay is the best overall marketplace for **San Pedro** cacti for a number of

reasons. There are always listings of anywhere between rough looking ...

Related searches

- san pedro **cactus** for sale **amazon**
- **echinopsis pachanoi** for sale
- san pedro **cactus** for sale **near me**
- san pedro **cactus** for sale **ebay**
- **can you buy** san pedro **cactus at home depot**
- san pedro **cactus seeds amazon**
- san pedro **cactus seeds** for sale
- san pedro **cactus** for sale **california**

Previous   1  2  3  **4**  5  6  7  8  9  10   Next

88061, New Mexico - From your device - Update location

Help   Send feedback   Privacy   Terms

Google

san pedro plants for sale

- All
- Shopping
- Images
- Maps
- News
- More
- Tools

Page 4 of about 9,570,000 results (0.53 seconds)

https://plantsome.ca › products › trichocereus-pachanoi...
### Trichocereus Pachanoi | Duo San Pedro Cactus (L)
Over 40.000 green amigos sold! 3 month happy **plant** guarantee.

https://herbalistics.com.au › ... › Cacti & Succulents
### Trichocereus pachanoi 'San Pedro' (cactus) - Herbalistics
**Buy** Trichocereus pachanoi **san pedro** cactus, **seeds** and **plants**. Online **nursery**. Cultivation Info. Herbalistics. Australia.

https://thethirdwave.co › growing-san-pedro-cactus
### Growing San Pedro Cactus: A Complete How-To
Dec 8, 2021 — Collectors trade cactus **cuttings** internationally and swap **seeds**. The global cultivation of Trichocereus pachanoi has also led to the creation of ...

https://plantshopseattle.com › trichocereus-pachanoii-6
### cactus / pachanoi (san pedro) - Plant Shop Seattle
name: trichocereus pachanoi (**san pedro** cactus) light: high water: bi-weekly to monthly other: pet safe, fast growing plastic pot is included. we sell ...

**Other:** pet safe, fast growing   **Light:** high
**Water:** bi-weekly to monthly

https://www.smartseedsemporium.com › products › tric...
### Trichocereus pachanoi - San Pedro Cactus
**San Pedro** Cactus is a fast-growing columnar cactus native to the Peruvian Andes ... It has short spines and is safe to **plant** near a walkway (but maybe not a ...

https://trionursery.com › product › san-pedro-cactus
### San Pedro Cactus | - Trio Nursery
**San Pedro** Cactus also known as Trichocereus pachanoi is native to the ... We are offering for **sale** a well established **plant** that is 6 to 10 inches tall.

https://www.zamnesia.com › Smartshop › Mescaline Cacti
### Buy San Pedro Cacti - Zamnesia
As one of the most popular mescaline cactus varieties available today, **San Pedro**, or Echinopsis pachanoi, is a sacred **plant** native to South America.

https://lonestarnursery.com › products › cactus-san-pedro
### Succulents - Cactus 'San Pedro' - Plant Delivery to Austin/Manor
orders can be delivered to Austin and Manor! Cultivated for thousands of years in the southern Americas. **San Pedro** cactuses are seen as guardians against ...

https://www.gardenia.net › plant › trichocereus-pachanoi
### Trichocereus pachanoi (San Pedro Cactus) - Gardenia.net
**San Pedro** Cactus, Echinopsis pachanoi, Cereus pachanoi · Requirements · Alternative **Plants** to Consider · Recommended Companion **Plants** · Find In One of Our Guides or ...

https://www.worldseedsupply.com › product › trichocer...
### Trichocereus Pachanoi (San Pedro Cactus) Seeds
The PC clone is usually reproduced by **cuttings**, so it maintains it's small spine feature. The PC

pachanoi has been in cultivation in this country for many ...

## Related searches

| | |
|---|---|
| san pedro **cactus** for sale **amazon** | **echinopsis pachanoi** for sale |
| san pedro **cactus** for sale **near me** | san pedro **cactus** for sale **ebay** |
| **can you buy** san pedro **cactus at home depot** | san pedro **cactus seeds amazon** |
| san pedro **cactus seeds** for sale | san pedro **cactus** for sale **california** |

Previous   1   2   3   **4**   5   6   7   8   9   10   Next

**88061, New Mexico** - From your device - Update location

Help   Send feedback   Privacy   Terms