|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | SEP 29 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, a California Corporation,

        Plaintiff-Appellant,

 and

ARIZONA YAGE ASSEMBLY, a California corporation; et al.,

        Plaintiffs,

 v.

MERRICK B. GARLAND, Attorney General; et al.,

        Defendants-Appellees.

No. 22-16287

D.C. No. 2:20-cv-02373-ROS
District of Arizona, Phoenix

ORDER

On August 31, 2022, this court ordered appellant, within 21 days, either to move for voluntary dismissal of this appeal or to show cause why it should not be dismissed for lack of jurisdiction. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

LCC/MOATT

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7