GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7693
Email: Katherine.Branch@usdoj.gov
*Attorneys for Defendant Marco Paddy*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | |
| v. | **NOTICE OF ATTORNEY SUBSTITUTION** |
| Merrick B. Garland, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, pursuant to Local Rule of Civil Procedure 83.3(b), of the substitution of Katherine R. Branch, Assistant U.S. Attorney of the District of Arizona, as counsel for Defendant Marco Paddy in this matter. Attorney Kwan Piensook is withdrawn as counsel for Defendant Marco Paddy. Ms. Branch's contact information is as follows:

Katherine R. Branch
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
Tel: 602-514-7500
Fax: 602-514-7693
Katherine.Branch@usdoj.gov

RESPECTFULLY SUBMITTED this 30th day of December, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Katherine R. Branch*
KATHERINE R. BRANCH
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

**Charles H Carreon**
CHARLES CARREON ATTORNEY AT LAW
305 Cuprite St.,
P.O. Box 284
Tyrone, NM 80065
928−975−2191
chascarreon@gmail.com

**John William Sullivan**
ATTORNEY AT LAW
17532 Miranda St.
Encino, CA 91316
818−769−7236
818−301−2175 (fax)
johnw.sullivan@yahoo.com

*Attorneys for Plaintiffs*


**Lisa Newman**
US DEPT OF JUSTICE − CIVIL DIVISION – FED PROGRAMS − L ST.
1100 L St. NW, Rm. 12304
Washington, DC 20005
202−514−5578
lisa.n.newman@usdoj.gov

*Attorney for Defendants Merrick Garland, Alejandro Mayorkas, Anne Milgram, Chris Magnus, William Barr, Uttam Dhillon, Chad Wolf, Mark Morgan, Thomas Prevoznik, United States of America, State of Arizona, Mark Brnovich, Maricopa County, Matthew Shay, Jeffrey Rosen, Timothy Shea, Marco Paddy, Christopher Evans, and Troy Miller*


**Drew Curtis Ensign**
OFFICE OF THE ATTORNEY GENERAL − PHOENIX
2005 N Central Ave.
Phoenix, AZ 85004−1592
602−542−8540
602−542−4377 (fax)
drew.ensign@azag.gov

*Co-counsel for Defendants State of Arizona and Mark Brnovich*

**Evan Franklin Hiller**
**Jeffrey S Leonard**
SACKS TIERNEY PA
4250 N Drinkwater Blvd., 4th Fl.
Scottsdale, AZ 85251−3647
480−425−2600 (Hiller)
480-425-2652 (Leonard)
480−970−4610 (fax)
evan.hiller@sackstierney.com
jeffrey.leonard@sackstierney.com

*Co-Counsel for Defendants Maricopa County and Matthew Shay*


s/ Lauren M. Routen
U.S. Attorney's Office