BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Federal Agency Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé,<br><br>   Plaintiffs,<br><br>   vs.<br><br>Merrick B. Garland, Attorney General of the United States; et al,<br><br>   Defendants. | No. 2:20-cv-2373-ROS<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Federal Agency Defendants respectfully provide notice of a recent district court decision involving Defendants. In *Church of the Eagle and the Condor, et al. v. Garland*, 2:22-cv-1004-PHX-SRB (D. Ariz.), Plaintiffs brought claims under the Religious Freedom Restoration Act ("RFRA"), the Free Exercise Clause, the Establishment Clause, the Due Process Clause, the Equal Protection Clause, the Ninth Amendment, and the Freedom of Information Act, seeking injunctive relief that would permit them to ingest and distribute ayahuasca, notwithstanding the constraints of the Controlled Substances Act. Federal Defendants moved to dismiss the RFRA claim and all of the constitutional claims. On

March 20, 2023, the Court denied the motion as to Plaintiffs' RFRA claim and granted it as to the constitutional claims. *See* Dkt. 26. The district court's order is attached to this notice.

Dated: March 21, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically transmitted the foregoing response to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Lisa Newman*
LISA NEWMAN