CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316-1249
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly,  and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, ,<br><br>            Plaintiffs,<br><br>     vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>            Defendants. | Case No.:20-CV-02373-ROS<br><br>NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR PLAINTIFFS |

Charles Carreon, counsel for plaintiffs, has changed his mailing address to:

>  Charles Carreon, Attorney at Law
>  7 N. Ridge Crest Circle
>  Silver City, New Mexico 88061
>  Tel:  928-975-2191

Dated: April 30, 2023                         CHARLES CARREON
                                              /s/Charles Carreon
                                              CHARLES CARREON (127139)
                                              Attorney for Plaintiffs
                                              Arizona Yagé Assembly, and
                                              Winfield Scott Stanley III