BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS |

**FEDERAL AGENCY DEFENDANTS' UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE [Doc. 184]**

Defendants through counsel and pursuant to Fed. R. Civ. P. 6(b) and LRCiv 7.3, seek an order extending the deadline to file an answer for 14 days, until June 1, 2023. Plaintiffs do not oppose this request.

Plaintiffs filed their Initial Complaint on May 5, 2020 (Doc. 1). Plaintiffs filed their Fifth Amended Complaint on May 15, 2022 (Doc. 159). The Fifth Amended Complaint sought declaratory and injunctive relief stemming from claims under the Religious Freedom Restoration Act of 1993 ("RFRA"), 42 U.S.C. § 2000bb-2000bb-1(c).

On September 23, 2022, Defendants moved to dismiss the RFRA and constitutional claims (Doc. 175). On May 4, 2023, the Court denied that motion (Doc. 183). Under Federal

Rule of Civil Procedure 12, Defendants' deadline to answer would be due on May 18, 2023. Undersigned has deadlines in other matters over the next two weeks and will be out of the country for a preplanned vacation from May 24 to May 29.

Undersigned contacted Plaintiff's counsel, who does not oppose Defendants' request. Finally, the requested extension would not result in a significant delay and undersigned affirms it is not sought for any improper purpose.

For all the foregoing reasons, Defendants request that the Court issue an order extending the answer deadline for 14 days, up to and including June 1, 2023.

Dated: May 16, 2023            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Lisa Newman*
LISA NEWMAN