BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, | No. 2:20-cv-2373-ROS |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| Merrick Garland *et al.*, | |
| Defendants. | |

Having reviewed Defendants' Unopposed Motion to Extend the Responsive Pleading Deadline, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' deadline to file an Answer is extended until June 1, 2023.

Dated this _____ day of May 2023.

_____
Roslyn O. Silver
United States District Judge