# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick B Garland, et al., | |
| Defendants. | |

Before the Court is Defendants Unopposed Motion to Extend Responsive Pleading Deadline (Doc. 185). Due to counsel's deadlines in other matters and personal scheduling conflicts, Defendants seek a fourteen-day extension. Good cause appearing,

**IT IS ORDERED** Defendants' Unopposed Motion to Extend Responsive Pleading Deadline (Doc. 185) is **GRANTED**. Defendants' deadline to file an Answer is extended until **June 1, 2023**.

**IT IS FURTHER ORDERED** the Rule 16 Case Management Conference set for June 6, 2023 is **VACATED** and **RESET** for June 22, 2023 at 2:00 p.m.

Dated this 16th day of May, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge