BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS |

**DEFENDANTS' OPPOSED MOTION**
**TO RESCHEDULE RULE 16 CASE MANAGEMENT CONFERENCE**

Defendants request that the Court reschedule the Rule 16 Case Management Conference scheduled for June 22, 2023 at 2:00 p.m. because counsel for Defendants has a hearing scheduled on that same afternoon in another case. Plaintiffs oppose this request. Defendants suggest June 28 or June 29 as an alternate date, or at a later date convenient to the Court.

This Court entered an order extending Defendants' answer deadline and rescheduling the Rule 16 Case Management Conference to June 22, 2023 at 2:00 p.m. Dkt. 186. Counsel for Defendant has an already-scheduled hearing on June 22, 2023 at 2:30 p.m. in a case filed

in Maryland in which undersigned is the only counsel for Defendant. *See Beck v. National Security Agency*, Dkt. 22, 1:21-cv-3249 (D. Md.).

Undersigned conferred with Plaintiffs' counsel by email and phone on May 30, 2023, explained that she had an already-scheduled hearing on the same afternoon in another case, and suggested alternate dates for the following week. Plaintiffs refused to consent to Defendants' request to reschedule the case management conference. Undersigned asked whether there were other dates to which Plaintiffs would consent, and counsel for Plaintiffs said there were no other dates to which they would consent. Accordingly, Defendants suggest rescheduling the conference for June 28, 2023, June 29, 2023, or at a later date convenient to the Court.

For all the foregoing reasons, Defendants request that the Court issue an order rescheduling the Rule 16 Case Management Conference to June 28, 2023, June 29, 2023, or at a later date convenient to the Court.

Dated: May 30, 2023                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Lisa Newman*
LISA NEWMAN