1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  BRIGHAM J. BOWEN
   Assistant Branch Director
3  LISA NEWMAN
   Trial Attorney
4  Civil Division, Federal Programs Branch
   U.S. Department of Justice
5  1100 L Street NW
   Washington, D.C. 20005
6  Telephone: (202) 514-5578
   E-mail: lisa.n.newman@usdoj.gov

*Attorneys for the Federal Agency Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland *et al.*,<br><br>Defendants. | No. 2:22-cv-2373-ROS<br><br>**[PROPOSED] ORDER** |

Having reviewed Defendants' Opposed Motion to Reschedule Rule 16 Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Rule 16 Case Management Conference set for June 22, 2023, is VACATED and RESET for _____.

Dated this \_\_\_\_ day of May 2023.

_____
Roslyn O. Silver
United States District Judge