# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JOHN MICHAEL BECK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 21-cv-03249-LKG |
| ) | |
| v. ) | Dated: May 2, 2023 |
| ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties shall participate in a telephonic unclassified hearing on **Thursday, June 22, 2023, at 2:30 p.m. Eastern Time**, to discuss the threshold issue of standing.

The telephonic unclassified hearing will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

    For Plaintiff:     **Bradley P Moss**
Mark S Zaid PC
1250 Connecticut Ave NW Ste 700
Washington, DC 20036
202-907-7945
Email: brad@markzaid.com

**Mark Steven Zaid**
Mark S Zaid PC
1250 Connecticut Ave NW
Ste 700
Washington, DC 20036
202-454-2809
Email: mark@markzaid.com

|  |  |
|---|---|
| For Defendant: | **Lisa Newman** <br> Federal Programs Branch Department Of Justice <br> 1100 L St. NW <br> Washington, DC 20005 <br> 202-353-5882 <br> Email: lisa.n.newman@usdoj.gov |

**IT IS SO ORDERED.**

                                                s/ Lydia Kay Griggsby
                                                LYDIA KAY GRIGGSBY
                                                United States District Judge