1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Arizona Yage Assembly, et al.,          No. CV-20-02373-PHX-ROS

10                  Plaintiffs,              **ORDER**

11   v.

12   Merrick B. Garland, Attorney General of the
     United States, et al.,

13

14                  Defendants.

15          Before the Court is Defendants' Opposed Motion to Reschedule Rule 16 Case

16   Management Conference (Doc. 187). Defendants have a previously scheduled hearing in a

17   different matter that conflicts with the Rule 16 Conference in this matter. Plaintiffs oppose

18   Defendants' request. (Doc. 188) The Court will reschedule the hearing but maintain the

19   current deadline to meet and confer and file a Joint Case Management Report and Joint

20   Proposed Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f). (*See* Doc.

21   184). If there are no conflicts or disputes evident in those filings, the Court may vacate the

22   Rule 16 hearing altogether.

23          **IT IS ORDERED** Defendants' Opposed Motion to Reschedule Rule 16 Case

24   Management Conference (Doc. 187) is **GRANTED**. The Rule 16 Conference set for June

25   22, 2023 at 2:00 p.m. is **VACATED** and **RESET** to June 28, 2023 at 2:00 p.m.

26   …

27   …

28

**IT IS FURTHER ORDERED** the parties shall meet and confer and file a Joint Case Management Report and Joint Proposed Scheduling Order by **June 12, 2023**.

Dated this 2nd day of June, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge