BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
BONNIE E. DEVANY (TX 24131173)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**Notice of Appearance** |

**NOTICE OF APPEARANCE**

Please take notice that Bonnie Devany of the U.S. Department of Justice is entering her appearance in this action as counsel for Federal Agency Defendants.

Dated: June 12, 2023          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Bonnie E. Devany*
BONNIE DEVANY
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW

Washington, D.C. 20005
Telephone: (202) 616-8101
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

<u>*/s/ Bonnie E. Devany*</u>
BONNIE E. DEVANY