BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for the Federal Agency Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>Merrick B. Garland *et al.*,<br><br>     Defendants. | No. 2:20-cv-2373-ROS<br><br>**Notice of Delayed Filing and Motion for an Extension of Time to File Joint Case Management Report** |

### NOTICE OF DELAYED FILING AND
### MOTION FOR AN EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT

Defendants at 10:40 p.m. ET hereby notify the Court of a delay in the preparation of the parties' Joint Case Management Report, which is due today, and respectfully seek a one-day extension of the parties' filing deadline. Pursuant to the Court's scheduling order, Defendants sent Plaintiffs a draft of the Joint Case Management Report on June 2, 2023, and Plaintiffs sent a draft of the report on June 6, 2023, and the parties held a Rule 26(f) conference on June 8, 2023, and conferred on the report. After this conferral, Defendants implemented edits to the joint report to reflect the parties' discussions. Defendants sent Plaintiffs a copy of the joint statement reflecting the updated report on June 12 at 3:07 p.m. ET. Defendants followed up again by email and again by phone call to Plaintiffs' counsel's cell phone but have not received a response from Plaintiffs or otherwise received permission to file the joint case

management report. Because the parties are unable to submit a joint filing at this time, Defendants respectfully move the Court to extend the parties' deadline to file the Joint Case Management Report until tomorrow, June 13, 2023.

Dated: June 12, 2023         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Email: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Lisa Newman*
LISA NEWMAN