# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,

    Plaintiffs,

v.

Merrick Garland, Attorney General of the United States, *et al.*,

    Defendants.

No. 2:20-cv-2373-ROS

**[Proposed] ORDER**

Whereas, the parties have filed a Joint Motion seeking an Order Sealing Portions of the Court Record (the "Joint Motion");

Whereas, in the Joint Motion, the parties have "set forth a clear statement of the facts and legal authority justifying the filing of the document under seal," in accordance with L.R. 5.6(b);

Whereas, the parties have identified the following portion of the record as that portion which is subject to the Joint Motion: Exhibit A of Docket No. 175-1 (the "Sealed Record");

Whereas, the Court has considered the Joint Motion and any opposition thereto;

Whereas, the Court finds and holds that sealing of a portion and/or portions of the record, specified herein, is appropriate;

Accordingly, it is this ___ day of _____ ____, by the United States District Court for the District of Arizona, ORDERED:

1. That the Joint Motion to Seal Portions of the Record be, and the same hereby is,

GRANTED, as specifically set forth herein;

2. That the Sealed Record (as defined above) be, and hereby is, PLACED UNDER SEAL by the Clerk of the Court.