# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., <br> Plaintiffs, <br> v. <br> Merrick B Garland, et al., <br> Defendants. | No. CV-20-02373-PHX-ROS <br><br> **ORDER** |

Before the Court is a Joint Motion to Seal Portions of the Record (Doc. 196), requesting to seal Exhibit A of Doc. 175-1, which inadvertently reveals the names of two Arizona Yage Assembly members. Good cause appearing,

**IT IS ORDERED** the Joint Motion to Seal (Doc. 196) is **GRANTED**. The Clerk of Court shall seal Doc. 175-1. The Defendants are ordered to re-file a redacted version of Agent Smyrnos' Declaration and accompanying Exhibit.

**IT IS FURTHER ORDERED** this order shall not be sealed.

Dated this 29th day of June, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge