JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>DECLARATION OF WINFIELD SCOTT STANLEY III IN SUPPORT OF PLAINTIFFS' F.R.Civ.P. 6(b) MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' REQUESTS FOR PRODUCTION |

## DECLARATION OF WINFIELD SCOTT STANLEY III

Winfield Scott Stanley III, hereby declares and affirms:

    1.    I am the founder of plaintiff Arizona Yage Assembly ("AYA"), and the Chair of the Board of Directors of plaintiff North American Association of Visionary Churches ("NAAVC"). I make this declaration in support of AYA's Motion for Extension of Time to Respond to Defendants' Requests for Production.

    2.    On October 15, 2023, I received two documents from AYA's counsel of record: (1) a draft of Plaintiffs' Response to the Defendants' Request for Production of

Documents ("Responses to RFP") and a (2) draft of Plaintiffs' Responses to Defendants' Interrogatories ("Responses to Interrogatories").

3. On October 16, 2023, Mr. Carreon and I discussed the discovery responses in a brief telephone conference; however, I was unable to complete our discussions, and thus Mr. Carreon obtained an extension of time until October 17, 2023 to serve the Plaintiffs' discovery responses.

4. On October 17, 2023, Mr. Carreon and I discussed the Responses to the Interrogatories and Responses to RFP. We did not review the original discovery documents that had been served, as Mr. Carreon explained that he had accurately transcribed the Defendants' discovery requests.

5. There were seven (7) individual Requests for Production transcribed in the Responses to RFP, and for each of them, Mr. Carreon had prepared a draft response. We went over each one, made adjustments and conducted related searches for information.

6. I did not realize that Defendants had actually propounded a longer document, including Requests for Production 8 – 25. If I had known, I would of course have worked with Mr. Carreon to provide responses; however, neither of us were aware of Mr. Carreon's error, and it escaped the attention of us both.

7. On October 16, 2023, Mr. Carreon called me to advise that he had just that day received an emailed letter from the Defendants' attorneys advising that the Responses to RFPs 8 – 25 had been omitted from our response. He immediately began preparing draft responses to the missing RFPs, and today, October 27, 2023, we got together on the telephone and reviewed and revised them. I understand Mr. Carreon has now served Plaintiffs' Corrected Responses to Defendants' Request for Production (the "Corrected Responses") of documents that provides responses and objections to Defendants' Request for Production 1 – 25, inclusive.

8. I request the Court to deem the service of the Corrected Responses timely by extending the time allowed for service from October 17, 2023, previously agreed to by Defendants, until October 27, 2023. As set forth above, I had no way of knowing that a

problem was in the offing when I approved the incomplete Responses to Requests for Production for service on October 17, 2023.  Had I known they were incomplete, I would have directed Mr. Carreon to add the missing responses and send a complete and correct document.  As soon as Plaintiffs learned of the problem, we worked diligently with Mr. Carreon to do the work that would have been done previously, had we known it was required.

9. For all of the above reasons, Plaintiffs respectfully request the Court to enter an order in the form submitted herewith, deeming the Corrected Responses timely served.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on October 27, 2023 at Tucson, Arizona.

Winfield Scott Stanley III