# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick B Garland, et al., | |
| Defendants. | |

Plaintiffs have filed a Motion for Extension of Time to Respond to Defendants' Requests for Production (Doc. 200), citing excusable error or neglect and providing corroborating declarations.  If the parties need additional time for substantial completion of written discovery based on this error, they may file a stipulation seeking such an extension.  Good cause appearing,

**IT IS ORDERED** the Motion of Extension of Time to Respond (Doc. 200) is **GRANTED**.  Plaintiffs shall have through Friday, **October 27, 2023**, to complete their responses to Defendants' requests for production.

Dated this 30th day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge