BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
BONNIE E. DEVANY (TX 24131173)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
Fax: (202) 616-8470
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, <br><br> Plaintiffs, <br><br> v. <br><br> Merrick B. Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 2:20-cv-2373-ROS |

**JOINT STIPULATION TO EXTEND**
**SUBSTANTIAL COMPLETION OF WRITTEN FACT DISCOVERY DEADLINE**

The parties through counsel and pursuant to Federal Rule of Civil Procedure 6(b) and LRCiv 7.3, seek an extension of the substantial completion of written fact discovery deadline for two months, until January 16, 2024.

On June 23, 2023, the Court entered the Rule 16 Case Management Plan, which sets the parties' substantial completion of written fact discovery for November 16, 2023. Dkt. No. 194.

Since the beginning of fact discovery, the parties have worked together to negotiate, and ultimately narrow, the scope of disputed discovery issues. Plaintiffs served their first set of discovery requests on July 28, 2023. After a meet and confer between the parties in which Defendants raised issues with, *inter alia*, the scope and numerosity of the requests, Plaintiffs agreed to partially withdraw those requests and serve a set of narrowed requests. Defendants responded to remaining requests on August 31, 2023. Plaintiffs served revised requests on September 22, 2023. Defendants responded to those requests on November 6, 2023.

Defendants served interrogatories and requests for production on September 1, 2023. The parties agreed to a two week and one-day extension, and Plaintiffs responded to Defendants requests, in part, on October 17, 2023. Defendants served a deficiency letter on October 26, 2023, detailing issues with Plaintiffs' responses and requested that Plaintiff serve revised responses. Plaintiffs have agreed to provide revised responses on November 14, 2023.

As detailed in Plaintiffs' motion for an extension to respond to Defendants' requests for production, Plaintiffs' initial discovery responses did not include responses to Defendants Requests for Production Nos. 8-25. *See* Dkt. No. 200. This Court granted Plaintiffs motion and stated that "if the parties needed additional time for substantial completion of written discovery based on this error, they may file a stipulation seeking such an extension." Dkt. No. 201.

In light of the good faith efforts of both parties to advance discovery, the parties request additional time for completion of fact discovery. As previewed in the Joint Case Management Report, the parties disagree over the scope of issues relevant to discovery for Plaintiffs' RFRA claim. *See* Dkt. No. 193 at 3-6. The parties have conferred and intend to confer again this week to negotiate disputed discovery issues, including (1) entering a protective order and clawback agreement so that Defendants may begin producing responsive documents, and (2) negotiating the scope of discovery relevant to Plaintiffs' RFRA claim.

The parties conferred on November 7, 2023, and agreed that an extension of the substantial completion deadline until January 16, 2024 is necessary. For the foregoing reasons, the parties respectfully request that the Court extend the substantial competition of written fact discovery deadline to **January 16, 2024**.

Dated: November 13, 2023               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

LISA NEWMAN
Trial Attorney

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY (TX 24131173)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
Fax: (202) 616-8470
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

*/s/ Charles Carreon*
CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY