BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
Trial Attorney
BONNIE E. DEVANY (TX 24131173)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
Fax: (202) 616-8470
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland *et al.*,<br><br>Defendants. | No. 2:22-cv-2373-ROS<br><br>**[PROPOSED] ORDER** |

Having reviewed the Joint Stipulation to Extend the Substantial Completion of Written Fact Discovery Deadline, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for substantial completion of written fact discovery is extended until January 16, 2024.

Dated this _____ day of November 2023.

_____
Roslyn O. Silver
United States District Judge