# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., <br> Plaintiffs, <br> v. <br> Merrick B Garland, et al., <br> Defendants. | No. CV-20-02373-PHX-ROS <br><br> **ORDER** |

Before the Court is a Joint Stipulation to Extend Substantial Completion of Written Fact Discovery Deadline (Doc. 202). As the Parties agree, and good cause appearing,

**IT IS ORDERED** the Joint Stipulation to Extend (Doc. 202) is **GRANTED**. The written fact discovery deadline is now **January 16, 2024**.

Dated this 14th day of November, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge