CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

LISA NEWMAN
Trial Attorney

BONNIE E. DEVANY (TX 24131173)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
Email: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, <br><br> Plaintiffs, <br> v. <br><br> Merrick Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 2:20-cv-2373-ROS <br><br> **FIRST NOTICE OF DISCOVERY AND SETTLEMENT** |

The parties submit the following First Notice of Discovery and Settlement Joint

Statement in accordance with the Court's Rule 16 Scheduling Order. *See* Dkt. No. 195.

**DISCOVERY**

Since the beginning of fact discovery, the parties have worked together to negotiate, and ultimately narrow, the scope of disputed discovery issues. Despite many fruitful conversations and efforts on both sides, the parties have a number of unresolved discovery issues; and the parties anticipate needing to file a Joint Statement on multiple issues that the parties have been unable to reach an agreement on through conferral.

Plaintiffs served their first set of discovery requests on July 28, 2023. After a meet and confer between the parties in which Defendants raised issues with, *inter alia*, the scope and numerosity of the requests, Plaintiffs agreed to partially withdraw those requests and serve a set of narrowed requests. Defendants responded to remaining requests on August 31, 2023. Plaintiffs served revised requests on September 22, 2023. Defendants responded to those requests on November 6, 2023. In several of their responses, Defendants indicated willingness to meet and confer to reasonably narrow the scope of request. The parties have not yet met and confer on those matters.

Defendants served interrogatories and requests for production on September 1, 2023. The parties agreed to a two week and one-day extension, and Plaintiffs responded to Defendants requests, in part, on October 17, 2023. Defendants served a deficiency letter on October 26, 2023, detailing issues with Plaintiffs' responses and requested that Plaintiff serve revised responses. Plaintiffs provided revised responses on November 15, 2023. Defendants believe there are still deficiencies in Plaintiffs' responses that will require the parties to utilize the joint statement process for discovery disputes.

Both parties have made an initial document production.

The parties have been attempting to reach an agreement on a Protective Order since Defendants circulated a draft on July 13, 2023. Both parties have withheld documents because a protective order is not in place. The parties intend to file a joint statement regarding the parties' remaining unresolved disputes over the protective order.

As indicated in the Joint Case Management Report, the parties disagree over the scope of issues relevant to discovery for Plaintiffs' RFRA claim. *See* Dkt. No. 193 at 3-6. Plaintiffs and Defendants disagree rather sharply on what type of information is relevant to the claims and defenses in the case, and are working to articulate those differences, which encompass a number of issues concerning which there is little guidance to be drawn from precedent.

### SETTLEMENT

Plaintiffs presented a settlement proposal orally at a meet and confer session on November 30, 2023. Plaintiffs have also confirmed the settlement proposal in writing.

Dated: December 1, 2023            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

LISA NEWMAN
Trial Attorney

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY (TX 24131173)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW

Washington, D.C. 20005
Telephone: (202) 616-8101
Fax: (202) 616-8470
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

*/s/ Charles Carreon*
CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY