BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
BONNIE E. DEVANY (TX 24131173)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS |

**JOINT STIPULATION TO EXTEND**
**DEADLINES IN THE CASE MANAGEMENT ORDER**

The parties through counsel and pursuant to Federal Rule of Civil Procedure 6(b) and LRCiv 7.3, seek an extension of the deadlines in the case management order as set forth below.

On June 23, 2023, the Court entered the Rule 16 Case Management Plan, which sets the discovery deadlines for the case. Dkt. No. 194. On November 14, 2023, pursuant to the parties' joint stipulation, Dkt No. 202, this Court extended the deadline for substantial completion of fact discovery to January 16, 2024, Dkt. No. 203.

Since the parties filed Dkt. No. 202, Defendants produced responsive, non-privileged documents on November 28, December 15, and December 27, and Plaintiffs produced 1095 numbered pages of documents on December 8th; further, both parties are continuing to produce documents on a rolling basis—subject to ongoing negotiations between the parties, and the Court's resolution of the pending joint statement on the proposed protective order that would facilitate the production of sensitive documents that Defendants and Plaintiffs cannot produce without a protective order in place. *See* Dkt. No. 205.[1]

There have been significant delays in advancing and substantially completing written discovery due to good faith disagreements over the scope of relevant discovery and limitations on disclosure claimed by both Plaintiffs and Defendants. The parties anticipate filing joint statements in order to resolve these outstanding issues. Those delays and the pending dispute over the protective order, *see* Dkt. No. 205, have made it such that the parties cannot move forward with the remainder of case on its current schedule, including producing certain documents without a protective order, substantially completing written fact discovery, designating experts, exchanging expert reports, taking depositions, and completing discovery.

The parties are mindful of the Court's admonition that extensions of the discovery deadlines are disfavored and should be well-supported with a clear explanation of the challenges requiring additional time. All parties were diligent in propounding and responding to written discovery. However, they also have different views of the pending discovery

---

[1] Defendants also served a Second Set of Interrogatories and First Set of Requests for Admissions on December 20, 2023; Plaintiffs' responses to those requests are due on January 19, 2023.

disputes, and thus respectfully submit their separate views of the reasons why the requested extensions of time are warranted.

**Plaintiffs' Statement**

Plaintiffs were forced to object to much of Defendants' discovery (23 Interrogatories without counting subparts, and 25 Requests for Production), that was overbroad and seemed to focus unduly on requesting dis-proportional disclosure of information regarding very large numbers of non-parties to whom Plaintiffs owe duties of confidentiality under the Fifth Amendment, the Priest-Penitent privilege, and the express and implied agreement of Plaintiffs to maintain medical, personal, and potentially inculpatory information confidential. Plaintiffs' counsel has met and conferred with defense counsel regarding their concerns on several occasions, and is amenable to drafting any joint statement necessary to adjudicate the disputes. The bolus of Defendants' offensive discovery grew on December 20, 2023, when Defendants served a second set of 50 Interrogatories (including subparts), and 44 Requests for Admissions. The second set of Interrogatories will be very time consumptive to answer, and will render redundant the first set of 23 Interrogatories. Accordingly, Plaintiffs have requested that Defendants withdraw the first set of 23 Interrogatories and allow additional time to provide responses to the new set. Because Plaintiffs' counsel was out on a pre-announced vacation from December 22, 2023 until January 8, 2023 Plaintiffs have requested until February 26, 2024 to provide responses to the second set of Interrogatories and the first set of Requests for Admissions. Further, in time for the Court's currently pending date for the disclosure of witnesses on January 29, 2024, Plaintiffs have identified a list of witnesses to testify in AYA's case, with the caveat that this witness list be subject to a Protective Order such as that currently pending before the Court in Docket # 205. Finally, Defendants have promised to provide responses to contention interrogatories, directed to eliciting their theory of the defense and identification of witnesses and documents by the close of fact discovery. Thus, all proposed deadline dates were agreed except the date for filing dispositive motions. Plaintiffs believe six months from the close of lay discovery and 26 days from close of expert discovery should be sufficient time to draft a dispositive motion.

**Defendants' Statement**

Despite the parties' attempts to negotiate, Plaintiffs to date have not provided complete responses to Defendants' discovery requests regarding (1) AYA leadership, structure, facilitators, and members; (2) safety protocols for ceremony participants; (3) ayahuasca ceremonies, including the handling of ayahuasca, and (4) who wrote, edited, or advised on core AYA documents—information that is critical to Defendants' defense. Plaintiffs dispute that these issues are relevant and, for example, have also taken the position that they are not required disclose such information or conduct comprehensive email searches for potentially responsive communications. And Plaintiffs have not disclosed any witnesses other than the named Plaintiff Scott Stanley. In light of these disputes, Defendants sent Plaintiffs a letter about the deficiencies in Plaintiffs responses on October 26, 2023, and sent Plaintiffs a draft joint statement outlining the deficiencies in Plaintiffs' discovery responses on December 22, 2023. Defendants intend to file the statement before the current substantial completion deadline of January 16, 2023. Without witnesses, critical documents, or complete responses to our discovery requests, Defendants cannot move forward with the case on the current schedule. In regards to the disputed dispositive motion deadline below, Plaintiffs propose a dispositive motion deadline of December 11, 2024; Defendants propose January 31, 2025. Defendants believe that three weeks between the proposed close of expert discovery on November 15 (two and a half weeks when taking into account leave over the Thanksgiving holiday) and Plaintiffs proposed dispositive motions deadline of December 11 is an insufficient amount of time to adequately prepare a comprehensive motion for summary judgment. Additionally, counsel for Defendants and agency clients will be out of the office on leave during the Thanksgiving, Christmas, and New Year's Eve Holidays. Accordingly, Defendants request that the Court set the dispositive motions deadline for January 31, 2025, to allow counsel and their clients adequate time to prepare a motion for summary judgment in light of the holidays.

The parties accordingly jointly request an extension of the deadlines set forth in the Case Management Plan as indicated in the chart below, and are in agreement on all proposed dates except the dispositive motion deadline (bolded for the Court's ease of reference):

| Event | Current Deadline | DOJ Proposed Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|---|
| Substantial completion of written fact discovery | Jan. 16, 2024 | Mar. 8, 2024 | Mar. 8, 2024 |
| Close of fact discovery | April 4, 2024 | Jun. 27, 2024 | Jun. 27, 2024 |
| Last day to "disclose the identity of all persons who may be used at trial to present evidence under Federal Rules of Evidence (FRE) 701, 702, 703, 704, and 705 [including] include all [expert] disclosures required by FRCP 26(a)(2)(B) if [applicable]." | Jan. 29, 2024 | Jul. 12, 2024 | Jul. 12, 2024 |
| Exchange of expert reports | Feb. 19, 2024 | Aug. 29, 2024 | Aug 29, 2024 |
| Exchange of expert rebuttal reports | March 19, 2024 | Sept. 27, 2024 | Sep. 27, 2024 |
| Close of expert discovery | May 2, 2024 | Nov. 15, 2024 | Nov. 15, 2024 |
| Supplement discovery including material changes in expert witness opinions and material disclosures, pursuant to FRCP 26(a)(3), of all exhibits to be used and all witnesses to be called at trial. | May 3, 2024 | Nov. 30, 2024 | Nov. 30, 2024 |
| **Dispositive motion deadline** | **July 12, 2024** | **Jan. 31, 2025** | **December 11, 2024** |
| Joint Status Report | June 21, 2024 | Set by Court | |
| Interim Rule 16 Status Conference | June 28, 2024 @ 10:00 am | Set by Court | |
| File Joint Proposed Pretrial Order, all Motions in Limine, Joint Statement of the Case, etc. | August 9, 2024 | Set by Court | |

For the foregoing reasons, the parties respectfully request that the Court extend the deadlines in the case management order.

Dated: January 12, 2024		Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN (TX #24107878)
Bonnie E. Devany
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

*/s/ Charles Carreon*
CHARLES CARREON (CSB #127139)
305 Cuprite Street
Tyrone, New Mexico 88065
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Lisa Newman*
LISA NEWMAN