CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316-1249
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, ,<br><br>    Plaintiffs,<br><br>   vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SECOND SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR ADMISSIONS |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT Plaintiffs hereby give notice of their motion pursuant to F.R.Civ.P. 6(b) for an extension of time of thirty days to respond to the Defendants' Second Set of Interrogatories (50, counting subparts), and their first set of forty-four (44) Requests for Admissions (the "Second Wave"). Plaintiffs request an extension of time from the current deadline of January 20, 2024 until February 18, 2024.

The grounds for extension of the thirty-day response deadlines for interrogatories under F.R.Civ.P. 33(b)(2) and requests for admissions ("RFAs") under F.R.Civ.P. 36(a)(3) are set forth in detail in the attached Declaration of Charles Carreon.

This motion is based on this notice, the attached memorandum of law, the Carreon Declaration, and the Proposed Order submitted herewith.

Dated: January 19, 2024　　　　　　　　　　CHARLES CARREON
　　　　　　　　　　　　　　　　　　　　　　/s/Charles Carreon
　　　　　　　　　　　　　　　　　　　　　　CHARLES CARREON (127139)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　Arizona Yagé Assembly,
　　　　　　　　　　　　　　　　　　　　　　Winfield Scott Stanley III

## MEMORANDUM OF POINTS AND AUTHORITIES

**1. Relief Requested: A 30-day Extension to Respond to Defendants' Second Set of Interrogatories and First Set of Requests for Admissions**

On December 20, 2023, Defendants served their Second Set of Interrogatories (50 counting subparts), and their first set of forty-four (44) RFAs (the "Second Wave"). (Carreon Dec. ¶ 4.)  An extension of an additional thirty days from the current response date will give Plaintiffs until February 18, 2024 to respond to the Second Wave.  The facts summarized below establish good cause for the requested extension of time.

**2. This Rule 6(b) is Properly Filed *Ex Parte* Prior to the Expiration of the Time for Plaintiffs to Respond to Defendants' Second Wave of Discovery**

Federal Rule of Civil Procedure 6(b) provides:

"When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without motion or notice order the period enlarged *if request therefor is made before the expiration of the period originally prescribed* or as extended by a previous order." (Emphasis added.)

**3. Defendants Served the Second Wave Right Before Plaintiffs's Counsel's Pre-Announced Vacation, and Since His Return from Vacation, Defendants Have Kept Him Occupied With Three Time-Consuming Matters**

Defendants served the Second Wave right before Plaintiffs' Counsel's pre-announced vacation, and when he returned from vacation, the Defendants immediately occupied his time with three initiative of importance to the Defendants:

a. The terms of a Joint Stipulation to Extend Deadlines in the Case Management Order, Dkt. #206, (the "CMO Stipulation") (Carreon Dec. ¶6.h – i);

b. The terms of a DOJ-initiated Joint Statement to present a dispute concerning the First Wave of DOJ discovery to this Court (Carreon Dec. ¶ 6.i - o); and,

c. The terms of a Plaintiff-initiated Joint Statement to seek the Court's advice on how to prepare a joint statement under this Court's Discovery Rule (Carreon Dec. ¶ 6.p - r).

**4. Although Defendants Were Cooperative When Negotiating the Scheduling of the Amended Case Management Order, They Have Offered Plaintiffs Only One Additional Week to Respond**

Plaintiffs have been working very cooperatively with Defendants, and not unreasonably, expected that this reasonable request for a thirty-day extension would be granted, especially given that the Court has just expanded the time for discovery for many months. However, that has not been the case, and in response to Plaintiffs' request, Defendants offered only a month. (Carreon Dec. ¶ 6.r.)

**5. Discovery Deadlines are Not Imminent, and No Party Will be Prejudiced by the Court's Granting the Requested Relief**

Pursuant to the Amended Scheduling Order (Dkt # 205), written fact discovery is to be substantially complete by March 8, 2024, and to be finally completed by June 27, 2024. Accordingly, no party will be prejudiced by the Court's granting the requested relief.

**6. Conclusion**

Plaintiffs have shown good cause for the Court to grant the requested relief by issuing an Order in the form submitted herewith, and the same is respectfully requested.

Dated: January 19, 2024
CHARLES CARREON
/s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III