UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' F.R.Civ.P. 6(b) MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SECOND SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR ADMISSIONS |

Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Second Set of Interrogatories and First Set of Requests for Admissions is before the Court.  Plaintiffs have shown good cause for the requested extension of time from the current deadline of January 20, 2024 until February 18, 2024; accordingly, IT IS SO ORDERED.

Plaintiffs' shall respond to Defendants' Defendants' Second Set of Interrogatories and First Set of Requests for Admissions on or before February 18, 2024.

Dated: January ___, 2024.

_____
Roslyn O. Silver
United States District Judge

Respectfully submitted,
January 19, 2024

/s/Charles Carreon
CHARLES CARREON (CSB#127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel:928-975-2191
Email:chascarreon@gmail.com