CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316-1249
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, , <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>Merrick Garland Attorney General of the United States; et al. <br><br>　　　　Defendants. | Case No.:20-CV-02373-ROS <br><br> NOTICE OF ERRATA RE DKT. # 208 |
|---|---|

　　Plaintiffs correct the errata in their Ex Parte Motion for Extension of Time To Respond to Second Set of Interrogatories and First Set of Requests for Admissions (Docket # 208), as follows:

| **Erratum** | **Correction** |
|---|---|
| Dkt. # 208, page 4, line 8: "…Defendants offered only a month." | … Defendants offered only a week. |

| | |
|---|---|
| Dkt. # 208-1, page 3, line 22: "…first vacation since this case incepted during Christmas…" | …first vacation since this case incepted, during Christmas… |
| Dkt. # 208-1, page 3, line 24: "Early in the week that ending Friday…" | Early in the week that ended Friday… |
| Dkt. #208-2, page 1, line 23: "Plaintiffs' shall respond to Defendants' Defendants' Second Set of Interrogatories …" | Plaintiffs shall respond to Defendants' Second Set of Interrogatories … |

Dated: January 19, 2024

CHARLES CARREON
/s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III

**NOTICE OF ERRATA TO DOCKET # 208**

2