# EXHIBIT B

| | |
|---|---|
| **From:** | Charles Carreon, Esq. |
| **To:** | Devany, Bonnie E. (CIV) |
| **Subject:** | Re: [EXTERNAL] Fwd: AYA v. Garland / Discovery deadlines |
| **Date:** | Thursday, September 28, 2023 4:58:38 PM |

Bonnie,

Thank you for your continued courtesy.
Pursuant to our agreement, I calculate:

1. <u>Monday October 16, 2023:</u>  Plaintiff's date to respond to Government Agency discovery served September 1, 2023.
2. <u>Monday, November 6, 2023:</u> The Government's date to respond to Plaintiff discovery served September 22, 2023.

I see the weather in DC is ideal right now.
Enjoy the incoming fall.  How exciting it must be to be at the center of the action in such days!  Or perhaps not ;)

Charles


Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.




On Thu, Sep 28, 2023 at 12:08 PM Devany, Bonnie E. (CIV) <Bonnie.E.Devany@usdoj.gov> wrote:

> Absolutely, sounds good.
>
>
> Best,
>
> Bonnie
>
>
> **Bonnie E. Devany** (she/her)

Trial Attorney

United States Department of Justice

Civil Division | Federal Programs Branch

Phone: (202) 616-8101

---

**From:** Charles Carreon, Esq. <chascarreon@gmail.com>
**Sent:** Thursday, September 28, 2023 2:06 PM
**To:** Devany, Bonnie E. (CIV) <Bonnie.E.Devany@usdoj.gov>
**Cc:** Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>
**Subject:** Re: [EXTERNAL] Fwd: AYA v. Garland / Discovery deadlines

Bonnie

Sure.  Exactly what I had in mind. Because my current due date falls on the weekend, can we also agree that when discovery deadlines come due on weekends, that we adjust to the next non-holiday weekday?

Chas

On Thu, Sep 28, 2023 at 10:55 AM Devany, Bonnie E. (CIV) <Bonnie.E.Devany@usdoj.gov> wrote:

> Could we agree to a two week extension for all parties to respond to the pending discovery requests?
>
> Best,
>
> Bonnie
>
> **Bonnie E. Devany** (she/her)
>
> Trial Attorney

United States Department of Justice

Civil Division | Federal Programs Branch

Phone: (202) 616-8101

---

**From:** Devany, Bonnie E. (CIV)
**Sent:** Wednesday, September 27, 2023 2:18 PM
**To:** Charles Carreon, Esq. <chascarreon@gmail.com>; Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>
**Subject:** RE: [EXTERNAL] Fwd: AYA v. Garland / Discovery deadlines

Thanks Charles, I will confer with our agencies and get back to you shortly.

Best,

Bonnie

**Bonnie E. Devany** (she/her)

Trial Attorney

United States Department of Justice

Civil Division | Federal Programs Branch

Phone: (202) 616-8101

---

**From:** Charles Carreon, Esq. <chascarreon@gmail.com>
**Sent:** Wednesday, September 27, 2023 2:50 PM
**To:** Devany, Bonnie E. (CIV) <Bonnie.E.Devany@usdoj.gov>; Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>
**Subject:** [EXTERNAL] Fwd: AYA v. Garland / Discovery deadlines

Hi Lisa and Bonnie

Haven't heard a reply to this email, and so I am resending it to put it back in your queue. Looking forward to your response.

Charles

---------- Forwarded message ---------
From: **Charles Carreon, Esq.** <chascarreon@gmail.com>
Date: Tue, Sep 26, 2023, 11:37 AM
Subject: AYA v. Garland / Discovery deadlines
To: Bonnie E. Devany <bonnie.e.devany@usdoj.gov>, Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>

Counsel,

I was just thinking about asking for an extension of one or two weeks to respond to the government's discovery requests, and I thought maybe we could coordinate on scheduling if you are thinking of asking for a reciprocal extension on the discovery plaintiffs just sent out.

Perhaps we can agree on the dates for reciprocal extensions and a meet and confer date after the exchange of responses.

Thank you for your consideration of this proposal.

Charles

Charles Carreon

Attorney at Law

California and Federal Law

Tel: 928-975-2191

This message may contain attorney-client and/or attorney work-product privileged material. If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.