# EXHIBIT C

| | |
|---|---|
| **From:** | Charles Carreon, Esq. |
| **To:** | Devany, Bonnie E. (CIV); Newman, Lisa N. (CIV) |
| **Cc:** | Scott Stanley |
| **Subject:** | [EXTERNAL] AYA v. Garland / One day extension |
| **Date:** | Monday, October 16, 2023 4:56:15 PM |

Bonnie,

Thank you so much for taking my call.
This email confirms your grant of a one-day extension until October 17th to serve responses to the defendants' outstanding RFPs and Interrogatories.
Should a further extension be necessary or desirable, I will advise promptly tomorrow.

Warm regards,
Charles

Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

