# EXHIBIT H

| | |
|---|---|
| **From:** | Newman, Lisa N. (CIV) |
| **To:** | Charles Carreon, Esq.; Devany, Bonnie E. (CIV) |
| **Subject:** | RE: [EXTERNAL] AYA v. Garland / Latest revisions to Joint Statement re PO |
| **Date:** | Monday, December 4, 2023 5:34:31 PM |

Hi Charles,

Thanks for making these changes, and we agree that the joint statement process is working well. We appreciate your willingness to be flexible as you see our arguments in writing. And I know the Court will certainly appreciate the cooperation.

By vacation schedules, do you mean in the month of December/January? If so, please share and we will too.

All the best,
Lisa

**From:** Charles Carreon, Esq. <chascarreon@gmail.com>
**Sent:** Monday, December 4, 2023 1:48 PM
**To:** Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>; Devany, Bonnie E. (CIV) <Bonnie.E.Devany@usdoj.gov>
**Subject:** [EXTERNAL] AYA v. Garland / Latest revisions to Joint Statement re PO

Counsel,

Please find attached the latest draft with Plaintiffs' additions.

You know, just making a comment here on how well this joint statement process seems to be working.
I think we both have been able to learn from each other, and have both conceded some positions and conversely, persuaded each other on occasion.
Of course, we learned more quickly than if we had gotten locked into adversarial positions that the Court then had to adjudicate.

Accordingly, I look forward to continuing this process and reaching our mutual goal of discovering the case sufficiently to proceed to dispositive motions and trial.

Another point -- vacation time -- can we share vacation schedules with each other before the end of this week and then work together to accommodate each other?

Thank you very much.

Warm regards,
Charles

Charles Carreon

Attorney at Law

California and Federal Law

Tel: 928-975-2191

This message may contain attorney-client and/or attorney work-product privileged material.  If you are not the intended recipient, please first notify the sender and then delete the message and any attachment.  Inadvertent disclosures shall not work a waiver of any privilege.