# EXHIBIT M

| | |
|---|---|
| **From:** | Charles Carreon, Esq. |
| **To:** | Newman, Lisa N. (CIV); Devany, Bonnie E. (CIV) |
| **Subject:** | [EXTERNAL] AYA v. Garland / Revised Motion to Extend CMO Deadlines v.3.0 |
| **Date:** | Wednesday, January 10, 2024 2:49:57 AM |
| **Attachments:** | 1.8.2024.Motion to Extend CMO.v.3.0.CHGS.ACCEPTED.docx |
| | 1.8.2024.Motion to Extend CMO.v.3.0.docx |

Counsel,

Please find attached my revised draft that allows each side an opportunity to present justifications for the proposed extensions of time.
(Both the redline and the "changes accepted" versions are attached for easy review and reading.)

As noted therein, Plaintiffs respectfully request:

1. that the Defendants withdraw the first set of Interrogatories, and
2. that the Defendants grant until February 26, 2024 for Plaintiffs to respond to the second set of Interrogatories and the First set of RFAs.

Warm regards,
Charles


Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

