# EXHIBIT N

| | |
|---|---|
| **From:** | Charles Carreon, Esq. |
| **To:** | Newman, Lisa N. (CIV); Devany, Bonnie E. (CIV) |
| **Subject:** | [EXTERNAL] AYA v. Garland / The "other joint statement" |
| **Date:** | Friday, January 12, 2024 6:20:58 PM |

Lisa,

I'm trying to find that email I just responded to about the "other joint statement."
Assuming that's about the Defendants' First Set Interrogatories, another reason not submit a dispute is that Plaintiffs position has changed to: "Please withdraw these interrogatories as redundant of your new ones."
We haven't conferred about this new objection at all, so Plaintiffs will have to file a declaration to establish that the dispute has never even been raised until now.
Let's take advantage of this time we've obtained to do this properly!
Candidly, it will look rather cynical for the DOJ to follow up this well-negotiated motion to extend CMO deadlines with a manufactured claim that Plaintiffs failed to meet and confer. The shoe will be quite unmistakably on the other foot.
So let us continue on the path indicated by the Court -- patiently unraveling our disputes with collaborative effort.
Much more will be accomplished.

Warm regards,
Charles

Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

