# EXHIBIT O

| | |
|---|---|
| **From:** | Charles Carreon, Esq. |
| **To:** | Newman, Lisa N. (CIV); Devany, Bonnie E. (CIV) |
| **Subject:** | [EXTERNAL] AYA v. Garland / Meet and Confer |
| **Date:** | Monday, January 15, 2024 4:38:31 PM |

Counsel,

I'm here at my desk on MLK Day because of what I respectfully believe to be an unreasonable scheduling demand that even so, I canot meet.

Additionally, now that I'm actually focused on the issues here, I think we are close to agreement on several topics, for example:

1. Response to Interrogatory Number Two, i.e., an AYA "leadership" list -- AYA stands ready to provide that anytime the Court gives us a Protective Order.  Plaintiffs will supplement as soon as the PO is entered.
2. Response to Interrogatory Number Three, "training" and "training materials" -- During the holidays, we got some internal movement on this topic, and AYA has some responsive information.  Plaintiffs will supplement its response by

While I will have a draft for you later today, it will not be one I can authorize for filing, because the clients haven't had time to review it.  Should you choose to file it, do not fail to include Plaintiffs' objection.

I am not in agreement with this manner of using our meet and confer time and joint statement drafting time.  Currently, I have received a refusal from the DOJ to even state which of its overflowing boilerplate objections it will stand upon. While assailing Plaintiffs for not producing, the Government is not producing, either.  Fairness demands that we work on Plaintiffs' issues, too, and not front-end load the calendar with the Government's agenda.

Accordingly, to avoid prejudice to my clients I request we meet and confer to establish Discovery Dispute Briefing Scheduling tomorrow at 2 pm.

I propose the following:

January 23 Meet and Confer on Plaintiffs' Issues
January 23 Meet and Confer on Defendants' Issues
February 2 File Both Parties' Joint Statements

We can of course shift any of those dates, but some agreed dates for these events should occur, but we need to establish a level playing field.

If the Government will make the time to meet and confer about this tomorrow, the Plaintiffs will be obliged.
Alternatively, Plaintiffs will move ex parte for a scheduling order to impose equity upon this discovery dispute resolution process.

Warm regards,
Charles

Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product privileged material.  If you are not the intended recipient, please first notify the sender and then delete the message and any attachment.  Inadvertent disclosures shall not work a waiver of any privilege.

