# EXHIBIT P

| | |
|---|---|
| **From:** | Charles Carreon, Esq. |
| **To:** | Newman, Lisa N. (CIV); Devany, Bonnie E. (CIV) |
| **Subject:** | [EXTERNAL] AYA v. Garland / Joint statement draft -- not for submission |
| **Date:** | Monday, January 15, 2024 5:04:34 PM |
| **Attachments:** | JT.STMT.DISCOV.12.21.23.Draft.v.CC.pdf |

Counsel,

Because it's now at your deadline, I'm sending this pdf of a DRAFT revision in process to reflect good faith efforts to meet your deadline.

Looking forward to our scheduling discussion tomorrow.

Charles


Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product privileged material.  If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.

