# EXHIBIT R

| | |
|---|---|
| **From:** | Newman, Lisa N. (CIV) |
| **To:** | Charles Carreon, Esq.; Devany, Bonnie E. (CIV) |
| **Subject:** | RE: [EXTERNAL] AYA v. Garland / Joint Statement re Style of Joint Statements |
| **Date:** | Wednesday, January 17, 2024 3:39:16 PM |
| **Attachments:** | ~WRD0005.jpg |

Thank you.  We will review.

In regards to the extension of your discovery responses that you've asked for our response to,  we will agree to a one week extension.

All the best,
Lisa

**From:** Charles Carreon, Esq. <chascarreon@gmail.com>
**Sent:** Wednesday, January 17, 2024 2:44 PM
**To:** Newman, Lisa N. (CIV) <Lisa.N.Newman@usdoj.gov>; Devany, Bonnie E. (CIV) <Bonnie.E.Devany@usdoj.gov>
**Subject:** [EXTERNAL] AYA v. Garland / Joint Statement re Style of Joint Statements

Counsel,

Please find attached the draft Joint Statement we discussed.
Please add your response and return.

Charles


Charles Carreon
Attorney at Law
California and Federal Law
Tel: 928-975-2191
This message may contain attorney-client and/or attorney work-product
privileged material.  If you are not the intended recipient, please first
notify the sender and then delete the message and any attachment.
Inadvertent disclosures shall not work a waiver of any privilege.

