IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. |  |
| Merrick Garland, et al., |  |
| Defendants. |  |

Plaintiffs have filed an Ex Parte Motion for Extension of Time (Doc. 208) seeking an additional 30 days to respond to Defendants' Second Set of Interrogatories and First Set of Requests for Admission. Defendants filed a Response in Opposition (Doc. 213) to the extension.

Plaintiffs argue the extension is appropriate because a "pre-announced" vacation and other discovery matters made working on the discovery responses "infeasible" (Docs. 208 and 214). Defendants respond by outlining prior substantial delays in the discovery process, persuasively arguing further delay could jeopardize parties' ability to meet the new March 8, 2024 written discovery deadline (Doc. 213).

Plaintiffs' filing of the present motion just hours before the responses were due and prior delay throughout the discovery process suggest Plaintiffs do not take the Court's deadlines seriously and have little interest in litigating this case in a timely matter. Plaintiffs have failed to show good cause for a 30-day extension, but the Court will grant them an additional week to respond to the discovery requests.

Accordingly,

**IT IS ORDERED** Plaintiff's Ex Parte Motion for Extension of Time (Doc. 208) is **GRANTED IN PART**. Plaintiffs shall have until **February 6, 2024** to respond to Defendants' Second Set of Interrogatories and First Set of Requests for Admission.

Dated this 30th day of January, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge