# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

Parties have filed a Joint Statement on Dispute related to the form of joint statements to resolve discovery disputes (Doc. 212).

Close of discovery is set for March 8, 2024. No further continuances will be granted absent extraordinary circumstances. Responses and positions for joint statements of discovery disputes shall be provided within five days of receipt of the joint statement. Counsel are required to maintain a professional demeanor throughout discovery. Litigation is not a game. If any attorney is unprofessional, they will be subject to sanctions. *See* L.R. Civ. 83.2(e). Any attorney who subverts opposing counsel's ability to obtain timely discovery will be subject to sanctions. The Court's method and means of resolving discovery issues is applicable. No motions are to be filed.

Accordingly,

…

…

…

**IT IS ORDERED** parties shall comply with this Order in all ongoing and future discovery disputes. Responses to joint statements must be provided within five days of receipt and attorneys must maintain professionalism throughout the discovery process.

Dated this 31st day of January, 2024.

_____
Honorable Roslyn O. Silver
Senior United States District Judge