# EXHIBIT A

CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316-1249
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, , <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland Attorney General of the United States; et al. <br><br> Defendants. | Case No.:20-CV-02373-ROS <br><br> PLAINTIFF'S RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION FROM DEFENDANTS <br><br> F.R.Civ.P. 34 |

PROPOUNDING           All Defendants
PARTIES:

RESPONDING PARTY:    Plaintiffs Arizona Yagé Assembly and Winfield Scott
                     Stanley III

SET NUMBER:          ONE

# REQUESTS FOR PRODUCTION, OBJECTIONS & RESPONSES

1. Produce any and all documents that you contend are relevant to any of the allegations or claims in Plaintiffs' Fifth Amended Complaint.

Response: Plaintiffs produced responsive documents that are accessible for download via shared Dropbox folder.[1] Plaintiffs have and will continue to supplement that production. Plaintiffs may produce additional documents pursuant to the confidentiality stipulation that the parties are currently negotiating.

2. Produce any and all documents identified, listed, and/or referenced in your Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1).  Response: Plaintiffs produced responsive documents that are accessible for download via shared Dropbox folder.  (See link in footnote 1.)  Whenever appropriate, Plaintiffs will supplement their production.

3. Produce any and all communications regarding ayahuasca use with any person identified in your Initial Disclosures.  Objections: irrelevant to the determination of any claim or defense, overbroad and disproportionate to the needs of the case, violative of the privacy rights of non-litigants, invading the priest-penitent privilege,  and seeking privileged attorney-client and attorney work-product protected communications. Response: Responsive documents have been produced (see link in footnote 1).  Some responsive documents are withheld on the grounds objected above.  Plaintiffs may produce additional documents pursuant to an appropriate confidentiality stipulation.

4. Produce any and all documents that you have written, revised, used at your ceremonies, or otherwise intend to rely upon to demonstrate the existence of what you allege is your "sincere" "religious . . . belief[s]." Response: Plaintiffs produced responsive documents that are accessible for download via shared Dropbox folder.  (See link in footnote 1.)  Plaintiffs have supplemented that production at

---

[1] https://www.dropbox.com/sh/crxwqsvxvhezjf2/AABJXqk_DdKoa7NUIaQHUdZIa?dl=0

https://www.dropbox.com/scl/fo/e38nqu6xipjgg042bipnc/h?rlkey=33n5h77fl2cu42iptb1yytlvt&dl=0.

5. Produce any and all documents that relate to the process by which you ensure that you "offer Visionary communion only to sincere religious persons with a reverent mindset." Objections: irrelevant to the determination of any claim or defense, overbroad and disproportionate to the needs of the case, violative of the privacy rights of non-litigants, invading the priest-penitent privilege, and seeking privileged attorney-client and attorney work-product protected communications. Response: Reasonably construed, the interrogatory seeks information found in responsive documents that have been produced (see link in footnote 1). Plaintiffs have supplemented that production at https://www.dropbox.com/scl/fo/e38nqu6xipjgg042bipnc/h?rlkey=33n5h77fl2cu42iptb1yytlvt&dl=0.

6. Produce any and all documents, whether in draft or final form, regarding, relating to, or referred to in the documents attached to your original motion for a preliminary injunction in this case, Dkt. No. 33: "AYA Tenets and Precepts"8; "Ceremonial Instructions"; "Code of Ethics"10; the questionnaire filed in this case as Dkt. No. 33-6; and the confirmation letter filed in this case as Dkt. No. 33-7. Objections: irrelevant to the determination of any claim or defense, seeking privileged attorney-client and attorney work-product protected communications. Response: Plaintiffs decline to produce responsive documents based on the stated objections.

7. Produce any and all documents that contain communications with any and all individuals who are members of AYA relating to membership in AYA, your ceremonies, and your tenets and beliefs. Objections: irrelevant to the determination of any claim or defense, overbroad and disproportionate to the needs of the case, invading the privacy rights of non-litigants, encroaching on promises of confidentiality AYA has made to third parties, invading the priest-penitent privilege (ARS § 12-2233), invading the confidentiality of medical records (ARS § 12-2292),  violating Plaintiffs' rights of Free Exercise,  violating Plaintiffs' rights of Free Exercise, violating AYA's right under the

Establishment Clause to be free of government process probing internal church activities, violating the Fifth Amendment rights of AYA's congregation, and invading privileged attorney-client and attorney work-product protected communications.  Response: Responsive documents have been produced (see link in footnote 1). Some responsive documents are withheld on the grounds objected above.  Plaintiffs may produce additional documents pursuant to an appropriate confidentiality stipulation.

Dated: October 17, 2023

CHARLES CARREON
/s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III