# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 20-CV-02373-PHX-ROS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/05/2020

Date of judgment or order you are appealing: 02/22/2024

Docket entry number of judgment or order you are appealing: 220

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff-Appellant Arizona Yagé Assembly and
Plaintiff-Appellant Winfield Scott Stanley III

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 22-16287

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: /s/Charles Carreon          Date: Mar 5, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                    Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Plaintiff-Appellant Arizona Yagé Assembly and Plaintiff-Appellant Winfield Scott Stanley III |

Name(s) of counsel (if any):

| |
|---|
| Charles Carreon |

Address: 7 N. Ridge Crest Cir., Silver City, New Mexico 88061

Telephone number(s): 928-975-2191

Email(s): chascarreon@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Merrick Garland, U.S. Attorney General; Anne Milgram, Administrator, U.S. Drug Enforcement Administration; Alejandro Mayorkas, Secretary, Dept. of Homeland Security; and Chris Magnus, Comm'r U.S. Customs and Border Prot'n |

Name(s) of counsel (if any):

| |
|---|
| AUSA Lisa Newman<br>AUSA Bonnie Devany<br>USDOJ, Civil Division, Federal Programs Branch |

Address: 1100 L Street NW, Washington, D.C. 20005

Telephone number(s): 202-514-5578

Email(s): lisa.n.newman@usdoj.gov, bonnie.e.devany@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                          1                                          *New 12/01/2018*