# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>　　　　　Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR STAY PENDING APPEAL |

Having reviewed and considered the Plaintiffs' Motion for Stay Pending Appeal, IT IS HEREBY ORDERED that the motion is GRANTED. The following proceedings are STAYED pending further order of this Court: (1) the Court's order entered February 22, 2024, Dkt. # 220 (herein the "Disclosure Order"), (2) any further adjudications pursuant to the Court's Discovery Rule that forbids the filing of motions pursuant to the provisions of F.R.Civ.P. Rules 26, 30, 33, 34, and 36, and (3) any adjudications pursuant to F.R.Civ.P. 37.

Dated this _ day of _____, 2024.　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Respectfully submitted,
March 6, 2024

/s/Charles Carreon
CHARLES CARREON (CSB#127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel:928-975-2191
Email:chascarreon@gmail.com