BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

LISA NEWMAN (TX 24107878)
BONNIE E. DEVANY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Email: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS |

**NOTICE OF INTENT TO FILE RESPONSE**

Defendants file this notice to inform the Court that they intend to file an opposition to Plaintiffs' *Ex Parte* Motion for Stay of Discovery Order and Further Discovery Adjudications Pending Appeal, Dkt. No. 222, in the time allotted by the Local Rules, *i.e.*, on or before March 20, 2024 or at an earlier date set by the Court.

Dated: March 7, 2024                    Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                BRIGHAM J. BOWEN
                                                Assistant Branch Director

                                                */s/ Lisa Newman*
                                                LISA NEWMAN (TX 24107878)
                                                Bonnie E. Devany
                                                Trial Attorneys
                                                Civil Division, Federal Programs Branch
                                                U.S. Department of Justice
                                                1100 L Street NW
                                                Washington, D.C. 20005
                                                Telephone: (202) 514-5578
                                                E-mail: lisa.n.newman@usdoj.gov

                                                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

    */s/ Lisa Newman*
    LISA NEWMAN