# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Plaintiffs have filed an Ex Parte Motion to Stay (Doc. 222) seeking to stay the Court's February 22, 2024 Discovery Order (Doc. 220) and any further discovery adjudications pending their appeal of the Discovery Order (*See* Doc. 221). Defendants filed a notice (Doc. 223) stating they intend to oppose Plaintiff's motion.

The Court will not grant a stay but will order expedited briefing on Plaintiff's motion. Defendants must file their opposition by **March 17, 2024**. Plaintiffs will then have until **March 22, 2024** to file a reply. All the Court's orders, including the February 22, 2024 Discovery Order (Doc. 220) remain in effect and the deadlines stand.

Accordingly,

…

…

…

…

…

**IT IS ORDERED** Defendants shall file a response to Plaintiff's motion (Doc. 222) no later than **March 17, 2024**. Plaintiff shall then have until **March 22, 2024** to file a reply.

Dated this 7th day of March, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge