BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
BONNIE E. DEVANY (TX 24131173)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, <br><br> Plaintiffs, <br><br> v. <br><br> Merrick B. Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 2:20-cv-2373-ROS |

### DECLARATION OF LISA NEWMAN

I, Lisa Newman, declare:

1. I am an attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch. I represent Defendants in the above-captioned case. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as Defendants' counsel in this case.

2. I submit this declaration in support of Defendants' Statement on Dispute Over Plaintiffs' Responses to Defendants' Second Set of Interrogatories.


3. Filed herewith as Defendants' Exhibits A-B are true and correct copies of the following documents.

| Exhibit | Exhibit Description |
|---|---|
| Exhibit A | Defendants' Second Set of Interrogatories to Plaintiffs (December 20, 2023) |
| Exhibit B | Plaintiff's Responses to Second Set of Interrogatories from Defendants (February 6, 2024) |

Dated: March 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

<u>Lisa Newman</u>
Lisa Newman
Bonnie E. Devany
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*