CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316-1249
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, , <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland Attorney General of the United States; et al. <br><br> Defendants. | Case No.:20-CV-02373-ROS <br><br> MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S DISCOVERY ORDER (Dkt. # 220) |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT Plaintiffs hereby give notice of their motion pursuant to F.R.Civ.P. 6(b) for an extension of two weeks to provide the responses required by the Discovery Order (Dkt. 220).

The motion is based on the attached Declarations of Charles Carreon and Winfield Scott Stanley III.

Dated: March 8, 2024                          CHARLES CARREON
                                              /s/Charles Carreon
                                              CHARLES CARREON (127139)

|   |   |
|---|---|
| 1 | Attorney for Plaintiffs |
| 2 | Arizona Yagé Assembly, Winfield Scott Stanley III |

**MEMORANDUM OF POINTS AND AUTHORITIES**

**1. Relief Requested: A 14-day Extension to Comply With the Discovery Order**

Plaintiffs move for an extension of time of fourteen days, from March 8, 2024 until March 22, 2024 to comply with the Discovery Order. (Dkt. # 220.)  Plaintiff Stanley is working with the AYA congregation to attempt to comply with as much of the Discovery Order as can be accomplished.  The information demanded by the Discovery Order needs to be accessed with the collaboration of AYA members, and despite earnest efforts, the church has not yet been able to reach an actionable consensus on this matter.  We respectfully request the Court allow an additional two weeks to comply.

**2. Conclusion**

Plaintiffs have shown good cause for the Court to grant the requested relief by issuing an Order in the form submitted herewith, and the same is respectfully requested.

Dated: March 8, 2024

CHARLES CARREON
/s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III