CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Cir.
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, | Case No.:20-CV-02373-PHX-ROS |
|---|---|
| Plaintiffs, | DECLARATION OF WINFIELD SCOTT STANLEY III IN SUPPORT OF PLAINTIFFS' MOTION AN EXTENSION OF TIME TO COMPLY WITH DISCOVERY ORDER (Dkt. # 220) |
| vs. | |
| Merrick Garland Attorney General of the United States; et al. | |
| Defendants. | |

### DECLARATION OF WINFIELD SCOTT STANLEY III

Winfield Scott Stanley III, hereby declares and affirms:

1. I am the founder of plaintiff Arizona Yage Assembly ("AYA"). I make this declaration in support of Plaintiffs request for an extension of two weeks time, until March 22, 2024, to provide the responses required by the Court in the Discovery Order (Dkt. # 220).

2. Since the Court issued the Discovery Order, I have been engaged in a series of meetings with AYA personnel and legal counsel, and attempting to obtain the collaboration of church members to comply with the Order.

3. As the Court is aware, we are also seeking appellate guidance for the discovery procedures to be applied in this proceeding.

4. At present, I have been unable to obtain the cooperation necessary to produce responses for all of the interrogatories and requests for production, and respectfully request an additional two weeks to prepare the required responses.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on March 8, 2024 at Tucson, Arizona.

*[signature]*

Winfield Scott Stanley III