CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' F.R.Civ.P. 6(b) MOTION FOR EXTENSION OF TIME TO PROVIDE SUPPLEMENTAL RESPONSES AND DOCUMENTS IN RESPONSE TO DISCOVERY ORDER (Dkt. # 220) |

Having reviewed and considered the Plaintiffs' Motion for Extension of Time, the supporting declarations, and arguments in opposition,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiffs' time to respond to the Discovery Order is extended from March 8, 2024 to and until March 22, 2024.

Dated this _ day of _____, 2023.    _____
                                      Roslyn O. Silver
                                      United States District Judge

Respectfully submitted,

March 8, 2024

/s/Charles Carreon
CHARLES CARREON (CSB#127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel:928-975-2191
Email:chascarreon@gmail.com