CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Cir.
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, CA 91316
Tel:818-769-7236
Email:Sullivan.John84@gmail.com


Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE STANDARD BRIEF AND DECLARATION IN OPPOSITION TO ISSUES PRESENTED IN DEFENDANTS' STATEMENT ON DISPUTE OVER PLAINTIFFS' RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES (Dkt. # 225) |

DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR LEAVE MOTION FOR LEAVE TO FILE STANDARD BRIEF
AND DECLARATION IN OPPOSITION TO DOCKET # 225

1

DECLARATION OF CHARLES CARREON

Charles Carreon declares and affirms:

**1.**   I am an attorney licensed to practice before all courts in the State of California, and admitted *pro hac vice* by this Court as plaintiffs' counsel of record herein.  I make this declaration in support of the motion of Plaintiffs Arizona Yagé Assembly ("AYA") and Winfield Scott Stanley III ("Mr. Stanley") for leave to file a standard length opposition of 17 pages, as permitted by LRCiv 7.2(e), to the Defendants' Statement on Dispute Over Plaintiffs' Responses to Defendants' Second Set of Interrogatories (Dkt. # 225) on March 18, 2024.  If called as a witness, I could and would so competently testify.

**2.**   Plaintiffs need to be able to adequate brief this discovery dispute.  This is a complex case filled with issues of first impression.  The proper scope of discovery needs to be established through an exchange of law and facts presented in a motion, as provided by F.R.Civ.P. 37(a)(3)(B)(iii).  The seventeen page brief length of LRCiv 7.2(e), supported by factual affidavits, is adequate to brief this discovery dispute.  The fourteen-line per interrogatory format of the Court's Discovery Dispute instructions is not.  There is no say to submit averments, and very little room to present argument.  The results are reflected in Discovery Order, Dkt. # 220, wherein Plaintiffs failed to prevail on even one issue.

**3.**   It is difficult to believe the same result would have obtained if Mr. Stanley had been able to provide a declaration to inform the Court of the crisis in his church due to the Defendants' discovery demands, now deepened by the Court's issuance of the Discovery Order, Dkt. # 220, which he has informed me will result in the disclosure of 5,239 names and email addresses, and tens of thousands of emails from people who are members of the church, donors, and mere correspondents.

**4.**   As counsel, I am requesting one week to prepare an opposition to the Defendants' request for a discovery order compelling further responses to interrogatories.  This is a reasonable amount of time within which to respond to a motion for discovery, and it will allow me to obtain Mr. Stanley's declaration and research the relevant issues.

DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR LEAVE MOTION FOR LEAVE TO FILE STANDARD BRIEF
AND DECLARATION IN OPPOSITION TO DOCKET # 225

2

**5.**   Accordingly, to uphold the principles of fair play and substantial justice, to give Plaintiffs an opportunity to narrate their discovery dispute in the manner common to the federal courts, rather than in a constricted format that deprives them of a meaningful opportunity to be heard in opposition, Plaintiffs respectfully request the Court to grant the requested order allowing Plaintiffs to present their opposition to the Defendants' Statement on Dispute Over Plaintiffs' Responses to Defendants' Second Set of Interrogatories (Dkt. # 225) in a standard seventeen (17) page brief supported by declarations(s) on or before March 18, 2024.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.  Signed, this 11th of  on March, 2024, at Silver City, New Mexico.

_____
Charles Carreon, Declarant

DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR LEAVE MOTION FOR LEAVE TO FILE STANDARD BRIEF
AND DECLARATION IN OPPOSITION TO DOCKET # 225

3