# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE STANDARD BRIEF AND DECLARATION IN OPPOSITION TO ISSUES PRESENTED IN DEFENDANTS' STATEMENT ON DISPUTE OVER PLAINTIFFS' RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES (Dkt. # 225) |

Having reviewed and considered the Plaintiffs' for leave to file a standard length opposition of 17 pages, as permitted by LRCiv 7.2(e), to the Defendants' Statement on Dispute Over Plaintiffs' Responses to Defendants' Second Set of Interrogatories (Dkt. # 225) on March 18, 2024, the supporting declarations, and arguments in opposition,

IT IS HEREBY ORDERED that the motion is GRANTED.  Plaintiffs shall file a standard length opposition of 17 pages, supported by declaration(s) in response to the Defendants' Statement on Dispute Over Plaintiffs' Responses to Defendants' Second Set of Interrogatories (Dkt. # 225) on March 18, 2024.

Dated this _ day of _____, 2024.                    _____

Roslyn O. Silver
United States District Judge

Respectfully submitted,
March 11, 2024

/s/Charles Carreon
CHARLES CARREON (CSB#127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel:928-975-2191
Email:chascarreon@gmail.com