# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>    Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>[PROPOSED] ORDER GRANTING MOTION TO INTERVENE |

Having reviewed and considered the motion of Intervenor Plaintiff Taylor Cox for leave to file the proposed Complaint in Intervention.

IT IS HEREBY ORDERED that the motion is GRANTED.  Intervenor Plaintiffs shall file the Complaint in the form submitted to the Court for review.

The Clerk of the Court shall issue a summons to the named defendants, and each of them, for service upon their named counsel of record herein, to initiate the action.

Dated this _ day of _____, 2024.  _____

              Roslyn O. Silver
              United States District Judge

Respectfully submitted,
March 12, 2024

/s/Charles Carreon
CHARLES CARREON (CSB#127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel:928-975-2191
Email:chascarreon@gmail.com
Attorney for Proposed Intervenor Plaintiff
Taylor Cox, personally and as
Class Representative