# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III ) <br> *Plaintiff* ) <br> v. ) <br> Merrick B. Garland, Attorney General, ) <br> *Defendant* ) | Case No.  2:20-cv-2373-ROS |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor Plaintiff Taylor Cox, personally and as Class Representative.

Date:    03/12/2024

/s/Charles Carreon
*Attorney's signature*

Charles Carreon, CSB # 123719
*Printed name and bar number*

7 N. Ridge Crest Circle
Silver City, New Mexico 88061

*Address*

chascarreon@gmail.com
*E-mail address*

(928) 975-2191
*Telephone number*

*FAX number*