# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

Plaintiffs have filed a Motion for Extension of Time (Doc. 227) to comply with the Court's Discovery Order (Doc. 220) and a Motion for Leave to File a Brief and Declaration (Doc. 229) in opposition to issues presented in Defendants' Statement of Dispute over Plaintiff's Responses to Defendants' Second Set of Interrogatories (Doc. 225). Defendants filed a response in opposition (Doc. 228) to Plaintiffs' Motion for Extension of Time.

**MOTION FOR EXTENSION OF TIME**

Plaintiffs request a two-week extension to comply with the Court's February 22, 2024 Discovery Order (Doc. 220) compelling full and complete responses to Defendants' First Set of Interrogatories and First Set of Requests for Production. The Court's March 8, 2024 deadline for compliance set forth in the Order and reaffirmed on March 7, 2024 (Doc. 224) has passed. Plaintiffs filed their motion just a few hours before the deadline, stating they need more time to "attempt to comply with as much of the Discovery Order as can be accomplished" and that the required information "needs to be accessed with the collaboration of AYA members, and despite earnest efforts, the church has not yet been

able to reach an actionable consensus." (Doc. 227 at 3).

Defendants correctly point out Plaintiffs have had more than six months to satisfy their obligations and have shown no progress in complying with the Court's order before filing an eleventh-hour motion seeking an extension. (Doc. 228 at 2). Defendants further argue Plaintiffs' motion suggests Plaintiffs have not even "started to collect, let alone review and produce, potentially responsive documents." (Doc. 228 at 4).

The Court has delayed the substantial completion deadline (Doc. 207) and granted Plaintiffs additional time, while admonishing their motions for extensions hours before deadlines and prior delays to the discovery process (Doc. 216). And the Court cautioned Plaintiffs that further failure to meet discovery obligations would result in sanctions (Doc. 220 at 20).

The Court will extend Plaintiffs' deadline to comply with the Court's Discovery Order by one week, to **March 15, 2024**. No further extensions will be granted absent extraordinary circumstances.

## MOTION FOR LEAVE TO FILE BRIEF

After Plaintiffs failed to participate in the Court's discovery dispute procedures, Defendants filed a Statement on Dispute (Doc. 225) regarding Plaintiffs' responses to Defendants' Second Set of Interrogatories. Plaintiffs now move for leave to file a brief and declaration (Doc. 229) in opposition to the issues Defendants presented in that statement.

As affirmed in the Court's January 31, 2024 Order (Doc. 218), the Court's method and means of resolving discovery disputes remains applicable, and no motions are to be filed without the Court's approval. That Order also reaffirmed that responses and positions for joint statements of discovery disputes shall be provided within five days of receipt of the joint statement. This is yet another of Plaintiffs' attempt to delay and obstruct the discovery process in this case they initiated. Plaintiffs will not be granted leave to file a motion. If Plaintiffs wish to respond to the issues presented in Defendants' Statement (Doc. 229), they shall do so through the joint statement procedure no later than **March 19,**

**2024**.

\*       \*       \*

Plaintiffs are again cautioned that further obstruction or failure to meet discovery obligations will result in sanctions—including liability for excessive costs and fees, prohibiting Plaintiffs from supporting or opposing designated claims or defenses, and dismissal of the action.

Accordingly,

**IT IS ORDERED** Plaintiffs' Motion for Extension of Time (Doc. 227) is **GRANTED IN PART**. Plaintiffs shall have until **March 15, 2024** to comply with the Court's February 22, 2024 Discovery Order (Doc. 220).

**IT IS FURTHER ORDERED** Plaintiff's Motion for Leave to File a Brief and Declaration (Doc. 229) is **DENIED**. If Plaintiffs wish to respond to the issues presented in Defendants' Statement (Doc. 229), they shall do so through the joint statement procedure no later than **March 19, 2024**.

Dated this 13th day of March, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge