**FILED**

MAR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ARIZONA YAGE ASSEMBLY; et al. ─────────────────────────── ARIZONA YAGE ASSEMBLY; et al., Petitioners, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX, Respondent, MERRICK B. GARLAND, ATTORNEY GENERAL; et al.; Real Parties in Interest. | No. 24-1405 D.C. No. 2:20-cv-02373-ROS District of Arizona, Phoenix ORDER |

Before: FRIEDLAND, VANDYKE, and MENDOZA, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days, the real parties in interest must file an answer.

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioners may file a reply within five days after service of the answer(s).

Petitioners' motion to stay the district court's February 22, 2024 order, included in the petition for a writ of mandamus, is granted. The district court's February 22, 2024 order is stayed pending further order of this court.

The Clerk will serve this order on the district court and District Judge Roslyn O. Silver.