Charles Carreon CSB 127139
7 N. Ridge Crest Cir.
Silver City, NM 88061
928 975 2191
chascarreon@gmail.com

# IN THE UNITED STATES COURT OF APPEALS
# NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: | NO. 24-1405 |
| ARIZONA YAGE ASSEMBLY AND WINFIELD SCOTT STANLEY III | |
| *Petitioner-Plaintiffs* | CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER |

I, Jeff Bourne, being fully qualified to serve process under ARCP 4(e) within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

## PETITION FOR WRIT OF MANDAMUS

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named documents was made upon **United States District Court** by leaving a copy with Nick Sommers, Case Management Administrator, at 3:50pm on March 11, 2024 at 401 W. Washington St., Phoenix, AZ 85003.

DATED: 3/11/24

JEFF BOURNE       #5585

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

SIGMA PROCESS SERVICE
1753 E. BROADWAY #302
TEMPE, AZ 85282
480 736 1282