BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
BONNIE E. DEVANY (TX 24131173)
LISA NEWMAN
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
Fax: (202) 616-8470
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs and Proposed Intervenor Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS |

## JOINT STIPULATION FOR STAY OF ALL PROCEEDINGS

On March 15, 2024, the Ninth Circuit stayed this Court's February 22, 2024 order and ordered Defendants to respond to Plaintiff's mandamus petition. *In Re: Arizona Yage Assembly*, Case No. 24-1405 (Dkt. #7) (9th Cir. 2024). In light of that, the parties through counsel jointly request this Court to stay all proceedings in this case until the Ninth Circuit resolves Plaintiffs' pending mandamus petition. *Id.* (Dkt. # 1). Such a stay should include any briefing or adjudication of the recently filed motion to intervene (Dkt. # 232) and the Defendants' application for an order compelling further responses to interrogatories (Dkt. # 225).

A stay is warranted here on the grounds that it would serve judicial efficiency and the efficiency of the discovery process by ensuring that the parties and the Court have the benefit of any guidance from the Ninth Circuit on issues raised in the mandamus petition. The Ninth Circuit has called for a response to the petition by March 29. The parties recognize that they have an ongoing obligation to preserve any potentially responsive documents during the pendency of the Ninth Circuit proceedings.

Wherefore, the parties respectfully submit that good cause exists to stay the action until the Ninth Circuit resolves Plaintiffs' pending mandamus petition.

Dated: March 19, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY (TX 24131173)
Lisa Newman
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578

E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

*/s/ Charles Carreon*
CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88062
Tel: 928-975-2191
Email: chascarreon@gmail.com

*Attorney for Plaintiffs and Proposed Intervenor Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Charles Carreon*
CHARLES CARREON