# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-PHX-ROS<br><br>[PROPOSED] ORDER STAYING ENTIRE ACTION |

Having reviewed and considered the Joint Stipulation for Stay of All Proceedings, the Court finds good cause to grant the requested stay; wherefore, IT IS HEREBY ORDERED that this entire action is STAYED until the issuance of a dispositive order in the Ninth Circuit action entitled *In Re: Arizona Yage Assembly*, Case No. 24-1405. The parties are further ORDERED to preserve any potentially responsive documents.

Dated this _ day of _____, 2024.    _____
Roslyn O. Silver
United States District Judge

Respectfully submitted,
March 19, 2024

/s/Charles Carreon
CHARLES CARREON (CSB#127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel:928-975-2191
Email:chascarreon@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

           */s/ Charles Carreon*
           CHARLES CARREON