CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648) Pro Hac Vice
17532 Miranda Street
Encino, California 91316-1249
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>      Plaintiffs,<br><br>   vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>      Defendants. | Case No.:20-CV-02373-ROS<br><br>PLAINTFFS' RESPONSE TO DEFENDANTS' STATEMENT OF DISPUTE |

**PLAINTFFS' RESPONSE TO DEFENDANTS' STATEMENT OF DISPUTE**

In the recently-filed joint Stipulation for Stay of all Proceedings (the "Stipulation;" Dkt. # 238), Defendants, that filed the Statement of Dispute (Dkt. # 225), request the Court to stay this discovery adjudication process: "a stay should include ***any briefing or adjudication*** of the … Defendants' application for an order compelling further responses to interrogatories (Dkt. # 225)." (Stipulation; Dkt. # 238, 2:6-8, emphasis added).

The Stipulation submits good cause exists to enter a stay that will "serve judicial efficiency and the efficiency of the discovery process by ensuring that the parties and the Court have the benefit of any guidance from the Ninth Circuit on issues raised in" *In Re: Arizona Yage Assembly*, Case No. 24-1405 (Dkt. #7) (9th Cir. 2024) (the "Mandamus Action"). Good cause likewise exists to stay this subsidiary adjudicatory proceeding, the disposition of which may be affected by the Ninth Circuit's disposition of the Mandamus Action.

Accordingly, Plaintiffs respectfully request the Court to stay performance of Plaintiffs' duty to respond to Defendants' Statement of Dispute (Dkt. # 225), and the Court's adjudication of the issues presented therein, consistent with the intentions of the parties and principles of judicial efficiency, as set forth in the Stipulation (Dkt. # 238).

Dated: March 19, 2024

                CHARLES CARREON
                /s/Charles Carreon
                CHARLES CARREON (127139)
                Attorney for Plaintiffs
                Arizona Yagé Assembly,
                Winfield Scott Stanley III

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*/s/ Charles Carreon*
CHARLES CARREON