# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

The parties have filed a Joint Stipulation for a Stay of All Proceedings (Doc. 238). Good cause shown,

**IT IS ORDERED** this case is **STAYED** in its entirety until the Ninth Circuit issues a dispositive order in the appellate action *In Re: Arizona Yage Assembly*, Case No. 24-01405.

**IT IS FURTHER ORDERED** the parties must preserve all responsive documents while the stay is in place.

Dated this 19th day of March, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge