UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA YAGE ASSEMBLY, a California corporation and WINFIELD SCOTT STANLEY III,<br><br>              Plaintiffs - Appellants,<br><br>NORTH AMERICAN ASSOCIATION OF VISIONARY CHURCHES, a California Corporation and VINE OF LIGHT CHURCH,<br><br>              Plaintiffs,<br><br>   v.<br><br>MERRICK B. GARLAND, Attorney General, et al.;<br><br>              Defendants - Appellees. | No. 24-1385<br><br>D.C. No. 2:20-cv-02373-ROS District of Arizona, Phoenix<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 8) is granted.

Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator