FILED

APR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ARIZONA YAGE ASSEMBLY; et al. _____ <br><br> ARIZONA YAGE ASSEMBLY; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX, <br><br> Respondent, <br><br> MERRICK B. GARLAND, Attorney General; et al.; <br><br> Real Parties in Interest. | No. 24-1405 <br><br> D.C. No. 2:20-cv-02373-ROS District of Arizona, Phoenix <br><br> ORDER |

Before: BENNETT, R. NELSON, and MILLER, Circuit Judges.

Petitioners' motion for leave to file a second reply (Docket Entry No. 14) is granted. The Clerk will file the reply attached to Docket Entry No. 14.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition for a writ

of mandamus is denied.

**DENIED.**