BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

LISA NEWMAN
BONNIE E. DEVANY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Email: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, <br><br> Plaintiffs, <br> v. <br><br> Merrick Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 2:20-cv-2373-ROS <br><br> **NOTICE OF DISPOSITIVE ORDER IN APPELLATE ACTION** |

**DEFENDANTS' NOTICE OF DISPOSITIVE ORDER IN APPELLATE ACTION**

Defendants respectfully provide notice of a dispositive order in Plaintiffs' previously pending mandamus action, *In Re: Arizona Yage Assembly*, Case No. 24-01405. *See* Ex. 1.

On March 19, 2024, this Court stayed this case "in its entirety until the Ninth Circuit issues a dispositive order in the appellate action *In Re: Arizona Yage Assembly*, Case No. 24-01405." Dkt. 240. On April 24, 2024, the Ninth Circuit denied Plaintiffs' petition for a writ of mandamus. Dkt. 243. Plaintiffs then filed a motion for reconsideration, and reconsideration *en banc*, which the Ninth Circuit denied on August 13, 2024. *In Re: Arizona Yage Assembly*, Case No. 24-01405, Dkt. 21. Plaintiffs then filed a motion to stay the mandate on August 19, 2024. *Id.*, Dkt. 22. Defendants opposed. Dkt. 23. On September 13, 2024, the Ninth Circuit issued an order denying the motion to stay the mandate as moot. *See* Ex. 1. As the Ninth Circuit stated, "[t]his court does not issue a mandate after resolving a petition for a writ of mandamus" and further stated that "[t]his petition remains closed." *Id.* Given the Ninth Circuit's clarification in its September 13 order, Defendants respectfully provide notice of a dispositive order in the appellate action.

Defendants are concurrently filing a request for a status conference and motion for an extension of time to respond to the Motion to Intervene filed before the Court stayed this case in its entirety. Dkt. 232.

Dated: September 19, 2024            Respectfully submitted,

                                                           BRIAN M. BOYNTON
                                                           Principal Deputy Assistant Attorney General

                                                           BRIGHAM J. BOWEN
                                                           Assistant Branch Director

                                                           */s/ Lisa Newman*
                                                           Lisa Newman
                                                           Bonnie E. Devany
                                                           Trial Attorneys
                                                           Civil Division, Federal Programs Branch
                                                           U.S. Department of Justice
                                                           1100 L Street NW
                                                           Washington, D.C. 20005

Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*