| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 13 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ARIZONA YAGE ASSEMBLY and WINFIELD SCOTT STANLEY III,

    Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA,

    Respondent,

MERRICK B. GARLAND, Attorney General, et al.;

    Real Parties in Interest.

No. 24-1405

D.C. No. 2:20-cv-02373-ROS
District of Arizona, Phoenix

ORDER

This court does not issue a mandate after resolving a petition for a writ of mandamus. *See Ellis v. U.S. Dist. Ct.*, 360 F.3d 1022, 1023 (9th Cir. 2004) ("The district court does not lose jurisdiction over a case merely because a litigant files an interlocutory petition for an extraordinary writ. . . . As a consequence, there is no 'mandate,' i.e., return of jurisdiction, for us to stay or recall."). The motion (Docket Entry No. 22) to stay the mandate is therefore moot.

This petition remains closed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT