# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, | Case No.:20-CV-02373-PHX-ROS |
|---|---|
| Plaintiffs, vs. | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR STAY PENDING PETITION FOR WRIT OF CERTIORARI |
| Merrick Garland Attorney General of the United States; et al. | |
| Defendants. | |

Having reviewed and considered the Plaintiffs' Motion for Stay Pending Plaintiffs' Intended Petition for Writ of Certiorari, IT IS HEREBY ORDERED that the motion is GRANTED.  All are STAYED pending the Supreme Court's disposition of the said Petition.

Dated this _ day of _____, 2024.        _____
                                          Roslyn O. Silver
                                          United States District Judge

Respectfully submitted,
September 23, 2024

/s/Charles Carreon
CHARLES CARREON (CSB#127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel:928-975-2191
Email:chascarreon@gmail.com