# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

On March 19, 2024, the Court stayed this case "in its entirety until the Ninth Circuit issues a dispositive order in the appellate action *In Re: Arizona Yage Assembly*, Case No. 24-01405." (Doc. 240). Defendants filed a notice informing the Court that on September 13, 2024, the Ninth Circuit issued a dispositive order in Plaintiffs' mandamus action closing their petition. (Doc. 244). Defendants now seek (1) to lift the stay, (2) a Status Conference to resolve the parties' pre-stay discovery disputes, and (3) to extend the deadlines to file a response and a reply as to Proposed Intervenor's motion to intervene (Doc. 232). Plaintiffs have filed a motion to stay this case pending their intended petition for writ of certiorari. In light of this motion, a status conference will not be set until the matter is resolved. Defendants shall file a response to Plaintiffs motion for stay by **September 30, 2024**.

Accordingly,

**IT IS ORDERED** the stay in this case is lifted.

**IT IS FURTHER ORDERED** Defendants shall file a response to Plaintiffs motion

for stay no later than **September 30, 2024**.

      **IT IS FURTHER ORDERED** Defendants shall file their response to the motion to intervene no later than **October 4, 2024**. Plaintiffs shall file their reply to Defendants' response no later than **October 11, 2024**.

      Dated this 24th day of September, 2024.

                                       Honorable Roslyn O. Silver
                                       Senior United States District Judge