```
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
LISA NEWMAN (TX 24107878)
BONNIE E. DEVANY (TX 24131173)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov
```

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS |

**DECLARATION OF LISA NEWMAN**

I, Lisa Newman, declare:

1. I am an attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch. I represent Defendants in the above-captioned case. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as Defendants' counsel in this case.

2. I submit this declaration in support of Defendants' Opposition to Motion to Intervene (Doc. 232).

3. Filed herewith as Defendants' Exhibit A is a true and correct copy of the following document.

| Exhibit | Exhibit Description |
|---|---|
| Exhibit A | Letter from Charles Carreon to Lisa Newman and Bonnie Devany, subject line "Re: AYA v. Garland / Plaintiffs' Comments on Draft Protective Order" (July 19, 2023). |