CHARLES CARREON (CSB #127139)
7 N, Ridge Crest Circle
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com
Attorney for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**AMENDED MOTION TO INTERVENE** |

Prospective Intervenors, through counsel and pursuant to Federal Rule of Civil Procedure 24(a) and LRCiv 7.2, hereby submit their amended motion for leave to intervene in the above-captioned action. Proposed Intervenors are members and donors of the congregation of the Arizona Yage Assembly Visionary Church (hereinafter "Intervenors"). Intervenors seek to intervene in this action to enforce their constitutional and statutory rights which are being infringed by Defendants in the above-captioned action.[1]

---

[1] Defendants are Merrick Garland (in his capacity as head of the Department of Justice and Drug Enforcement Agency), Anne Milgram (in her capacity as Administrator of the DEA), Alejandro Mayorkas (in his capacity as Secretary of the Department of Homeland Security), Troy Miller (in his capacity as Acting Commissioner of for U.S. Customs and Border Protection (collectively the "Defendants").

The grounds for the motion are that Intervenors have a legally protectable substantial and legally protectable interest in their private email addresses, email communications, telephone numbers, and other personal data in the custody of plaintiffs herein, and the disposition of this action may impair or impede the Intervenors' ability to protect their interests. Additionally and in the alternative, Intervenors qualify for permissive intervention pursuant to Federal Rule of Civil Procedure 24(b), as Intervenors' claim shared a common question of law and fact with AYA's claims against the Defendants in this action – specifically, Intervenors strenuously object to actions by the Defendants that substantially burden their rights to Free Exercise, the practice of their religion, and their Constitutional rights under the Fourth and Fifth Amendments.

For these reasons, and the reasons set forth in the accompanying memorandum of law, Intervenors respectfully request that this Court grant Intervenors' Motion to Intervene and direct the Clerk of Court to enter the attached First Amended Complaint in Intervention into the docket in the above-captioned case.

Dated:  October 10, 2024    CHARLES CARREON

/s/ Charles Carreon_____
CHARLES CARREON (CSB #127139)
Attorney for Intervenor Taylor Cox, personally, and as Class Representative