CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com
Attorney for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**REPLY TO OPPOSITION TO MOTION TO INTERVENE** |

Proposed Intervenor Plaintiffs respond to the defendants' opposition to the Motion to Intervene (Dkt. # 249). The opposition has been rendered moot by the Proposed Intervenor Plaintiffs' submission of a First Amended Complaint, amended as of right pursuant to F.R.Civ.P. 15. *Eg.*, *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1009 (9th Cir. 2015)(reversing motion to dismiss rendered against original complaint after first amended complaint had been filed). "Based on the filing of the FAC, the pending motion to dismiss is moot." *Navajo Nation v. Office of Navajo*, No. CV-21-08190-PCT-DWL, 2022 U.S. Dist. LEXIS 217699, at *7 (D. Ariz. Dec. 2, 2022)

Plaintiff Intervenors' [Proposed] First Amended Class Action Complaint in Intervention (the "FAC," Dkt. # 251-2) was submitted to allege a claim under 5 U.S.C. §

720 for judicial review of administrative action by the three federal agency defendants. Such a claim became notably more viable three months after after the original proposed Intervenors' Class Action Complaint in Intervention (Dkt # 232-2) was filed, when the United States Supreme Court decided *Loper Bright Enters. v. Raimondo*, 144 S. Ct. 2244 (2024)(ending *Chevron* deference). The decision in *Loper Bright* was of course heralded throughout the legal community as a holding that greatly reduces every administrative agency's ability to define its mission through its own pronouncements, or to add to its Congressional remit areas of activity that are in fact not within the scope of the jurisdiction granted to Congress.

The Section 702 claim is unique. No other private right of action assertable to the proposed Intervenors would grant the court in this matter the authority to review the administrative action of the defendants in the necessary. Accordingly, there was no alternative but to submit the FAC, and the same was done in as timely a manner as could be accomplished in the exercise of professional diligence.

Accordingly, proposed Intervenors respectfully request that the Court deem the original motion and all proceedings thereon moot due to the filing of the FAC (Dkt. # 251-2), dismiss the original motion, and adjudicate the amended motion (Dkt. # 251).

Respectfully submitted,

October 10, 2024         CHARLES CARREON

/s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Intervenor Plaintiff Taylor Cox, personally, and as Class Representative