CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com
Attorney for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**NOTICE OF ERRATUM RE DKT. # 252** |

Proposed Intervenors hereby give notice of an erratum appearing at page 2, line 12 of their Reply to Opposition to Motion to Intervene (Dkt # 252). Corrected, the sentence at 2:10-12 reads, "No other private right of action assertable *by* the proposed Intervenors would grant the court in this matter the authority to review the administrative action of the defendants *with the necessary rigor*." (Corrected terms in italics.)

Respectfully submitted,
October 10, 2024            CHARLES CARREON

/s/ Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Intervenor Plaintiff Taylor Cox,
personally, and as Class Representative

**1**

**REPLY TO OPPOSITION TO MOTION TO INTERVENE**