CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

JOHN SULLIVAN (CSB#204648)
17532 Miranda Street
Encino, California 91316-1249
Tel:818-769-7236 Fax:818-301-2175
Email:Sullivan.John84@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, | Case No.:20-CV-02373-ROS |
|---|---|
| Plaintiffs, | NOTICE OF DOCKETING OF PETITION FOR WRIT OF CERTIORARI |
| vs. | |
| Merrick Garland Attorney General of the United States; et al. | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE IS HEREBY GIVEN that a petition for a writ of certiorari[1] in *Arizona Yagé Assembly v. United States District Court for the District of Arizona*, Supreme Court Case No. 24-534, was filed in the Supreme Court of the United States on November 8, 2024, and placed on the docket November 13, 2024.

Pursuant to Supreme Court Rule 15.3, the due date for a brief in opposition is Friday, December 13, 2024.

Dated: November 20, 2024

CHARLES CARREON
/s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III

---

[1] Digital file at http://www.supremecourt.gov/DocketPDF/24/24-534/331482/20241108141411697_Petition%20for%20Writ%20of%20Certiorari.pdf