AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

of the _____  **District of** _____Arizona_____

| | | |
|---|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly    V. | Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| Merrick Garland Attorney General of the United States; et al. | Defendant (s), | CASE NUMBER: 20-CV-02373-PHX-ROS |

Notice is hereby given that, subject to approval by the court, __Arizona Yagé Assembly and Winfield Scott Stanley III__ substitutes
(Party (s) Name)

__Melissa E. Dean__, State Bar No. __1031982__ as counsel of record in
(Name of New Attorney)

place of __John Sullivan__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Varner Law Firm
- Address: 111 North Orange Ave, Ste. 800, Orlando, FL 32801
- Telephone: 772-919-2748    Facsimile: _____
- E-Mail (Optional): melissadeanesq@gmail.com

I consent to the above substitution.
Date: 12/16/2024

(Signature of Party (s))

I consent to being substituted.
Date: 12/13/2024

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/13/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**