BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

JULIE STRAUS HARRIS
Assistant Branch Director

LISA NEWMAN
BONNIE E. DEVANY (Tex. Bar No. 24131173)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Email: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>    Plaintiffs,<br>  v.<br><br>Merrick Garland, Attorney General of the United States, *et al.*,<br><br>    Defendants. | No. 2:20-cv-2373-ROS<br><br>**JOINT STATEMENT ON DISPUTE OVER PLAINTIFFS' OUTSTANDING DISCOVERY OBLIGATIONS** |

The parties respectfully provide the following statement regarding a dispute over the deadline by which Plaintiffs must complete all outstanding discovery obligations.

**Defendants' Statement:**

On December 10, 2024, Defendants produced their final 63 documents, completing document production in accordance with the Court's orders and the Federal Rules. By contrast, Plaintiffs still owe responses to Defendants' discovery requests, and have not provided Defendants with an estimated date for completing their responses. Plaintiffs' compliance with Order 220 and responses to outstanding discovery requests (served in September and December 2023, and February 2024) were due upon expiration of the stay, which occurred on September 25, 2024. Dkt. 245 at 2-3 (detailing outstanding responses); Dkt. 247. Despite repeated requests for the overdue responses since the stay ended, Plaintiffs have not provided any responses, produced any documents, responded to Dkt. 225, or complied with Order 220; this includes failure to respond to many requests not subject to Plaintiffs' mandamus appeal. Not knowing when Plaintiffs will complete these outstanding discovery obligations impairs Defendants' ability to propose the dates required in the Amended Rule 16 Order. Defendants therefore request that this Court order Plaintiffs to respond to all outstanding discovery requests by January 1, 2024, so that the parties may submit the Amended Rule 16 Order by January 3, 2024.

**Plaintiffs' Statement:**

On December 7, 2024, Plaintiffs retained counsel to assist with discovery in this litigation. On December 9, 2024, Plaintiffs learned Defendants' team would largely be unavailable during the two weeks preceding January 3, 2025, the Court's deadline under Order 258 for submission of a proposed amended Rule 16 Scheduling Order. During meet and confer on December 16, 2024, the parties agreed to continue scheduling discussions via email. On December 19, 2024, Plaintiffs informed Defendants of ongoing efforts to comply with Order 258 and discovery obligations; served a Rule 30(b)(6) deposition notice; and raised concerns regarding Defendants' outstanding discovery obligations. The Parties face a joint scheduling challenge due to the holiday season and potential shut down of the Federal government. During a meet and confer on December 20, 2024, the Parties stipulated to reconvene negotiations of the

proposed amended Rule 16 Scheduling Order on December 31, 2024. Plaintiffs' discovery counsel is diligently conducting an initial review, however sufficient responses cannot reasonably be completed by January 1, 2025. To address this issue, Plaintiffs will file a Motion for Enlargement of Time under F.R.Civ.P. 6(b) and respectfully request the Court to take no action on this joint statement until Plaintiffs' submission.

Dated: December 20, 2024      Respectfully submitted,

         BRIAN M. BOYNTON
         Principal Deputy Assistant Attorney General

         JULIE STRAUS HARRIS
         Assistant Branch Director

         */s/ Bonnie E. Devany*
         Bonnie E. Devany (Tex. Bar No. 24131173)
         Lisa Newman
         Trial Attorneys
         Civil Division, Federal Programs Branch
         U.S. Department of Justice
         1100 L Street NW
         Washington, D.C. 20005
         Telephone: (202) 616-8101
         E-mail: bonnie.e.devany@usdoj.gov

         *Attorneys for Defendants*

         /s/Melissa E. Dean
         Melissa Dean (FLB: 1031982)
         Charles Carreon
         Litigation Attorneys
         111 N. Orange Ave, Ste. 800
         Orlando, FL 32801
         Tel: (772) 919-2748
         melissadeanesq@gmail.com
         *Attorneys for Plaintiffs*

**Certification.**

Counsel for Defendants hereby certify that they have attempted to resolve the instant dispute through personal consultation and sincere effort in accordance with Rule 7.2(j) and the Rule 16 Scheduling Order. As Defendants detailed in a July 2, 2024 letter to Plaintiffs and again in September in a Notice to the Court, Dkt. 245, Plaintiffs' complete responses to outstanding discovery requests issued in September 2023, December 2023, and February 2024 were due immediately upon expiration of the stay. Dkt. 245 at 2-3 (detailing all outstanding responses). Defendants provided a draft Amended Rule 16 Order to Plaintiffs on December 9, 2024, which proposed December 20, 2024 as the date for Plaintiffs to complete discovery responses and production of documents. On December 10, 2024, Defendants produces their final 63 responsive documents to Plaintiffs, completing their document production, which totaled 20,898 pages. The parties also conferred via email on December 9, December 10, December 12, and December 13, and conferred via phone on December 16 and December 20, 2024. On December 20, 2024, the Parties scheduled an additional meet and confer pertaining to the Rule 16 Scheduling Order on December 31, 2024.