# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **20-CV-02373-PHX-ROS**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **05/05/2020**

Date of judgment or order you are appealing: **12/04/2024**

Docket entry number of judgment or order you are appealing: **258**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff-Appellant Taylor Cox, on his own behalf and on behalf of the Class of Proposed Intervenor Plaintiffs

Is this a cross-appeal?  ○ Yes  ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☉ Yes  ○ No

If yes, what is the prior appeal case number? **22-16287, 24-1385, and 24-1405**

Your mailing address (if pro se):

City:     State:     Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Charles Carreon     **Date** Dec 30, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1     Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Intervenor Plaintiff-Appellant Taylor Cox |

Name(s) of counsel (if any):
| |
|---|
| Charles Carreon |

Address: 7 N. Ridge Crest Cir., Silver City, New Mexico 88061

Telephone number(s): 928-975-2191

Email(s): chascarreon@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Merrick Garland, U.S. Attorney General; Anne Milgram, Administrator, U.S. Drug Enforcement Administration; Alejandro Mayorkas, Secretary, Dept. of Homeland Security; and Chris Magnus, Comm'r U.S. Customs and Border Prot'n |

Name(s) of counsel (if any):
| |
|---|
| AUSA Lisa Newman<br>AUSA Bonnie Devany<br>USDOJ, Civil Division, Federal Programs Branch |

Address: 1100 L Street NW, Washington, D.C. 20005

Telephone number(s): 202-514-5578

Email(s): lisa.n.newman@usdoj.gov, bonnie.e.devany@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                               1                              *New 12/01/2018*