CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Circle
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com
Intervenor Plaintiff Taylor Cox,
Personally and as Class Representative

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>        Plaintiffs,<br><br>    v.<br><br>Merrick B. Garland, Attorney General of the United States, *et al.*,<br><br>        Defendants. | No. 2:20-cv-2373-ROS<br><br>**NOTICE OF ERRATUM RE DKT. # 262** |

Intervenor Plaintiff Taylor Cox's Notice of Appeal (Dkt. # 262) was filed without attaching a copy of the Order appealed from. The error has been corrected in the Corrected Notice of Appeal attaching the missing Order, filed herein as Dkt. # 263.

Respectfully submitted,
December 30, 2024

CHARLES CARREON

/s/ Charles Carreon_____
CHARLES CARREON (CSB #127139)
Attorney for Intervenor Plaintiff Taylor Cox,
Personally and as Class Representative

**1**