CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB#1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email:melissadeanesq@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III
*Pro hac vice*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, , <br><br>             Plaintiffs, <br><br>     vs. <br><br>Merrick Garland Attorney General of the United States; et al. <br><br>             Defendants. | Case No.:20-CV-02373-ROS <br><br> EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE PROCESS OF PREPARING PROPOSED RULE 16 SCHEDULING ORDER |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT Plaintiffs hereby give notice of their *ex parte* motion pursuant to F.R.Civ.P. 6(b) for an extension of time of 10 days to complete the process of meeting and conferring with counsel. The Court had ordered the parties to complete that process by January 3, 2024 (Dkt. # 258), and Plaintiffs' counsel has worked diligently to achieve that end; however, the Court also ordered the Plaintiffs to provide Defendants with a categorical privilege log identifying the categories of documents as to which Plaintiffs assert associational privacy claims. Plaintiffs have only been able to accomplish the latter task

within the allotted time, and hereby request an extension of ten days to permit the parties to complete the meet and confer process and present a joint submission.

Dated: January 3, 2025

_____
MELISSA DEAN (1031982)
CHARLES CARREON (127139)
Attorneys for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III

# MEMORANDUM OF POINTS AND AUTHORITIES

**1. Relief Requested: A 10-day Extension to Complete Meeting and Conferring on the Rule 16 Conference**

This Court's Order gave the parties until today, January 3, 2025, to meet and confer and produce a proposed Rule 16 Conference Order, and gave Plaintiffs the same deadline to provide Defendants with a categorical privilege log.

**2. This Rule 6(b) Motion is Properly Filed *Ex Parte* Prior to the Expiration of the Time for Plaintiffs**

Federal Rule of Civil Procedure 6(b)(1)(A) provides:

"When an act may or must be done within a specified time, the court may for good cause, extend the time: with or without motion or notice if the court acts, or **if a request is made, before the original time** or its extension expires." (Emphasis added.)

**3. Defendants do Not Oppose this Motion, and Take No Position**

The Plaintiffs have been exchanging drafts with Defendants of a Rule 16 Proposed Scheduling Order, and had hoped to complete the exchange today; however, this afternoon it became apparent that Plaintiffs' counsel and Mr. Stanley would only be able to timely complete the privilege log. Accordingly, undersigned counsel emailed opposing counsel and advised of the problem, that this motion would be filed, and whether Defendants would consent to the motion. Opposing counsel advised they would neither oppose nor consent to the motion, and leave the matter to the Court's discretion.

**4. Conclusion**

Plaintiffs have shown good cause for the Court to grant the requested relief by issuing an Order in the form submitted herewith, and the same is respectfully requested.

Dated: January 3, 2025

MELISSA DEAN

MELISSA DEAN (FLB #103182)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III
*Pro hac vice*

MOTION FOR EXTENSION OF TIME TO COMPLETE PROCESS OF PREPARING PROPOSED RULE 16 SCHEDULING ORDER

3