# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, Attorney General of the United States, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Ex Parte Motion for Extension of Time to Complete Process of Preparing Proposed Rule 16 Scheduling Order (Doc. 268) and Defendants' Objection to Plaintiffs' 30(b)(6) Deposition Notice of DEA (Doc. 265). Plaintiffs request a 10-day extension to complete the process of meeting and conferring with opposing counsel in preparing a joint proposed scheduling order. Defendants neither oppose nor consent to Plaintiffs' extension request. The Court will grant Plaintiffs' motion, rendering the parties' December 20, 2024 Statement of Dispute (Doc. 261) moot. Further, the Court will order Plaintiffs to respond to Defendants' Objection to Plaintiffs' Deposition Notice no later than January 9, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly,

**IT IS ORDERED** Plaintiffs' Ex Parte Motion for Extension of Time to Complete Process of Preparing Proposed Rule 16 Scheduling Order (Doc. 268) is **GRANTED**. The parties shall file a joint proposed scheduling order no later than **January 13, 2025**.

**IT IS FURTHER ORDERED** Plaintiffs shall file a response to Defendants' Objection to Plaintiffs' 30(b)(6) Deposition Notice of DEA no later than **January 9, 2025**.

Dated this 6th day of January, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge