BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

JULIE STRAUS HARRIS
Assistant Branch Director

LISA NEWMAN (Tex. Bar No. 24107878)
BONNIE E. DEVANY (Tex. Bar No. 24131173)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Email: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, <br><br>　　　　　　Plaintiffs, <br>　v. <br><br>Merrick Garland, Attorney General of the United States, *et al.*, <br><br>　　　　　　Defendants. | No. 2:20-cv-2373-ROS <br><br> **DEFENDANTS' NOTICE REGARDING PLAINTIFFS' DISCOVERY MOTIONS** |

**DEFENDANTS' NOTICE REGARDING PLAINTIFFS' DISCOVERY MOTIONS**

On January 14, 2025, Plaintiffs filed two motions to compel, Dkts. 272, 273, and a motion to allow the parties to file discovery motions, Dkt. 274. Prior to filing, Plaintiffs were aware that all three motions violate this Court's orders prohibiting motions concerning discovery disputes, unless directed by the Court. *See* Local Rule 7.2(j); Dkt. 218;[1] Dkt. 234. In light of the Court's Orders clearly prohibiting discovery motions, Defendants hereby respectfully provide notice that they do not intend to file responses to Plaintiffs' motions, unless and until the Court directs Defendants to respond.[2]

Plaintiffs' motions represent yet the latest episode in Plaintiffs' months-long pattern of delay and deflection from actually participating in the discovery process. Since September, when the Court lifted the stay, Plaintiffs have delayed providing timely responses to joint statements, Dkt. 260; *see also, e.g.*, Dkt. 212 at 3 (detailing Plaintiffs' history of delaying providing their statements to Defendants), sought extensions to comply with this Court's orders, Dkts. 227, 260, and failed to comply with long-outstanding discovery obligations,[3] *see* Dkt. 261, claiming as grounds that counsel has had "literally no time for recreation and little for rest, to meet the Court's requirements," Dkt. 271, at 3. It is hard to square Plaintiffs' actions and statements with the decision to expend time preparing three prohibited motions with exhibits totaling more than 400 pages. Had Plaintiffs focused their time instead on fulfilling their discovery obligations, the parties may not have needed to trouble the Court with four joint statements in this past month alone. *See* Dkts. 261, 265, 267, 270, 271.

---

[1] Plaintiffs' motions further violate Dkt. 218 for the additional reason that they are rife with malignant attacks on the character of Defendants and their counsel. *See, e.g.*, Dkt. 272, at 12 (claiming that Defendant DEA is "in a class with historical villains," including the former Attorney General of Alabama, John M. Patterson); *contra* Dkt. 218, at 1 ("Counsel are required to maintain a professional demeanor throughout discovery. . . . If any attorney is unprofessional, they will be subject to sanctions.").

[2] If the Court will consider Plaintiffs' motions and directs Defendants to respond, Defendants' response would, in part, correct the numerous misrepresentations that underpin Plaintiffs' requests for relief.

[3] As this Court stated in January 2024: "Close of discovery is set for March 8, 2024. No further continuances will be granted absent extraordinary circumstances." Dkt. 218, at 1. It is now January 2025, and based on Plaintiffs' counsel's representations, counsel has not yet begun conducting an initial document review of responsive documents in their e-discovery software.

Dated: January 16, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Lisa Newman*
Lisa Newman (Tex. Bar No. 24107878)
Bonnie E. Devany
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
E-mail: lisa.n.newman@usdoj.gov

*Attorneys for Defendants*