Drew C. Ensign (No. 025463)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 388-1262
densign@holtzmanvogel.com

*Attorney for Defendant State of Arizona*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yage Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland, Attorney General of the United States, et al.,<br><br>Defendants. | No.: 2:20-cv-2373-ROS<br><br>**Notice of Withdrawal of Counsel** |

Please be advised that Drew Ensign is no longer employed by the Attorney General's Office. Counsel requests the Court to withdraw Mr. Ensign's appearance on behalf of Defendant, State of Arizona, and requests that his name be removed from all mailing and service lists in this matter.

Dated this 24th day of January 2025.

> HOLTZMAN VOGEL BARAN
> TORCHINSKY & JOSEFIAK PLLC
>
> By: */s/ Drew C. Ensign*
> Drew C. Ensign
> 2555 E. Camelback Road, Suite 700
> Phoenix, AZ 85016
> *Attorney for Defendant State of Arizona*

COPY of the foregoing efiled this 24th day of January 2025.

*/s/ Lisa F. Charette*