BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

JULIE STRAUS HARRIS
Assistant Branch Director

CODY T. KNAPP (NY 5715438)
LISA NEWMAN (TX 24107878)
BONNIE DEVANY (TX 24131173)
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-1318
Email: cody.t.knapp@usdoj.gov

*Attorneys for Federal Agency Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, | No. 2:20-cv-2373-ROS |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| Merrick Garland, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Please take notice that Cody T. Knapp, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in this case as counsel of record for Federal Agency Defendants.

Dated: February 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Cody T. Knapp*
CODY T. KNAPP
LISA NEWMAN
BONNIE E. DEVANY
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-1318
E-mail: cody.t.knapp@usdoj.gov

*Attorneys for Federal Agency Defendants*