BRETT A. SHUMATE
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

BONNIE E. DEVANY (TX 24131173)
LISA NEWMAN (TX 24107878)
CODY T. KNAPP (NY 5715438)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br>v.<br><br>James R. McHenry III, Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**DEFENDANTS' NOTICE REGARDING PLAINTIFFS' REDACTIONS OF DKT. 285** |

Defendants hereby notify the Court that, for the purposes of Defendants' Statement on Plaintiffs' Privilege Log Deficiencies and corresponding exhibits, the parties have reached an agreement on redacted versions of those documents for public filing at Dkt. 285. Defendants agreed to Plaintiffs' proposed redactions in the interest of promptly filing on the public docket a version of Defendants' Statement on Plaintiffs' Privilege Log Deficiencies and corresponding exhibits. However, by agreeing to Plaintiffs' proposed redactions for the purpose of that filing, Defendants hereby reserve and do not waive any objections Defendants

may have to Plaintiffs' proposed redactions pursuant to paragraph 16 of Dkt. 217, and Defendants do not in any way concede that the information Plaintiffs designated for redaction is privileged or otherwise entitled to protection from public disclosure.

Dated: February 11, 2025             Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Bonnie E. Devany*
Bonnie E. Devany (TX 24131173)
Lisa Newman (TX 24107878)
Cody T. Knapp (NY 5715438)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-8101
E-mail: bonnie.e.devany@usdoj.gov

*Attorneys for Defendants*