YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

LISA NEWMAN
BONNIE E. DEVANY
CODY T. KNAPP
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-1318
Email: cody.t.knapp@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br>v.<br><br>Pamela J. Bondi, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-ROS<br><br>**DEFENDANTS' NOTICE REGARDING PLAINTIFFS' LATEST IMPROPER MOTION** |

### DEFENDANTS' NOTICE REGARDING
### PLAINTIFFS' LATEST IMPROPER MOTION

Defendants respectfully provide this notice regarding Plaintiffs' latest improper omnibus motion. *See* Plaintiffs' Motion for Order to Show Cause Why a Protective Should Not Issue Pursuant F. R. Civ. P. 26(b)(2)(iii), and Setting Evidentiary Hearing for Application of Exacting Scrutiny to Defendants' Discovery Demands, and Motion for Protective Order, ECF No. 288.

On Friday, February 28, 2025, Plaintiffs notified Defendants that, among other things, Plaintiffs intended to file this omnibus motion and inquired whether Defendants would stipulate to any of the relief Plaintiffs expected to seek. *See* Ex. 1, Conferral Emails, at 4. The following business day, Monday, March 3, 2025, Defendants responded and asked Plaintiffs to include and report in their filing Defendants' position as follows:

> Defendants oppose Plaintiffs' motion for a protective order. Plaintiffs' motion violates this Court's rules regarding discovery disputes, and is an improper vehicle for the relief Plaintiffs purport to seek. In addition, Plaintiffs' motion simply repackages and rehashes, yet again, the various disputes presented in the parties' numerous filings since this Court's December 4, 2024 Order. *See, e.g.*, ECF Nos. 271, 285. Unless the Court orders otherwise, Defendants do not intend to file a further statement in opposition to Plaintiffs' latest improper motion.

*Id.* at 1–2. Despite Defendants' request, Plaintiffs did not report Defendants' position anywhere in their omnibus motion. Instead, Plaintiffs obliquely referenced Defendants' position as a "refus[al] to respond to motions," ECF No. 288, at 16, and buried the email containing Defendants' position statement on the 671st page of their 690-page filing, in Exhibit 14-9 to their motion, *see* ECF No. 288-19, at 57–58.

Defendants file this notice to ensure that the Court is aware of Defendants' position, notwithstanding Plaintiffs' attempt at obfuscation. Defendants further note for the Court the reason for Defendants' position as follows: As the Court is likely aware, since the Court's December 4, 2024 Order, *see* ECF No. 258, Plaintiffs have now filed six prohibited or otherwise improper and dilatory motions; in that same time since the Court's Order, Plaintiffs have delayed – for nearly 7 weeks – providing and finalizing their position statements for

inclusion in the Joint Statement Defendants first circulated to Plaintiffs on January 12, 2025, not produced a single additional page of responsive discovery materials, not provided any response to Defendants' outstanding interrogatories, and only produced a wholly deficient "draft" privilege log in violation of the Court's Order.

Dated: March 6, 2025            Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ Cody T. Knapp
Lisa Newman
Bonnie E. Devany
Cody T. Knapp
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-1318
E-mail: cody.t.knapp@usdoj.gov

*Attorneys for Defendants*