CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB#1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email:melissadeanesq@gmail.com

Attorneys for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III
*Pro hac vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Pamela Jo Bondi, Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-ROS<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL – CHARLES CARREON |

Charles Carreon, counsel for plaintiffs, hereby respectfully gives notice that he has scheduled a vacation from March 21, 2025 through April 10, 2025, and therefore will be unavailable for personal appearances during this time.

Dated: March 10, 2025                                         CHARLES CARREON

/s/Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III
*Pro hac vice*

**NOTICE OF UNAVAILABILITY OF COUNSEL**

1