CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB#1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email:melissadeanesq@gmail.com

Attorneys for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III
*Pro hac vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Pamela Jo Bondi, Attorney General of the United States; et al.<br><br>　　　　　Defendants. | Case No.:20-CV-02373-ROS<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL – MELISSA DEAN |

Melissa Dean, counsel for plaintiffs, hereby respectfully gives notice that she has scheduled a vacation from March 14, 2025 through March 24, 2025, and therefore will be unavailable for personal appearances during this time.

Dated: March 11, 2025　　　　　　　　　　　　MELISSA DEAN

　　　　　　　　　　　　　　　　　　　　　　/s/Melissa Dean
　　　　　　　　　　　　　　　　　　　　　　MELISSA DEAN (FLB #1031982)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　Arizona Yagé Assembly,
　　　　　　　　　　　　　　　　　　　　　　Winfield Scott Stanley III
　　　　　　　　　　　　　　　　　　　　　　*Pro hac vice*

**NOTICE OF UNAVAILABILITY OF COUNSEL**

1