IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this matter be reassigned, by random lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Steven P. Logan. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-20-2373-PHX-SPL.

Dated this 12th day of March, 2025.

Honorable Krissa M. Lanham
United States District Judge