IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No.  CV-20-02373-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Merrick B Garland et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter. Accordingly,

**IT IS ORDERED** that this case be reassigned, by lot, to another District Court Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Diane J. Humetewa, United States District Court Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-20-02373-PHX-DJH.

Dated this 14th day of March, 2025.

Honorable Steven P. Logan
United States District Judge