CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB#1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email:melissadeanesq@gmail.com

Attorneys for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III
*Pro hac vice*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. CV-20-02373-PHX-DJH<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO APPEAR VIRTUALLY AT APRIL 16, 2025 STATUS CONFERENCE** |

Plaintiffs, by and through undersigned counsel, respectfully moves this Honorable Court for leave that Attorney Melissa Dean be permitted to appear virtually via Zoom or another remote platform at the Status Conference currently scheduled for April 16, 2025, at 3:00 PM MST. This request is made pursuant to LRCiv 7.2(h), which authorizes telephonic or virtual appearances upon a showing of substantial justification.

This Court's prior order (Dkt. 299) stated that virtual appearance requests would be considered upon a showing of substantial justification. Plaintiffs respectfully submit that such

justification is present here based on the logistical, financial, and caregiving-related burdens associated with travel to Arizona on short notice.

## PROCEDURAL BACKGROUND

1. On April 8, 2025, Defendants filed a Motion for Status Conference (Dkt. 297).

2. The Court granted the motion and set an in-person Status Conference for April 16, 2025, at 3:00 p.m. in Courtroom 605 of the Sandra Day O'Connor United States Courthouse at 401 W. Washington Street in Phoenix, Arizona. (Dkt. 299).

3. On April 14, 2025, Plaintiffs filed a motion to reschedule the Status Conference due to the substantial hardship of arranging last minute travel plans to appear in person (Dkt. 300), which was denied by the Court (Dkt. 301).

## SUBSTANTIAL JUSTIFICATION FOR VIRTUAL APPEARANCE

4. Counsel did not become aware of Order Dkt. 299 until the evening of Friday, April 11, due to an ECF delivery irregularity and immediately upon discovery of Dkt. 299 by notifying Defendants and requesting a brief extension to respond. Defendants declined to stipulate. This shortened preparation time and made timely travel arrangements impractical.

5. Good cause exists for granting this request due to the significant geographical distance between counsel's location and the Court because attending the Status Conference in person would impose a substantial financial and logistical burden on Plaintiffs.

6. Charles Carreon, Plaintiffs' Lead Counsel, resides in Silver City, New Mexico and operates a solo practice with limited financial resources. He is also the sole caregiver to his spouse, who remains physically disabled from prior chemotherapy treatment. Any out-of-state

travel requires advance logistical arrangements and causes material disruption to his responsibilities. (Dkt. 300-3 at ¶ 13-14).

7.    Despite these considerable burdens, Mr. Carreon is acted promptly upon issuance of Order Dkt. 301, made immediate preparations to appear in person before the Court on April 16, 2025. Plaintiffs respectfully submit that this willingness to travel—despite personal hardship—supports the good faith nature of this request.

8.    Melissa Dean, Plaintiffs' Counsel, resides in Orlando, Florida and operates a solo practice with limited financial resources. While willing to appear in person before this Court whenever logistically possible, the time and cost required for last-minute cross-country travel poses an undue financial burden. (Dkt. 300-1 at ¶ 14; ).

9.    The logistical challenges of arranging travel for both attorneys on short notice are considerable. Plaintiffs lack the budget to fund out-of-state travel for both counsel, which would require immediate booking of airfare, lodging, and related travel expenses. (Dkt. 300-4; 300-5).

## NO PREJUDICE TO DEFENDANTS

10.    Attorney Dean is fully prepared and equipped to comply with all technical requirements for virtual participation, ensuring a seamless and productive conference.[1]

11.    Virtual appearance at the Status Conference would allow for full and effective participation without imposing undue financial hardship or logistical difficulties on Plaintiffs.

---

[1] AZB_Videoconference_Hearing_Guidelines_2024-04-08.pdf

12.     Virtual appearance at this Status Conference would not prejudice any party or impede the progress of the case as it is a non-evidentiary proceeding primarily focused on case management and the parties outstanding discovery disputes. (Dkt. 301).

### REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court grant leave for the undersigned counsel—Melissa Dean—to appear virtually at the Status Conference set for April 16, 2025.

Dated: April 15, 2025

MELISSA DEAN (FLB #1031982)
CHARLES CARREON (CSB #127139)
Attorneys for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III