YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

GISELLE BARCIA
Trial Attorney (D.C. Bar No. 1021577)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Pamela Bondi, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV-20-02373-PHX-DJH <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that the undersigned attorney, Giselle Barcia of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendants in place of Lisa Newman, Bonnie E. Devany, and Cody T. Knapp.

Dated: April 18, 2025                Respectfully submitted,

                                     YAAKOV M. ROTH
                                     Acting Assistant Attorney General

                                     ANDREW I. WARDEN
                                     Assistant Branch Director

*/s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney (D.C. Bar No. 1021577)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Attorneys for Defendants*