IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>William Barr, et al.,<br><br>　　　　　Defendants. | No. CV-20-02373-PHX-DJH<br><br>**ORDER** |

On April 18, 2025, this matter was referred to the undersigned Magistrate Judge for all pretrial proceedings pursuant to Local Rule of Civil Procedure 72.1, including issuance of a revised Rule 16 Scheduling Order. (Doc. 309 at 5.) The District Judge ordered the parties to meet and confer and submit, by May 9, 2025: (i) a renewed Rule 26(f) Report; (ii) a proposed ESI protocol to govern discovery; and (iii) proposed search terms for outstanding requests for production and other discovery. (*Id.* at 2.) The parties were further directed to supplement interrogatory responses and produce a revised privilege log by **May 16, 2025**.[1] (*Id.* at 5.)

**IT IS ORDERED** affirming the **May 9, 2025** deadline for submission of the Rule 26(f) Report, ESI protocol, and proposed search terms. **The parties shall strictly adhere**

---

[1] The May 16, 2025 deadline for interrogatory supplementation and privilege log production is calculated as thirty days from the April 16, 2025 hearing (Doc. 309 at 5), with May 18, 2025, falling on a Sunday, extended to the next business day pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).

**to this deadline and all other court-ordered deadlines, including the May 16, 2025, deadline for interrogatory supplementation and privilege log production.** Further, Plaintiffs' failure to adequately describe privilege documents in Plaintiffs' renewed privilege log will **likely** result in Plaintiffs' waiver of the privilege, as the Court previously warned. (Doc. 309 at 4; Doc. 258 at 11).  The Magistrate Judge will issue a discovery dispute resolution procedure governing this matter.  Until issued, the parties shall utilize the existing procedure governing this case.

Dated this 28th day of April, 2025.

_____
Honorable Eileen S. Willett
United States Magistrate Judge