# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

The Court establishes the following discovery dispute procedure, effective immediately.[1]

**IT IS ORDERED:**

**1. No Motions Without Leave**: The parties shall not file discovery motions, including motions to compel or for protective orders, without prior leave of Court. Unilateral motions may be stricken.

**2. Meet-and-Confer Requirement**: Before raising a discovery dispute, counsel must meet and confer (in person or by telephone) and make sincere efforts to resolve the matter, as required by LRCiv 7.2(j) and Fed. R. Civ. P. 37(a)(1).

**3. Joint Motion**: If a dispute remains unresolved, the parties shall jointly file a joint motion containing:

   a. A written summary of the dispute, not exceeding 14 lines per issue per party

---

[1] The District Judge referred this matter to the undersigned Magistrate Judge for pretrial proceedings. (Doc. 309 at 5.)

1  (excluding exhibits), explaining each party's position with specific reference to disputed discovery requests, responses, or objections (e.g., privilege log entries, ESI production issues). For privilege log disputes, the summary shall identify specific log entries and their alleged deficiencies.

   b. A joint written certification that the parties have complied with the meet-and-confer requirement, detailing the date, duration, and nature of efforts. If a party refuses to confer, the moving party shall describe attempts to secure consultation.

   **4. Court Action**: Upon review, the Court may:

   a. Set a telephonic or in-person conference;

   b. Order supplemental briefing; or

   c. Decide the dispute by relying on the joint motion.

   **5. Deadline Enforcement**: Absent extraordinary circumstances, the Court will not entertain fact discovery disputes after the fact discovery deadline or expert discovery disputes after the expert discovery deadline, to be set forth in the Amended Rule 16 Scheduling Order. Delay in raising disputes does not justify extending deadlines.

   **6. Sanctions for Non-Compliance**: Failure to comply with this procedure, including filing improper motions or failing to meet and confer in good faith, may result in sanctions.

   Dated this 29th day of April, 2025.

                                    _____
                                    Honorable Eileen S. Willett
                                    United States Magistrate Judge