# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Case Management Report (Doc. 317) filed on May 9, 2025. This Order sets forth amended pretrial deadlines and addresses the parties' disagreements regarding discovery that are detailed in the Joint Case Management Report.

**IT IS ORDERED** as follows:

**1. DEADLINE FOR INITIAL DISCLOSURES**: The parties have already exchanged initial disclosures. Plaintiffs shall supplement their initial disclosures, including providing identifying information for the seven prospective witnesses identified in their **February 9, 2024** supplemental disclosure by **May 31, 2025**.

**2. ELECTRONICALLY STORED INFORMATION**: The Court approves the ESI Protocol submitted by the parties as Exhibit A to the Joint Case Management Report (Doc. 317-1). The parties shall comply with the terms of this protocol for all electronically stored information in this case.

**3. SEARCH TERMS**: The Court approves the search terms submitted by the

parties as Exhibit B to the Joint Case Management Report (Doc. 317-2). The parties shall continue to meet and confer in good faith regarding the implementation of these search terms and any modifications that may be necessary based on hit reports.

**4. DISCOVERY SCHEDULE**:

**a. Privilege Log Deadline**: Plaintiffs shall submit a revised privilege log that complies fully with the Court's prior orders and with Fed. R. Civ. P. 26(b)(5) no later than **May 16, 2025**, as ordered separately.

**b. Defendants' Supplementation.** Defendants shall supplement their responses to specified interrogatories and provide a list of custodians for their produced documents by **May 16, 2025**, as previously ordered (Doc. 309).

**c. Document Production Schedule**: Plaintiffs shall make regular interim productions of non-privileged responsive documents according to the following schedule:

- First interim production due: **June 14, 2025**
- Second interim production due: **July 12, 2025**
- Third interim production due: **August 9, 2025**
- Final substantial completion due: **September 5, 2025**

**d. Discovery Dispute Deadline**: Any disputes regarding Plaintiffs' document production must be raised with the Court through the discovery dispute procedure (Doc. 316) no later than **September 19, 2025**.

**e. Deposition Schedule**: Deposition fact discovery may commence **thirty days** following the Court's resolution of any discovery disputes concerning non-deposition written discovery, or on **October 17, 2025** if no disputes are raised.

**f. Fact Discovery Completion**: All fact discovery shall be completed no later than **ninety days** after the commencement of depositions, but in no event later than **January 16, 2026**.

**6. EXPERT WITNESS DISCLOSURE**:

**a. Designation of Experts**: The parties shall designate and disclose the identity of expert witnesses no later than **January 30, 2026**.

  **b. Expert Reports**: The parties shall exchange expert reports and information relied upon by experts no later than **March 2, 2026**.

  **c. Rebuttal Expert Reports**: The parties shall exchange rebuttal expert reports no later than **April 2, 2026**.

  **d. Expert Discovery Completion**: All expert discovery, including expert depositions, shall be completed by **June 2, 2026**.

 **7. DISPOSITIVE MOTIONS**: All dispositive motions shall be filed no later than **August 3, 2026**.

 **8. SETTLEMENT**: If the case settles, the parties shall promptly notify the Court.

 **9. RULE 502(d) ORDER**: The parties shall submit a proposed Rule 502(d) non-waiver order by **June 14, 2025**, or notify the court if no agreement is reached.

**THE PARTIES ARE CAUTIONED THAT THE COURT EXPECTS STRICT COMPLIANCE WITH THE DEADLINES SET FORTH IN THIS ORDER.**

Dated this 13th day of May, 2025.

_____
Eileen S. Willett
United States Magistrate Judge