CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB#1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email:melissadeanesq@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly and
Winfield Scott Stanley III
*Pro hac vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, ,<br><br>            Plaintiffs,<br><br>     vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>            Defendants. | Case No.20-CV-02373-DJH<br><br>**NOTICE OF ERRATA RE DKT. 321** |

Plaintiffs correct the errata in their Certificate of Substantial Compliance (Dkt. No. 321), as follows:

| Erratum | Correction |
|---|---|
| Dkt. No. 321, page 4, line 6: "Attached as Exhibit 1..." | To file inadvertently omitted Exhibit 1 to Dkt. 321 |

Dated: May 20, 2025

MELISSA DEAN
/s/Melissa Dean
MELISSA DEAN (1031982)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III