# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, , <br><br>        Plaintiffs, <br><br>vs. <br><br>Merrick Garland Attorney General of the United States; et al. <br><br>        Defendants. | Case No.:20-CV-02373-ROS <br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME |

Upon consideration of Plaintiffs' Motion for Leave to File Untimely Opposition to Defendants' Joint Statement Regarding Plaintiffs' Amended Privilege Log, and for good cause shown, the Court hereby ORDERS:

    1. Plaintiffs' motion is GRANTED.

    2. Plaintiffs may file their opposition no later than July 21, 2025.

    3. The opposition shall be deemed timely and will be considered on the merits.

IT IS SO ORDERED.

Dated: July __, 2025

_____
Hon. Eileen S. Willett
United States Magistrate Judge

Respectfully submitted
July 14, 2025,

/s/Charles Carreon