CHARLES CARREON (CSB #127139)
7 N, Ridge Crest Circle
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLB #1031982) Pro Hac Vice
111 N. Orange Ave., Ste. 800
Orlando, Florida 32801
Tel:772-919-2748
Email: melissadeanesq@gmail.com

Attorneys for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA YAGÉ ASSEMBLY; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV-20-02373-PHX-DJH <br><br> **NOTICE OF UNAVAILABILITY OF COUNSEL FOR MEDICAL CAUSE (CAREGIVER DUTIES)** |

Plaintiffs' counsel Charles Carreon respectfully gives notice that he will be unavailable to attend any proceedings herein from July 30, 2025 – August 12, 2025, during which time I will travel to Ashland, Oregon to accompany my youngest daughter, who suffers from a vascular condition requiring major surgery. Her operation will take place in nearby Medford, Oregon, driving her to medical appointments, providing necessary care before and after surgery, and traveling with her back to my home for a planned convalescence. Associated with this trip, I have many duties to acquit to prepare for my departure, as I am sole caregiver for my disabled wife, and many things must be planned

and arranged in an alternative fashion.  My flight itinerary is attached as Exhibit 1.  From July 30 – August 12, I will be unavailable while performing caregiver duties for my daughter.

Dated:  July 28, 2025

                                                    CHARLES CARREON
                                                    /s/Charles Carreon
                                                    CHARLES CARREON (127139)

                                                    Attorney for Plaintiffs
                                                    Arizona Yagé Assembly, and
                                                    Winfield Scott Stanley III