CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

Attorney for Proposed Intervenor Taylor Cox
and the Class of Similarly Situated Persons
*Pro hac vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>    Defendants. | Case No.:20-CV-02373-ROS<br><br>NOTICE OF FILING MOTION FOR STAY OF ACTION IN NINTH CIRCUIT |

Plaintiffs hereby provides notice that Proposed Intervenor Taylor has filed a motion to stay this action in the form attached as Exhibit 1.

/s/Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Proposed Intervenor Taylor Cox and the Class of Similarly Situated Persons
*Pro hac vice*