# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

The docket reflects that on July 30, 2025, Defendants filed their Response (Doc. 339) to Plaintiffs' Motions at Docs. 332, 335, and 336.

**IT IS ORDERED** that pursuant to Local Rule of Civil Procedure 7.2(d), Plaintiffs' deadline to file any reply to Defendants' Response (Doc. 339) is **August 6, 2025**.[1]

Dated this 1st day of August, 2025.

_____
Eileen S. Willett
United States Magistrate Judge

---

[1] The Court notes that the Notice (Doc. 337) filed by Plaintiffs' counsel Charles Carreon on July 28, 2025 states that Mr. Carreon "will be unavailable to attend any proceedings herein from July 30, 2025-August 12, 2025. . . ." The Court does not construe the Notice as an implicit request to stay briefing deadlines. All requests must be presented in a motion. A reply brief is not a proceeding, and it was foreseeable that Defendants' responses would be due this timeframe. Moreover, co-counsel Melissa Dean remains an attorney of record for Plaintiffs.