CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB #1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email: melissadeanesq@gmail.com

Counsel for Plaintiffs
*Pro hac vice*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>vs.<br><br>Pamela Bondi, Attorney General of the United States; et al.<br><br>Defendants. | Case No.:20-CV-02373-DJH<br><br>**PLAINTIFFS' MOTION TO DEEM PAPERS TIMELY FILED [F.R.Civ.P 6(b)] AND NOTICE OF ERRATA (Dkts. 341, 341-1, 342)** |

MOTION TO DEEM PAPERS TIMELY FILED AND NOTICE OF ERRATA
1

## MOTION TO DEEM PAPERS TIMELY FILED

Plaintiffs, Arizona Yagé Assembly ("AYA") and Winfield Scott Stanley, III, respectfully move the Court pursuant to Federal Rule of Civil Procedure 6(b) to deem timely the filing of: Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motions for Stay, Vacatur, and Disability Accommodation (Dkts. 341); the corresponding Proposed Order (Dkt. 341-1); and the declaration of Counsel (Dkt. 342). In support of this motion, Plaintiffs state as follows:

On August 6, 2025, at approximately 11:53 p.m. Arizona time, the undersigned attempted to timely file Plaintiffs' Reply and supporting declaration via the ECF portal. Upon initiating the filing, counsel realized that a proposed order had not been prepared. Unsure whether a proposed order was required for a reply brief and in an abundance of caution, counsel paused to quickly draft and finalize a proposed order.

As a result of counsel's brief drafting delay, the Reply and Proposed Order (Dkts. 341, 341-1) were actually filed at approximately 12:03 a.m. Arizona time on August 7, 2025—three minutes past the Court's deadline.

After receiving the ECF confirmation notice for Dkts. 341 and 341-1, the undersigned realized that the supporting Declaration of Counsel had inadvertently been omitted from Plaintiffs' submission. The declaration (Dkt. 342) was then promptly filed at 12:13 a.m. Arizona time on August 7, 2025—approximately thirteen minutes past the deadline.

The total delay was limited to thirteen minutes, and all documents were electronically filed in the early minutes of the next calendar day. No party will be prejudiced from this

insubstantial delay, and the interests of justice are best served by permitting the filings to be deemed timely.

Accordingly, Plaintiffs respectfully request that this Court deem timely the filings of Plaintiffs' Reply Brief (Dkt. 341), Proposed Order (Dkt. 341-1) and Declaration of Counsel (Dkt. 342) as filed on August 7, 2025 at 12:13 a.m. Arizona time, pursuant to the Court's authority under Rule 6(b) to extend filing deadlines for good cause upon a showing of excusable neglect.

## NOTICE OF ERRATA

Plaintiffs respectfully submit the following corrections to their Reply to Defendants' Opposition to Plaintiffs' Motions for Stay, Vacatur, and Disability Accommodation (Dkt. 341):

| Erratum | Correction |
|---|---|
| Dkt. No. 341, page 9, line 13: "Order Dkt. 324…" | "Order Dkt. 334…" |
| Dkt. No. 341, page 9, line 23: "220, 258, and 324…" | "220, 258, and 334…" |

These corrections reflect typographical errors only and do not alter any substantive arguments presented in Plaintiffs' Reply.

## CERTIFICATION

The undersigned certifies that the delay was due to excusable neglect and was not intended to circumvent the Court's deadlines or gain any unfair advantage.

Dated: August 7, 2025

_____
MELISSA DEAN (FLB # 1031982)
Attorney for Plaintiffs
Arizona Yagé Assembly and
Winfield Scott Stanley III
*Pro Hac Vice*