**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yage Assembly, et al., | No. CV-20-02373-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' "Motion to Deem Papers Timely Filed [F.R. Civ. P. 6(b)] and Notice of Errata" (Doc. 343). Plaintiffs' Reply (Doc. 341) was due on August 6, 2025. (Doc. 340). The Notice of Electronic Filing indicates that the Reply (Doc. 341) was filed at 12:02 A.M. on August 7, 2025. A Declaration (Doc. 342) in support of the Reply was filed at 12:12 A.M. on August 7, 2025. For good cause shown,

**IT IS ORDERED** granting Plaintiffs' Motion (Doc. 343). Plaintiffs' Reply (Doc. 341) and Declaration (Doc. 342) are deemed timely filed. The Court notes the typographical corrections to Plaintiffs' Reply (Doc. 341) as set forth in Plaintiffs' Notice of Errata (Doc. 343 at 3).

Dated this 8th day of August, 2025.

_____
Eileen S. Willett
United States Magistrate Judge