BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-3196
Fax: (202) 514-8640
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly *et al.*, <br><br> Plaintiffs, <br> v. <br><br> Pamela Bondi, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV-20-02373-PHX-DJH <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that the undersigned attorney, Sarah M. Suwanda of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendants in place of Giselle Barcia.

| | |
|---|---|
| Dated: August 14, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE |
| | Assistant Attorney General |
| | |
| | ANDREW I. WARDEN |
| | Assistant Branch Director |
| | |
| | */s/ Sarah M. Suwanda* |
| | SARAH M. SUWANDA |
| | Trial Attorney (D.C. Bar No. 1685531) |
| | Civil Division, Federal Programs Branch |
| | United States Department of Justice |
| | 1100 L Street, NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 305-3196 |
| | Fax: (202) 514-8640 |
| | E-mail: sarah.m.suwanda@usdoj.gov |
| | |
| | *Counsel for Defendants* |

2