CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB #1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email: melissadeanesq@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III
*Pro hac vice*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>        Plaintiffs,<br><br>   vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>        Defendants. | Case No.:20-CV-02373-ROS<br><br>NOTICE OF ORAL ARGUMENT OF RELATED APPEAL SUBMITTED IN SUPPORT OF MOTION FOR STAY PENDING RESOLUTION OF APPEAL |

   Plaintiffs hereby provide notice to the Court that the appeal raised as the grounds for staying this matter in Plaintiffs' Motion for Stay Pending Resolution of Appeal (Dkt. 336), to wit, *Arizona Yagé Assembly, et al. V. Garland, et al.*, Case No. 25-41 (the "Cox Appeal"), has been set for oral argument. A true and correct copy of the Ninth Circuit's oral argument calendar is attached hereto as Exhibit 1.

   Exhibit 1 is relevant to the decision of Plaintiffs motion for stay of this action (Dkt. 336). The subject of the appeal is a claim of error by the District Court in failing to grant intervention to 5,239 Intervenors represented by Taylor Cox, AYA

member, as the Clerk's summary of the case makes clear: "Appeal of an order denying a motion to intervene in an action brought by Arizona Yage Assembly against the U.S. Attorney General alleging claims concerning the use of ayahuasca."

The notice of oral argument places the Cox Appeal in that 25% of cases in which oral argument is granted by the appellate courts.[1] The grant of oral argument gives cause to raise the likelihood of a reversal of Order Dkt. 258, that denied intervention to the Cox Class. Reversal of Order Dkt. 258 would give 5,239 class members an opportunity to state their objections and seek a protective order against the disclosures ordered in Order Dkt. 334. A failure to stay the effect of Order Dkt. 334 would place the District Court in the position of mooting an issue presently before the Ninth Circuit for decision. As noted in the authorities previously cited herein, this would be error.

Accordingly, Plaintiffs respectfully submit that the Ninth Circuit's grant of oral argument presents an additional reason for granting the pending motion for stay, and submit the same as evidence to be considered by the Court when deciding the pending motion for stay.

/s/Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III
*Pro hac vice*

---

[1] The U.S. Courts website reports: "More than 80 percent of federal appeals are decided solely on the basis of written briefs. ***Less than a quarter of all appeals are decided following oral argument***, in which both sides discuss the legal principles in the dispute." (Emphasis added.) *Appellate Courts and Cases – a Journalist's Guide*, https://www.uscourts.gov/data-news/reports/handbooks-manuals/a-journalists-guide-federal-courts/appellate-courts-and-cases-journalists-guide?

NOTICE OF ORAL ARGUMENT OF RELATED APPEAL
2