CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB #1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email: melissadeanesq@gmail.com

Counsel for Plaintiffs
*Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Pamela Bondi, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 20-CV-02373-DJH<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT DRUG ENFORCEMENT ADMINISTRATION**<br><br>**(Order Dkt. 309)** |

## PROOF OF SERVICE BY EMAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 111 N. Orange Ave., Ste. 800, Orlando, Florida 32801, which is located in Orange County, Florida, where the within-mentioned service occurred.

Pursuant to Federal Rules of Civil Procedure 26 and 34, the Local Rules of Civil Procedure, and the Court's Order (Dkt. 309), Plaintiffs, by and through undersigned counsel, propounded their Second Set of Requests for Production to Defendant, the United States Drug Enforcement Administration ("DEA").

The parties and counsel have previously stipulated and agreed in writing that service via email shall be used in this litigation and shall serve as effectively as service by U.S. Postal Service. Pursuant to Fed. R. Civ. P. 5(d)(1)(A) and LRCiv 5.2, Plaintiffs hereby give notice that on August 22, 2025, the undersigned served the following documents to Defendant DEA on counsel for Defendants by email:

1. **Addressed to:**

   **Giselle Barcia**
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L St. NW, Washington, DC 20005
   Giselle.Barcia@usdoj.gov

   **Sarah M. Suwanda**
   Trial Attorney
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   1100 L St. NW, Washington, DC 20005
   sarah.m.suwanda@usdoj.gov

2. **Email Attachment:** PDF copy of Plaintiffs' Second Set of Requests for Production to Defendant DEA; and

3. **Email Body:** As requested by Attorney Suwanda on August 14 and August 21, the undersigned provided a renewed hyperlink and password for the ESI

**PROOF OF SERVICE OF PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANT DEA**

2

download file containing documents previously produced by Plaintiffs on Saturday, July 12, 2025 at 11:50 PM (MST).

These requests for production were served in compliance with the Court's directive sustaining Defendants' objection to Plaintiffs' Rule 30(b)(6) deposition notice (Dkt. 260) and directing that the disputed areas of examination, to the extent they seek discoverable information rather than legal conclusions, be propounded as requests for production. See Order Dkt. 309 at 2.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct, and that this declaration was signed on August 22, 2025, at Orlando, Florida 32801.

Dated: August 22, 2025                    MELISSA E. DEAN

                                          MELISSA E. DEAN (1031982)
                                          Attorney for Plaintiffs
                                          Arizona Yagé Assembly, and
                                          Winfield Scott Stanley III