CHARLES CARREON (CSB #127139)
7 N. Ridge Crest Drive
Silver City, New Mexico 88061
Tel: 928-975-2191
Email: chascarreon@gmail.com

MELISSA DEAN (FLSB #1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email: melissadeanesq@gmail.com

Attorneys for Plaintiffs Arizona Yagé Assembly
and Winfield Scott Stanley III
*Pro hac vice*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ArizonaYagé Assembly, and Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Merrick Garland Attorney General of the United States; et al.<br><br>            Defendants. | Case No.:20-CV-02373-DJH<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FROM REPRESENTATION |

    Plaintiffs ArizonaYagé Assembly, and Winfield Scott Stanley III hereby give notice that attorney Charles Carreon has withdrawn from his role as counsel of record herein for the reasons set forth in Dkt. 333-1.  He continues as counsel for Taylor Cox and the class of proposed intervenors in pending appeal Ninth Circuit Case No. 25-41.

Dated:  August 29, 2025

/s/Charles Carreon
CHARLES CARREON (CSB #127139)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III
*Pro hac vice*

1
2
3
4   _____
    Withdrawal accepted:
    Winfield Scott Stanley III,
5   for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28