MELISSA DEAN (FLSB #1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email: melissadeanesq@gmail.com

Counsel for Plaintiffs
*Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Pamela Bondi, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 20-CV-02373-DJH<br><br>**PLAINTIFFS' MOTION FOR LEAVE PERMITTING OVER-LENGTH BRIEFING**<br>**(Relating to Rule 72(a) Objection)** |

**MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFING**

Plaintiffs Arizona Yagé Assembly ("AYA") and Winfield Scott Stanley, III, through the undersigned counsel respectfully move this Court pursuant to Local Rule 7.2(e)(1) for leave to file a Rule 72(a) Objection brief that exceeds the 17-page limit by one (1) page. In support of this motion, Plaintiffs state as follows:

1. Local Rule 7.2(e)(1) limits motions and responses to seventeen (17) pages unless otherwise permitted by the Court. It is well established that district courts "have inherent power to control their docket." *Gastelum v. Nordstrom Inc.*, No. CV-24-01377-PHX-DJH, 2025 U.S. Dist. LEXIS 338546, at *1 n.1 (D. Ariz. Aug. 19, 2025). The Court also retains discretion to summarily dispose of or disregard filings that exceed the applicable limits without leave. *Birair v. Kolycheck*, No. CV-15-01807-PHX-DJH, 2018 U.S. Dist. LEXIS 159003, at *2 n.3 (D. Ariz. Sep. 5, 2018).

2. The undersigned certifies that significant time was spent revising and editing the objection brief for clarity and conciseness, with the aim of avoiding excessive length or complexity. The final submission reflects a good-faith effort to distill complex procedural and constitutional objections while ensuring comprehensibility. *See Stilwell v. City of Williams*, No. 3:12-cv-08053-HRH, 2013 U.S. Dist. LEXIS 105420, at *6 (D. Ariz. July 25, 2013).

3. Despite these efforts, the final brief exceeds the 17-page limit by one (1) page. In order to timely preserve Plaintiffs' constitutional and statutory objections within the 14-day window set by Rule 72(a), Plaintiffs respectfully request leave to file the 18-page Rule 72(a) Objection brief.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and consider the full Rule 72(a) Objection brief as filed, notwithstanding its modest overlength.

Dated: September 2, 2025         MELISSA E. DEAN

MELISSA E. DEAN (1031982)
Attorney for Plaintiffs
Arizona Yagé Assembly, and
Winfield Scott Stanley III

1