MELISSA DEAN (FLSB #1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
Tel: 772-919-2748
Email: melissadeanesq@gmail.com

Counsel for Plaintiffs
*Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly, Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Pamela Bondi, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 20-CV-02373-DJH<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br>**(Oct. 22–November 4, 2025)** |

Plaintiffs' counsel, Melissa Dean, respectfully gives notice that she will be unavailable for any litigation matters in this case—including but not limited to proceedings, hearings, conferences, and briefing deadlines—from October 22, 2025, through November 4, 2025. During this period, the undersigned will be preparing for, traveling to and from, and attending her own wedding, which will take place at a remote campground in Live Oak, Florida, with limited cellular and internet access.

The undersigned is the only attorney of record for Plaintiffs on this matter handling filings and litigation coordination and submits this notice for informational purposes only. Should any deadlines or proceedings be scheduled during this period of time, Plaintiffs will

seek the appropriate relief by motion for stay, continuance or enlargement of time. (see Dkt. 340 n.1).

Dated: September 10, 2025

MELISSA DEAN

MELISSA DEAN (FLB #1031982)
Attorney for Plaintiffs
Arizona Yagé Assembly,
Winfield Scott Stanley III
*Pro hac vice*