BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-3196
Fax: (202) 514-8640
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Pamela Bondi, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-DJS-ESW<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE PERMITTING OVER-LENGTH BRIEFING** |

On September 2, 2025, Plaintiffs moved for leave to file a brief that exceeds the page limits set forth in the Local Rules by one page. *See* Dkt. 352. Defendants take no position as to Plaintiffs' request for leave, but respond only to preserve their ability to file a response to any properly filed over-length brief. Specifically, should the Court grant Plaintiffs' motion for leave, Defendants respectfully submit that they should be permitted to file their response to Plaintiffs' Rule 72(a) objections within fourteen days of the Court's ruling on Plaintiffs' motion

for leave, in accordance with Local Rule 7.2.

Dated: September 16, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-3196
Fax: (202) 514-8640
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

2