BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-3196
Fax: (202) 514-8640
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly,<br><br>Plaintiffs,<br><br>v.<br><br>Pamela Bondi, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:20-cv-2373-DJS-ESW<br><br>**NOTICE OF SERVICE** |

1 | NOTICE IS HEREBY GIVEN that on September 22, 2025, Defendant Drug Enforcement Administration ("DEA") served on Plaintiffs the following document: DEA's Objections and Reponses to Plaintiffs' Second Set of Requests for Production. Pursuant to the parties' agreement, the document was served via e-mail to:

MELISSA DEAN (FLSB #1031982)
111 N. Orange Ave, Ste. 800
Orlando, FL 32801
E-mail: melissadeanesq@gmail.com
*Counsel for Plaintiffs*

Dated: September 24, 2025         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-3196
Fax: (202) 514-8640
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*