BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-3196
Fax: (202) 514-8640
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Yagé Assembly; Winfield Scott Stanley III, in his capacity as Founder and Director of Arizona Yagé Assembly, <br><br> Plaintiffs, <br><br> v. <br><br> Pamela Bondi, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 2:20-cv-2373-DJH-ESW <br><br> **DEFENDANTS' MOTION TO STAY CASE AND EXTEND DEFENDANTS' RESPONSE DEADLINE** |

The United States of America hereby moves for a stay of the entire case and an extension of the Government's October 9 response deadline to Plaintiffs' Rule 72(a) Objections, *see* Dkt. 359, in the above-captioned case.

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including certain

portions of Defendant U.S. Drug Enforcement Administration. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Separately, undersigned will be unavailable from October 8–13, 2025, due to a longstanding, preexisting commitment.

4. Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

5. In light of the lapse in appropriations and undersigned's preexisting commitment from October 8–13, the Government further requests that its October 9 response deadline be extended until October 27, 2025, or ten days after Congress has restored appropriations to the Department, whichever is later.

6. Undersigned has conferred with counsel for Plaintiffs, who take no position on this motion.

Therefore, although the Government greatly regrets any disruption caused to the Court and the other litigants, the Government hereby moves for (1) a stay of the entire case until Department of Justice attorneys are permitted to resume their usual civil litigation functions; and (2) an extension of the Government's response deadline from October 9 to October 27, 2025, or ten days after Congress has restored appropriations to the Department, whichever is later.

Dated: October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-3196
Fax: (202) 514-8640
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*