1

2

3

4

5

6             **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8

9   Arizona Yage Assembly, et al.,          No. CV-20-02373-PHX-DJH (ESW)

10              Plaintiffs,                  **ORDER**

11   v.

12   Pamela Bondi, et al.,

13              Defendants.

14

15          On October 1, 2025, Defendant the United States of America ("Defendant") filed a

16   Motion to Stay Case and Extend Defendants' Response Deadline.  (Doc. 361).  Defendants'

17   response to Plaintiffs' Rule 72(a) Objections is due on October 9, 2025.  (*See* Doc. 359;

18   *see also* Doc. 352-2).

19          As explained in Defendants' Motion, the Department of Justice's ("DOJ") funding

20   expired at midnight on September 30, 2025.  Without an appropriation, DOJ attorneys are

21   not permitted work, even voluntarily, except in limited circumstances not present here.  *See*

22   31 U.S.C. § 1342.  At this time, Defendants are unsure when funding will be restored.

23   Defendants' counsel also notes that she was a longstanding, preexisting commitment from

24   October 8–13, but does not specify what that commitment is.  (Doc. 361 at ¶ 3).

25          Notwithstanding, given these circumstances and Plaintiffs' lack of objection,[1] a

26   temporary stay of the entire case and an extension of Defendants' response deadline are

27   necessary.

28   _____

[1] Defendants state that when contacted, Plaintiffs said they took no position on Defendants'
Motion.  (*Id.* at ¶ 6).

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Stay Case and Extend Defendants' Response Deadline (Doc. 361) is **GRANTED**.  This case is stayed in its entirety until the Departments' attorneys are able to resume their usual civil litigation functions.

**IT IS FINALLY ORDERED** that Defendants' response deadline to Plaintiffs' Rule 72(a) Objections is extended the later of either October 27, 2025, or ten days after Congress restores appropriations to the DOJ.

Dated this 1st day of October, 2025.